# EXHIBIT 1

**DT** **Deric-Marcell Thompson**
$ Sales ID #39587

Jan 29, 2022

JE: Herb Chambers Jaguar Land Rover Boston is confirming request to send a message. Reply YES to allow. Reply HELP for help. Msg & data rates may apply. Reply STOP to cancel
Jan 29 · 9:27 AM

DT: Customer has opted in.
Jan 29 · 10:17 AM

JE: Herb Chambers Jaguar Land Rover Boston: Welcome! Freq of msgs based on profile. Reply HELP for help, STOP to cancel. Msg & data rates may apply.
Jan 29 · 10:17 AM

JE: Hi Deric-Marcell, thank you for opting in to text messaging. How are you doing today? - Justin Eam JLR 617-925-4085
Jan 29 · 10:51 AM

DT: I'm good sir and you! Thanks for reaching out
Jan 29 · 10:40 AM

JE: Great news, the Range Rover Sport V8 you had inquired on is currently available and ready to be delivered. Would you like to check it out for yourself?
Jan 29 · 11:24 AM

DT: Ok are you able to put together a purchase order signed by an authorized rep at the dealer. My trust is going to pay for it. I need that to give it to my trustee so he can sign and approve the funding for the vehicle. Is that possible?
Jan 29 · 11:29 AM

AP

**DT** **Deric-Marcell Thompson**
$ Sales ID #39587

**DT:** Ok are you able to put together a purchase order signed by an authorized rep at the dealer. My trust is going to pay for it. I need that to give it to my trustee so he can sign and approve the funding for the vehicle. Is that possible?
Jan 29 · 11:29 AM

**AP:** Yes
Jan 29 · 11:35 AM

**DT:** Awesome what information you need from me to create the purchase order
Jan 29 · 11:35 AM

**AP:** What's the full address the car will be register to calculate proper tax
Jan 29 · 11:35 AM

**DT:** Deric-Marcell: Thompsonc/o 233 Halsey RoadWoonsocket, Rhode Island 02895EIN 026561644
Jan 29 · 11:38 AM

**AP:** Thanks
Jan 29 · 11:40 AM

**DT:** No problem
Jan 29 · 11:40 AM

**AP:** please send copy of your license
Jan 29 · 11:42 AM

**DT:** I don't drive so it will be my state id, I'm purchasing for my wife.
Jan 29 · 11:41 AM

Type your message here.

**DT** **Deric-Marcell Thompson**
$ Sales ID #39587

DT — I don't drive so it will be my state id, I'm purchasing for my wife.
Jan 29 · 11:41 AM

AP — Okay if is going to be register in her name
Jan 29 · 11:42 AM

DT 
Jan 29 · 11:42 AM

AP — we will need her full name
Jan 29 · 11:42 AM

DT — Let me know if u can get pictures
Jan 29 · 11:42 AM



**DT** — **Deric-Marcell Thompson**
$ Sales ID #39587



Jan 29 · 11:46 AM

**DT:** Thanks is it possible
Jan 29 · 11:47 AM

**DT:** To scan it after it's signed and email it to me?
Jan 29 · 11:47 AM

**AP:** Yes whats your email
Jan 29 · 11:48 AM

**DT:** DmtDmt77@pm.me
Jan 29 · 11:48 AM



**DT** Deric-Marcell Thompson
$ Sales ID #39587

**DT:** DmtDmt77@pm.me
Jan 29 - 11:48 AM

**AP:** Thanks
Jan 29 - 11:49 AM

**DT:** Ok and once my trustee signs I can scan it and send it back and we can schedule delivery. Is that included in the cost or is it separate?
Jan 29 - 11:49 AM

**AP:** We need the money to be in our account 1st then we can either ship the vehicle which is about 1200 I can add that
Jan 29 - 11:50 AM

**DT:** I forgot, is the MCO/MSO going to be included in the paperwork?
Jan 29 - 11:51 AM

**AP:** No
Jan 29 - 11:51 AM

**AP:** Money has to be in our account 1st
Jan 29 - 11:51 AM

**DT:** No problem please send me banking information. Routing and account number please
Jan 29 - 11:52 AM

Type your message here.

**DT** **Deric-Marcell Thompson**
$ Sales ID #39587

**DT** No problem please send me banking information. Routing and account number please
Jan 29 · 11:52 AM

What's the name of your trust? **AP**
Jan 29 · 11:52 AM

whats your cell also **AP**
Jan 29 · 11:52 AM

**DT** Thompson Deric Marcell Trust6178692101
Jan 29 · 11:53 AM



**AP**

Jan 29 · 12:00 PM

**DT** Deric-Marcell Thompson
$ Sales ID #39587



Jan 29 · 12:00 PM

**DT:** Ok is this able to be scanned and emailed and thank you!
Jan 29 · 12:01 PM

**JE:** I forgot to ask you, would you like to secure the car for the weekend until Monday? We can take a deposit of 2500 up to 5000, would you like us to send it?
Jan 29 · 12:06 PM

**DT:** No, no need. I will have information back to you. If someone beats me to it congrats to them!
Jan 29 · 12:11 PM

**JE:** Okay, no worries! We will touch basis on Monday, hopefully it's still available. Please let me know if you have any questions!
Jan 29 · 12:12 PM

**DT:** Absolutely thank you again Justin
Jan 29 · 12:13 PM



Adriano Polanco
Sales Manager

Herb Chambers