# EXHIBIT 2

**Rhode Island** USA

**IDENTIFICATION CARD**

NON DRIVER
3 DOB ████/1977
4b EXP ████/2024
4d ID # ████1653
4a ISS ████/2019

1 THOMPSON
2 DERIC MARCELL
8 233 HALSEY RD
WOONSOCKET, RI 02895-3839

NOT A LICENSE TO DRIVE

03/20/1977

15 SEX M
16 HGT 5'-08"   17 WGT 245 lb
18 EYES BRO   19 HAIR BLK
5 DD ████