# EXHIBIT 3

**MOTOR VEHICLE
PURCHASE CONTRACT**

Herb Chambers Jaguar Land Rover Boston
1188 Commonwealth Avenue
Boston, MA 02134
(617) 684-3400
https://www.herbchambers.com/

FOR CONSUMER
USE ONLY

| DATE 01/29/2022 | ORDER No. | | STOCK NO. B219270 | | | SALESPERSON Justin Earn | | DMS EMPLOYEE # 154023 |
|---|---|---|---|---|---|---|---|---|
| PURCHASER'S NAME(S) Deric-Marcell Thompson | | | | EMAIL dmtdmt77@pm.me | | STREET ADDRESS 233 Halsey rd | | |
| CITY/STATE/ZIP WOONSOCKET RI 02895 | | CELL PHONE (617) 869-2101 | | HOME PHONE (617) 869-2101 | | BUSINESS PHONE (617) 869-2101 | | |

| ENTER MY ORDER FOR (QUANTITY) | NEW ☑ USED ☐ | FORMER USE (if applicable) | DEMONSTRATOR ☐ FORMER LEASED CAR ☐ | POLICE CAR ☐ FORMER DAILY RENTAL ☐ | REBUILT INSURANCE TOTAL ☐ TAXI CAB ☐ |
|---|---|---|---|---|---|

| Year 2022 | Make Land Rover | Model Range Rover Sport | Body Style/Type 4WD Sport Utility | Model No. | Transmission Standard ☐ Automatic ☑ (Speeds) | Cyl. 8 | Pass | Doors |
|---|---|---|---|---|---|---|---|---|

| Vehicle Identification No. SALWR2SE6NA219270 | Color 1st RED 2nd 3rd | Interior 1st EBONY 2nd 3rd | Top | Odometer mi. ☐ km. ☑  10 | Approx. Delivery Date |
|---|---|---|---|---|---|

| TRADE-IN | Year | Make | |
|---|---|---|---|
| Model | | Type | Color |
| V.I.N. | | | |
| Odometer | | (mi ☐ km ☐) | |
| Transmission ☐ Standard (Speeds) | | ☐ Auto | |
| No of Cyl. | Pass. | Doors | |
| Salvage Title | Yes ☐ | No ☐ | |

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

**REGISTRATION FEE/TITLE FEE
SALES TAX**

| Employer ID No. | |
|---|---|
| Email Address dmtdmt77@pm.me | |
| Price of Unit | $130,330.00 |
| | |
| Additional Equipment/Items | |

| PREVIOUS OWNER | |
|---|---|
| City/State/Zip | |
| LIENHOLDER | |
| Address | |
| City/State/Zip | |
| Acct. No. | Check No. |
| Balance Due | |

| Application for Title ☐ | |
|---|---|
| Application for Reg ☐ New ☐ Transfer | |
| Registration No. | |
| Registration Fee | |
| Title Fee | |
| Mass. Sales Tax | $9,423.40 |

| Additional Information - Vehicle Purchased | |
|---|---|
| LIENHOLDER | |
| Address | |
| City/State/Zip | |
| INSURANCE CO. | |
| Agent/Branch | |
| Address/City | |

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| Ventreshield/coating/Tire&whe | $7,285.00 |
|---|---|

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of _____ may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [          ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER
Purchaser's Initials [          ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other:_____
(3) Other:_____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding has been made or entered into.

Purchaser Signature

Co-...representative

| Dealer Installed Accessories | |
|---|---|
| | |
| | |

| 1. Total Price | $137,615.00 |
|---|---|
| 2. Discount | |
| 3. Trade-In Allowance | |
| 4. Rebate | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4 | $137,615.00 |
| 6. Documentary Preparation | $469.00 |
| 7. Title Preparation | |
| 8. *Mass Sales Tax ( 7.000 % of line 5, 6 & 7) | $9,423.40 |
| 9. Other | |
| 10. TOTAL CONTRACT PRICE. (Total of lines 5, 6, 7, 8, & 9) | $147,497.40 |
| 11. Balance Due on Trade-In | |
| 12. Subtotal (Total of lines 10 & 11) | $147,497.40 |
| 13. Deposit | |
| 14. Amount to be Financed | $147,497.40 |
| 15. Cash Due on Delivery | |
| 16. TOTAL PAYMENT (line 16 must equal line 12) (Total of lines 13, 14, & 15) | $147,497.40 |

12562: EntId: 6721227 / EvtId: 39587

Generated by DealerSocket®

1/29/2022 9:52:57 AM

**ADDITIONAL PROVISIONS**

(a) I agree to accept delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and to pay the cash due on delivery simultaneously with its delivery.

  



**Name:** Deric-Marcell Thompson

**Phone:** (617) 869-2101

**Email:** drmtdmt77@pm.me

**Sales Manager:** Adriano Polanco

**Sales Person:** Justin Eam

**DMS Number:**

**Address:** 233 Halsey rd
WOONSOCKET, RI 02895

**New 2022 Land Rover Range Rover Sport V8 Supercharged HSE Dynamic**

**Stock:** B219270

**VIN:** SALWR2SE6NA219270

**Odometer:** 9

**Color:** RED / EBONY

**Engine:** 8 Cylinder Engine

**Transmission:** 8 Speed Automatic

**MPG:** 17 city / 22 hwy

## Cash

### $ 147,497.40

\* Retail and Lease payments are an estimate subject to credit approval and any existing lender programs and/or offers. Rates and programs are subject to change without notice. Payments and figures presented hereto are only valid for 24 hours from time of presentation. Tax, title and registration fees and/or taxes may vary per state. For Leases: 1st payment, security deposit, bank acquisition, license, title, and documentation fees, plus any applicable taxes are due at signing.

## CASH DETAILS

| | |
|---|---:|
| **NET SELLING PRICE** | **$ 130,330.00** |
| Venture Shield | $ 2,995.00 |
| Tire and Wheel Protection | $ 2,995.00 |
| Simonize | $ 1,295.00 |
| **TOTAL VALUE ADDS** | **$ 7,285.00** |
| **ADJUSTED SALES PRICE** | **$ 137,615.00** |
| Documentation Fee | $ 459.00 |
| **TOTAL FEES** | **$ 459.00** |
| **TOTAL TAXES** | **$ 9,423.40** |
| **SALES SUB TOTAL** | **$ 147,497.40** |
| **FINAL PRICE** | **$ 147,497.40** |

✕

Customer Signature

Prepared by Adriano Polanco

✕

Sales Signature

Generated by DealerSocket

01/29/2022  11:59:20