# EXHIBIT 4

**From:** Adriano Polanco
**Sent:** Sun Jan 30 17:19:08 UTC 2022
**To:** "Deric-Marcell : Thompson"
**Cc:** Andrew Crede ,Sean King
**Subject:** [ENCRYPT] C. A. of Motor Vehicle Purchase Contract for RANGE ROVER SPORT Stock# B219270

Good morning Deric,

Thank you for allowing us to earn your business, I've attached the wire instructions to this encrypted email.
Once the wire hits we can arrange transport.

Please let us know if you need anything else moving forward.
Hope you're excited about the car, incredible choice!!!

-Adriano

**From:** Deric-Marcell : Thompson <DmtDmt77@protonmail.com>
**Sent:** Sunday, January 30, 2022 12:08 PM
**To:** Adriano Polanco <APolanco@herbchambers.com>
**Cc:** jlrbostonbdc (do not disable) <j2@herbchambers.com>
**Subject:** C. A. of Motor Vehicle Purchase Contract for RANGE ROVER SPORT Stock# B219270

Hi Adriano and Justin, first of all, thank you for making this a seamless process!!!! I just wanted to advise you that a signed contract and payment for $148,498.00 for the 2022 Range Rover Sport, V8 Supercharged HSE Dynamic, 4WD, Sport Utility, Color: Red, Interior: Ebony, Stock# B219270 Vin# SALWR2SE6NA219270, Final Price listed $147,497.00. Will go out tomorrow via ***Certified Mail# 7019 0700 0001 1733 0625***. The mailing will be made attention to Adriano at HERB CHAMBERS JAGUAR RANGE ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON, MASSACHUSETTS 02134. Please, place set of keys, all vehicle documentation and receipt showing paid in full in the glove compartment of the unlocked vehicle. We will schedule a pickup for the vehicle within 24 hours after receipt of payment. We are in agreement. Thanks so much in advance Deric!

Without Recourse/Without Prejudice UCC 1-308
Deric-Marcell: Thompson, Beneficiary

CONFIDENTIALITY NOTICE: e-mail messages of any type are covered by the Electronic Communications Privacy Act, Electronic Communications Privacy Act, 18 USC Sections 2510-2521, and is confidential and may include legally protected information. If you are not the intended recipient or you have received this e-mail message by mistake, printing, copying, storing or disseminating in any way is prohibited and doing so can subject you to civil and or criminal action. Please notify the sender you have received this e-mail by mistake

and delete all information contained in this email. This email is strictly a private communication between the sender and its intended recipients.

Sent with ProtonMail Secure Email.



wire transfer instructions.pdf

(14.4 KB)

# WIRE TRANSFER PROCEDURE

| | |
|---|---|
| BANK: | BANK OF AMERICA |
| ACCOUNT NUMBER: | ▮▮▮▮▮▮▮▮ |
| ROUTING NUMBER: | ▮▮▮▮▮▮ DOMESTIC WIRES |
| | |
| SWIFT CODE: | BOFAUS3N/BOFAUS6S ( IF INCOMING WIRE IS IN FOREIGN CURRENCY ) |
| | |
| ACCOUNT NAME: | HERB CHAMBERS 1188, INC |
| ACCOUNT ADDRESS: | 1188 COMMONWEALTH AVE BOSTON, MA 02134 |