# EXHIBIT 5

*Certified Mail Receipt #*
*7019 0700 0001 1733 0625*

## CONDITIONAL ACCEPTANCE OF MOTOR VEHICLE PURCHASE CONTRACT

January 29, 2022

From:

    Deric-Marcell: Thompson©, beneficiary, Trustor, and Secured-party to the Social Security Cestui que Trust THOMPSON DERIC MARCELL©

    Without prejudice

    c/o 233 Halsey Road.

    Woonsocket, Rhode Island

    Near [02895]

To:

### The Trustees and their principals and/or agents:

Adriano Polanco d/b/a Trustee[1] of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© and d/b/a ADRIANO POLANCO, AGENT and Justin Eam d/b/a JUSTIN EAM, AGENT of the Trust business entity titled
HERB CHAMBERS JAGUAR RANGE ROVER BOSTON
1188 COMMONWEALTH AVENUE
BOSTON, MASSACHUSETTS 02134

Certified mail, return receipt requested # 7019 0700 0001 1733 0625

I serve this *"Conditional Acceptance of Motor Vehicle Purchase Contract"* upon **The Trustees, their principals and/or agents**. HERB CHAMBERS JAGUAR RANGE ROVER BOSTON and Adriano Polanco d/b/a ADRIANO POLANCO, AGENT and Justin Eam d/b/a JUSTIN EAM, AGENT.

    **Be It Known**: The *"Conditional Acceptance of Motor Vehicle Purchase Contract"* establishes a Common Law-contract[2] between us under the Postal rule, which states:

"The **postal rule** (also known as the **mailbox rule** or "deposited acceptance rule") is a term of common law-contracts which determines the timing of acceptance of an offer when mail is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a properly prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offeree. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require actual receipt before being legally bound."



*Certified mail receipt #*
*7019 0700 0001 1733 0625*

## CONDITIONAL ACCEPTANCE OF MOTOR VEHICLE PURCHASE CONTRACT

To all parties concerned, be it known that I, Deric-Marcell: Thompson©, Beneficiary, intend to deposit a tender payment (Certificate of Deposit), in full transparency, under my terms and conditions as true/full custodian of the Social Security Cestui que Trust. For the purchase of 2022 LAND ROVER, RANGE ROVER SPORT, V8 SUPERCHARGED HSE DYNAMIC, 4WD, SPORT UTILITY, COLOR: RED, INTERIOR: EBONY STOCK# B219270, VIN# SALWR2SE6NA219270, FINAL PRICE $147,497.40. As listed on Conditionally Accepted MOTOR VEHICLE PURCHASE CONTRACT No. 12562: EntId: 6721227 / EvtId: 39587 signed by Authorized Dealer Representative, Adriano Polanco d/b/a ADRIANO POLANCO, AGENT of HERB CHAMBERS JAGUAR RANGE ROVER BOSTON on January 29, 2022.

I shall make a Certificate of Deposit tender payment of $147,498.00 to HERB CHAMBERS JAGUAR RANGE ROVER BOSTON for your financial institution to convert my tender payment to money of account USD. See enclosed Certificate of Deposit, Certificate# 2021834230703. Also, my Certificate of Deposit is NOT to be used for trade in or on any trading platform.

The 2022 LAND ROVER, RANGE ROVER SPORT, V8 SUPERCHARGED HSE DYNAMIC, 4WD, SPORT UTILITY, COLOR: RED, INTERIOR: EBONY, STOCK #B219270, VIN # SALWR2SE6NA219270 with ALL KEYS, ALL VEHICLE DOCUMENTATION, and RECEIPT SHOWING PAID IN FULL (place all documents and receipt in glove compartment), shall be arranged for pick up and delivered to c/o 233 Halsey Road, Woonsocket, Rhode Island by Triple A, twenty-four (24) hours after the receipt of the ***"Conditional Acceptance of Motor Vehicle Purchase Contract"*** Certified Mail Receipt# 7019 0700 0001 1733 0625.

My Certificate of Deposit is prepaid, pre-authorized, and pre-approved secured under perpetuity UCC Record No. 202183423070. All within scope of 112 statute at large Ch. 48 (HJR 192-06/1933) 18 USC § 8, 3 USC § 603 and backed by full faith and credit of the United States of America, restated, and incorporated in full by reference as if set forth in full, without prejudice. Below will include:

### Points and Authorities

1. That prior to 1938, all US Supreme Court Decisions were based upon what is termed: "public law" or that system of law that was controlled by Constitutional limitation. After 1938, all US Supreme Court decisions have been based upon "public policy" concerning commercial transactions made under the "Negotiable Instrument Law" as a result of the US Bankruptcy as declared by President Roosevelt on March 9, 1933, and codified at 12 USCA 95(a) and by Executive Orders. This bankruptcy caused the change from "public law" to "private commercial law" and was recognized by the Supreme Court in Erie v Thomkins (1938). After that case, all the procedures of law were officially blended with procedures of equity.
2. That the Negotiable Instruments Law is a branch of the "international Law Merchant" which is now known as the "Uniform Commercial Code" (UCC) that was 'drafted' and made uniform, and "adopted in whole or substantially by all states." Black's Law Dictionary, 6th ed., pg. 1531. Thus the UNITED STATES and all US vessels (strawman) are under the Uniform Commercial Code.
3. That several (now 50) States accepted the "benefits" of federal grants offered by the federal United States as the "consideration" of a commercial agreement between themselves. Under the agreement, (the States Conference of Governors, March 6, 1933) pledged their full faith and credit and agreed to obey the dictates of Congress, and assume their portion of the National Debt, collected as "your fair share", as an example, in the nature of the "voluntary" income tax, wherein the IRS operates and collects such "taxes" under the same UCC.

*Certified Mail Receipt #*
*7019 0700 0001 1733 0625*

## CONDITIONAL ACCEPTANCE OF MOTOR VEHICLE PURCHASE CONTRACT

4. That, this system of Negotiable paper has bound all corporate entities (cities, municipalities, counties, etc.) of government together to the process/system of the (public) Commercial Venue of Commercial Law. This nationwide Commercial "bond" also altered the original (law) status of the Courts to nothing more than "administrative tribunals" merely administering the bankruptcy (private policy, using private law) of debt collections for the Creditors.

5. That, by and through the bankruptcy, the UCC, and other acts, Congress in failing to uphold its constitutional duty to provide a lawful medium of exchange (i.e., money backed by silver and gold, or minted coin pursuant to Article I, Section 8, clause 5 of our national constitution) have by these various "Acts" created an abundance of this new type of fiat Money called Commercial Credit Money to circulate within the legislative democracy called the UNITED STATES… of which "they" are not bound by Constitutional law and limitation.

6. That the Commercial Law Venue, compelled upon the people a forced "benefit" of "limited liability for the payment of debt" by the "use" of Federal Reserve Notes (debt instruments) wherein "your" debts are only discharged, (not paid) in the form of interest-bearing negotiable instruments (Federal Reserve Notes). "There is a distinction between a debt discharged and one paid. When discharged the debt still exists, though divested of its character as a legal obligation…" Stanek v. White, 215 NWR 781 (1927). Federal Reserve Notes are only evidence of debt owed by the Federal Reserve Bank and Federal Reserve Notes are a commercial obligation or lien on the Federal Reserve Bank.

7. That, since 1933, by the acts of the bankruptcy and the UCC, the law has been tainted, or "colored" (i.e. color of law) as if it were true, because the commercial law is operated in conjunction with the Negotiable Instruments Law, wherein the Federal Government by and through the Bankers, can/have declared that a "piece of paper" has and represents value. Albeit that there is no substance (gold or silver) backing the "piece of paper," which the Federal Reserve Bank of Chicago in its publication "Modern Money Mechanics," page 3, has in fact declared the use of these debt instruments (Federal Reserve Notes) a "confidence" game. The substance of the law (property) (i.e., gold and silver) has been removed from the public sector, like the substance that is the basis of money, accordingly, law like money becomes fiction, make-believe or simply "legal fiction." Therefore, in the USA, by and through the UCC, all contracts, agreements, (implied or otherwise) applications, permits, etc. where the "colorable" consideration (Federal Reserve Notes) was passed in those "contract", etc., all such contracts are then also "colored" and are not genuine, for no lawful consideration (gold or silver) was paid or exchanged by either party to the contract to, by law, pass both the "possession and the property" to the lawful Buyer. See Bouvier's Dictionary of Law, 1839, "TITLE", definition #5. "The lawful coin of the United States will pass the property along with the possession."

8. That, today, all our "courts" sit as non-Constitutional, non-Article III Legislative Tribunals administering the bankruptcy through "their" private statutes which are in reality "commercial obligations" for the benefit or privilege of discharging your debts with the limited liability of the Federal Reserve "Colorable" Money Notes.

9. That under the current "colorable" legal system, the de-facto (we just do it) legislature has created "colorable" rights called privileges, imposes duties, lays down rules of conduct, and the legislative tribunals declare the same as "rights." These privileges are granted and given upon the people's voluntary act of asking "permission," then upon providing any colorable consideration (payment = discharge) the people then come under the administrative jurisdiction of Commercial law.

10. That today in America everyone, all governments included, are statutory law merchants dealing in negotiable paper (instruments) under the UCC for the limited liability for the discharge of debts, wherein a debt remains (fraud) and nothing else! The so-called "judges" are operating only a commercial tribunal to administer their "corporate" regulations concerning all financial transactions…both voluntary and those compelled.

*Certified Mail Receipt #*
*7019 0700 0001 1733 0625*

## CONDITIONAL ACCEPTANCE OF MOTOR VEHICLE PURCHASE CONTRACT

11. That all debts are satisfied by one or both of two ways, a payment, or a promise to pay. Every payment is by substance, and every promise to pay is accomplished by a currency or paper that is technically known as a commercial lien or obligation. The satisfaction of the debt by providing substance is called "paying the debt." The satisfaction of the debt by a written or printed promise to pay the debt is called "discharging the debt." All debts are "paid" by substance. All debts are only "discharged" by Currency, Pocket Money Notes, or other Commercial Liens or Obligations. (Negotiable Instruments, i.e., Commercial Lien/Asset, i.e., UCC-1 Asset).

12. That all paper money consists of notes which declare a debt or obligation, and which promise or demand payment. All such evidences of debt or obligations are technically known as Commercial Paper. Such "notes" includes currency, for example, Federal Reserve Notes, checks, drafts, conditional checks, notes of exchange (paper money/instruments between banks).

13. That a Federal Reserve Note is a commercial lien or obligation on the Federal Reserve Bank. A personal check is a commercial lien or obligation on the bank account of the maker of the check (cheque). A draft is a check (cheque) with a conditional agreement printed above the place of endorsement on the backside of the draft. A "note" of exchange is a commercial lien or obligation between the banks consisting of one bank demanding payment (discharge) form another bank. A personal check (cheque), while passing between banks, as a note of exchange, is a commercial lien or obligation.

14. That bank accounts are backed (supported) either by substance money or by paper money or by both. The substance money is called collateral. The paper money can be currency (for example, paper money notes), a loan of credit from the bank, or checks or other paper money such as, are commercial liens or obligations, received from other sources. Therefore the "property declared/pledged or claimed to secure the obligation and damages, is the collateral by and through Commercial Paper, establishes (creates) the credit called commercial credit money.

15. That the "people", men, and women, operating in their private capacity, by and through the remedy provided in the Uniform Commercial Code at Article 9, and as a matter of right, secure their publicly created "strawman/US vessel" and utilize the Commercial Law Venue against their employees, the agents of government, their creations (corporations) and their officers (accountability = liability) by and through basic contract law through ***acceptance for value of their public offerings***.

16. That these valid "UCC Contracts" are Commercial Paper and using a bill of exchange or documentary draft are enforceable for the consideration due, by having the fiduciary make presentment to the debtor, for the debtor's acceptance or dishonor.

17. That in the Commercial Venue, the Holder in Due Course, being a Secured Party and Creditor, is the Super-Plaintiff and no defenses can rise against him.

18. Under 18 USC 8, The term "***obligation or other security of the United States***" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, ***certificates of deposit***, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and ***canceled United States stamps***.

19. **Under 12 USC 411, The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.(Dec. 23, 1913, Ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, Ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, Ch. 614, title II, § 203(a), 49 Stat. 704.)**

20. Under 3 USC 603, If tender of payment of an obligation to pay an ***instrument*** is made to a ***person entitled to enforce*** the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.

*Certified Mail Receipt #*
*7019 0700 0001 1733 0625*

## CONDITIONAL ACCEPTANCE OF MOTOR VEHICLE PURCHASE CONTRACT

If tender of payment of an obligation to pay an *__instrument__* is made to a *__person entitled to enforce__* the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an <u>indorser,</u> or accommodation *__party,__* having a right of recourse with respect to the obligation to which the tender relates.

If tender of payment of an amount due on an *__instrument__* is made to a *__person entitled to enforce__* the instrument, the obligation of the obligor to pay interest after the due date on the amount tendered is discharged. If *__presentment__* is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is deemed to have made tender of payment on the due date to the person entitled to enforce the instrument.

I am fully aware of my rights under the Uniform Commercial Code. It is possible that I may have other conditions based on the satisfaction of the conditions listed herein, so I reserve the right to amend this *__"Conditional Acceptance of Motor Vehicle Contract"__*. Moreover, if you do not understand any of the conditions your financial institution should be able to clarify what is intended after review of *__Points and Authorities__*.

**<u>If, on the other hand</u>**, you, The Trustees, and your principals and/or agents, cannot satisfy these conditions. I have authority to create a Claim of Lien against you each, and file a financing statement against you each, supporting my lien as I deem necessary. Additionally, in order to facilitate my rights under this *__Conditional Acceptance of Motor Vehicle Contract /Security-Agreement__*. You agree that I have your Power of Authority/Attorney to file anything to bring about the delivery of the 2022 LAND ROVER, RANGE ROVER SPORT, V8 SUPERCHARGED HSE DYNAMIC, STOCK #B219270, VIN # SALWR2SE6NA219270, FINAL PRICE LISTED $147,497.40 or another vehicle of similar value. That you have no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings. Additionally, you agree that you grant your Power of Authority/Attorney to me, Deric-Marcell: Thompson©, so that I am able to collect the full amount through a lien[3], UCC-1, UCC-3, Treasury-Forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if any such injury to me persists on a yearly basis. It is understood that even though an IRS Form 1040 is for a Tax Class 2 and the 1099-A and 1099-OID are a Tax Class 5, I do not know any other way of filing for the value of the Certificate of Deposit other than to use these forms, so I use them "without prejudice."

Without Prejudice,

*[signature]*, Beneficiary
Deric-Marcell: Thompson©, Beneficiary
01/29/2022



Certified Mail Receipt #
7019 0700 0001 1733 0625

CONDITIONAL ACCEPTANCE OF MOTOR VEHICLE PURCHASE CONTRACT

Conditional Acceptance
of
Motor Vehicle Purchase Contract
Devie-Marcell: Thompson ©, Beneficiary
January 29, 2022

# MOTOR VEHICLE PURCHASE CONTRACT

**Herb Chambers Jaguar Land Rover Boston**
1188 Commonwealth Avenue
Boston, MA 02134
(617) 684-3400
https://www.herbchambers.com/

*UPDATES BY* [handwritten]
*Certified Mail Receipt # 7019 0700 0001 1733 0625* [handwritten]
*Conditional Acceptance of M.V. Purchase (over)* [handwritten]

FOR CONSUMER USE ONLY

| Field | Value |
|---|---|
| DATE | 01/29/2022 |
| CONTRACT NO. | 12562 |
| STOCK NO. | B219270 |
| SALESPERSON | Justin Eam |
| DMS EMPLOYEE # | 154023 |
| PURCHASER'S NAME(S) | Deric-Marcell Thompson |
| EMAIL | dmtdmt77@pm.me |
| STREET ADDRESS | 233 Halsey rd |
| CITY/STATE/ZIP | WOONSOCKET RI 02895 |
| CELL PHONE | (617) 869-2101 |
| HOME PHONE | (617) 869-2101 |
| BUSINESS PHONE | (617) 869-2101 |

ENTER MY ORDER FOR: NEW ✓

| Year | Make | Model | Body Style/Type | Transmission | Cyl. |
|---|---|---|---|---|---|
| 2022 | Land Rover | Range Rover Sport | 4WD Sport Utility | Automatic ✓ | 8 |

| Vehicle Identification No. | Color 1st | Interior 1st | Odometer |
|---|---|---|---|
| SALWR2SE6NA219270 | RED | EBONY | 10 mi |

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer on request at time of order and will receive the warranty at time of *PICKUP* [handwritten]

REGISTRATION FEE/TITLE FEE SALES TAX

Mass. Sales Tax: $9,423.40

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| Item | Amount |
|---|---|
| Price of Unit | $130,330.00 |
| Ventreshield/coating/Tire&whe | $7,285.00 |
| 1. Total Price | $137,615.00 |
| 2. Discount | |
| 3. Trade-In Allowance | |
| 4. Rebate | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4) | $137,615.00 |
| 6. Documentary Preparation | $459.00 |
| 7. Title Preparation | |
| 8. Mass Sales Tax (7.000 % of lines 5, 6 & 7) | $9,423.40 |
| 9. Other | |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8, & 9) | $147,497.40 |
| 11. Balance Due on Trade-In | |
| 12. Subtotal (Total of lines 10 & 11) | $147,497.40 |
| 13. Deposit | |
| 14. Amount to be Financed | $147,497.40 |
| 15. Cash Due on Delivery | |
| 16. TOTAL PAYMENT (Total of lines 13, 14, & 15) (line 16 must equal line 12) | $147,497.40 |

In the event I ~~will~~ take delivery of the vehicle purchased by me within ~~forty eight~~ **24** hours after I have been notified ~~by you~~ that it is ready for ~~delivery~~ and pay the total contract price ~~above~~ indicated, my deposit in the amount of **0** ~~shall be forfeited~~.

Purchaser's Initials [ ✗ ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE ~~dealer~~ **PURCHASER**.

Purchaser's Initials [ ✗ ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: RECEIPT OF CONDITIONAL ACCEPTANCE OF M.V.P.C.
(3) Other: RECEIPT OF CERTIFICATE OF DEPOSIT # 2021 9342 3705

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

01/29/2022
Purchaser's Signature: *Deric-Marcell M. Thompson* BENE.

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding has been made or entered into.

*Authorized Dealer Representative*

12562: EntId: 6721227 / EvtId: 39587    Generated by DealerSocket®

**ADDITIONAL PROVISIONS**

*Paid in full upon receipt of Conditional acceptance* [handwritten] 1/29/2022 9:57:54 AM

(a) I agree to accept delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that ~~it is ready for delivery~~ and pay the ~~balance due~~ on delivery simultaneously with its delivery.

*Certificate of Deposit* [handwritten]

[stamp affixed]

*Conditional* ~~Assignment of~~ Motor Vehicle Purchase Contract

Certified Mail Receipt # 7019·0700·0001·1733·0625

# Herb Chambers JAGUAR LAND-ROVER



**Name:** Deric-Marcell Thompson
**Phone:** (617) 869-2101
**Email:** dmtdmt77@pm.me
**Sales Manager:** Adriano Polanco
**Sales Person:** Justin Eam
**DMS Number:** 154023

**Address:** 233 Halsey rd
WOONSOCKET, RI 02895

**New 2022 Land Rover Range Rover Sport V8 Supercharged HSE Dynamic**

**Stock:** B219270
**VIN:** SALWR2SE6NA219270
**Odometer:** 9
**Color:** RED / EBONY
**Engine:** 8 Cylinder Engine
**Transmission:** 8 Speed Automatic
**MPG:** 17 city / 22 hwy

Cash / *Certificate of Deposit** — $147,498.00

\* Retail and Lease payments are an estimate subject to credit approval and any existing lender programs and/or offers. Rates and programs are subject to change without notice. Payments and figures presented herein are only valid for 24 hours from time of presentation. Tax, title and registration fees and/or rules may vary per state. For Leases: 1st payment, security deposit, bank acquisition, license, title, and documentation fees, plus any applicable taxes are due at signing.

### CASH DETAILS

| | |
|---|---:|
| **NET SELLING PRICE** | **$130,330.00** |
| Venture Shield | $2,995.00 |
| Tire and Wheel Protection | $2,995.00 |
| Simonize | $1,295.00 |
| **TOTAL VALUE ADDS** | **$7,285.00** |
| **ADJUSTED SALES PRICE** | **$137,615.00** |
| Documentation Fee | $459.00 |
| **TOTAL FEES** | **$459.00** |
| **TOTAL TAXES** | **$9,423.40** |
| **SALES SUB TOTAL** | **$147,497.40** |
| **FINAL PRICE** | **$147,497.40** |

× *Deric Marcell Thompson©*
*Beneficiary*
*1/29/2022*
**Customer Signature**
Prepared by Adriano Polanco

× *[signature]*
**Sales Signature**
Generated by DealerSocket



01/29/2022 11:59:20



Certified Mail Receipt #
7019-0700-0001-1783-0625

# Certificate of Deposit

**ISSUE DATE** January 29, 2022

**CERTIFICATE NUMBER** 2021834230703

Issued by: Deric-Marcell: Thompson©

c/o 233 Halsey Road

Woonsocket, Rhode Island

Non-Domestic without the US

## Deposit Value: $147,498.00

### One Hundred Forty-Seven Thousand Four Hundred Ninety-Eight US Dollars

This Certificate of Deposit, Value is 1 unit of any and all Value, inclusive of any and all mutually identified and accepted representations, shall be deposited unit for unit in the denomination indicated on the face of this document, fully underwritten by the duly verified sum certain of ONE BILLION (1,000,000,000.00) in lawful money of the united States of America, GOLD and SILVER Over THREE QUINTILLION, FIVE HUNDRED QUADRILLION (3,500,000,000,000,000,000.00) just in duly verified EQUITY DEBT against the DEBTORS. There is an additional duly verified sum certain of ONE BILLION (1,000,000,000.00) in lawful money of the united States of America, GOLD and SILVER, for each of those people damaged by the actions and systems of the DEBTORS. Over THREE QUINTILLION, FIVE HUNDRED QUADRILLION (3,500,000,000,000,000,000.00) lawful money of the united States of America, GOLD and SILVER, in duly verified DEBT OF DAMAGES against the DEBTORS. I, under perpetuity UCC Record No. 202183423070, all restated and incorporated in full by reference as if set forth in full, without prejudice. Upon deposit this instrument shall be discounted by ten percent for the benefit of the financial institution as a standard transaction fee within scope of 112 statute at large Ch.48 (HJR 192- 06/1933), 18 USC § 8, 3 USC §603, and backed by full faith and credit of the united States of America. The cancelled instrument shall be returned to the issuer no later than 30 days after the deposit date. Copies may be maintained by the financial institution for their records.

Deric-Marcell: Thompson©, Beneficiary

c/o 233 Halsey Road

Woonsocket, Rhode Island

Non-Domestic without the US

Autograph  01/29/2022