# EXHIBIT 6

RI SOS   Filing Number: 202226271080      Date: 1/31/2022 9:06:00 AM

# UCC-3 Form - AMENDMENT

### AMENDMENT ACTION - COLLATERAL ADD

*Original File Number:* **202023707610**

## FILER INFORMATION

*Full name:*

*Email Contact at Filer:*  **DMTDMT77@PM.ME**

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:*  **233 HALSEY ROAD**

*City, State Zip Country:*  **WOONSOCKET, RI 02895 USA**

## NAME OF THE SECURED PARTY OF RECORD AUTHORIZING THE AMENDMENT:

## CUSTOMER REFERENCE: CERT MAIL #7019 0700 0001 1733 0625

## COLLATERAL

2022 RANGE ROVER SPORT, V8 SUPERCHARGED HSE DYNAMIC, 4WD, SPORT UTILITY, COLOR: RED, INTERIOR: EBONY, STOCK# B219270 VIN# SALWR2SE6NA219270, VALUATION OF $147,497.00