# EXHIBIT 7

# UCC-1 Form

## FILER INFORMATION

*Full name:*

*Email Contact at Filer:* DMTDMT77@PM.ME

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* C/O 233 HALSEY ROAD

*City, State Zip Country:* WOONSOCKET, 02895 USA

## DEBTOR INFORMATION

*Org. Name:* **HERB CHAMBERS 1188, INC.**

*Mailing Address:* **1188 COMMONWEALTH AVENUE**

*City, State Zip Country:* **BOSTON, MA 02134 USA**

*Last Name (i.e. Family Name or Surname):* **KING** *First Name:* **SEAN** *Middle Name:* **AUTSIN**

*Mailing Address:* **275 2ND AVE UNIT 5090**

*City, State Zip Country:* **NEEDHAM HEIGHTS, MA 02494 USA**

## SECURED PARTY INFORMATION

*Last Name (i.e. Family Name or Surname):* **THOMPSON** *First Name:* **DERIC-MARCELL** *Middle Name:* **BENEFICIARY**

*Mailing Address:* C/O 233 HALSEY ROAD

*City, State Zip Country:* **WOONSOCKET, RI 02895 USA**

**TRANSACTION TYPE:** STANDARD
**ALTERNATIVE DESIGNATION:** CREDITOR

**CUSTOMER REFERENCE:** SECURED PARTY, AUTHORIZED REPRESENTATIVE, ATTORNEY-IN-FACT-DERIC-MARCELL: THOMPSON, BENEFICIARY

## COLLATERAL

ANY AND ALL ITEMS OF PROPERTY OF DEBTOR, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING, AND WHEREVER LOCATED: REFERENCED WITHIN ANY OF THE FOLLOWING CATEGORIES—I.E. ALL: MOTOR VEHICLES, AIRCRAFTS, VESSELS, SHIPS, TRADEMARKS, COPYRIGHTS, PATENTS, CONSUMER GOODS INVENTORY, EQUIPMENT, MONEY, INVESTMENT PROPERTY, COMMERCIAL TORT CLAIMS, LETTERS OF CREDIT, LETTER-OF-CREDIT RIGHTS, CHATTEL PAPER, ELECTRONIC CHATTEL PAPER, TANGIBLE CHATTEL PAPER, CERTIFICATED SECURITIES, UNCERTIFICATED SECURITIES, PROMISSORY NOTES, PAYMENT INTANGIBLES, INSTRUMENTS, DEPOSIT ACCOUNTS, DOCUMENTS, REAL ESTATE AND REAL PROPERTY— INCLUDING ALL BUILDINGS, STRUCTURES, FIXTURES, AND APPURTENANCES SITUATED THEREON, AS WELL AS AFFIXED THERETO—FIXTURES, AND AS-EXTRACTED COLLATERAL, I.E. ALL OIL, GAS, AND OTHER MINERALS, AS WELL AS ANY AND ALL ACCOUNTS ARISING FROM THE SALE OF THESE SUBSTANCES, BOTH AT WELLHEAD AND MINE HEAD; ACCOUNTS, GENERAL INTANGIBLES, INSTRUMENTS, MONIES, PAYMENTS, CONTRACT RIGHTS, AND ALL OTHER RIGHTS, ARISING OUT OF SALE, LEASE, AND OTHER DISPOSITION OF ANY OF THE PROPERTY DESCRIBED IN THIS COLLATERAL SECTION; PROCEEDS INCLUDING INSURANCE, BOND, GENERAL INTANGIBLES, AND ACCOUNTS PROCEEDS, FROM THE SALE, DESTRUCTION, LOSS, AND OTHER DISPOSITION OF ANY OF THE PROPERTY DESCRIBED IN THIS COLLATERAL SECTION; AND RECORDS AND DATA INVOLVING ANY OF THE PROPERTY DESCRIBED IN THIS COLLATERAL SECTION, SUCH AS IN FORM OF A WRITING, PHOTOGRAPH, MICROFILM, MICROFICHE, TAPE, ELECTRONIC MEDIA, AND THE LIKE, TOGETHER WITH ALL OF THE DEBTOR'S RIGHT, TITLE, AND INTEREST IN ALL COMPUTER SOFTWARE AND HARDWARE REQUIRED FOR UTILIZING, CREATING, MAINTAINING, AND PROCESSING ANY SUCH RECORDS AND DATA IN ANY ELECTRONIC MEDIA. EACH FOREGOING SEPARATE ITEM OF PROPERTY REFERENCED/DESCRIBED/CLASSIFIED WITHIN IN ANY OF THE PRECEDING PARAGRAPHS, I.E. IN THIS COLLATERAL SECTION SECURES THE ENTIRE OBLIGATION/AMOUNT OF INDEBTEDNESS