# EXHIBIT 8

# UCC-3 Form - AMENDMENT

### AMENDMENT ACTION - COLLATERAL ADD
*Original File Number:* **202285220810**

---

## FILER INFORMATION

*Full name:*

*Email Contact at Filer:* DMTDMT77@DM.ME

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* C/O 233 HALSEY ROAD

*City, State Zip Country:* WOONSOCKET, RI 02895 USA

---

### NAME OF THE SECURED PARTY OF RECORD AUTHORIZING THE AMENDMENT:

---

**CUSTOMER REFERENCE:** CERT MAIL #7019 0700 0001 1733 0625

## COLLATERAL

2022 MODEL: DISCOVERY SPORT TRIM: S 2.0L ENGINE AUTOMATIC FUJI WHITE EXTERIOR EBONY GRAINED LEATHER INTERIOR STOCK #: B910990 $49435 2022 MODEL: RANGE ROVER EVOQUE TRIM: R-DYNAMIC S AWD2.0L ENGINE AUTOMATIC SEOUL PEARL SILVER EXTERIORCLOUD / EBONY INTERIOR STOCK #: B172451 $54160. 2022 MODEL: RANGE ROVER EVOQUE TRIM: R-DYNAMIC S AWD 2.0L ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B172613 $54545 2022 MODEL: RANGE ROVER EVOQUE HST TRIM: R-DYNAMIC HST 2.0L ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B169250 $65795 2022 MODEL: DEFENDER TRIM: 110 AWD 2.0L ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B098658 $61,430 2022 MODEL: RANGE ROVER VELAR TRIM: P250 R-DYNAMIC S 2.0L ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B331006 $69240 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B223750 $86,180 2022 MODEL: RANGE ROVER SPORT. TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B225187 $86,180 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B225485 $86,180 2022 MODEL: DEFENDER TRIM: 110 X-DYNAMIC HSE AWD 3.0L I6 ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B094447 $98340 2022 MODEL: DEFENDER TRIM: 110 X-DYNAMIC HSE AWD 3.0L I6 ENGINE AUTOMATIC FUJI WHITE EXTERIOR EBONY INTERIOR STOCK #: B093588 $88,865 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC EIGER GREY EXTERIOREBONY INTERIOR STOCK #: B225053 $87,170 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC EIGER GREY EXTERIOREBONY INTERIOR STOCK #: B225053 $110,015 2022 MODEL: DEFENDER TRIM: 110 X AWD 3.0L I6 ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B096990 $99,165 2022 MODEL: DEFENDER TRIM: 110 X AWD 3.0L I6 ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B096990 $110,015 2022 MODEL: RANGE ROVER TRIM: P400 HSE WESTMINSTER SWB ENGINE AUTOMATIC PORTOFINO BLUE EXTERIORIVORY / EBONY INTERIOR STOCK #: B471322 $112,520 2022 MODEL: RANGE ROVER SPORT TRIM: V8 SUPERCHARGED HSE DYNAMIC 5.0L V8 ENGINE AUTOMATIC 2487 ICY WHITE - GLOSS EXTERIOREBONY INTERIOR STOCK #: B220645 $109,980 2022 MODEL: RANGE ROVER SPORT TRIM: V8 SUPERCHARGED HSE DYNAMIC 5.0L V8 ENGINE AUTOMATIC 2241 BRITISH RACING GREEN #5-GLOSS EXTERIOR EBONY INTERIOR STOCK #: B221730 $105,330 2022 MODEL: RANGE ROVER TRIM: WESTMINSTER SWB ENGINE AUTOMATIC FUJI WHITE EXTERIOR EBONY INTERIOR STOCK #: B471503 $117,945 2022 MODEL: RANGE ROVER SPORT TRIM: V8 SUPERCHARGED HSE DYNAMIC 5.0L V8 ENGINE AUTOMATIC 2365 BRITISH RACING GREEN - SATIN EXTERIOREBONY INTERIOR STOCK #: B219515 $108,230 2022 MODEL: RANGE ROVER TRIM: P400 HSE WESTMINSTER SWB ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B466818 $118,480 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $126,880 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $127,280 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $129,830 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $152,615 2022 MODEL: RANGE ROVER SPORT TRIM: SVR 5.0L V8 ENGINE AUTOMATIC 2241 BRITISH RACING GREEN #5-GLOSS EXTERIOREBONY INTERIOR STOCK #: B219044 137,325 2022 MODEL: RANGE ROVER SPORT TRIM: SVR 5.0L V8 ENGINE AUTOMATIC 2241 BRITISH RACING GREEN #5-GLOSS EXTERIOREBONY INTERIOR STOCK #: B219044 $117,640 TOTAL OF 27 VEHICLES WITH A TOTAL ESTIMATED VALUE OF $2,670,770.00