# EXHIBIT 9

**From:** Deric-Marcell : Thompson <DmtDmt77@protonmail.com>
**Sent:** Thursday, February 3, 2022 2:01 PM
**To:** Sean King <SKing@herbchambers.com>; Andrew Crede <ACrede@herbchambers.com>; Adriano Polanco <APolanco@herbchambers.com>; Jim Xaros <JXaros@herbchambers.com>; James Duchesneau <JDuchesneau@herbchambers.com>
**Subject:** RE: 2022 Range Rover Sport Stock# B219270

Sean, no need to apologize, there is nothing personal between us, but we have a signed contract, this is business. An offer of contract, which was signed by your *Authorized Representative* Adriano Polanco was sent to me on 1/29/2022. There was Offer and Acceptance. Under Massachusetts Law, signed contracts are legally binding. I have all email and Text correspondence that corroborate everything! Please take the opportunity to go thru the email thread between me and Adriano. Also, to read the Conditional Acceptance of Motor Vehicle Purchase Contract Certified Mail Receipt # 7019 0700 0001 1733 0625 Letter one more time. These will be specific things to look for:

*The Postal Rule* Google its meaning.
*Point and Authorities specifically numbers 18, and 19*
They refer to Federal Statutes *18 USC 8, 12 USC 411* **(PASSED BY UNITED STATES CONGRESS)**
Then, the *last two paragraphs above my signature*. That mention **"that I may have other conditions based on the satisfaction of the conditions listed herein, so I reserve the right to amend this *"Conditional Acceptance of Motor Vehicle Contract"*."** That should put things in perspective.
Attached are my complaints to the Attorney General, The Federal Trade Commission, the Better Business Bureau. Also attached are UCC Financing Statements with the Secretary of State, that show liens on Herb Chambers 1188, Inc., and yourself. I will amend the financing statements when vehicle has been delivered. I will send email proof of amendment. Land Rover Boston will pay for the transport, due to denying my transport opportunity to pick up and deliver the vehicle. You have 24 hours to deliver the vehicle to my home, or I will sell the UCC lien to the highest bidder to where they can collect any and all assets listed. Especially, the 27 vehicles listed in the 2022 Inventory which are included as collateral in the UCC 3 attached. You are an authorized agent of Land Rover Boston. I authorize you, Sean King, with my Power of Authority/Attorney to release the vehicle, to have it delivered with All Vehicle Documentation, and All Keys, to 233 Halsey Road, Woonsocket Rhode Island, 02895. I'm within my rights, due to the conditions of the Conditional Acceptance of the Motor Vehicle Purchase Contract. Certified Mail # 7019 0700 0001 1733 0625 which has been delivered at 1:17 pm today! I would rather handle this administratively between private parties than to get courts involved, so would you. Writs of Execution and Seizure of Assets by the Suffolk County Sheriff's Department is not where I want to go, but it's a trip I will take with no problem. It did not have to come to this, but my hand was forced. The 2022 inventory is an estimated $2.7 million dollars. The 2022 LAND ROVER, RANGE ROVER SPORT, V8 SUPERCHARGED HSE DYNAMIC, STOCK# B219270, VIN# SALWR2SE6NA219270, is only $147,497.40. Don't let one vehicle that's paid for be the cause of seizure of an entire inventory. Thanks in Advance Deric. Oh, and please scan me a confirmation of delivery and send it via email. I do not speak any type of business over the telephone only in writing.


I hereby reject your offer to contract via this email.
Without Recourse/Without Prejudice UCC 1-308
Deric-Marcell: Thompson, Beneficiary


Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, February 1st, 2022 at 10:25 AM, Sean King <SKing@herbchambers.com> wrote:

Deric-

I'm sorry but no vehicle will be leaving here until it is signed for (our documents) and paid in full (money in our account).
If you would like to discuss our process and how to purchase this vehicle, feel free to reach-out to me directly.


Sean King
Centre Manager

**Herb Chambers
Jaguar Land Rover Boston**

# Massachusetts Attorney General's Office | Consumer Complaint



Español | Português

## Before You File

The Massachusetts Attorney General's Office (AGO) attempts to resolve individual consumers' disputes with businesses, where appropriate.

Please be aware of the following:

While the Massachusetts Attorney General's Office (AGO) sometimes brings lawsuits for the Commonwealth to enforce consumer protection laws and in the public interest generally, the AGO does not represent individual consumers. Therefore, we cannot provide you with legal advice or act as your attorney. If you have any questions concerning your individual legal rights or responsibilities, you should contact a private attorney.

### Disclosure of Your Complaint

(1) The information you have submitted may be provided to the entity or individual you are complaining about in order to resolve your complaint. We may also provide your complaint and related information to other law enforcement and regulatory agencies.

(2) Some data concerning your complaint may be publicly posted on the AGO website, including the name of the entity or individual you complained about, the date the complaint was filed, and the town or city where you live.

(3) In most circumstances, your complaint, including any associated correspondence and documentation, is considered a public record in its entirety. As such, it will be made available to any member of the public who makes a public records request to our Office. There are certain exceptions to this rule: If your complaint concerns goods or services provided by insurance, healthcare, or financial services providers, or concerns civil rights, we generally will not disclose your name, address, phone number, email address, or any other identifying information in response to such a request.

## About Your Issue

**Complaint Type (Required)***
- ○ Healthcare and Health Insurance
- ○ Insurance, Banking, or Investment
- ● Auto Sale, Loan, Lease, or Repair
- ○ Student Loan
- ○ Mortgage or Landlord/Tenant Dispute
- ○ Discrimination or Civil Rights Violation
- ○ Telephone Scams, Robocalls, or Do Not Call List Violations
- ○ Other

If you have questions about this form, contact the consumer hotline at 617-727-8400 or 617-727-4765 TTY.

## Automotive Issue Detail

**Complaint Type**
None of the above

## Complaint Against

Enter full name of the company, business or organization you are complaining about.

**Company or Entity Name (Required)***
HERB CHAMBERS JAGUAR LAND ROVER, BOSTON

☐ This is an online business or I don't know the location

☐ This business address is outside the US

**Street Address**
1188 COMMONWEALTH AVENUE

| City | State | Zip Code |
|---|---|---|
| BOSTON | Massachusetts | 02134 |

**Phone (Optional)**
857-567-3790

If you have additional information that could help us locate this organization, enter it below. Include additional company names, contacts, and/or locations.

**Additional Contact Information or Website (Optional)**
Adriano Polanco, Sales Manager, Sean A. King, General Manager, Andrew Crede, General Manager, Justin Eam, Salesperson.
HERB CHAMBERS JAGUAR LAND ROVER, BOSTON
1188 Commonwealth Avenue
Boston, MA 02134

## Complaint Detail

**I am**
seeking assistance for myself

Include a full description of your complaint, including relevant dates and names.
**DO NOT** include your social security numbers, credit card numbers, or other private information.

**Complaint Summary (Required)***

An Offer and Signed Contract was emailed to me on 1/29/2022 by Sales Manager Adriano Polanco (Authorized Agent). For a 2022 Range Rover Sport-STOCK# B219270 price listed at $147,497.40. I Conditionally Accepted the offer, and the Acknowledgment of that Acceptance of the contract offer was on 01/30/2022, by Sales Manager Adriano Polanco (Authorized Agent) cc'd on the email were General Managers Sean King and Andrew Crede. I emailed contents of the mailing to the team at the dealership on 1/31/2022. Certified Mail# 7019 0700 0001 1733 0625 with Copy of Motor Vehicle Purchase Contract with Wet-Ink Signatures was mailed to HERB CHAMBERS JAGUAR LAND ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON, MA 02134 attn Adriano. I scheduled pickup for the vehicle with a tow company of my choice on 2/1/2022 to retrieve and deliver the vehicle to my home. He was denied by the dealership, being told the vehicle was not paid for when actually it was. This was at a cost to me of $650.

**Desired Outcome or Resolution**
Other

**Explain:**
Delivery of the 2022 RANGE ROVER SPORT STOCK# B219270

Select all actions you have taken to address this issue (if any).

☑ I complained directly to the business or entity

☐ I previously contacted the Attorney General's Office

☐ I contacted another government agency, community organization, or consumer program

☐ I filed a police report

☐ I hired a lawyer or attorney to represent me

☐ I filed a case in court

☐ Other

**List names of staff members, agencies and details of previous actions (Required)***
Adriano Polanco, Sean A. King, Andrew Crede, Justin Eam, (J. Xaros, D. Devo, J. Duchesneau, are Herb Chambers Executives) Emailed all corroborating information regarding Motor Vehicle Purchase Contract.

## Your Contact Information

Enter information for the person completing this form (you) so that we may follow up with you about this issue.

**First Name (Required)*** **Last Name (Required)***
Deric-Marcell: Thompson, Beneficiary

☐ I do not have a US address

**Street Address (Required)***
c/o 233 Halsey Road

**City (Required)*** **State (Required)*** **Zip Code (Required)***
Woonsocket Rhode Island 02895

**Phone (Required)***
617-869-2101

**Email (Optional)**
Given the COVID-19 public health emergency, our office is primarily operating remotely. We ask that you consider providing your email address to ease communication during this time.

If you provide your email address, you will receive a confirmation email after submitting this form with a copy of the completed complaint attached.
DmtDmt77@pm.me

☐ I am over 60 years old, or filing on behalf of a senior

☐ I am a U.S. Military Service Member or Veteran, or filing on behalf of a veteran

## Signature

☑ **By entering my name below, I certify that: (Required)***

• The information I have provided is true and correct to the best of my knowledge;

• I have read and understand the disclaimers at the beginning of this form regarding the disclosure of information contained within this complaint.

**Type Full Name of the Person Submitting Form (Required)***
Deric-Marcell: Thompson, Beneficiary

**Date Submitted**
02/02/2022

 **FEDERAL TRADE COMMISSION**
ReportFraud.ftc.gov

FTC Report Number
144341371

# Consumer Report To The FTC

The FTC cannot resolve individual complaints, but we can provide information about next steps to take. We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** Deric-Marcell Thompson

**Address:** 233 Halsey Rd

**City:** Woonsocket   **State:** Rhode Island   **Zip Code:** 02895

**Country:** USA

**Email:** DmtDmt77@pm.me

**Phone:** 617-869-2101

## What happened

An Offer and Signed Contract was emailed to me on 1/29/2022 by Sales Manager Adriano Polanco (Authorized Agent). I Conditionally Accepted the offer, and the Acknowledgment of that Acceptance was on 01/30/2022, by Sales Manager Adriano Polanco (Authorized Agent). I emailed contents of the mailing to the team at the dealership on 1/31/2022 via Certified Mail# 7019 0700 0001 1733 0625 with Copy of Motor Vehicle Purchase Contract with Wet-Ink Signatures was mailed to HERB CHAMBERS JAGUAR LAND ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON, MA 02134 attn Adriano. I scheduled a pickup for the vehicle with a tow company of my choice to retrieve and deliver the vehicle to my home. He was denied, being told the vehicle was not paid for when actually it has. This was at a cost to me of $650. I have text and email correspondence that corroborates everything!

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 01/31/2022 | | $147,498.00 |
| Payment Used: | | How I was contacted: |
| Other | | Text |

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:** HERB CHAMBERS JAGUAR LAND ROVER, BOSTON | | |
| **Address Line 1:** 1188 Commonwealth Avenue | **Address Line 2:** | **City:** BOSTON |
| **State:** Massachusetts | **Zip Code:** 02134 | **Country:** USA |
| **Email Address:** apolanco@herbchambers.com | | |
| **Phone:** 8573026134 | | |
| **Website:** | | |
| **Name of Person You Dealt With:** Adriano Polanco | | |



# Better Business Bureau®

Case # 1705091

## File a Complaint

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution.

## Your complaint details:

**First Name:** Deric-Marcell
**Last Name:** Thompson, Beneficiary

**Email:** dmtdmt77@pm.me
**Phone:** 6178692101

**Street Address:** 233 Halsey Road
**State:** RI

**City:** Woonsocket
**Zip:** 02895

**Country:** USA

**Description of Complaint:**
An offer and Signed contract were emailed to me on 1/29/22 for a 2022 LAND ROVER, RANGE ROVER SPORT, V8 SUPERCHARGED HSE DYNAMIC, STOCK #B219270, VIN # SALWR2SE6NA219270 List Price $147,497.40 by Sales Manager Adriano Polanco (Auth. Agent) business phone (857) 302-6134. I Accepted the offer, and the Acknowledgment of the Acceptance was on 1/30/22, By Adriano Polanco. I emailed contents of the Certified Mail# 7019 0700 0001 1733 0625 to the Sales Team on 1/31/22. Copy of the Motor Vehicle Service Contract (MVPC) with Wet-Ink Signatures was mailed to HERB CHAMBERS JAGUAR LAND ROVER BOSTON (LAND ROVER BOSTON) 1188 Commonwealth Avenue, Boston, Ma 02134 Attn Adriano. I scheduled pick up for the vehicle with tow company of my choice to retrieve and deliver the vehicle to my home. The Tow driver was denied, being told the vehicle was not paid for. This was at a cost of $650.00 to me and I want Land Rover Boston to Deliver the Vehicle free of charge to my home. With All Vehicle Documentation and Keys. I have ALL text and email correspondence that corroborates everything!

**Desired Settlement:**
Delivery of the 2022 LAND ROVER, RANGE ROVER V8

Herb Chambers BMW Of Boston
📍 1168 Commonwealth Ave,
Boston, MA 02134-4618
📞 (617) 731-1700

If you have any questions or concerns, please contact the BBB assigned to your complaint:

**Better Business Bureau Serving Eastern MA, ME, RI & VT**

📍 290 Donald Lynch Boulevard, Suite 102
Marlborough, MA 01752-4705

✉ Email this BBB
📞 (508) 652-4800

1 of 3

SUPERCHARGED HSE DYNAMIC, STOCK #B219270, VIN # SALWR2SE6NA219270 to my home.

**Does your complaint involve a health issue?:**
No

Continued on next Page

SUPERCHARGED HSE DYNAMIC, STOCK #B219270, VIN # SALWR2SE6NA219270 to my home.

2 of 3

# File a Complaint

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution.

- I have read and agree to the Complaint Submission Terms.
- I authorize the business to communicate with BBB about my complaint and disclose to BBB any personal information related to the complaint including the following if applicable: (a) information about a transaction or payment, (b) student records, and (c) information about an alleged debt.
- I consent to the collection, use, and disclosure of my personal information in accordance with the BBB Privacy Policy, which I have read and understand.

Signature: _Desie Marcell-Ghay, Beneficiary_

Date: 2/3/2022

Herb Chambers BMW Of Boston

📍 1168 Commonwealth Ave,
Boston, MA 02134-4618

📞 (617) 731-1700

If you have any questions or concerns, please contact the BBB assigned to your complaint:

**Better Business Bureau Serving Eastern MA, ME, RI & VT**

📍 290 Donald Lynch Boulevard, Suite 102
Marlborough, MA 01752-4705

✉ Email this BBB

📞 (508) 652-4800

3 of 3

MA SOC   Filing Number: 202285220810   Date: 2/2/2022 10:33:00 AM



# UCC-1 Form

## FILER INFORMATION

*Full name:*

*Email Contact at Filer:* DMTDMT77@PM.ME

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* C/O 233 HALSEY ROAD

*City, State Zip Country:* WOONSOCKET, 02895 USA

## DEBTOR INFORMATION

*Org. Name:* HERB CHAMBERS 1188, INC.

*Mailing Address:* 1188 COMMONWEALTH AVENUE

*City, State Zip Country:* BOSTON, MA 02134 USA

*Last Name (i.e. Family Name or Surname):* KING *First Name:* SEAN *Middle Name:* AUTSIN

*Mailing Address:* 275 2ND AVE UNIT 5090

*City, State Zip Country:* NEEDHAM HEIGHTS, MA 02494 USA

## SECURED PARTY INFORMATION

*Last Name (i.e. Family Name or Surname):* THOMPSON *First Name:* DERIC-MARCELL *Middle Name:* BENEFICIARY

*Mailing Address:* C/O 233 HALSEY ROAD

*City, State Zip Country:* WOONSOCKET, RI 02895 USA

**TRANSACTION TYPE:** STANDARD
**ALTERNATIVE DESIGNATION:** CREDITOR

**CUSTOMER REFERENCE:** SECURED PARTY, AUTHORIZED REPRESENTATIVE, ATTORNEY-IN-FACT-DERIC-MARCELL: THOMPSON, BENEFICIARY

## COLLATERAL

ANY AND ALL ITEMS OF PROPERTY OF DEBTOR, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING, AND WHEREVER LOCATED: REFERENCED WITHIN ANY OF THE FOLLOWING CATEGORIES—I.E. ALL: MOTOR VEHICLES, AIRCRAFTS, VESSELS, SHIPS, TRADEMARKS, COPYRIGHTS, PATENTS, CONSUMER GOODS INVENTORY, EQUIPMENT, MONEY, INVESTMENT PROPERTY, COMMERCIAL TORT CLAIMS, LETTERS OF CREDIT, LETTER-OF-CREDIT RIGHTS, CHATTEL PAPER, ELECTRONIC CHATTEL PAPER, TANGIBLE CHATTEL PAPER, CERTIFICATED SECURITIES, UNCERTIFICATED SECURITIES, PROMISSORY NOTES, PAYMENT INTANGIBLES, INSTRUMENTS, DEPOSIT ACCOUNTS, DOCUMENTS, REAL ESTATE AND REAL PROPERTY—INCLUDING ALL BUILDINGS, STRUCTURES, FIXTURES, AND APPURTENANCES SITUATED THEREON, AS WELL AS AFFIXED THERETO—FIXTURES, AND AS-EXTRACTED COLLATERAL, I.E. ALL OIL, GAS, AND OTHER MINERALS, AS WELL AS ANY AND ALL ACCOUNTS ARISING FROM THE SALE OF THESE SUBSTANCES, BOTH AT WELLHEAD AND MINE HEAD; ACCOUNTS, GENERAL INTANGIBLES, INSTRUMENTS, MONIES, PAYMENTS, CONTRACT RIGHTS, AND ALL OTHER RIGHTS, ARISING OUT OF SALE, LEASE, AND OTHER DISPOSITION OF ANY OF THE PROPERTY DESCRIBED IN THIS COLLATERAL SECTION; PROCEEDS INCLUDING INSURANCE, BOND, GENERAL INTANGIBLES, AND ACCOUNTS PROCEEDS, FROM THE SALE, DESTRUCTION, LOSS, AND OTHER DISPOSITION OF ANY OF THE PROPERTY DESCRIBED IN THIS COLLATERAL SECTION; AND RECORDS AND DATA INVOLVING ANY OF THE PROPERTY DESCRIBED IN THIS COLLATERAL SECTION, SUCH AS IN FORM OF A WRITING, PHOTOGRAPH, MICROFILM, MICROFICHE, TAPE, ELECTRONIC MEDIA, AND THE LIKE, TOGETHER WITH ALL OF THE DEBTOR'S RIGHT, TITLE, AND INTEREST IN ALL COMPUTER SOFTWARE AND HARDWARE REQUIRED FOR UTILIZING, CREATING, MAINTAINING, AND PROCESSING ANY SUCH RECORDS AND DATA IN ANY ELECTRONIC MEDIA. EACH FOREGOING SEPARATE ITEM OF PROPERTY REFERENCED/DESCRIBED/CLASSIFIED WITHIN IN ANY OF THE PRECEDING PARAGRAPHS, I.E. IN THIS COLLATERAL SECTION SECURES THE ENTIRE OBLIGATION/AMOUNT OF INDEBTEDNESS

MA SOC   Filing Number: 202285249370   Date: 2/3/2022 9:53:00 AM



# UCC-3 Form - AMENDMENT

AMENDMENT ACTION - COLLATERAL ADD
*Original File Number:* **202285220810**

## FILER INFORMATION

*Full name:*

*Email Contact at Filer:* DMTDMT77@DM.ME

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* C/O 233 HALSEY ROAD

*City, State Zip Country:* WOONSOCKET, RI 02895 USA

## NAME OF THE SECURED PARTY OF RECORD AUTHORIZING THE AMENDMENT:

## CUSTOMER REFERENCE: CERT MAIL #7019 0700 0001 1733 0625

## COLLATERAL

2022 MODEL: DISCOVERY SPORT TRIM: S 2.0L ENGINE AUTOMATIC FUJI WHITE EXTERIOR EBONY GRAINED LEATHER INTERIOR STOCK #: B910990 $49435 2022 MODEL: RANGE ROVER EVOQUE TRIM: R-DYNAMIC S AWD2.0L ENGINE AUTOMATIC SEOUL PEARL SILVER EXTERIORCLOUD / EBONY INTERIOR STOCK #: B172451 $54160. 2022 MODEL: RANGE ROVER EVOQUE TRIM: R-DYNAMIC S AWD 2.0L ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B172613 $54545 2022 MODEL: RANGE ROVER EVOQUE HST TRIM: R-DYNAMIC HST 2.0L ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B169250 $65795 2022 MODEL: DEFENDER TRIM: 110 AWD 2.0L ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B098658 $61,430 2022 MODEL: RANGE ROVER VELAR TRIM: P250 R-DYNAMIC S 2.0L ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B331006 $69240 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B223750 $86,180 2022 MODEL: RANGE ROVER SPORT. TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B225187 $86,180 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B225485 $86,180 2022 MODEL: DEFENDER TRIM: 110 X-DYNAMIC HSE AWD 3.0L I6 ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B094447 $98340 2022 MODEL: DEFENDER TRIM: 110 X-DYNAMIC HSE AWD 3.0L I6 ENGINE AUTOMATIC FUJI WHITE EXTERIOR EBONY INTERIOR STOCK #: B093588 $88,865 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC EIGER GREY EXTERIOREBONY INTERIOR STOCK #: B225053 $87,170 2022 MODEL: RANGE ROVER SPORT TRIM: TURBO I6 MHEV HSE SILVER EDITION ENGINE AUTOMATIC EIGER GREY EXTERIOREBONY INTERIOR STOCK #: B225053 $110,015 2022 MODEL: DEFENDER TRIM: 110 X AWD 3.0L I6 ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B096990 $99,165 2022 MODEL: DEFENDER TRIM: 110 X AWD 3.0L I6 ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B096990 $110,015 2022 MODEL: RANGE ROVER TRIM: P400 HSE WESTMINSTER SWB ENGINE AUTOMATIC PORTOFINO BLUE EXTERIORIVORY / EBONY INTERIOR STOCK #: B471322 $112,520 2022 MODEL: RANGE ROVER SPORT TRIM: V8 SUPERCHARGED HSE DYNAMIC 5.0L V8 ENGINE AUTOMATIC 2487 ICY WHITE - GLOSS EXTERIOREBONY INTERIOR STOCK #: B220645 $109,980 2022 MODEL: RANGE ROVER SPORT TRIM: V8 SUPERCHARGED HSE DYNAMIC 5.0L V8 ENGINE AUTOMATIC 2241 BRITISH RACING GREEN #5-GLOSS EXTERIOR EBONY INTERIOR STOCK #: B221730 $105,330 2022 MODEL: RANGE ROVER TRIM: WESTMINSTER SWB ENGINE AUTOMATIC FUJI WHITE EXTERIOR EBONY INTERIOR STOCK #: B471503 $117,945 2022 MODEL: RANGE ROVER SPORT TRIM: V8 SUPERCHARGED HSE DYNAMIC 5.0L V8 ENGINE AUTOMATIC 2365 BRITISH RACING GREEN - SATIN EXTERIOREBONY INTERIOR STOCK #: B219515 $108,230 2022 MODEL: RANGE ROVER TRIM: P400 HSE WESTMINSTER SWB ENGINE AUTOMATIC CARPATHIAN GREY EXTERIOREBONY INTERIOR STOCK #: B466818 $118,480 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $126,880 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $127,280 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $129,830 2022 MODEL: RANGE ROVER TRIM: P525 WESTMINSTER SWB ENGINE AUTOMATIC SANTORINI BLACK EXTERIOREBONY INTERIOR STOCK #: B471550 $152,615 2022 MODEL: RANGE ROVER SPORT TRIM: SVR 5.0L V8 ENGINE AUTOMATIC 2241 BRITISH RACING GREEN #5-GLOSS EXTERIOREBONY INTERIOR STOCK #: B219044 137,325 2022 MODEL: RANGE ROVER SPORT TRIM: SVR 5.0L V8 ENGINE AUTOMATIC 2241 BRITISH RACING GREEN #5-GLOSS EXTERIOREBONY INTERIOR STOCK #: B219044 $117,640 TOTAL OF 27 VEHICLES WITH A TOTAL ESTIMATED VALUE OF $2,670,770.00