# EXHIBIT 10

```
)0E  Bek )0022 136 339 617-773-6934                    GNCM                                         p.02
```

███████████████████████
███████████████████████                 **CAUTION:**
███████████████████████                 This is not an
███████████████████████                 amendment.

## INFORMATION STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **SKing@herbchambers.com** |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Herb Chambers 1188, Inc.
1188 Commonwealth Avenue
Boston, MA 02134**

**ATTN: Sean King**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. Identification of the RECORD to which this INFORMATION STATEMENT relates

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. RECORD INFORMATION TO WHICH THIS INFORMATION STATEMENT RELATES |
|---|---|
| **202285220810** | **Financing Agreement and Amendment** |

2. Check one of these three boxes to indicate the claim made by this INFORMATION STATEMENT

2a. ☐ RECORD IS INACCURATE. Enter in item 3 the basis for the belief by the Debtor of Record identified in Item 5 that the RECORD identified in Item 1 is inaccurate and indicate the manner in which the person believes the RECORD should be amended to cure the inaccuracy

2b. ☑ RECORD WAS WRONGFULLY FILED. Enter in item 3 the basis for the belief by the Debtor of Record identified in Item 5 that the RECORD identified in Item 1 was wrongfully filed

2c. ☐ RECORD FILED BY PERSON NOT ENTITLED TO DO SO. Enter in item 3 the basis for the belief by the Secured Party of Record that the person that filed the RECORD identified in Item 1 was not entitled to do so under UCC Section 9-509

3. Basis for claim of box checked in item 2

There is not, nor has there ever been, a binding contractual arrangement, much less a security agreement, between the alleged secured party ("Thompson") and the purported debtor (the "dealership"). Thompson materially altered a motor vehicle purchase contract by striking out material terms and returning the document as a purported "conditional acceptance", which the dealership rejected. Among the material terms altered by Thompson was changing the term of payment from cash to payment by virtue of a fraudulent "certificate of deposit" that was not issued by any bank or financial institution but by Thompson himself and purportedly supported by "ONE BILLION (1,000,000,000) in lawful money of the united States of America, GOLD and SILVER". Thompson's initial filing, UCC-1, #202285220810, on February 2, 2022 was fraudulent as was the amendment he filed, UCC-3 #202285249370, on February 3, 2022, in which he claims a security interest in $2,670,770 of motor vehicles in connection with his scheme. Thompson has not paid the dealership anything or advanced any funds to the dealership and there is no outstanding obligation on the dealership's part. There is no contract or other basis upon which Thompson may base the filing of a UCC-1 financing statement.

4. If this INFORMATION STATEMENT relates to a RECORD filed [or recorded] in a filing office described in Section 9-501(a)(1) and this INFORMATION STATEMENT is filed in such a filing office, provide the date [and time] on which the INITIAL FINANCING STATEMENT identified in item 1a above was filed [or recorded]

| 4a. DATE | 4b. TIME |
|---|---|
|  |  |

5. NAME of PERSON filing this INFORMATION STATEMENT

| 5a. ORGANIZATION'S NAME |
|---|
| **Herb Chambers 1188, Inc.** |

OR

| 5b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
|  |  |  |  |

FILING OFFICE COPY — INFORMATION STATEMENT (Form UCC5) (Rev. 07/19/12)