# EXHIBIT 11

# Giarrusso Norton Cooley & McGlone, PC

TRIAL ATTORNEYS / MARINA BAY / 308 VICTORY ROAD / QUINCY, MA 02171 / WWW.GNCM.NET

EDWARD C. COOLEY

*tel:*  (617) 770.2900
*fax:*  (617) 773.6934
ecooley@gncm.net

February 9, 2022

**By Certified and First-Class Mail**

Deric Marcell Thompson
233 Halsey Road
Woonsocket, RI 02895

RE:   Demand for Filing Termination Statement of Wrongfully Filed Financing
        Statement; MA SOC Filing Number 202285220810

Mr. Thompson:

This firm represents Herb Chambers 1188, Inc. in connection with the financing statement you wrongfully filed with the Massachusetts Secretary of State naming yourself as a secured creditor and Herb Chambers 1188, Inc. as the debtor (MA SOC Filing Number 202285220810).

There is not now, nor has there ever been, a binding contractual arrangement, much less a security agreement, between you and Herb Chambers 1188, Inc. You materially altered a motor vehicle purchase contract by striking out material terms and returning the document as a purported "conditional acceptance", which the dealership rejected. Among the material terms you altered was changing the term of payment from cash to payment by virtue of a fraudulent "certificate of deposit" that was not issued by any bank or financial institution. You simply used a form a certificate and filled it out yourself, preposterously stating in the certificate that it was supported by "ONE BILLION (1,000,000,000) in lawful money of the united [*sic*] States of America, GOLD and SILVER".

Despite the obvious absence of a binding contract, you wrongfully filed a UCC-1 Financing Statement (MA SOC Filing Number 202285220810) and subsequent Amendment (MA SOC Filing Number 202285249370) in which you claimed a security interest in $2,670,770 of motor vehicles in connection with your scheme to obtain a vehicle without paying for it. The fact is that you have not paid Herb Chambers 1188, Inc. anything or advanced any funds to the dealership and there is no outstanding obligation to you on the dealership's part. In short, there is no contract or other basis upon which you may lawfully predicate the filing of a UCC-1 financing statement.

Accordingly, I hereby demand on behalf of Herb Chambers 1188, Inc. that you file with each filing officer with whom the financing statement was filed, including the Massachusetts

Giarrusso Norton Cooley & McGlone, PC

*Deric Marcell Thompson*
*February 9, 2022*
*Page Two*


Secretary of State, a termination statement pursuant to the provisions of M.G.L.c. 106 § 9-513. Under this statute such filing must be made within 20 days following this written demand.

Failure to file such a termination statement within the required period will render you liable to Herb Chambers 1188, Inc. for any loss caused by that failure, and in addition, you would be liable to them for statutory damages if you fail to file the termination statement within 20 days after this demand.

Finally, should you refuse to file the termination statement, Herb Chambers 1188, Inc., will pursue its judicial remedies against you.


Very truly yours,

Edward C. Cooley


ECC