# EXHIBIT 12

**From:** Deric-Marcell : Thompson <DmtDmt77@protonmail.com>
**Sent:** Friday, February 11, 2022 1:35 PM
**To:** Sean King <SKing@herbchambers.com>; James Duchesneau <JDuchesneau@herbchambers.com>; Jim Xaros <JXaros@herbchambers.com>
**Subject:** 2022 Range Rover Sport Stock# B219270 VIN# SALWR2SE6NA219270

Please be advised, that I have cancelled the debt ($147,498.00) for the ***2022 Range Rover Sport Stock# B219270 VIN# SALWR2SE6NA219270***. Please see Attached 1099C. This has been submitted to the IRS, and submitted via email to JAMES L. XAROS, vice president, Herb Chambers 1188, Inc. Please have the Vehicle Shipped with the MCO/MSO and also place set of keys, all vehicle documentation and receipt showing paid in full in the glove compartment of the unlocked vehicle. I authorize the General Manager the authority to sign release of vehicle to the C/o 233 Halsey Road, Woonsocket, RI 02895 within the next 48 hours. If there is dishonor with this, I will have no choice but to petition your dishonor to the *United States Tax Court under* Title XXXII Rule 331. Commencement of Lien and Levy Action. I will also file a 3949A form with the IRS reporting Herb Chambers 1188, Inc. This is within the conditions of Conditional Acceptance of the Motor Vehicle Purchase Contract, Certified Mail # 7019 0700 0001 1733 0625. Stating **"that I may have other conditions based on the satisfaction of the conditions listed herein, so I reserve the right to amend this** *"Conditional Acceptance of Motor Vehicle Contract Certified Mail # 7019 0700 0001 1733 0625".***"** It has been 7 calendar days and I have not received any written notification of remedy for the Security agreement in place and that is dishonor. I also need proof that the Certificate of Deposit was not deposited into a financial institution for gross enrichment by the Dealership and for you to return the original contents of that package back to me! **NO PHOTOCOPIES ALLOWED**. I have the official notarized copy in my possession. Thanks So Much in Advance!

Without Recourse/Without Prejudice,
I decline any counter offers to this presentment. Due to Security Agreement being in place via ***Conditional Acceptance of Motor Vehicle Contract*** *Certified Mail # 7019 0700 0001 1733 0625*
Deric-Marcell: Thompson, Beneficiary

Sent with ProtonMail Secure Email

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event 01/31/2022 | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| DERIC MARCELL THOMPSON -ESTATE<br>233 HALSEY ROAD<br>c/o Deric: Thompson: PEO<br>WOONSOCKET RI 02895<br>US - Phone: 6178692101 | 2 Amount of debt discharged<br>$ 1474980.00 | **2021** | |
| | 3 Interest if included in box 2<br>$ 147498.00 | Form **1099-C** | |
| Account number (see instructions)<br>B219270 | 4 Debt description<br>2022 RR Sport VIN# SALWR2SE6NA219270 | | **Copy B For Debtor** |
| DEBTOR'S name, address, ZIP/ postal code & Country<br>HERB CHAMBERS 1188, INC.<br>1188 COMMONWEALTH AVENUE<br>BOSTON MA 02134<br>US | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | 5 If Checked, the debtor was personally liable for repayment of the debt ......... ☑ | | |
| CREDITOR'S TIN | DEBTOR'S TIN | 6 Identifiable event code<br>F | 7 Fair market value of property<br>$ 147498 |

Form **1099-C**   www.1099online.com - IRS Approved e File Provider

**Instructions for Debtor**

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification numbero.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note.** If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099c*.

**FreeFile.** Go to *www.IRS.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.