# EXHIBIT 13

## *Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*

[1] "A Public official is a fiduciary toward the public, including in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud," *U.S. v Holzer* 816 F. 2d 304, 307 (1987). Public officials are also "trustee[s] and servant[s] of the people," *Georgia Department v. Sistrunk* 291 S.E. 2d 524, 526 (1982). "'Public office' is a public trust or agency for the benefit of the people to be administered under legislative control in the interest of the people." *State ex rel Nagle v. Sullivan* 40 P. 2d 995, 997, Supreme Court of Montana (1935).

I serve this "*Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*" upon **The Trustees, their principals and/or agents**.

**Be It Known**: The "*Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*" to Your email presentment establishes a Common Law-contract between us under the Postal Rule, which states:

"The **Postal Rule** (also known as the **mailbox rule** or "deposited acceptance rule") is a term of *common law-contracts* which determines the timing of *acceptance* of an *offer* when *mail* is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a properly prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offeree. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require actual receipt before being legally bound."

Dear **Trustees, their principals and/or agents,**

I am in receipt of and conditionally accept for (honor) Your email presentment dated 2/11/2022. I also conditionally accept your Oath of Office and bind you to it. I remind you of your fiduciary duty, and I extend to you my sovereign immunity. You are stating that my claims are "wholly unfounded" and that legal assertions are "bizarre." As there is a Demand for to File a Termination Statement to terminate a wrongfully filed UCC-1 dated 2/9/2022. How is it "wholly unfounded" and "bizarre," when the claims are clearly stated as part of the Conditional Acceptance of Motor Vehicle Contract-Security agreement? If you were truly privy to the matter at hand (firsthand, not hearsay and assumption). A motor vehicle purchase contract was offered to me via text (photo), then an email with it attached Signed By Authorized Agent Adriano Polanco on 1/29/2022. He was not forced against his will to do so. I conditionally accepted the offer and there was agreement on 1/30/2022. Emails confirm this, refer to Justin Eam, Adriano Polanco, and Sean King for the ENTIRE email and text chain. For the full and concise timeline of events. On 1/31/2022 via Certified Mail # 7019 0700 0001 1733 0625 the contract with the wet-ink autograph with a Certificate of Deposit that you state is "fraudulent" but under the Uniform Commercial Code 18 USC 8 states is acceptable, was sent to HERB CHAMBERS LAND ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON. So the dealership has legal payment for the vehicle. When things took a turn, I did exactly as stated within the conditions of the Security Agreement. With all that being said, I am working within the 20-day window allotted of the presentment.

### *Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*

As I want to resolve this matter as soon as possible, I am initiating this private, administrative remedy to determine such matters, and I agree to make amendment of UCC Financing Statements predicated upon your "proofs of claim" under penalty of perjury. The necessary "Proofs of Claim" are set out below, to wit:

1. **PROOF OF CLAIM** that Respondent as an "artificial entity/creature", created under the laws of the State of MASSACHUSETTS and doing business in the State of MASSACHUSETTS, by and through its officers, board of directors, employees and agents are not bound to support Article I, § X, of the U.S. Constitution that, as a "state-created entity", reads "NO State shall… make any Thing but gold and silver Coin as Legal Tender in Payment of Debts", and that any such thing as gold and silver coin exists as legal tender in payment of debts
2. **PROOF OF CLAIM** that Respondent inquired or knew that the undersigned had, or has access to, "lawful money of account" to "pay" the debt at law without becoming a tort feasor.
3. **PROOF OF CLAIM** that the undersigned had/has access to "money" that constitutes "**LAWFUL** (*sufficient*) **CONSIDERATION**."
4. **PROOF OF CLAIM** that the use of a (Federal Reserve Note) "Note," or instruments certifying conveyance of Federal Reserve Notes, *is not only* a promise to pay. See *Fidelity Savings v. Grimes*, 131 P2d 894.
5. **PROOF OF CLAIM** that Legal Tender (federal reserve) Notes, or instruments certifying conveyance of Federal Reserve Notes, *are* good and lawful money of the United States. See *Rains v. State*, 226 S.W. 189.
6. **PROOF OF CLAIM** that (federal reserve) Notes, or instruments certifying conveyance of Federal Reserve Notes, *do* operate as payment in the absence of an agreement that they shall constitute payment. See *Blackshear Mfg. Co. v Harrell*, 12 S.E. 2d 766.
7. **PROOF OF CLAIM** that the Negotiable Instrument Law was not designed to cover commercial paper which IS the currency. *La. Stat. Ann.-R.S.*, 71 et. Seq. LSA-C.C., Art. 2139 (refer to the **Affidavit of Walker Todd**)
8. **PROOF OF CLAIM** that the U.S. bankruptcy *did not* impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause" of June 5th, 1933, as it may operate in the COMMONWEALTH of MASSCHUSETTS.
9. **PROOF OF CLAIM** that the COMMONWEALTH of MASSCHUSETTS did *NOT* adopt, in some capacity, the Uniform Commercial Code and that all transactions included but not limited to courts are governed under the UCC and/or Negotiable Instrument Law as designed to cover commercial paper IS currency *La. Stat. Ann.-R.S.*, 71 et. Seq. LSA-C.C., Art. 2139.
10. **PROOF OF CLAIM** that under the Negotiable Instrument Law, "commercial paper" not limited to Bills of Exchange are *NOT* "money" (currency) in respect to the National Emergency and the Uniform Commercial Code and are not to be accepted to discharge debt.
11. **PROOF OF CLAIM** that Respondent, by and through its employees, knew or did not know that this transaction was beyond the scope of its Charter and that the Respondent did not intend to bind the undersigned to an unconscionable contract.
12. **PROOF OF CLAIM** that Respondent, by and through its employees and agents, did not commit fraud on the contract in respect to the account/contract referenced above in any capacity.
13. **PROOF OF CLAIM** that commercial instrument or Bill of Exchange tendered was not refused and returned within 3 days pursuant to *Nygaard v. Continental Resources, Inc.* (598 N.W. 2d851 (1991), 39 U.C.C. 2d 851) "The court held that, under 2-511 (2), tender of payment is sufficient when it is made by means current in the ordinary course of business, unless the seller demands

## *Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*

payment in legal tender. Here, Nygaard spoke to Continental several times after receipt of the sight draft and never requested payment in legal tender. Payment to extend lease was due January 4th, 1988, and the rejection of the sight draft did not occur until January 8th, 1988. Nygaard rejection was, thus untimely and the tender of sight draft was sufficient to extend the lease." (emphasis added)

14. **PROOF OF CLAIM** that the undersigned, as the authorized representative of the Debtor, does not have the standing or capacity to accept for value the offer/contract/presentment and discharge the same via Bill of Exchange or other appropriate commercial payment for discharge via the remedy provided by Congress, HJR 192 of June 5th, 1933.

15. **PROOF OF CLAIM** that If a *presentment* is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is *NOT* deemed to have made tender of payment on the due date to the person entitled to enforce the instrument. (**Chapter 3 USC 603 tender of payment**)

16. **PROOF OF CLAIM** that if the creditor to whom a payment has been made refuses the tender of payment, the debtor shall *NOT* be released from responsibility, by the consignation of the thing or sum. (**Chapter 4 Article 1256 Extinguishment of Obligation**)

17. **PROOF OF CLAIM** that The **Postal Rule** (also known as the **mailbox rule** or "deposited acceptance rule") is **NOT** a term is of *common law-contracts* which determines the timing of *acceptance* of an *offer* when *mail* is contemplated as the medium of acceptance.

18. **PROOF OF CLAIM** the Certificate of Deposit issued to Herb Chambers as Payment in the amount of $147,498.00 is **NOT** covered Under **18 USC 8**, The term "*obligation or other security of the United States*" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, *Certificates of Deposit*, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any *Act of Congress*, and *Cancelled United States Stamps.*

19. **PROOF OF CLAIM** that the filing of the UCC financing statements and tax documents with the IRS was **NOT** listed as part of the conditions of the Conditional Acceptance of Motor Vehicle Purchase Contract if Trustees, Principals and/or Agents were not able to satisfy conditions of the Security Agreement.

20. **PROOF OF CLAIM** that within the Conditional Acceptance of Motor Vehicle Purchase Contract/Security Agreement that it *DOES NOT* state "*That you have no right of action or recourse in any action at law, action in equity, or Admiralty or any other law herein written or implied against me or my filings.*"

21. **PROOF OF CLAIM** that within the Conditional Acceptance of Motor Vehicle Purchase Contract/Security Agreement that it *DOES NOT* state "*Additionally, you agree that you grant Power of Authority/Attorney to me, Deric-Marcell: Thompson©.*"

22. **PROOF OF CLAIM** a BAR (British Accredited Registry) Attorney can represent the crown (ruling government) as an official officer the same time he is allegedly representing a client. Also, that a BAR Attorney is NOT an officer of that court whose sole purpose and occupation is to transfer what you have to the creator and authority of that court.

23. **PROOF OF CLAIM** to see your Registration Statement pursuant to Foreign Agents Registration Act of 1938 as amended.

## *Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*

*"... Every taxpayer is a cestui que trust having sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as a relator in the proceedings to set sovereign authority in motion by action..." In re Bolen 135 N.W. Rep. 164 (1912) supreme Court of Wisconsin.*

*That today in America everyone, all governments included, are statutory law merchants dealing in negotiable paper (instruments) under the UCC for the limited liability for the discharge of debts, wherein a debt remains (fraud) and nothing else! The so-called "judges" are operating only a commercial tribunal to administer their "corporate" regulations concerning all financial transactions...both voluntary and those compelled.*

*That these valid "UCC Contracts" are Commercial Paper and using a bill of exchange or documentary draft are enforceable for the consideration due, by having the fiduciary make presentment to the debtor, for the debtor's acceptance or dishonor.*

General acquiescence or non-response by Respondents to provide above "Proofs of Claim" will constitute agreement and formal acceptance. Respondent will have, by your non-response, to state a claim upon which relief can be granted. Otherwise, it shall operate as general acquiescence relative to this presentment. Respondent will have admitted there is no valid Claim of Action as stated in the Conditional Acceptance of Motor Vehicle Contract/Security Agreement sent by Certified Mail# 7019 0700 0001 1733 0625. I serve this Conditional Acceptance for Proof of Claim to Maura Healy in her freewoman capacity d/b/a as witness.

You will formally have accepted each and every fact herein as they operate in favor of the undersigned due to you silence, and estoppel is in effect.

Therein, presumption will be taken in regard to your refusal, failure, default, and dishonor, admission, and confession of injury and damage and failure to state a claim by you, Respondent. This "Conditional Acceptance" becomes the security agreement under commercial law, or alternative, you agree and stipulate that the undersigned can only discharge. The Respondent will accept "instrument" as tendered to discharge the cost of the vehicle

Due to the time-sensitive nature of this private matter, under necessity, you are to respond with a total of twenty-three (23) "Proof of Claim" items within ten (10) days, return service by Certified Priority Return Mail to undersigned's address above.

Should you fail or refuse by non-response to provide "proof of claim" within the period specified in this private matter, general acquiescence and acceptance will be taken on your part as formally exercised (performed) pursuant to your silence. With your bizarre and frivolous demands being dismissed and delivery of the vehicle or one of similar value. Once that has taken place. I will then, and only then terminate the UCC financing statements.

## *Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*

**If, on the other hand,** you, the Trustees and your principals and/or Agents, cannot satisfy these conditions in the time allotted, and since your documentation witnesses, amongst other facts addressed in this Conditional Acceptance of Your Offer that you, the Trustees and your principals, willfully, knowingly and maliciously were seeking to commit fraud against me and deprive me of my rights and property both against me and the Social Security Cestui que Trust THOMPSON DERIC MARCELL©, you hereby contract to the following:

1. For any injuries to me, the beneficiary, the Trustees and their principles and/or Agents are indebted to me for Four million and no cents (4,000,000.00) Dollars each in the money of account of the United States of America, Constitution for the United States of America, Article I, Section 10, and if the money of account is not available I would "receive without prejudice" payment in lieu of the money of account of "Federal Reserve-Notes," a "Bank-Draft," or the like. Furthermore, witnessed through this Conditional Acceptance if you willfully and knowingly injure me I have authority to create a Claim of Lien against you each and file a financing statement against you each supporting my lien as I deem necessary to protect me, my property and my rights if needed at any time. Additionally, in order to facilitate my rights under this Conditional Acceptance and Security-Agreement you agree that I have your Power of Authority/Attorney to file anything to bring about the "payment" of this debt and protect me, my property and my rights and that you have no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings. Additionally, you agree that you grant your Power of Authority/Attorney to me, Deric-Marcell: Thompson© so that I am able to collect the damages through a lien[2], UCC-1, UCC-3, Treasury-Forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if such injury to me persists on a yearly basis. It is understood that even though an IRS Form 1040 is for a Tax Class 2 and the 1099-A and 1099-OID are a Tax Class 5, I do not know any other way of filing this debt for collection other than to use these forms, so I use them "without prejudice."

2. Included with this conditional is a Copyright notice. This explains the cost of using my copyright protected property and placing it on documents with out my consent. Each infringement for use of my property is five hundred thousand ($500,000.00) Dollars. Your Demand to Terminate UCC Financing Statements shows my property on two pages. This comes to a total of one million ($1,000,000.00) Dollars. Please remit payment in the money of account of the United States of America, Constitution for the United States of America, Article I, Section 10, and if the money of account is not available I would "receive without prejudice" payment in lieu of the money of account of "Federal Reserve-Notes," a "Bank-Draft," or the like.

---

[2] "The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times." United States Supreme Court, 1969, Sniadach v. Family Finance Corp., 395 U.S. 337, 349.

*<u>Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement</u>*

### Avouchment

**I, Deric-Marcell: Thompson© do hereby avow** that based upon my firsthand knowledge and information relayed to me from research, this "Conditional Acceptance," is true, accurate and correct to the best of my knowledge, information and belief and conveys the conditions set forth as intended by me.

*Deric-Marcell: Thompson, Beneficiary*
Deric-Marcell: Thompson, Beneficiary (Feb 12, 2022 11:08 EST)

Deric-Marcell: Thompson, Beneficiary

## JURAT CERTIFICATE

State of __OHIO__
County of __FRANKLIN__

Sworn to or affirmed and subscribed before me by __Deric-Marcell: Thompson, Beneficiary__
(name of person making oath/affirmation) on this date of __12-Feb-2022__ (date).

(Notary Seal)

__Amy Seitz (Feb 12, 2022 11:10 EST)__
Signature of Notary Public – State of Ohio

My commission expires: __9-11-2023__
(date)

```
Doc: 00218420
Book: 2682 Page:    70
```



# Copyright Notice

Copyright Notice: All rights reserved re; copyright of trade-name/trademark, DERIC MARCELL THOMPSON© as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 1995, by 'Deric Marcell Thompson©'. Said trade-names/trademarks, DERIC MARCELL THOMPSON©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of 'Deric Marcell Thompson©' as signified by the Red-ink signature of 'Deric Marcell Thompson©', hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in Red-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of 'DERIC MARCELL THOMPSON©', and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is accommodation party, and a surety for the purported debtor, i.e. "DERIC MARCELL THOMPSON©" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "DERIC MARCELL THOMPSON©" in Hold-harmless and Indemnity Agreement No. DMT-012619-HHIA; against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. Self-executing Contract / Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of 'DERIC MARCELL THOMPSON©', other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and 'Deric Marcell Thompson©' is Secured Party, and signifies that User:

(1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, 'DERIC MARCELL THOMPSON©'; (2) authenticates this Security Agreement wherein User is debtor and 'Deric Marcell Thompson©' is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and 'Deric Marcell Thompson©' is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative

1

```
Doc: 00218420
Book: 2682 Page:    71
```

for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms,' with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use.

### Default Terms:

In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

Terms for Curing Default: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

Unauthorized use: payment terms; in accordance with fees for unauthorized use of DERIC MARCELL THOMPSON© as set forth above the user hereby consent and agrees that users shall pay secured party all un-authorized use fees in full within 10 days of date of secured party's invoice, hereinafter "invoice", itemizing said fees, as sent and received by tort feasor.

Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

Record Owner: Secured Party/Creditor; 'Deric Marcell Thompson©', Autograph Copyright 1995.

Copyrighted Date _September 19th_, 2020

Without Prejudice/Without Recourse

_Deric Marcell Thompson_ Secured Party,

Authorized Representative, Attorney-In-Fact on behalf of
DERIC MARCELL THOMPSON©, Ens legis

2

Doc: 00218420
Book: 2682 Page: 72

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this __19__ day of __September__, A.D. 2020

, a Notary, that __Deric Marcell Thompson__ personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

__Tristienne McCarthy__ Seal;
Notary Public
My Commission expires __11/12/21__

_Tristienne M Carthy_

[Notary Seal: MY COMM. EXPIRES NOVEMBER 12, 2021 — NOTARY PUBLIC COMMONWEALTH OF MASSACHUSETTS]

RECEIVED IN WOONSOCKET R.I.
DATE Nov 16, 2021 TIME 11:12:05A
Christina Harmon, CITY CLERK

3