# EXHIBIT 14

# Giarrusso Norton Cooley & McGlone, PC

TRIAL ATTORNEYS / MARINA BAY / 308 VICTORY ROAD / QUINCY, MA 02171 / WWW.GNCM.NET

EDWARD C. COOLEY

*tel:* (617) 770.2900
*fax:* (617) 773.6934
ecooley@gncm.net

February 21, 2022

**By Email and First-Class Mail**

Deric Marcell Thompson
233 Halsey Road
Woonsocket, RI 02895

      RE:    Demand for Filing Termination Statement of Wrongfully Filed Financing Statement: MA SOC Filing Number 202285220810

Mr. Thompson:

    I am receipt of your rambling and discursive letter dated February 11, 2022. Your letter purports to be a "conditional acceptance upon proof of claim" of the February 9, 2022, Demand for Filing Termination Statement of Wrongfully filed Financing Statement, MA SOC Filing Number 202285220810 (the "Demand"). The positions you have asserted in your letter are without any basis in fact or law, including the notion that my client is required to respond to your inane "proof of claim" inquiries. The Demand is unconditional and requires an unconditional response. The only acceptable response is an acknowledgement that you will, without condition or qualification, terminate the financing statement. Based on your letter it appears that you refuse to do so. We will, therefore, seek relief in a court of competent jurisdiction on the expiration of 20 days from the date of your acknowledged receipt of the Demand.

    As for the purported claims asserted in your letter, they are so utterly baseless as to warrant no greater response than this single sentence denying them in their entirety.

    Be advised that should you continue to file false claims and pursue this pattern of harassment you do so at your peril as my client intends to pursue every available avenue of redress against you.

Very truly yours,

Edward C. Cooley

ECC