# EXHIBIT 15

DMT-02222022-CN
2/22/22

## COPYRIGHT NOTICE

Copyright Notice: All rights reserved re; copyright of trade-name/trademark, DERIC MARCELL THOMPSON© as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 1995, by 'Deric Marcell Thompson©'. Said trade-names/trademarks, DERIC MARCELL THOMPSON©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of 'Deric Marcell Thompson©' as signified by the Red-ink signature of 'Deric Marcell Thompson©', hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in Red-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of 'DERIC MARCELL THOMPSON©', and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is accommodation party, and not a surety for the purported debtor, i.e. "DERIC MARCELL THOMPSON©" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "DERIC MARCELL THOMPSON©" in Hold-harmless and Indemnity Agreement No. *DMT-012619-HHIA*; against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. *Self-executing Contract / Security Agreement* in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "*Edward C. Cooley*," consent and agree that any use of 'DERIC MARCELL THOMPSON©', other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds *Edward C. Cooley*. This Notice by Declaration becomes a *Security Agreement* wherein *Edward C. Cooley* is a debtor and 'Deric Marcell Thompson©' is Secured Party, and signifies that *Edward C. Cooley*:

(1) grants Secured Party a Paramount Security Interest in all of *Edward C. Cooley's* property and interest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus cost for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, 'DERIC MARCELL THOMPSON©'; (2) authenticates this Security Agreement wherein *Edward C. Cooley* is debtor and 'Deric Marcell Thompson©' is Secured Party, and wherein *Edward C. Cooley* pledges all of

1

DMT-02222022-CN
2/22/22

## COPYRIGHT NOTICE

*Edward C. Cooley's* property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all *Edward C. Cooley's* interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing *Edward C. Cooley* contractual obligation in favor of Secured Party for *Edward C. Cooley's* unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein *Edward C. Cooley* is debtor and 'Deric Marcell Thompson©' is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of *Edward C. Cooley's* property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until *Edward C. Cooley's* contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that *Edward C. Cooley* will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for *Edward C. Cooley*, effective upon *Edward C. Cooley's* default re *Edward C. Cooley's* contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms,' with full authorization and power granted Secured Party for engaging in any and all actions on behalf of *Edward C. Cooley* including, but not limited by, authentication of a record on behalf of *Edward C. Cooley*, as Secured Party, in Secured Party's sole discretion, deems appropriate, and *Edward C. Cooley* further consents and agrees that this appointment of Secured Party as Authorized Representative for *Edward C. Cooley*, effective upon *Edward C. Cooley's* default, is irrevocable and coupled with a security interest. *Edward C. Cooley* further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use.

Default Terms:

In event of non-payment in full of all unauthorized-use fees by *Edward C. Cooley* within ten (10) days of date Invoice is sent, *Edward C. Cooley* shall be deemed in default and (a) all of *Edward C. Cooley's* property and interest in property pledged as collateral by *Edward C. Cooley*, as set forth in above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed *Edward C. Cooley's* Authorized Representative as set forth above in paragraph "(8)"; and (c) *Edward C. Cooley* consents and agrees

2

DMT-02222022-CN
2/22/22

## COPYRIGHT NOTICE

that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following *Edward C. Cooley's* default, and without further notice, any and all of *Edward C. Cooley's* former property and interest in property formerly pledged as collateral by *Edward C. Cooley*, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

Terms for Curing Default: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of *Edward C. Cooley* former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," *Edward C. Cooley* may cure *Edward C. Cooley's* default re only the remainder of Edward C. Cooley's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of *Edward C. Cooley's* default only by payment in full.

Unauthorized use: payment terms; in accordance with fees for unauthorized use of DERIC MARCELL THOMPSON© as set forth above the *Edward C. Cooley* hereby consent and agrees that *Edward C. Cooley* shall pay secured party all unauthorized use fees in full within 10 days of date of secured party's invoice, hereinafter "invoice", itemizing said fees, as sent and received by tort feasor.

Terms of Strict Foreclosure: *Edward C. Cooley's* non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by *Edward C. Cooley*, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

Record Owner: Secured Party/Creditor; 'Deric Marcell Thompson©', Autograph Copyright 1995.

Copyrighted Date August 8th, 2020

Without Prejudice/Without Recourse

*Deric-Marcell: Thompson*
Deric-Marcell: Thompson (Feb 22, 2022 15:59 EST)           - Secured Party,

Authorized Representative, Attorney-In-Fact on behalf of DERIC MARCELL THOMPSON©, Ens legis

3

DMT-02222022-CN
2/22/22

## COPYRIGHT NOTICE

### ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this __22__ day of __February_____, A.D. 2022

, a Notary, that __Deric-Marcell: Thompson__, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal;
AS (Feb 22, 2022 15:40 EST)
Notary Public
My Commission expires __9-11-2023__

[Notary seal: AMY SEITZ ELECTRONIC NOTARY PUBLIC, STATE OF OHIO, My Comm. Expires 09/11/2023. This electronic notarization was performed by means of live audio-video communication using Cyberize it LLC]

4



**DERIC MARCELL THOMPSON**
c/o 233 HALSEY ROAD
WOONSOCKET, Rhode Island 02895
United States

617892101



Copyright Notice DMT-02222022-CN

BILL TO
**Edward C. Cooley**
Marina Bay
308 Victory Road
Quincy, Massachusetts 02171
United States

**Invoice Number:** 1
**P.O./S.O. Number:** DMT-02222022-CN
**Invoice Date:** February 22, 2022
**Payment Due:** March 8, 2022
**Amount Due (USD):** $1,500,000.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **DMT-02222022-CN**<br>Unauthorized Use of Property | 3 | $500,000.00 | $1,500,000.00 |
| | | **Total:** | $1,500,000.00 |
| | | **Amount Due (USD):** | $1,500,000.00 |

**Notes / Terms**
As stated per enclosed Copyright Notice



# Giarrusso Norton Cooley & McGlone, PC

TRIAL ATTORNEYS / MARINA BAY / 308 VICTORY ROAD / QUINCY, MA 02171 / WWW.GNCM.NET

EDWARD C. COOLEY

*tel:* (617) 770.2900
*fax:* (617) 773.6934
ecooley@gncm.net

February 9, 2022

**By Certified and First-Class Mail**

Deric Marcell Thompson
233 Halsey Road
Woonsocket, RI 02895

RE: Demand for Filing Termination Statement of Wrongfully Filed Financing Statement; MA SOC Filing Number 202285220810

Mr. Thompson:

This firm represents Herb Chambers 1188, Inc. in connection with the financing statement you wrongfully filed with the Massachusetts Secretary of State naming yourself as a secured creditor and Herb Chambers 1188, Inc. as the debtor (MA SOC Filing Number 202285220810).

There is not now, nor has there ever been, a binding contractual arrangement, much less a security agreement, between you and Herb Chambers 1188, Inc. You materially altered a motor vehicle purchase contract by striking out material terms and returning the document as a purported "conditional acceptance", which the dealership rejected. Among the material terms you altered was changing the term of payment from cash to payment by virtue of a fraudulent "certificate of deposit" that was not issued by any bank or financial institution. You simply used a form a certificate and filled it out yourself, preposterously stating in the certificate that it was supported by "ONE BILLION (1,000,000,000) in lawful money of the united [*sic*] States of America, GOLD and SILVER".

Despite the obvious absence of a binding contract, you wrongfully filed a UCC-1 Financing Statement (MA SOC Filing Number 202285220810) and subsequent Amendment (MA SOC Filing Number 202285249370) in which you claimed a security interest in $2,670,770 of motor vehicles in connection with your scheme to obtain a vehicle without paying for it. The fact is that you have not paid Herb Chambers 1188, Inc. anything or advanced any funds to the dealership and there is no outstanding obligation to you on the dealership's part. In short, there is no contract or other basis upon which you may lawfully predicate the filing of a UCC-1 financing statement.

Accordingly, I hereby demand on behalf of Herb Chambers 1188, Inc. that you file with each filing officer with whom the financing statement was filed, including the Massachusetts

Giarrusso Norton Cooley & McGlone, PC

*Deric Marcell Thompson*
*February 9, 2022*
*Page Two*

Secretary of State, a termination statement pursuant to the provisions of M.G.L.c. 106 § 9-513. Under this statute such filing must be made within 20 days following this written demand.

Failure to file such a termination statement within the required period will render you liable to Herb Chambers 1188, Inc. for any loss caused by that failure, and in addition, you would be liable to them for statutory damages if you fail to file the termination statement within 20 days after this demand.

Finally, should you refuse to file the termination statement, Herb Chambers 1188, Inc., will pursue its judicial remedies against you.

Very truly yours,

Edward C. Cooley

ECC



# Giarrusso Norton Cooley & McGlone, PC

TRIAL ATTORNEYS / MARINA BAY / 308 VICTORY ROAD / QUINCY, MA 02171 / WWW.GNCM.NET

EDWARD C. COOLEY

*tel:* (617) 770.2900
*fax:* (617) 773.6934
ecooley@gncm.net

February 21, 2022

**By Email and First-Class Mail**

Deric Marcell Thompson
233 Halsey Road
Woonsocket, RI 02895

RE: Demand for Filing Termination Statement of Wrongfully Filed Financing Statement: MA SOC Filing Number 202285220810

Mr. Thompson:

I am receipt of your rambling and discursive letter dated February 11, 2022. Your letter purports to be a "conditional acceptance upon proof of claim" of the February 9, 2022, Demand for Filing Termination Statement of Wrongfully filed Financing Statement, MA SOC Filing Number 202285220810 (the "Demand"). The positions you have asserted in your letter are without any basis in fact or law, including the notion that my client is required to respond to your inane "proof of claim" inquiries. The Demand is unconditional and requires an unconditional response. The only acceptable response is an acknowledgement that you will, without condition or qualification, terminate the financing statement. Based on your letter it appears that you refuse to do so. We will, therefore, seek relief in a court of competent jurisdiction on the expiration of 20 days from the date of your acknowledged receipt of the Demand.

As for the purported claims asserted in your letter, they are so utterly baseless as to warrant no greater response than this single sentence denying them in their entirety.

Be advised that should you continue to file false claims and pursue this pattern of harassment you do so at your peril as my client intends to pursue every available avenue of redress against you.

Very truly yours,

Edward C. Cooley

ECC