Doc: 00221399
Book: 2725 Page: 84

Case 1:22-cv-10501-WGY Document 2 Number of Pages 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a<br>HERB CHAMBERS JAGUAR<br>LAND ROVER BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>DERIC MARCELL THOMPSON,<br><br>Alleged Defendant. | Civil Action No. 1:22-CV-10501-WGY |

## ANSWER TO COMPLAINT AND COUNTERCLAIM

Comes now the alleged Defendant, DERIC MARCELL THOMPSON, and for his answer to Plaintiff's Complaint alleges and says as follows:

### PLAINTIFF'S NATURE OF ACTION

1.   Answering paragraphs One (1) and Two (2), Alleged Defendant Denies the allegations thereof.

### PLAINTIFF'S ACCOUNT OF THE PARTIES

2.   Answering paragraphs Three (3) and Four (4), Alleged Defendant agrees with the allegations thereof.

### PLAINTIFF'S ACCOUNT OF JURISDICTION

3.   Answering paragraphs Five (5), Six (6), and Seven (7), Alleged Defendant denies the allegations thereof.

### PLAINTIFF'S ACCOUNT OF FACTS

4.   Answering paragraphs Eight (8) through Eleven (11), Alleged Defendant agrees with the allegations thereof.

5..   Answering paragraphs Twelve (12) through Eighty-Four (84), Alleged Defendant states there is insufficient knowledge, misrepresentation of facts and omission of pertinent information by Plaintiff to form the truth of the allegations, and therefore denies them.

Doc: 00221399
Book: 2725 Page: 85

## COUNTERCLAIM

Comes now the alleged Defendant, DERIC MARCELL THOMPSON, and for his Counterclaim against Plaintiff, alleges and says:

### TRUE ACCOUNT OF FACTS

6. On January 29, 2022, defendant contacted Chambers to inquire about purchasing a Range Rover Sport V8 and, when prompted, opted into text messaging with a sales associate to discuss the vehicle. Plaintiff provided copies of the text exchange (Plaintiff Ex 1).

7. Plaintiff stated...The Motor Vehicle Purchase Contact required that defendant pay 'cash...simultaneously with its delivery." which is gross misrepresentation of fact. The facts are the Sales Rep stated "we need money in our account first then we can either ship the vehicle which is about 1200 we can add that" The dealership cannot ship the vehicle without it being paid for. The 1200 was cost of shipping for the vehicle. Please note, the encrypted email with banking information was sent on January 30th 2022. The Delivery Charge of $1200 to ship the Vehicle is not, nor ever was included in the The Motor Vehicle Purchase Contact. (See Ex 1)

8. Sales Representative On January 29, 2022 emailed signed copy of The Motor Vehicle Purchase Contact (see Exhibit 1 pg 6-7). Alleged Defendant had no control of what was listed in the contract in regards to conditions and terms. The Alleged Defendant also did not coerce, force or demand the Sales Representative to sign or place particular conditions into the The Motor Vehicle Purchase Contact. Per the emailed The Motor Vehicle Purchase Contact, where its high lighted yellow. It states ***"This contact is not binding upon either dealer or purchaser until the following conditions are met:***
***(1) The contract is signed by dealer or his/her authorized representative."*** (See Exhibit 1 pg 6)

9. The Motor Vehicle Purchase Contact also states, **"PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER."** (See Exhibit 1 pg 6)

10. Email correspondence between Sales Representative and Alleged Defendant where Representative states, "Thanks for allowing us to earn your business. I've attached the wire instructions to this encrypted email. Once the wire hits we can arrange transport." The Alleged Defendant then replies to Sales Representative stating, "I will be arranging the scheduled pick up for the 2022 Range Rover Sport, V8 Supercharged HSE Dynamic, 4WD, Sport Utility, Color: Red, Interior: Ebony, Stock# B219270 Vin# SALWR2SE6NA219270. Its free of charge to me, I prefer that method. Thanks so much again! have an amazing day!" (See Exhibit 1 pg 5).

11. Then on January 30th, alleged Defendant advised Sales Reps via email " that a signed contract and payment for $148,498.00 for the 2022 Range Rover Sport, V8 Supercharged HSE Dynamic, 4WD, Sport Utility, Color: Red, Interior: Ebony, Stock# B219270 Vin# SALWR2SE6NA219270, Final Price listed $147,497.00. Will go out tomorrow via *Certified Mail# 7019 0700 0001 1733 0625*. The mailing will be made attention to Adriano at HERB CHAMBERS JAGUAR RANGE ROVER BOSTON,1188 COMMONWEALTH AVENUE, BOSTON, MASSACHUSETTS 02134" (see Plaintiff's Exhibit 4)

12. On February 3, 2022, Original signed Wet Ink Contract and Conditional Acceptance was sent via Certified Mail Receipt # *7019 0700 0001 1733 0625* was received and signed for by the Plaintiff (see Exhibit 2). Plaintiff had opportunity to refuse the package at the point it was received. It was signed for and accepted. The Alleged Defendant asks where is the original copy of the Conditional Acceptance of Motor Vehicle Purchase

Doc: 00221399
Book: 2725 Page: 86

Contract. A true notarized copy of the Conditional Acceptance is attached. (See Exhibit 2.) The Plaintiff needs to produce the original it received on February 3, 2022. Not the photo copies of what is attached to emails shared by the Plaintiff and its agents.

13. The *binding* contract with additional terms was sent to Dealership. Along with the Conditional Acceptance. The Conditional Acceptance becomes a Security Agreement upon non performance along with the conditions that would be enacted upon non performance. (see ex. 2, pg8). Which states:

> **If, on the other hand**, you, **The Trustees, and your principals and/or agents**, cannot satisfy these conditions. I have authority to create a Claim of Lien against you each, and file a financing statement against you each, supporting my lien as I deem necessary. Additionally, in order to facilitate my rights under this ***Conditional Acceptance of Motor Vehicle Contract /Security-Agreement***. You agree that I have your Power of Authority/Attorney to file anything to bring about the delivery of the 2022 LAND ROVER, RANGE ROVER SPORT, V8 SUPERCHARGED HSE DYNAMIC, STOCK #B219270, VIN # SALWR2SE6NA219270, FINAL PRICE LISTED $147,497.40 or another vehicle of similar value. That you have no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings. Additionally, you agree that you grant your Power of Authority/Attorney to me, Deric-Marcell: Thompson©, so that I am able to collect the full amount through a lien[1], UCC-1, UCC-3, Treasury-Forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if any such injury to me persists on a yearly basis. It is understood that even though an IRS Form 1040 is for a Tax Class 2 and the 1099-A and 1099-OID are a Tax Class 5, I do not know any other way of filing for the value of the Certificate of Deposit other than to use these forms, so I use them "without prejudice."

14. Plaintiff alleged that Alleged Defendant did not have any security interest with Plaintiff. Per the Conditional Acceptance it states there is the authority to create a lien. Also to file forms with the IRS. You can not file UCC Financing Statements without a Security Agreement. The Conditional Acceptance becomes a Security Agreement upon not satisfaction of conditions listed within it. After several email exchanges with the General Manager of the Dealership there was a filed UCC Financing Statement. Which included the Plaintiff and the General Manager of the Dealership. Who then filed UCC 5 (see Plaintiff exhibit 10). Where it states " *there is not, nor has there ever been a binding contractual agreement*" yet the Motor Vehicle Purchase Order Contract clearly stipulates (highlighted in Yellow) ***"This contact is not binding upon either dealer or purchaser until the following conditions are met:***
**(1) The contract is signed by dealer or his/her authorized representative."** (See Exhibit 1 pg 6) the contract is Signed by their Authorized Representative.

15. Plaintiff also failed to mention filing of a Police Report# 222008430 to the Boston Police Department on February 5, 2022 (see ex. 4 pg 11-12). Detective from Area B-14 working on case mailed a presentment dated 2/10/2020 regarding the situation. February 16, 2022, Alleged Defendant responded to the Detective and their Captain with Conditional Acceptance upon Proof of Claim for Incident via Certified Mail Receipt # 7020 0640 0000 6338 7303. To which there has been no response. (See ex 4).

16. February 11, 2022 Plaintiff's Counsel sends email with Demand to terminate UCC also sends the demand via first class and certified mail. (see ex 6). That same day Alleged Defendant replies to Plaintiff's counsel with a Conditional Acceptance Acceptance for Proof of Claim for Amendment of UCC Financing Statement sent via Certified Mail Receipt# 7019 2280 0001 0226 4176 which was received on 2/14/2022 (see ex.6).Alleged Defendant was willing to terminate the UCC Financing Statement upon proof of claim within the time frame of the Demand by Plaintiff. Please notice the Plaintiff's Counsel's omission of the First Page of the Conditional Acceptance listing the Counsel as an Agent for the Plaintiff. (see Plaintiff ex 13) which is

---

1

Doc: 00221399
Book: 2725 Page:    87

misrepresentation of fact. Can Plaintiff's Counsel give a legitimate reason on why no response to the proof of claim?

"A Public official is a fiduciary toward the public, including in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud," *U.S. v Holzer* 816 F. 2d 304, 307 (1987). Public officials are also "trustee[s] and servant[s] of the people," *Georgia Department v. Sistrunk* 291 S.E. 2d 524, 526 (1982). "'Public office' is a public trust or agency for the benefit of the people to be administered under legislative control in the interest of the people." *State ex rel Nagle v. Sullivan* 40 P. 2d 995, 997, Supreme Court of Montana (1935).

17.     Counsel for Plaintiff uses dismissive language describing the Conditional Acceptance such as bizarre, frivolous and unconditional. Also demeans the very laws that he is under oath to defend and preserve. There was no response to my Conditional Acceptance. From the Counsel or his Client the Plaintiff. There was ample time to answer under penalty of perjury to the Conditional Acceptance. As stated in the Conditional Acceptance:

> "Dear **Trustees, their principals and/or agents,**
> I am in receipt of and conditionally accept for (honor) Your email presentment dated 2/11/2022. I also conditionally accept your Oath of Office and bind you to it. I remind you of your fiduciary duty, and I extend to you my sovereign immunity."

18.     Alleged Defendant has added Point and Authorities, who the Counsel of Plaintiff has called "ramblings on the legal system" and "purported legitimacy" of my negotiable debt instrument. If the instrument is illegitimate, why was it not refused and returned. Where is the original package that was received by the dealership on February 3, 2022 and signed for by its authorized agent (see ex. 2). If it is kept and not returned it become payment under 3 USC 603 for tender of payment. Per 18 US 8 states:

> Under 18 USC 8, The term "***obligation or other security of the United States***" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, **certificates of deposit**, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and **canceled United States stamps**. [bold for emphasis]
>
> Also listed under Points and Authorities (see ex. 5)
> That the "people", men and women, operating in their private capacity, by and through the remedy provided in the Uniform Commercial Code at Article 9, and as a matter of right, secure their publicly created "strawman/US vessel" and utilize the Commercial Law Venue against their employees, the agents of government, their creations (corporations) and their officers (accountability = liability) by and through basic contract law through *acceptance for value of their public offerings*.
> That these valid "UCC Contracts" are Commercial Paper and using a bill of exchange or documentary draft are enforceable for the consideration due, by having the fiduciary make presentment to the debtor, for the debtor's acceptance or dishonor.
> That in the Commercial Venue, the Holder in Due Course, being a Secured Party and Creditor, is the Super-Plaintiff and no defenses can rise against him.

19.     The Counsel of the Plaintiff formed their basis of the case from a hearsay perspective. The General Manager of the dealership pledged, "The facts asserted in the Verified Complaint which are not within my personal knowledge have been assembled by authorized employees and managers of the plaintiff and are true and I so state under pains and penalties of perjury", yet there is no mention of a filed police report that he himself filed with no response from Boston Police Department.(see ex. 4). They ultimately decided not to pursue

```
Doc: 00221399
Book: 2725 Page:    88
```

the matter based on non response. Also that there is not a binding contract via the filing of the financing statement. (see ex 1) highlighted in yellow. Where it clearly states the contract is binding with signature from authorized representative.

20.     The Plaintiff and its counsel has grossly misrepresent facts, and omitted key details with its presentation to this Honorable Court. Along with causing harm to the character of the Alleged Defendant by intentionally sharing case information with an online News Publisher. Who knew the date of the hearing before the Alleged Defendant and Prior to that information being shared by the Plaintiff and its counsel a day later via email (see ex 3).

## CAUSES OF ACTION

Defendant is entitled to recover damages from Plaintiff based on the theories of liability hereinafter enumerated in Counts One and Two and under such other theories of liability as may be appropriate based upon the facts as alleged herein or as revealed during discovery.

## COUNT I:
### (Misrepresentation of Facts and Omission of Key details)

21. Alleged Defendant repeats and realleges paragraphs 1-14 as if fully set forth herein

22. Plaintiff asserted there was no binding contract. The initial presentment of the Motor Vehicles Purchase Contract proves otherwise. Misdirection by the Counsel of Plaintiff to draw attention away from that fact is key. Evidence shows contract was binding once signed by Authorized Representative of Dealership.

23. Plaintiff's counsel also stated there was no security interest. Per Conditional Acceptance upon non performance of conditions set therein, it becomes a security agreement. That allows authority to file financing statements and tax documents.

24. As a direct and proximate result of Plaintiff's Misrepresentation of fact Defendant has been damaged in an amount that Defendant will prove.

## COUNT II:
### (Opportunity to handle Privately and Administratively)

25.   Alleged Defendant repeats and realleges paragraphs 15-20 as if fully set forth herein

26. Alleged Defendant replied to presentments from the Boston Police Department and Council of Plaintiff respectively for proof of claim. The Detective and Captain, nor the Counsel and its Client the Plaintiff responded to my proofs of claim which were sent via certified mail, signed for and received. General acquiescence or non-response by Respondents to provide "Proofs of Claim" will constitute agreement and formal acceptance.

27. Learning of the Online News Outlets article about the case damaged the character of the Alleged defendant along with the fact of learning the date of the hearing from a third-party. Counsel of Plaintiff sends that information a day after the published article. Secondly, the fact an agent of the Plaintiff lied under penalty and pains of perjury regarding there not being a binding contract. Also, failing to mention he himself filed a Police Report with the Boston Police.

Doc: 00221399
Book: 2725 Page: 89

02656/644

28. As a direct and proximate result of Plaintiff's unwillingness to resolve matters privately and administratively, Alleged Defendant has been damaged in an amount that Defendant will prove.

WHEREFORE, alleged Defendant prays that the Honorable Court denies injunction to the Plaintiff and enter judgment in favor of Defendant and against Plaintiff as follows:

1. For general and special damages in the amount that is set forth in Conditional Acceptance of Motor Vehicle Contract and Delivery of ten (10), 2022 Range Rover Vehicles of Choice.

2. For alleged Defendant's reasonable costs incurred, per Fee Schedule listed in Document 4 of Alleged Defendants Filing herein.

3. For such other and further relief as the Honorable Court seems just in the premises.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON
*ens legis*
By <u>Deric-Marcell: Thompson</u>
*sui juris*
c/o 233 Halsey Road
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

*pro se*
617 869 2101