Doc: 00221399
Book: 2725 Page: 97

02C S&1644

Case 1:22-cv-10501-WGY Document 6 Number of pages 43

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HERB CHAMBERS 1188, Inc., d/b/a       )
HERB CHAMBERS JAGUAR                  )
LAND ROVER BOSTON,                    )
                                      )
         Plaintiff,                   )
                                      )    Civil Action No. 1:22-CV-10501-WGY
v.                                    )
                                      )
DERIC MARCELL THOMPSON,               )
                                      )
         Alleged Defendant.           )

## ACCEPTANCE FOR VALUE AND RETURN FOR VALUE OF PLAINTIFF'S PRESENTMENT

Herein lies Plaintiff's presentment to Alleged Defendant for Summons for Preliminary Injunction.+ Which was served to Alleged Defendant on 4/9/2022 by Constable James Sylvester. I accept for value and return for value the presentment to the Honorable Court and Plaintiff's Counsel.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON
*ens legis*
By <u>Deric-Marcell: Thompson</u>
*sui juris*
c/o 233 Halsey Road
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

*Pro Se*
617 809.2101