UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a <br> HERB CHAMBERS JAGUAR <br> LAND ROVER BOSTON, <br><br> Plaintiff, <br><br> v. <br><br> DERIC MARCELL THOMPSON, <br><br> Alleged Defendant. | Civil Action No. 1:22-CV-10501-WGY |

## MANDATORY JUDICIAL NOTICE

**COMES NOW,** by Special Appearance, Deric-Marcell: Thompson, a living, breathing, natural born American National and domiciled in the State of Rhode Island, defendant-in-error, *sui juris*, non-licensed attorney litigant, the undersigned, with and claiming all of his inherent, unlimited, unalienable Constitutionally secured rights, with his name properly spelled only in upper and lower case letters, and without accepting the jurisdiction of this Court, which he has duly challenged, now gives Notice to this Honorable Court, as follows:

NOTICED, pursuant to Rights guaranteed to Americans in the Bill of Rights, as well as those secured in the state Constitution, and pursuant to the mandates of Article III of the Constitution for the United States of America, circa 1787, as amended in 1791 with the Bill of Rights, this court is now a Judicial proceeding, and not an administrative tribunal.



Doc: 00221399
Book: 2725 Page: 91

In *Downs v. Bidwell*, 182 U.S. 244 (1901), the Supreme Court of the United States ruled: "It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgement in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."

Further, in *Boyd v. United*, 116 U.S. 616 at 635 (1885) Justice Bradley stated:

> "It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis."

Still further, the Court declared in *Perry v. United States*, 294 U.S. 330, 358:

> "I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..."

> "It is not the function of our government to keep the citizen from falling into error; it is the function of the citizen to keep the government from falling into error."

FURTHER NOTICED, said defendant-in-error is a Sovereign, who retains full Constitutional Rights and enjoys the benefits thereof, and hereby states that in contrast to *discretionary* judicial notice, *mandatory* judicial notice leaves no room, whatsoever, for discretion on the part of this Honorable Court, to disregard this Notice, pursuant to the presiding judge's oath and Constitutionally mandated duties thereunder. See: *U.S. v. Lee,* 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882):



```
Doc: 00221399
Book: 2725 Page:    92
```

"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it."

"It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

FURTHER NOTICED, FAIR WARNING, NOT AS A THREAT, NOTICE, pursuant to

*United States v. Lanier* on certiorari No. 95-1717, is hereby given each member of the

prosecution and to all officers of the Court. In addition, see: *Scheuer v. Rhodes*, 416

U.S. 232, 94 S. Ct. 1683, 1687 (1974) in which the Supreme Court stated that,

"When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

See, also: *Cooper v. Aaron*, 358 U.S. 1, 78 S. Ct. 1401 (1958), in which the U.S. Supreme Court stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also *In Re Sawyer*, 124 U.S. 200 (188); *U.S. v. Will*, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

*Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason.*

Respectfully Submitted without prejudice,
DERIC MARCELL THOMPSON
*ens legis*
By <u>Deric-Marcell: Thompson</u>
*sui juris*
c/o 233 Halsey Road
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

*[signature]*
*prose*
617 869.2101

