026 So 16 44

Doc: 00221399
Book: 2725  Page:    18

Case 1:22-cv-10501-WGY Document 3 Number of pages 64

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a HERB CHAMBERS JAGUAR LAND ROVER BOSTON, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:22-CV-10501-WGY |
| v. | ) ) | |
| DERIC MARCELL THOMPSON, | ) ) | |
| Alleged Defendant. | ) ) | |

## LAWFUL CLAIM OF TITLE, LIVING WILL, DECLARATION OF STATUS, APPOINTMENT OF TRUSTEES, AND STANDING ORDERS FOR THE SAME

COMES NOW Deric-Marcell: Thompson, hereinafter "Claimant", a Man, who is found to be living, of the legal age of majority, fully competent to state his legal affairs, and one of the People of the COMMONWEALTH of MASSACHUSETTS, upon this LAWFUL CLAIM OF TITLE, WILL, EXECUTION OF WILL, DECLARATION OF STATUS, APPOINTMENT OF TRUSTEES, AND STANDING ORDERS FOR THE SAME, which is in the form of a lawful juristic act of Claimant's voluntary free will, an establishment of a freehold under the common law, the appointment of Trustees by offer of contract that is tacit, implied, bilateral, and formal in nature to all appointed trustees listed herein, a covenant under Seal, the continued wish and will which contains a list of executive orders under Seal, hereinafter "Claim", bearing consideration of over twenty (20) USD GOLD Standard dollars.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON
*ens legis*
By *Deric-Marcell: Thompson*
*sui juris*
c/o 233 Halsey Road
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

617 869-2101



Doc: 00221399
Book: 2725 Page: 19

*0 26 5016 44*



On and for all Public and Private records,
for all courts, and for the House of Thompson

**Document Created By /**
**Record Returned to:**
c/o non-post location
Deric-Marcell: Thompson
233 Halsey Road
Woonsocket, Rhode Island [02895]
In the matter of;
DERIC MARCELL THOMPSON©
THOMPSON, DERIC MARCELL©
And all other derivations thereof by sole
lawfully appointed, absolute, general,
instituted, rightful Executor of the same.

**LAWFUL CLAIM OF TITLE, WILL,**
**EXECUTION OF WILL,**
**DECLARATION OF STATUS,**
**APPOINTMENT OF TRUSTEES,**
**STANDING ORDERS FOR THE SAME**

Case No.: For all cases, causes, and hearings
regarding DERIC MARCELL
THOMPSON©,
DERIC M. THOMPSON©, and all other
derivative names, *idem sonans*, and spellings
thereof.

**Date:**

March 8, 2022

## LAWFUL CLAIM OF TITLE, WILL, EXECUTION OF WILL,
## DECLARATION OF STATUS, APPOINTMENT OF TRUSTEES,
## AND STANDING ORDERS FOR THE SAME

COMES NOW Deric-Marcell: Thompson, hereinafter "Claimant", a Man, who is found to be
living, of the legal age of majority, fully competent to state his legal affairs, and one of the
People of the COMMONWEALTH of MASSACHUSETTS, upon this LAWFUL CLAIM OF
TITLE, WILL, EXECUTION OF WILL, DECLARATION OF STATUS, APPOINTMENT
OF TRUSTEES, AND STANDING ORDERS FOR THE SAME, which is in the form of a
lawful juristic act of Claimant's voluntary free will, an establishment of a freehold under the
common law, the appointment of Trustees by offer of contract that is tacit, implied, bilateral, and
formal in nature to all appointed trustees listed herein, a covenant under Seal, the continued wish
and will which contains a list of executive orders under Seal, hereinafter "Claim", bearing
consideration of over twenty (20) dollars in Gold standard.

The duly authenticated title / warehouse receipt, also known as a birth certificate, attached to
Claim, bears an Indorsement from Claimant which claims and demands the return of all property
and res regarding DERIC MARCELL THOMPSON© to Claimant as the donor, grantor, owner,



Doc: 00221399
Book: 2725 Page: 20

settlor, testator, sole lawfully appointed rightful Executor, sole lawful, general, forced, testamentary, unconditional Hæres / Heir and Beneficiary of all trusts, lands, infants, persons, vessels, bodies, estates, *cestui que vie* trusts, and fictions of law that are named or known as DERIC MARCELL THOMPSON©, DERIC M. THOMPSON©, and all other derivatives and spellings of said name, hereinafter "Estate", that were created, berthed, or established on or after the birth date and registered with the Department of Public Safety for the COMMONWEALTH OF MASSACHUSETTS or the COUNTY OF SUFFOLK, the United States, or the D.T.C.C., and possibly other unknown parties on or after the registration date without the consent of Claimant.

Claimant now of his/her own volition, free will, act, and deed declares, orders, executes, admits, offers, acknowledges, appoints, claims, and establishes on and for all public and private records and for all Courts in all seas and realms under penalty of perjury the foregoing and the following so that no further administration of the Estate or Trust(s) occurs at any time by any trustee named herein or by any other third party in or at any location, land, realm, sea, or jurisdiction without the signed and sealed consent of Claimant as revealed herein:

1) Claimant demands that all others come forward and state a superior claim under oath, affirmation, and penalty of perjury against or to the Estate or Trust(s) or forever let go **by right of their own** any hold, appropriation, administration, use, right, ability to tax, easement, security interest, jurisdiction, or claim over the Estate. Claimant also demands that all others immediately come forward and state a superior claim under oath, affirmation, and penalty of perjury against or to any and all trusts derived from Estate regardless of what said Trust(s) are named, have been named, or may be named and regardless of what jurisdiction of law they were formed under or forever lose **by right of their own** any hold, appropriation, administration, use, right, ability to tax, easement, security interest, jurisdiction, or claim over the same.

a) Claimant hereby instantly and irrevocably claims and exercises Claimant's birthright as sole lawful living Hæres / Heir of said Estate and claims Claimant's entire inheritance, rebuts and annuls any presumption or statement of death, abandonment, abeyance, infancy, charge, claim, lien, abatement, lapse, error in descent, extinguishment, pledge, adoption, contract, letter or the like that could be used or has been used to deny, to abridge, to diminish, to pledge, to refuse, to alter, to disavow, to disparage, or to contradict Claimant's sole lawful claim upon and to the Estate and Trust(s). Claimant claims the entire Estate and Trust(s) and all legacies connected thereto and irrevocably appoints Claimant as sole lawful absolute general instituted rightful Executor of, to, and for the said Estate and Trust(s) and for all other estates that Claimant may be an heir of, and to, by descent to any degree of consanguinity for life and has done so by formal appointment on the public record by will.



Doc: 00221399
Book: 2725 Page: 21

b) Claimant's life depends upon the Estate and Trust(s) which includes but is not limited to everything stated in List below in section 10) g). The noble goal of Claimant by coming upon, recording, and serving Claim, upon all appointed trustees herein is to have a full accounting, delivery, and livery of seisin of the Estate and Trust(s), to settle the entire gross Estate stated herein, to have full redemption of the same for Claimant and any other estate which Claimant be heir to regardless to what degree of consanguinity, to have absolute dominion over everything stated in List below regarding the Estate and Trust(s) to settle and collapse or terminate the Trust(s) and any other trust connected, bound, or related to the Estate and/or that is derived from said Estate or Claimant after a full accounting and livery has been performed by the Bound Trustee(s) regarding the same to return Claimant and the Estate to a proper state of dignity as soon as can be accomplished for the betterment of Claimant and to have acknowledgment and understanding by all that an establishment of a Freehold in law by operation of law and by the common law rights of blood and kinship that can never be destroyed by any Roman civil law nor any other law has been created, ordained, and established so that no further unwanted administration of the Estate, Trust(s), or Claimant occur at any time.

### Others Vested with Power to Enforce Claim in the Absence of Claimant

2) If for any reason Claimant is incapacitated or unable to enforce any part of Claim against anyone, then the following officers shall all be vested with the power and right to enforce any part of Claim and any arbitration award or court judgment based on any dispute arising from Claim. Officers are:
Claimants lawfully appointed special masters, counsel, marshals, court clerk, and any member of Claimant's own House, hereinafter "Claimant's Officer" or "Claimant's Officer(s)", all of whom must have a signed and sealed letter of appointment from Claimant in order to carry out said enforcement.

### Appointment of Trustees List

3) Claimant NOW by the rights of blood and kinship, the common law, the law declared in this Claim, the Powers of Appointment Act of 1951 [Title 26 U.S.C. § 2514 (b)(d)], and all other applicable law hereby appoint the following enumerated in i) through xxxiii) below as trustee(s) of the Estate and Trust(s), hereinafter "appointed trustee" or "appointed trustee(s)" or "trustees":

    i.    all courts, corporate or otherwise, all 501(c)3 organizations, independent school districts, not including Claimant's own Superior Court of Record nor Claimant's probate court;



*P.R.G. Sta Ra yfy*

Doc: 00221399
Book: 2725 Page:   22

ii.     the COMMONWEALTH OF MASSACHUSETTS, all fifty States in the Union, all States, all states not including Claimant;

iii.    UNITED NATIONS, the U.N.;

iv.     UNITED STATES, UNITED STATES FEDERAL CORPORATION, U.S., the UNITED STATES;

v.      the United States / the united states;

vi.     the United States of America, the United States of America in congress assembled;

vii.    the DISTRICT OF COLUMBIA, Washington, D.C., the District of Columbia, D.C., all incorporated and unincorporated Governments not including the government of Claimant's own House;

viii.   all military branches of all governments, the United States Military, the U.S. Department of Veterans Affairs, the Department of the Army, the Department of the Navy, the Department of the Air Force, the United States Marine Corps, the U.S. Department of Defense, D.A.R.P.A., the Defense Intelligence Agency (D.I.A.), all branches of the United States of America Military, the United States Coast Guard, the National Guard, all Special Forces of the United States of America Military;

ix.     all incorporated and unincorporated cities, townships, zones, states, provinces, territories, districts, regions, areas, sections, sectors, hamlets, counties, towns, turfs, villages, parishes, boroughs, manors, shires, municipalities, conclaves, and enclaves;

x.      all police departments, all law enforcement agencies, INTERPOL;

xi.     all SHERIFFS, all Sheriffs, all Sheriff's departments and offices, all coroners;

xii.    all public and private Utility Companies, all public and private power companies;

xiii.   all chartered and unchartered corporations, associations, and companies;

xiv.    all B.A.R. Associations, all B.A.R. Foundations, the AMERICAN B.A.R. ASSOCIATION, LB.A., the Northern Trust Corporation, the City of London Corporation, the Temple Bar, the Crown, all inns of Court, all Temples, the American Law Institute (A.L.I.), the Knights Templars;

xv.     all bonding and holding companies, all insurance companies, all accounting firms and companies, the American Accounting Association, AMERICAN LLOYD'S, LLOYD'S OF LONDON, the Society of Lloyd's;

xvi.    all trust companies, all title companies, all clearinghouses, Cede & Co.;

xvii.   the Depository Trust & Clearing Corporation (D.T.C.C.), the Depository Trust Company (D.T.C.), the Northern Trust Corp, the Central Trust Company of New York, the Corporation Trust Co., the Northern Securities Company;

xviii.  all incorporated and unincorporated Banks, all Financial Service Companies, all debt collection agencies, all credit unions, all credit reporting agencies and bureaus, all consumer credit companies, all banking associations, all mortgage



Doc: 00221399
Book: 2725 Page: 23

companies, all mortgage corporations, all mortgage servicing companies & corporations, all savings and loan companies and corporations, the Fair Isaac Corporation, Equifax, Transunion, Beacon, Experian, Dun & Bradstreet;

xix. the INTERNATIONAL MONETARY FUND (I.M.F.), the WORLD BANK, the BANK OF INTERNATIONAL SETTLEMENTS (B.I.S.), the FEDERAL RESERVE, the Federal Reserve System, the Federal Deposit Insurance Corporation (F.D.I.C.), the Society for Worldwide Interbank Financial Telecommunication;

xx. the Internal Revenue Service (I.R.S.), the Social Security Administration (S.S.A.), the International Association of Commercial Administrators (I.A.C.A.);

xxi. the Department of the Treasury, the U.S. Department of the Treasury (U.S.D.T.), U.S. Secretary of the Treasury, the Office of the Comptroller of the Currency (O.C.C.), the Office of Budget and Management (O.M.B.), the National Association of Unclaimed Property Administrators, the Office of Alien Property Custodian, the National Association of State Treasurers, the Environmental Protection Agency (E.P.A.), the United States Department of Agriculture (U.S.D.A.), the Securities and Exchange Commission (S.E.C.);

xxii. all intelligence agencies, services, alliances, corporations and organizations, the Central Intelligence Agency (C.I.A.), the National Security Administration (N.S.A.), the Federal Bureau of Investigation (F.B.I.), MI5, MI6, G.C.H.Q., Mossad, the K.G.B., the S.V.R., the F.S.B., Five Eyes (FVEY);

xxiii. all technology companies and corporations, all social media companies and corporations, all internet search engines and all affiliate corporations, Google, Inc., Facebook, Twitter, SERCO Group, Instagram, Myspace, Microsoft Inc., Apple Inc., I.B.M. Inc., Hewlett-Packard (HP), Intel Inc.;

xxiv. all federal law enforcement agencies and offices, the United States Marshal Service, U.S. Customs and Border Patrol (C.B.P.), Immigration and Customs Enforcement (I.C.E.), the U.S. Secret Service, the U.S. Alcohol Tobacco Firearms and Explosives (A.T.F.), the U.S. Department of Homeland Security (D.H.S.), the U.S. Transportation Security Administration (T.S.A.), the U.S. Drug Enforcement Administration (D.E.A.), the U.S. Department of Justice (D.O.J.), the United States Postal Inspection Service (U.S.P.I.S.), the Department of Natural Resources (D.N.R.);

xxv. all prisons, all jails, all correctional facilities and institutions, the Federal Bureau of Prisons (F.B.O.P.), the National Institute of Corrections, the Corrections Corporation of America (C.C.A.), all prison corporations of America, the GEO Group Inc., Wackenhut, Group 4 Falck, Management and Training Corporation, Global Tel-Link;

xxvi. the President of the United States of America, the President of the UNITED STATES;



Doc: 00221399
Book: 2725 Page: 24

xxvii.  the Vatican, Vatican City, the Pope, the Papal Carabinieri Corps, the Gendarmerie Corps of Vatican City State, the Black Pope, the Bishop of Rome, the Sovereign Knights of Malta, the Jesuits, the Holy See, all Apostolic Sees, all Orders, the Roman Curia, all universities, all churches, synagogues, chapelries, chapters, diocese, archdiocese, basilicas, bishoprics, cathedrals, priests, archpriests, benefice, priors, friars, abbots, abbesses, deans, cardinals, clerics, appropriators, preachers, parsons, proctors, prelates, bishops, archbishops, pastors, deacons, sidesmen, sextons, archdeacons, rabbis, reverends, nuns, ministers, curators, curates, nuncius, nuncios, vicars, vestals, vestrymen, prophets, clergymen, clergywomen, ecclesiastics, monks, missionaries, proselytizers, zealots, saints, papal authorities, and servants of the same of all denominations;

xxviii. the United States Postal Service (U.S.P.S.), the United States Post Office, all postal service providers, all post offices, all delivery services;

xxix.   all Emperor(s), Empress(es), King(s), Sultan(s), Datu(s), Queen(s), Monarch(s), Prince(s), Princess(es), Royal(s), Elector(s), Viceroy(s), Marchioness(s), Marquises(s), Count(s), Countess(es) Viscount(s), Archduke(s), Baron(s), Baroness(es), Margraves, Duke(s), Earl(s), Dame(s), Patrician(s), Lord(s), Knight(s), Aristocrat(s), Armiger(s), Esquire(s) and Sir(s), Capitan(s) del Barangay, Cabeza(s) de Barangay;

xxx.    all hospitals, the Knights Hospitallers, all health clinics, all treatment and rehabilitation centers, the H.H.S., the National Institute of Health (N.I.H.), the Administration for Children and Families (A.C.F.), the Centers for Disease Control and Prevention (C.D.C.), all pharmaceutical companies, Bayer, Pfizer, GlaxoSmithKline, Merck & Co., Roche, Sanofi, Gilead Sciences Inc., AstraZeneca, Novartis, Johnson & Johnson, Novo Nordisk, Amgen, Bristol-Myers Squibb, all biotech companies, Bayer, Monsanto, Syngenta, B.A.S.F., Dow, DuPont, D.L.F., Sakata, K.W.S., Land O'Lakes, Inc., Limagrain, Corizon, the U.S. Public Health Service, the U.S. Surgeon General, the Food and Drug Administration (F.D.A.);

xxxi.   all mental health facilities and institutions, all psychiatric facilities and institutions, all psychological programs, the U.S. Department of Education, the U.S. Department of Health and Human Services, the H.H.S., the Substance Abuse and Mental Health Services Administration, all schools;

xxxii.  all established Houses of all civilizations, cultures, and creeds, not including Claimant's own House or Hacienda; and

xxxiii. all the respective subsidiaries, franchises, relations, divisions, departments, precincts, principalities, princedoms, capitals, communities, agencies, associations, bureaus, federations, confederations, brotherhoods, sisterhoods, societies, groups, guilds, charities, organizations, institutes, institutions, task forces, units, squads, ensembles, S.P.V./S.P.E., offices, employees, plaintiffs,



Doc: 00221399
Book: 2725 Page:   25

defendants, petitioners, respondents, litigants, declarants, beneficiaries,
coparceners, part-owners, nonprofits, foundations, promoters, promisors,
expromissors, debtors, stipulators, prosecutors, escheators, bondsmen, doctors,
nurses, psychologists, psychiatrists, therapists, presidents, vice presidents,
generals, admirals, lieutenants, colonels, captains, sergeants, privates, corporals,
rangers, majors, marshals, brigadiers, operatives, assassins, cleaners,
administrators, special administrators, notaries, tribunals, administrations, spies,
arbiters, arbitrators, negotiators, speakers, intermediaries, mediators, witnesses,
conciliators, adjusters, authorities, incumbents, creditors, surrogates, secured
parties, executives, executors, C.E.O.'s, C.F.O.'s, comitia, paterfamilias,
materfamilias, participants, possessors, proprietors, advisors, receivers,
feudatories, fiduciaries, criers, macebearers, bankers, constables, tellers, trustees,
trustors, donors, settlors, grantors, grantees, testators, testatrixes, initiators,
secretariats, secretaries, receptionists, receivers, realtors, mortgagors, thieves,
principals, ministries, rectors, agents, officers, deputies, guards, soldiers,
officeholders, bureaucrats, regulators, governors, lieutenant governors, attorneys,
attorney generals, secretary generals, porters, gatekeepers, rulers, chiefs,
assistants, aides, workers, masters, mistresses, merchants, patrons, paravails,
privateers, registrars, bursars, carriers, stewards, ombudsmen, guardians,
testamentary guardians, godparents, beadles, sentinels, monsignors, custodians,
wardens, overseers, tutors, embassies, deputations, consulates, legations, legatees,
delegations, superintendents, investigators, reeves, councils, counselors,
committees, officials, clients, clergy, elites, treasurers, guarantors, accountants,
auditors, underwriters, assessors, appraisers, cognisors, inspectors, sponsors,
supporters, benefactors, financiers, applicants, aldermen, alderwomen, chairmen,
chairwomen, nuntius, bookkeepers, abstractors, comptrollers, referees, servants,
electors, electorates, landlords, landholders, lessors, lessees, tenants, occupants,
occupiers, dwellers, directors, directorates, renters, services, servicers,
leaseholders, interns, residents, citizens, actuaries, apprentices, analysts,
anarchists, minions, cronies, sycophants, men, women, persons, managers,
ephors, delegates, supervisors, envoys, envois, emissaries, heralds, process
servers, couriers, messengers, spokespersons, stenographers, diplomats, consuls,
ambassadors, guides, plenipotentiaries, boards, members, memberships, fellows,
adherents, commissions, believers, devotees, followers, worshipers, parishioners,
judges, associate judges, district judges, federal judges, magistrates, magisters,
judiciaries, mayors, Lord Mayors, consorts, clerks, recorders, record-keepers,
reporters, dicasteries, affiliates, partners, constituents, compadres, cavaliers,
nobles, noblemen, marauders, seniors, autocrats, tyrants, dictators, conspirators,
peers, proxies, successors, inheritors, progenies, offspring, spouses, solicitors,
stockholders, investors, congregations, congress, cabals, debt collectors,



Doc: 00221399
Book: 2725 Page:    26

congressmen, congresswomen, parliaments, legislatures, legislators, statesmen, personnel, retirees, contractors, sub-contractors, assigns, reps, vassals, and representatives thereof, whether said be quasi, real, fictional, *de jure*, *de facto*, chartered, uncharted, incorporated, unincorporated, governmental, nongovernmental, official, or unofficial of and for everything listed and enumerated in i) through xxxii) above as if completely listed herein in all places where said trustees may be found or located.

**NOTICE:** All titles / names / appellations of all trustees listed in i) through xxxiii) above include but are not limited to any and all derivatives and variations in the spelling of said titles, offices, names, and appellations and are added as if fully listed herein.

Claimant is none of these listed in i) through xxxiii) above. Furthermore, the order of this list of trustees shall not be construed to indicate an order of precedence or importance. All appointed trustees are of equal standing and equally bound by all the terms and conditions herein upon their Binding Actions as stated in sections 4), 5), 6), 11), 13), 14), and 16) below.

### Arbitrator's Limited Immunity from Liability

Any arbitrator(s) appointed by Claimant that conduct any hearings or give any awards regarding any dispute arising from Claim in the immediate issue they are appointed to arbitrate are not included herein as an appointed trustee and do not need to post the stated bond in 12) a) below. Failure to stay within this limited scope at the Claimant's sole discretion shall result in the arbitrator also accepting and becoming party to this contract and all liability attached thereto and described herein.

### Binding Clauses of Appointed Trustees

4) The appointed trustee(s), according to their actions binding them to Claim as stated herein, fully agree to be fully bound by free assent and by their own accord to the various degrees of absolute obligations, duties, requirements, and warranties owed to Claimant under Claim. These degrees and various levels of Binding Actions and agreements are listed in the following Binding Clauses: Binding Clause One, Binding Clause Two, Binding Clause Three, and Binding Clause Four below. The binding clauses list the powers vested under good behavior from Claimant to the appointed trustee(s) and list the Clauses and duties owed to Claimant from the bound trustee(s).

### Binding Clause One - Trustee in Honor

5) Any administration of the Estate, Trust(s), or Claimant and/or any actions taken by the appointed trustee(s) herein for or against what is enumerated in List below including but not limited to any administration by court action regarding the Estate and Trust(s) by any



Doc: 00221399
Book: 2725 Page:   27

appointed trustee(s) listed in i) through xxxiii) above or by any other third party whatsoever, herein "Binding Action One", will be their full binding agreement, free assent, and acceptance by their own accord of all that is stated in Claim. All the Clauses, obligations, powers of attorney, executive orders, stipulations of facts, claims, decrees, sections, declarations, clauses, definitions, binding law, binding arbitration, court of record proceedings, warranties, terms, and conditions stated in Claim, are herein referred to as "Clause" or "Clauses". Any appointed trustee who has bound themselves by performing any Binding Action stated herein, to any degree stated herein, shall herein be a "Bound Trustee" or "Bound Trustee(s)". Bound Trustee(s) agree to faithfully carry out and execute all Clauses stated herein within the terms stated herein after being served with Claim or having notice of Claim notwithstanding any request from a Bound Trustee for more time to perform said as stated herein. All appointed trustees who perform Binding Action One shall hereinafter be a "Trustee in Honor" or "Trustee(s) in Honor". Trustee(s) in Honor are vested by Claimant for one hundred and twenty (120) days with all the needed powers to fulfill all executive orders herein and other executive orders given to them by Claimant in addition to what is stated in Claim. A Trustee in Honor shall remain so until discharged by Claimant or until ninety (90) days of nonperformance of the Clauses they bind themselves to herein have passed. Furthermore, all Bound Trustee(s), until they are discharged by Claimant as stated in section 6) o) below, agree to be bound under absolute perfect obligation to perform and to obey all the Controlling Clauses listed in section 6) below, to stipulate to all the facts listed in section 7) below, to be fully bound to all law stated in section 8) below, and to understand all definitions listed in section 9) below. Bound Trustee(s) agree to all the terms of Binding Clause One listed in section 11) and elsewhere below unless otherwise stated herein. Any actions of dishonor or actions of default or any other Binding Action of administration as stated herein by any appointed trustees shall bind them to the respective Binding Clause as stated in Claim as well as all preceding Binding Actions and Clauses regardless of any other administration stated above. Furthermore, all Bound Trustee(s) agree that all Clauses in Claim are valid and enforceable against them and that all Clauses are owed unconditionally without any kind of offset, defense, or counterclaim on the part of any Bound Trustee regardless of which level of Binding Clause they have chosen to bind themselves to as stated in Claim.

## Controlling Clauses

6) All Trustee(s) in Honor agree to and shall be bound to perform, to execute, to understand, and to be dutifully bound to the following Controlling Clauses in 6) a) through 6) w) forever until discharged by Claimant as stated in 6) o) below.

   a) **Principal Perfect obligations of all Bound Trustee(s):** That the Principal Perfect obligations of all Bound Trustee(s) are to settle the entire gross Estate, to perform,



Doc: 00221399
Book: 2725 Page:   28

and to give a full and complete accounting to Claimant of the same to the satisfaction of Claimant for all that is stated in List below that any appointed trustee has ever warehoused, appropriated, used, held, securitized, monetized, recorded, kept a record of, accounted for, governed, administered, or is currently administering and to give full delivery of the same to Claimant as set out below herein. Bound Trustee(s) agree that this principal obligation of theirs is real, personal, and civil as defined herein under section 9) and is an obligation under the common law and is also a duty of theirs owed to Claimant by operation of law.

b) **Express Obligations of all Bound Trustee(s):** The full accounting, settlement, redemption, and delivery of all stated in List regarding the Estate and Trust(s) are also perfect implied obligations of all Bound Trustee(s) arising by operation of law under the common law as stated in Article 34-5 of the Magna Carta of 1215 and, therefore, are perfect implied obligations of all trustee(s) who bind themselves to any degree of Claim as stated herein.

c) **Acknowledgment of special administrators:** Claimant acknowledges and agrees appointed trustees were acting as special administrators under various presumptions of law and fact and were doing so to the best of their ability and in honor until Claimant was found to be living, had come of full age, claimed the Estate and Trust(s) entirely, had appointed Claimant as the sole lawful executor of the Estate and Trust(s), and had appointed trustees as trustees of the Estate and Trust(s) on the public record. Because of this, Claimant agrees to pay all trustees an administrative payment according to section 6) p) below.

d) **Revocation of all powers beyond Claim and other executive orders of Claimant:** Claimant hereby revokes any presumed or actual powers of the trustee(s) enumerated in i) through xxxiii) above or of any third party whatsoever not vested herein or vested in any other executive orders given to the appointed trustee(s) by Claimant to administer in any way the Estate, Trust(s), and all stated in List below regarding the same and any other thing belonging to the Estate or Trust(s) in any capacity and in any jurisdiction, realm, sea, or see for any reason whatsoever. Claimant specifically objects, denounces, rescinds, annuls, discharges, disavows, condemns, and reverses any actions or administration taken by any appointed trustee(s) or third parties that is contrary to Claim and/or any other orders which bear Claimant's said Seal, signature, and/or thumb print, and all said actions and administration are hereby abated in all jurisdictions forever. Furthermore, all Bound Trustee(s) shall recognize the same.

e) **Vested powers:** All powers herein vested in all Bound Trustees and all powers vested in all other executive orders regarding the Estate and Trust(s) from Claimant that are both signed and sealed as below are vested in Bound Trustees under good behavior and within the term of one hundred and twenty days (120) after being process served with Claim and/or having notice of Claim. All other powers over the Estate, Trust(s),



Doc: 00221399
Book: 2725 Page: 29

and all stated in List not vested herein or in other Executive orders as stated are reserved to Claimant or Claimant's Officers absolutely.

f) **Faithful execution of all executive orders:** All Executive orders in Claim shall be faithfully executed by all Bound Trustee(s) as shall be for any past or future instructions or orders that Claimant expressly gives, has given, or will give to any Trustee in Honor or to other third party that bear both Claimant's Seal and signature which are both affixed below.

g) **First Trustee(s) in Honor:** Claimant hereby appoints the Commonwealth of Massachusetts / COMMONWEALTH OF MASSACHUSETTS and all officers, agencies, franchises, employees, and elected officials thereof as the first Trustee(s) in Honor. First Trustee(s) in Honor, in addition to agreeing to all that is stated in Binding Clause One, are also bound to perform the following: First Trustee(s) in Honor shall inform and give notice to all other appointed trustees of this Claim in writing and provide all of them with a copy of Claim at their expense. Furthermore, first Trustee(s) in Honor shall provide to Claimant unconditional letters of absolute executor in Claimant's proper name for and regarding the Estate and Trust(s) signed by a magistrate in good standing with and of said State or a county within the same. These said letters shall be given to Claimant within ninety (90) days from this appointment and shall originate from the probate court which shall be a court of record. Claimant may provide to said first Trustee in Honor and/or provide to the probate court these said letters. The clerk of the probate court shall accept the filing of the same into a formal probate case along with all documents given or served upon the First Trustee(s) in Honor by Claimant or Claimant's Officers regarding the Estate and Trust(s), and the said court shall find that all said documents filed by Claimant or Claimant's Officers listed herein are valid and enforceable and shall do so immediately with all haste. Said first Trustee(s) in Honor shall include but not be limited to all stated in xxxiii above. All other Clauses in Claim apply to first Trustee(s) in Honor.

h) **Novation clause:** If any appointed trustee shall perform any Binding Action stated herein by way of occupation of an office and said trustee terminates the occupation of said office by term limitation or otherwise, then it shall be the duty of said trustee to inform the new holder and occupant of their former office of Claim before the new office holder is to officially take and hold said office. Failure to perform this order shall be an immediate forfeiture of the bond of the former office holder(s) / trustee(s) as stated in section 12) a) below to Claimant. This is for the protection of Claimant and the new office holder. All office holders are bound in perpetuity in the same manner and to the same degree as the trustee first served with or having notice of Claim that held that office. Any change in the man or woman who occupies said office will discharge the trustee that held the office and shall, by novation expromissio, transfer the said trustee appointment to the new holder of said office



Doc: 00221399
Book: 2725 Page:    30

regardless if the new holder of said office has been served with Claim or not. The Claimant may alter this Claim at any time as Claimant sees fit to do so without the consent of any trustee or third party whatsoever and may re-file the same onto the public record at which time the new Claim shall stand as the new contract and bind all trustee(s) to the same from that point in time onward. Any and all who were bound under any former version of Claim shall also be bound to any new version of Claim without any interruption in duty or obligation unless otherwise specified.

i) **Non-specific responses of trustees:** All Bound Trustee(s) agree that failure or refusal to respond to Claimant regarding Claim and/or failure to provide the requested and necessary accounting and livery as stated herein and/or to give a general response, a non-specific response, or to respond altogether with specificities and facts and conclusions of the common law and/or to provide the requested information and documentation that is required under Claim shall constitute a failure and a deliberate and intentional refusal to respond to Claimant and, as a result thereby and/or therein, shall constitute the consent and agreement by trustee(s) to all Clauses herein and shall be their binding agreement and free assent to all that is stated in Claim.

j) **Failure to respond within ninety days of being served with Claim:** All appointed trustees have ninety (90) days from being process served with or having notice of Claim to respond to Claimant at the address above with any corrections, questions, or challenges to Claim in writing point by point via registered mail and to provide proof of trustee's claim to the contrary under oath or attestation and behind the appointed trustee's full commercial liability and under penalty of perjury. A lack of response or a non-specific response that does not contain proof of Claimant's possible mistaken understanding regarding all that is stated herein shall be seen and agreed to by all Bound Trustee(s) as a full and complete agreement of Claimant's understanding of all that is contained in Claim. Failure to dispute all claims made herein will result in an automatic default judgment and permanent and irrevocable estoppel by acquiescence and tacit procuration on the part of all appointed trustees named herein and all third parties. If any appointed trustee performs Binding Action One, then Trustee in Honor will then agree to waive this section 6) j) forever and be bound to all that is stated in Claim regardless if they have sent the stated response or not.

k) **Understanding of words and final tribunal of Claim:** All appointed trustee(s), and all others who read, or have knowledge of this Claim, agree that all words in this Claim are as Claimant understands them, and that Claimant is the absolute and final tribunal of all that is stated and claimed herein.

l) **Continual providing of utilities:** The appointed trustees shall not under any circumstances disrupt any currently provided utility which Claimant, Estate, or Trust(s) now enjoys. All utility companies have been appointed trustee(s) of the Estate and Trust(s), and these trustee(s), in addition to all other Clauses stated herein, do hereby and henceforth, by taking Binding Action One, agree to be taxed by



Doc: 00221399
Book: 2725 Page: 31

Claimant for the use of the easement upon Claimant's Allodial land at the exact rate and amount that the providing utility company charges Claimant or the Estate or the Trust for any utility now being provided to the same. The rate of tax shall always match the stated bill or statement provided by the said utility forever. Claimant decrees that no paper receipt to the said utility company regarding said tax is needed as long as the said utility company updates their records to reveal this agreement and sends to Claimant proof of this update as shown on their records. This Clause shall apply to any and all utilities provided to the domicile of Claimant and the domicile of every member of Claimant's House forever. Any disconnection of any utility after service of Claim shall be deemed, seen, and found to be a retaliatory action against Claimant as stated in Clause 13) below and shall then bind the retaliatory trustee to all the Clauses and obligations of sections 13), 14), and 15) under Binding Clause Three below. This Clause shall be enforced as stated herein.

m) **Supremacy clause:** All Clauses, words, law, maxims, decrees, executive orders, orders, facts, findings, definitions, rules, terms, conditions, agreements, obligations, statements of wish and will, protections, and means stated herein by Claimant regarding Claimant, the Estate, and Trust(s) supersede any and all other of the same or like kind by any appointed trustee, Bound Trustee, or third party at any time and place forever *nunc pro tunc et usque ad finem temporis*. Claim supersedes and predates as well as replaces any and all prior agreement(s) between Claimant and all trustee(s) and is binding on all parties and irrevocable. Furthermore, the parties to Claim agree from the moment of their Binding Actions as stated herein to the terms and conditions of Claim and agree that Claim supersedes and predates as well as replaces any other existing or future agreements, contracts, wills, pledges, oaths, rulings, court findings, claims, judgments, charges, hearings, orders, liens, fiduciary agreements, letters, administration, or vesting of power that contradict anything stated herein. All trustee(s) agree that all final judgments entered by Claimant's court of record and all arbitration awards given by an arbitrator regarding any dispute relating to Claim and all judgments entered on the same shall be binding on all trustee(s) in any and all jurisdictions shall be confirmed upon demand by any and all courts of Claimant's choosing and shall take precedence over all matters regarding the Estate and Trust(s) at present and forthwith from the date of entry of said final judgment and/or arbitration award and/or confirmation or judgment upon said award(s). All parties agree that a judgment of the court of Claimant's choice for any arbitration award given regarding Claim shall be entered upon the award made pursuant to the arbitration and that said judgment shall be entered upon the said award within one year after the award is made. Furthermore, all Bound Trustee(s) are estopped from maintaining and/or bringing forth any actions against Claimant, Claimant's heirs, and/or bringing forth the same against all that is stated in List regarding the Estate and Trust(s) permanently. Exceeding this estoppel shall be seen and determined by



Claimant, Claimant's court of record, and all arbitrators as retaliation against Claimant.

**n) Severability clause:** If any Clause, provision, claim, statement, fact, section, condition, requirement, term, obligation, or condition of Claim is found by a common law court of record to be unlawful, void, or unenforceable, the remaining of said shall remain in full force and effect and shall continue to be valid and fully enforceable.

**o) Claimant's obligation to discharge Trustees in Honor:** Trustees in Honor agree that they shall remain trustees until they fulfill all of the executive orders and instructions from Claimant stated herein as well as all other past and future orders from Claimant regarding everything stated in List within ninety (90) days of service of Claim. Once said executive orders are fulfilled to the satisfaction of Claimant, Claimant will, upon request from said trustee(s), send a signed and sealed letter of honorable discharge to any and all trustee(s) who perform the same to the satisfaction of Claimant. Failure by any Trustee in Honor to faithfully execute all Clauses herein within the terms stated shall result in a lawful default of the bond stated in section 12) a), and if in the event a trustee has failed to post a bond as stated herein, then an action of debt collection in a court of record and/or binding arbitration proceedings shall commence against all trustee(s) in default, and the stated amount of the bond and liens shall be placed on the property of trustee(s) as stated in section 12) c) and 14) e) for the same amount and kind as stated in the bond amount in 12) a) below, and furthermore, trustee(s) agree to forfeit the agreed distribution of Estate and Trust fund assets (compensation of Trustee(s) in Honor) as stated in 6) p) below forever.

**p) Trustee in Honor compensation clause:** Trustees in Honor shall be compensated by Claimant in the amount of 10% of whatever funds, financial instruments, bonds, accounts, and the like of a financial nature, herein "Estate and Trust funds", that they account for and deliver to Claimant as stated in List regarding the Estate and Trust(s). All of the Estate and Trust funds shall be converted into lawful and valuable consideration (gold or silver) before the 10% payment to the Trustees in Honor and shall be distributed to each Trustee in Honor who prove to the satisfaction of Claimant of the following: 1) that they have fulfilled the orders stated herein that require Trustee(s) in Honor to have a full accounting, settlement, delivery, recovery, and livery of seisin of that portion of the Estate and Trust funds that they have administered and that the Trustee in Honor shall have fulfilled their obligation to settle and/or terminate or collapse all Trust(s) that they are aware of as stated herein; and 2) that Trustees are to keep proper records of all transactions of the Estate and Trust, to keep proper records of all actions they take in regards to the Estate and Trust(s), and to deliver to Claimant those said records as part of the proof of their faithful execution of all Clauses that they are bound to herein to receive the distribution as stated above. Because the Estate and Trust funds are the sole lawful property of Claimant and the Bound Trustee(s) have a duty to return that which does





Doc: 00221399
Book: 2725 Page:    33

not belong to them, the Bound Trustee(s) fully agree and stipulate to the fact that the 10% compensation to them as stated herein is, by intendment of law, to their advantage.

Said compensation shall be given upon request with letters of discharge from this trustee appointment as stated in section 6) o) after the Trustees in Honor faithfully execute their duties as set forth herein. For example, if a Trustee in Honor holds an account in the Estate name and performs as required and that account is in the amount of $1,000,000, then that Trustee in Honor shall be compensated in the amount of $100,000 converted into silver or gold at the current exchange rate. Any debts incurred by the Trustees in Honor against the Estate or Trust(s) prior to this audit will be deducted from the 10% settlement offer. If the debts accrued exceed the value of the 10%, no compensation will be provided and a bill shall, instead, be issued for the outstanding balance. Land titles, land rights, land, the bodies of Claimant, or members of Claimant's House or any other thing that would cause harm if divided shall not be part of the 10% payment nor be included in the calculation for the 10% payment.

q) **Non-aggression clause:** All trustees who bind themselves to Claim to any degree agree to be bound and adhere to the non-aggression principal of natural law at all times whilst under obligation to perform under Claim and to NOT cause any harm, coercion, theft, trespass, murder, rape, or human trafficking against Claimant or members of Claimant's House. Furthermore, Bound Trustees shall not trespass upon any rights of Claimant, or they will agree to be Trustee(s) in Default and thereby bind themselves to all the Clauses under Binding Clause Three.

r) **Help and support clause:** All trustees who bind themselves to Claim to any degree agree to be under absolute obligation to inform, teach, help, and support Claimant to settle the entire gross Estate at all times and to collapse the Trust(s) as stated herein until such time as said trustees are discharged from being a Trustee in Honor or other degree of trustee by Claimant as stated in section 6) o). Any failure to perform this absolute obligation will cause said trustees to agree to be bound to all the Clauses under a Trustee in Dishonor as set forth below.

s) **Inclusion of all trustees by employment or agency:** If any employee, agent, or member of any appointed trustee listed herein administers any aspect of the Estate or Trust(s) in any way, thereby binding them to Claim, all other employees, agents, contractors, men, and women of that same appointed trustee shall also agree to be bound to Claim in like kind and degree.

t) **Arbitration and court of record clauses regarding procedure of disputes arising from Claim:** ARBITRATION: Claim constitutes an agreement and a binding contract between Claimant and all Bound Trustee(s) (and third parties who bind themselves to Claim by performing any Binding Actions stated herein). In the event a Bound Trustee fails to perform as required under any Binding Clause, Claimant has



026 561644

Doc: 00221399
Book: 2725 Page:   34

the choice at that time to pursue all disputes related to Claim by binding arbitration or
by a court of record as defined herein. If Claimant chooses binding arbitration, all
Trustee(s) agree that the arbitrator to any dispute regarding claim shall be appointed
and chosen by Claimant and shall be the designated arbitrator for said dispute. In the
event of non-acceptance of appointment as arbitrator and/or any physical or mental
incapacity to act as arbitrator, the Claimant shall have the authority to select any
neutral arbitrator(s) that qualify to handle any controversy or claim arising out of or
relating in any way to Claim or with regard to its formation, interpretation, or breach,
and any issues of substantive or procedural arbitration shall be settled in the manner
previously stated. If Claimant chooses arbitration and not an action at law, the
arbitrator may hear and decide the controversy upon evidence produced even if a
party who was duly notified of the arbitration proceeding did not appear. The
arbitrator will not and does not have the authority to disregard or to refuse to enforce
the law decreed herein nor the law decreed by Claimant in any other paperwork
regarding the Estate and Trust(s) which is submitted to the arbitrator. All disputes
arising from Claim shall first be attempted to be solved by and through negotiations
between Claimant and the appointed trustee(s). If the Claimant and any appointed
trustee(s) cannot resolve a dispute through negotiations and the Claimant chooses to
resolve the dispute by arbitration, the Claimant and all Bound Trustee(s) agree and
consent to submit any and all disputes which could otherwise be submitted to a court
of competent jurisdiction to arbitration. Arbitration hereunder these conditions said
shall be the exclusive remedy of Claimant and all appointed trustee(s) or third parties,
and the arbitrator is empowered under this Claim to make any or all necessary and
appropriate order(s), pre-award ruling(s), and award(s) granting both legal, lawful,
and equitable relief to enforce the terms and obligations of this Claim, including all
matters relating hereto and arising therefrom. In the event of any conflict of laws,
maxims, facts, provisions, terms, Clauses, conditions, definitions, orders, or rules
regarding any arbitration dispute of Claim, the same stated in Claim shall govern. If
Claimant chooses binding arbitration, all Bound Trustee(s), regardless of the degree
to which they bind themselves to Claim, agree to enter into and consent to binding
arbitration under the terms and conditions of Claim, and all Bound Trustee(s) of any
degree waive all rights to vacate, modify, appeal, or collaterally attack the decisions,
rulings, orders, remedies, and awards (both interim and final) of the arbitrator. All
United States trustee(s) furthermore agree that transporting people or persons without
their consent across State lines is human trafficking and evidences a transaction
involving or affecting "commerce" within the meaning of Title 9 U.S.C. § 1.
Furthermore, all Bound Trustee(s) agree that Claimant can secure restitution for
damages via any and all actions under reservation of right of prosecution at any time
for all injuries sustained and inflicted upon Claimant, the Estate, or Trust(s) for any
wrongs committed against the same as set, established, agreed, and consented to



*ece se 16 yy*

```
Doc: 00221399
Book: 2725 Page:    35
```

herein by the Bound Trustee(s) by their Binding Actions to include but not to be limited to constitutional impermissible misapplication of statutes / laws regarding Claimant, the Estate, and Trust(s) which include but are not limited to alleged criminal case / cause, trespass, false arrest, false imprisonment, fraud, conspiracy, theft, deprivation of rights, human trafficking, all tort claims, trespass of title, probate fraud, property, and the like and all other known and unknown trespasses and moral wrongs committed through ultra vires acts of all involved herein whether by commission or omission. Final amount of damages regarding said to be calculated prior to submission of said actions but is already estimated to be in excess of three hundred million dollars with or without notice to Bound Trustee(s) by invoice or true bill in commerce. Trustee(s) consent to and agree that Claim, all other executive orders hereafter served upon the said Bound Trustee(s), and the required bond that all Trustee(s) in Dishonor must post as stated herein becomes the security agreement between Claimant and said trustee(s) under commercial law. Trustee(s) consent to and agree that judgment shall be entered and confirmed on any arbitration award in favor of Claimant of any dispute regarding Claim and consent to and agree that they have no right, authority, or cause to attack or vacate the same by any means or for any reason.

u) **Settlement via Court of Record:** If Claimant chooses to settle any disputes arising from Claim by a court of record, then all Bound Trustees agree by tacit procuration to be tried under the common law, the law of Claimant's domicile as Claimant decrees the law to be, and any and all public law that Claimant decrees to be the law in a court of record under reservation of right of prosecution for any actionable offense and that said court of record will proceed according to the course of the common law with the rules of said court being whatever Claimant decrees them to be without having to be bound to follow any statutes, equity, or codes under military jurisdiction, ecclesiastical jurisdiction, Roman civil law, maritime admiralty jurisdiction, or any other jurisdiction save for the common law and the law of Claimant's domicile and that Claimant shall be the sole lawful tribunal of said court of record with the power to fine and imprison for contempt of court. If Claimant chooses to resolve any dispute arising from Claim in a court of record, then Claimant will demand payment for damages in the amount agreed to from said trustee(s) in 12) a) below as well as any other amount to be added as per Claimant's Affidavit of Fee Schedule if the said trustee(s) are in default of Claim as stated herein, and Claimant also shall demand and have the right to collect any and all punitive damage amounts as calculated and stated herein.

v) **Stipulation and binding agreement of trustee(s):** In accordance with and pursuant to the principles and doctrines of "clean hands", "agreement by performance", and "good faith", the actions of trustee(s) binding them to Claim, as stated in Claim, constitute a contractually binding agreement by free assent between the Claimant and



the Bound Trustee(s) regarding all stated in Claim, and Bound Trustee(s) expressly
consent to, stipulate, and affirm the truth and validity of the said facts listed herein
and agree to be bound to the law listed herein and to understand the definitions listed
herein as they operate in favor of Claimant through tacit acquiescence. Any and all
trustee(s) agree not to argue, controvert, oppose, misinterpret, misconstrue, dilute, or
otherwise protest any of the facts, law, or definitions already agreed upon by the
trustee(s) set and established herein or in any future proceedings / actions including
but not limited to binding arbitration and/or any case or proceeding in any court of
record at law or otherwise that are decreed and affirmed by Claimant.

Penalty for failure to appear: Any Bound Trustee(s) that cannot, will not, or fails to
personally appear for any reason whatsoever before the arbitrator or court of record
alongside its or his/her representative for any dispute or action arising from Claim
either in part or in full agrees and consents to an irrevocable default judgment in favor
of Claimant and waives any future standing or right to appeal or reopen any dispute
regarding Claim for any reason whatsoever and agrees that they are instantly,
automatically, and irrevocably bound to all of the terms and Clauses herein. Said
Bound Trustee(s) shall give written, signed, and sealed notice to Claimant ten (10)
days before any hearing that more time is required by the Bound Trustee to be able to
appear, and no more than thirty (30) days shall be granted to the Bound Trustee(s) for
rescheduling the appearance. Failure to send said notice shall be considered as failure
to appear. The Arbitrator and/or Claimant shall not consider any extension of time
asked unless said request is submitted less than ten (10) days in advance of the
hearing, and said request shall not extend more than thirty (30) days beyond the
original date of hearing.

### Bound Trustee(s) Stipulation of Declared Facts

7) All Bound Trustee(s) are hereby bound to and shall stipulate to the following declared
facts until discharged by Claimant of their duties and obligations herein as stated in
section 6) o) above. This is a Declaration of Facts made by Claimant under penalty of
perjury to a candid universe. All facts declared herein must be rebutted by Bound
Trustees within ninety (90) days of being served with Claim, or Bound Trustee(s) agree
that all that is stated and decreed herein is true and correct to the best of their own
knowledge as stated herein:

   a) THAT Claimant is a Man who has been found to be living and not dead, has come
   to/of full age, is of sound mind, memory, and judgment, is one of the people of
   Massachusetts, is an American National as contemplated in an act concerning the
   Rights of American Nationals in foreign States of July 27, 1868, is not a citizen of the
   United States as contemplated in the 14th amendment of the Constitution of the
   United States, is a legitimate son of Donna-Marie: Thompson, is fully emancipated,
   was born into the House of Thompson, was lawfully born on the land and soil of the





Doc: 00221399
Book: 2725 Page:   37

Republic named or known as Massachusetts / United States of America, is the donor, grantor, settlor, testator, sole lawfully appointed absolute general instituted rightful Executor, and sole lawful, general, forced, testamentary, unconditional Hæres / Heir of both DERIC MARCELL THOMPSON© and any and all other derivative names and spellings thereof and all trusts that are derived from said Estate, regardless of what said trust(s) are named, have ever been named, may ever be named, or are numbered;

b)  THAT Claimant is Sovereign and a holder of the office of the People and, therefore, is immune to all government control, corporate control, rules, statutes, acts, public policies, ordinances, regulations, codes, taxes, bylaws, laws, administration, inferior courts, supreme courts, administrative courts, and all other authority of any appointed trustee listed herein;

c)  THAT Claimant is the sole tribunal in any court of record in which Claimant is the plaintiff, counter-plaintiff, claimant, accuser, or petitioner wherein a twelve-member jury of the peerage cannot be found or if the defendant fails to demand a jury trial;

d)  THAT all titles of all stated in List of land or otherwise are now by absolute right allodial and indefeasible;

e)  THAT Claimant is now the sole lawful owner and holder of all titles of all stated in List and of the Estate and Trust(s);

f)  THAT Claimant has the right to tax any appointed trustee and any third party for any use and any easement on any land that Claimant owns;

g)  THAT Claimant has the right to open Claimant's own court of record in any place in America and to not be charged for doing so and has the right to appoint Claimant's own staff to run Claimant's court regarding any office or position ever created or used by anyone at any time in any court from time immemorial;

h)  THAT Claimant has the absolute right to travel on any road, highway, toll road, path, or drive in the entire world by any means Claimant wishes without harassment, policing, or commercial enforcement forever;

i)  THAT Claimant has never consented to be transferred to a foreign State as stated in Title 18 U.S.C. § 4108;

j)  THAT all credit ever created by Claimant's own signature is by absolute right Claimant's property;

k)  THAT Claimant is a member of the peerage as contemplated in the Magna Carta of 1215 and all organic laws of the United States of America;

l)  THAT Claimant is not subject to any statute, act, ordinance, public policy, policy, regulation, wardship, guardian, control, law, by law, code, tax, legislation, letter, decree, order, appropriation, administration, or rule of any corporation or corporate government without the express consent of Claimant;





Doc: 00221399
Book: 2725 Page:   38

m) THAT Claimant is the sole lawful executor and sole lawful living Hæres / Heir of the Estate and Trust(s) which is the beneficiary of the social security account numbered 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;

n) THAT all Trustees in Honor agree that they were acting as special administrators of the Estate and Trust(s) by operation of law up to the point of being served with Claim and having knowledge that the sole lawful Hæres / Heir of the Estate and Trust(s) has been found to be living and is of sound mind and has come of full age, but now Trustees in Honor stipulate that they have no more power over the Estate and Trust(s) other than what Claimant wishes to vest to them;

o) THAT the Estate was registered without Claimant's consent;

p) THAT Claimant has been found to be living, has come of full age, is of sound mind, and is competent to handle his own affairs per public record;

q) THAT Claimant has by will come under the House of Thompson and the official seal of Brannon/Thompson Estate thereof;

r) THAT Claimant has claimed the entire Estate and all Trust(s) that stem therefrom as stated in Claim;

s) THAT Claimant has recorded a Common Law Copyright Affidavit with regards to DERIC MARCELL THOMPSON© and any/all derivative names and spellings thereof;

t) THAT Claimant has appointed Deric-Marcell: Thompson as an appointed absolute general instituted rightful Executor of the Estate and all Trust(s) that stem therefrom by will;

u) THAT Claimant has rescinded all powers of attorney and letters of attorney regarding the Estate and Trust(s) as per UCC filing number 202023707610, Doc. 00216977, Bk 2662, Pg 78 filed with the City Clerk, City of Woonsocket, Providence County, for the STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS;

v) THAT Claimant's appointed trustee(s) agree that they shall be billed for any use of Claimant's Estate as per Claimant's Common Law Copyright Affidavit and Affidavit of Fee Schedule;

w) THAT Claimant is lawfully domiciled upon allodial land and soil as per Document Number 00200689, Bk 2435, Pg 192 filed with the City Clerk, City of Woonsocket, Providence County, for the STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS;

x) THAT Claimant and Claimant's heirs are and shall be understood by all appointed trustee(s) as being of the highest order of diplomatic and ecclesiastical status forever.



026561644

Doc: 00221399
Book: 2725  Page:   39

### Binding Law

8) All Bound Trustee(s) shall agree to be bound to the following law:

   a) the first lawful original Constitutions of every State admitted into the Union of the United States of America;

   b) the Articles of Confederation;

   c) the Declaration of Independence;

   d) the Constitution for the United States of America;

   e) the Kentucky and Virginia resolutions of 1798;

   f) the entire Magna Carta of 1215 as it applies to Claimant being a member of the peerage spoken of in the same;

   g) all maxims of law that Claimant decrees to be law in any court, proceeding, document, writ, motion, filing, notice, executive order, or other writing, shall proceed, predate, and bind on all appointed trustee(s) forever;

   h) the law of Claimant's Domicile, whatsoever Claimant declares said to be, at any time and place and in any document or instrument endorsed by Claimant in any proceeding of any court;

   i) whatsoever Claimant decrees the law to be in any court of record which includes but is not limited to all the rules of said court and/or arbitration proceeding that Claimant is involved in no matter the jurisdiction;

   j) "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves...." *CHISHOLM v. GEORGIA*, 2 Dall 419, 454, 1 L Ed 440, 455 @ DALL (1793) pp. 471-472;

   k) "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." *American Banana Co. v. United Fruit Co.*, 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047;

   l) "Our government is founded upon compact. Sovereignty was, and is, in the people." *Glass v. Sloop Betsey*, Supreme Court, 1794;

   m) "The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please... The sovereignty in every state resides in the people of the state and they may alter or change their form of government at their own pleasure." *Luther v. Borden*, 48 U.S. 1, 12 L.Ed. 581;

   n) "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it. The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958);

   o) "There is no such thing as a power of inherent sovereignty in the government of the United States ... In this country, sovereignty resides in the people, and Congress can



Doc: 00221399
Book: 2725 Page: 40

exercise no power which they have not, by their Constitution entrusted to it: All else is withheld." *Julliard v. Greenman*, 110 U.S. 421;

**p)** "Thus, a person who enters on real property lawfully pursuant to a conditional or restricted consent and remains after his or her right to possession terminates and demand is made for his or her removal becomes a trespasser from the beginning, and the law will then operate retrospectively to defeat all acts done by him under color of lawful authority." *Williams v. Garnett*, 608 S.W.2d 794 (Tex. Civ. App. Waco 1980);

**q)** "To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head." *Merrion, Et Al, dba Merrion & Bayless, Et Al v. Jicarilla Apache Tribe, Et Al* (1982), 455 U.S. 130, pp. 144-148;

**r)** "Concealing a material fact when there is duty to disclose may be actionable fraud." *Universal Inv. Co v Sahara Motor Inn, Inc.*, 619 P 2d 485, 127 Ariz. 213. (Ariz. App 1980) "Where one under duty of trust or confidence exists between two parties so that one places peculiar reliance in trustworthiness of another, latter is under duty to make fully and truthful disclosure of all material facts and is liable for misrepresentation or concealment." *Stewart v Phoenix Nat. Bank*, 64 P 2d 101, 49 Ariz. 34. (Ariz. 1937);

**s)** "Henceforth nothing shall be given or taken for a writ of inquest in a matter concerning life or limb; but it shall be conceded gratis, and shall not be denied." Article 36 of the Magna Carta;

**t)** "No freeman shall be taken, or imprisoned, or disseized, or outlawed, or exiled, or in any way harmed-nor will we go upon or send upon him – save by the lawful judgment of his peers or by the law of the land." Article 39 of the Magna Carta;

**u)** "Our nation has thrived on the principle that, outside areas of plainly harmful conduct, every American is left to shape his own life as he thinks best, do what he pleases, go where he pleases." *Williams v. Fears*, 179 U.S. 270, 274, 21 S.Ct. 128, 45 L.Ed. 186. Id., at 197;

**v)** [28 U.S.C. § 1361.] Action to compel an officer of the United States to perform his duty: "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." (Added Pub. L. 87-748, § 1(a), Oct. 5, 1962, 76 Stat. 744.);

**w)** "The contract makes the law." Maxim of Law. See Black's Law. Dict. 10th Ed., page 1, 925. 25) "The contract gives the law." Maxim of Law. See Black's Law. Dict. 10th Ed., page 1, 926. 26) "That which does not appear to exist is to be regarded as if it did not exist." Maxim of Law;

**x)** Reservation of Sovereignty: "Even if the Tribe's power to tax were derived solely from its power to exclude non-Indians from the reservation, the Tribe has the authority to impose the severance tax. Non-Indians who lawfully enter tribal lands remain subject to a tribe's power to exclude them, which power includes the lesser



026 56 16 44

Doc: 00221399
Book: 2725 Page:    41

power to tax or place other conditions on the non-Indian's conduct or continued
presence on the reservation. The Tribe's role as commercial partner with petitioners
should not be confused with its role as sovereign. It is one thing to find that the Tribe
has agreed to sell the right to use the land and take valuable minerals from it, and
quite another to find that the Tribe has abandoned its sovereign powers simply
because it has not expressly reserved them through a contract. To presume that a
sovereign forever waives the right to exercise one of its powers unless it expressly
reserves the right to exercise that power in a commercial agreement turns the concept
of sovereignty on its head." *Merrion, Et Al, dba Merrion & Bayless, Et Al v. Jicarilla
Apache Tribe, Et Al.* (1982) 455 U.S. 130, 131, 102 S.Ct. 894, 71 L.Ed.2d 21 (1981);

y)  republican government: one in which the powers of sovereignty are vested in the
people and are exercised by the people, either directly, or through representatives
chosen by the people, to whom those powers are specially delegated. [In re Duncan,
139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; *Minor v. Happensett*, 88 U.S. (21 Wall.)
162, 22 L.Ed. 627. Black's Law Dictionary, 5th Ed. 626.];

z)  a dollar as defined herein shall mean "Dollars and Units", each to be of the value of a
Spanish milled dollar as the same is now current and to contain three hundred and
seventy-one grains and four sixteenth parts of a grain of pure or four hundred and
sixteen grains of standard silver. 1 U.S. Stat. 246, Sec. 9 (1792);

aa) "Federal reserve notes lack lawful consideration." [Credit River Township, Scott
County, Minnesota case: [cf. *First National Bank of Montgomery Bank v. Jerome
Daly*, 1968];

bb)"The right of blood and kindred cannot be destroyed by any civil law." Maxim of
Law. See Black's Law. Dict. 10th Ed., pg. 1924.

### Stipulation and Understanding of Definitions

9)  Bound Trustee(s) now agree to understand and to stipulate to the following definitions:

a)  **Court of Record:** It is a judicial tribunal having the following attributes "(l)-(6)"
defined below with authorities cited:

(1)  It is a judicial tribunal having attributes and exercising functions
independently of the person of the magistrate designated generally to hold it
[*Jones v. Jones*, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8
Metc. Mass., 171, per Shaw, C.J., See also *Ledwith v. Rosalsky*, 244 N.Y.
406, 155 N.E. 688, 689] [Black's Law Dictionary, 4th Ed., page 425, 426].

(2)  It proceeds according to the course of the common law. [*Jones v. Jones*, 188
Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171,
per Shaw, C.J., See also *Ledwith v. Rosalsky*, 244 N.Y. 406, 155 N.E. 688,
689] [Black's Law Dictionary, 4th Ed., pg. 425, 426].

(3)  Its acts and judicial proceedings are enrolled or recorded for a perpetual
memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas



Fletcher, C.C. Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; *Erwin v. U.S.*, D.C. Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231] [Black's Law Dictionary, 4th Ed., page 425, 426]

(4)  It has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C. Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; *Erwin v. U.S.*, D.C. Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231.] [Black's Law Dictionary, 4th Ed., page 425, 426]

(5)  It generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C. Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; *Erwin v. U.S.*, D.C. Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231.] [Black's Law Dictionary, 4th Ed., page 425, 426]

(6)  It possesses the only valid seal of any court of record or of any other court in which Claimant is a plaintiff, counter-plaintiff, claimant, petitioner, accuser, or complainant is Claimant's own House Seal which is affixed below to Claim.

b)  **Inferior Courts:** "Inferior courts are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; *Smith v. Andrews*, 6 Cal. 652

c)  **Court:** "A court is an agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority." [*Isbill v. Stovall*, Tex. Civ. App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Ed., page 425]

d)  **Magistrate:** "The word 'magistrate' does not necessarily imply an officer exercising any judicial functions, and might very well be held to embrace notaries and commissioners of deeds." *Shultz v. Merchants' Ins. Co.*, 57 Mo. 336.

e)  **Clause** (contracts): "a particular disposition which makes part of a treaty; of an act of the legislature; of a deed, written agreement, or other written contract or will. When a clause is obscurely written, it ought to be construed in such a way as to agree with what precedes and what follows, if possible." Vide Dig. 50, 17, 77; Construction; Interpretation.

f)  **Condition** (contracts, wills): "In its most extended signification, a condition is a clause in a contract or agreement which has for its object to suspend, to rescind, or to modify the principal obligation; or in case of a will, to suspend, revoke, or modify the devise or bequest." 1 Bouv. Inst. n. 730. "A condition is any portion or agreement



Doc: 00221399
Book: 2725 Page:   43

which regulates what the parties have a mind should be done, if a case they foresee should come to pass." Co. Litt. 201 a.

g) **Condition** (persons): "The situation in civil society which creates certain relations between the individual, to whom it is applied, and one or more others, from which mutual rights and obligations arise. Thus the situation arising from marriage gives rise to the conditions of husband and wife that of paternity to the conditions of father and child." Domat, tom. 2, liv. 1, tit. 9, s. 1, n. 8.

"2. In contracts, everyone is presumed to know the condition of the person with whom he deals. A man making a contract with an infant cannot recover against him for a breach of the contract, on the ground that he was not aware of his condition."

h) **Obligation:** "In its general and most extensive sense, obligation is synonymous with duty. In a more technical meaning, it is a tie which binds us to pay or to do something agreeably to the laws and customs of the country in which the obligation is made." Just. Inst. 1. 3, t. 14. "The term obligation also signifies the instrument or writing by which the contract is witnessed. And in another sense, an obligation still subsists, although the civil obligation is said to be a bond containing a penalty, with a condition annexed for the payment of money, performance of covenants or the like; it differs from a bill, which is generally without a penalty or condition, though it may be obligatory." Co. Litt. 172. "It is also defined to be a deed whereby a man binds himself under a penalty to do a thing. Com. Dig. Obligation, A. The word obligation, in its most technical signification, *ex vi termini*, imports a sealed instrument." 2 S. & R. 502; 6 Verm. 40; 1 Blackf. 241; Harp. R. 434; 2 Porter, 19; 1 Bald. 129. See 1 Bell's Com. b. 3, p. 1, c. 1, page 293; Bouv. Inst. Index, h. t.

"6. A **civil obligation** is one which has a binding operation in law, *vinculum juris*, and which gives to the obligee the right of enforcing it in a court of justice; in other words, it is an engagement binding on the obligor." 12 Wheat. It: 318, 337; 4 Wheat. R. 197.

"14. A **principal obligation** is one which is the most important object of the engagement of the contracting parties."

"16. An **absolute obligation** is one which gives no alternative to the obligor, but he is bound to fulfill it according to his engagement."

"20. A **determinate obligation** is one which has for its object a certain thing; as an obligation to deliver a certain horse named Bucephalus. In this case, the obligation can only be discharged by delivering the identical horse."

"31. The obligation is both personal and real when the obligor has bound himself, and pledged his estate for the fulfillment of his obligation."
[emphasis added]

i) **Primary:** "that which is first or principal; as primary evidence, or that evidence which is to be admitted in the first instance, as distinguished from secondary evidence, which is allowed only when primary evidence cannot be had."



Doc: 00221399
Book: 2725 Page: 44

"2. A **primary obligation** is one which is the principal object of the contract; for example, the primary obligation of the seller is to deliver the thing sold, and to transfer the title to it. It is distinguished from the accessory or secondary obligation to pay damages for not doing so." 1 Bouv. Inst. n. 702.
[emphasis added]

**j)** **Term** (contracts): "This word is used in the civil law to denote the space of time granted to the debtor for discharging his obligation; there are express terms resulting from the positive stipulations of the agreement; as, where one undertakes to pay a certain sum on a certain day and also terms which tacitly result from the nature of the things which are the object of the engagement, or from the place where the act is agreed to be done. For instance, if a builder engages to construct a house for me, I must allow a reasonable time for fulfilling his engagement. 2. A term is either of right or of grace; when it makes part of the agreement and is expressly or tacitly included in it, it is of right when it is not part of the agreement, it is of grace; as if it is not afterwards granted by the judge at the requisition of the debtor." Poth. on Oblig. P. 2, c. 3, art. 3; 1 Bouv. Inst. n. 719 et seq.

**k)** The term **"records"** shall mean all records, system of records, library catalogs, lists, files, optical, handwriting, typewriting, printing, photostating, photographing, photocopying, electronic and physically stored information, and every other means of recording including letters, words, pictures, sounds, or symbols or combinations thereof as well as papers, maps, magnetic or paper tapes, photographic films or prints, microfilm, microfiche, magnetic or punched cards, discs, drums, or other means of recording or retaining meaningful content.

**l)** **Estate:** "1. In its most extensive sense, it is applied to signify everything of which riches or fortune may consist of and includes personal and real property; hence we say personal estate, real estate." 8 Ves. 504. "2. An estate, in common law, is the net worth of a man at any point in time living or dead. It is the sum of a man's assets - legal rights, interests, and entitlements to property of any kind - less all liabilities at that time. 3. All that a man owns in law."

**m)** **Freehold** (estates): "An estate of freehold is an estate in lands or other real property, held by a free tenure, for the life of the tenant or that of some other person; or for some uncertain period. It is called *liberum tenementum*, frank tenement or freehold; it was formerly described to be such an estate as could only be created by livery of seisin, a ceremony similar to the investiture of the feudal law. But since the introduction of certain modern conveyances, by which an estate of freehold may be created without livery of seisin, this description is not sufficient."
"2. There are two qualities essentially requisite to the existence of a freehold estate. 1. Immobility; that is, the subject-matter must either be land, or some interest issuing out of or annexed to land. 2. A sufficient legal indeterminate duration; for if the utmost period of time to which an estate can last, is fixed, and determined, it is not an



Doc: 00221399
Book: 2725 Page:   45

estate of freehold. For example, if lands are conveyed to a man and his heirs, or for his life, or for the life of another, or until he shall be married, or go to Europe, he has an estate of freehold; but if such lands are limited to a man for one hundred or five hundred years, if he shall so long live, he has not an estate of freehold." Cruise on Real Property t. 1, s. 13, 14 and 15 Litt. 59; 1 Inst. 42, a; 5 Mass. R. 419; 4 Kent, Com. 23; 2 Bouv. Inst. 1690, et seq. "Freehold estates are of inheritance or not of inheritance." Cruise, t. 1, s. 42.

n) **Freeholder:** a person who is the owner of a freehold estate.

o) **Freeman:** one who is in the enjoyment of the right to do whatever he pleases, not forbidden by law; one in the possession of the rights enjoyed by the people generally.

p) **Shall:** used to express a command or exhortation; used in laws, regulations, contracts, or directives to express what is mandatory.

q) **Dollars** as defined herein shall mean each to be of the value of a Spanish milled dollar as the same is now current and to contain three hundred and seventy-one grains and four sixteenth parts of a grain of pure or four hundred and sixteen grains of standard silver as per 1 U.S. Stat. 246, Sec. 9 (1792).

r) **Sovereignty:** "the union and exercise of all human power possessed in a state; it is a combination of all power; it is the power to do everything in a state without accountability; to make laws, to execute and to apply them: to impose and collect taxes, and, levy, contributions; to make war or peace; to form treaties of alliance or of commerce with foreign nations, and the like." Story on the Const. § 207

### Standing Executive Orders for Bound Trustees and All Third Parties

10) All Bound Trustee(s) are under absolute obligation to faithfully carry out and execute the following:

a) Claimant NOW, by Executive Order, forgives, discharges, cancels, abates, revokes, annuls, terminates, dismisses and disavows any juristic act, charge, libel, lien, receivership, bailment, appropriation, letter, indictment, order, law, decree, sentence, statute, act, case, ordinance, code, action, droit, accusation, complaint, debt, tax, compact, contract, policy, or bill against the Estate and Trust(s) by any appointed trustee or third party *nunc pro tunc et usque ad finem temporis* and demands all Bound Trustee(s) to do the same regarding the Estate and Trust(s). These specific orders in 10) a) do not require Trustee(s) in Honor to post the bond stated in section 12) a) below nor indemnify Claimant for the same.

b) All Bound Trustees shall update and correct the status of Claimant upon all records kept by same to reveal the following Binding Clauses **1)-3)**. Failure to do so immediately upon being served with Claim, Bound Trustees agree to be a Trustee in Default and to be bound to Binding Clauses One, Two and Three:



Doc: 00221399
Book: 2725 Page:    46

**1)** THAT Claimant is permanently exempt from all federal, state, and local taxes, property taxes and taxes on land for the rest of Claimant's natural lifespan without exception forever;

**2)** THAT Claimant is one of the People of Claimant's respective state, is an American citizen, and is not a citizen of the United States nor subject to the jurisdiction thereof; and

**3)** THAT all land claimed by Claimant and that Claimant be heir to, regardless of the degree of consanguinity, that has been purchased with lawful consideration, claimed by Claimant, or has been or shall be given or willed to Claimant by any means is allodial forever.

**c)** Bound Trustee(s) shall give full immunity to Claimant regarding all statutes, acts, ordinances, codes, bylaws, public policies, taxes, rules, and regulations of all governments, appointed trustees, and corporations forever.

**d)** Trustees in Honor who are also employees of the government of the United States, the United States of America, and all State governments shall provide to Claimant documentation in the form of a passport, a diplomatic identification card, or the equivalent that reveals on the record all of what is stated in section 10) b) and c) above and shall do so within ninety (90) days of being served with Claim or agree to be a Trustee in Dishonor and to be bound to all the Clauses stated thereunder. All Bound Trustee(s) shall agree to recognize as valid any private identification that Claimant makes with Claimant's own hand and records onto any public record as having the same force and effect as any identification issued from any appointed trustee or third-party regarding Claimant's status.

**e)** All Bound Trustee(s) are to immediately prepare and to deliver to Claimant a full forensic accounting and audit of everything listed in 10) g) below in List regarding both the Estate and the Trust within ninety (90) days from being served with or having notice of Claim or within ninety (90) days from performing Binding Action One. Failure to meet this term results in that trustee agreeing to be a Trustee in Dishonor and to be bound thereby accordingly as stated herein.

**f)** All Bound Trustees of any degree are to gather, assign, transfer, and deliver to Claimant all original records pertaining to all that is stated in List in section 10) g) below that trustee(s) have ever held or now hold regarding the Estate and Trust(s) to the address below at their expense. After said delivery is accomplished to the satisfaction of Claimant, Bound Trustee(s) shall immediately expunge and destroy any and all criminal court records in their entirety that reference Claimant, the Estate, the Trust(s), and all stated in List including but not limited to any and all variations in spelling and alphanumerical identifiers assigned to the same.

**g)** Bound Trustee(s) of all degrees and all third parties, upon Claimant's authority, demand, and executive order, shall compile, give a full description, disclose the true and complete facts of, and give a full and complete accounting for all the original



O 2 6 56 16 9

Doc: 00221399
Book: 2725 Page:   47

records of all stated in List below of every particular of the Estate and Trust(s) as said
relates to, is connected to, is a part of, belongs to, is registered or recorded under, or is
being held in the name of the Estate and Trust(s) that the Bound Trustee(s) have a
record of, have ever warehoused, have ever appropriated, used, held, know about,
have known about, securitized, monetized, recorded, accounted for, assigned anything
to, governed, have ever administered or are currently administering, and/or sworn to
under penalty of perjury, and shall send said by certified mail to the address above to
Claimant within ninety (90) days from having notice of or of being served with
Claim. If any Bound Trustee fails to accomplish this absolute obligation within the
said term, the Bound Trustee(s) agree to be a Trustee in Dishonor as stated herein and
agree to be bound to all the Clauses thereunder. The following is the said List to be
accounted for: any bond, record, list, file, master file, period of dormancy,
extradition, injury, remedy, investigation, inquiry, summary, annulment, conflict,
decision, financing statement, UCC-1, prescription, proposal, offer, counter-offer,
termination, dispute, petition, audit, tag, extension, basis, remittance, entitlement,
ticket, compensation, transmission, production, correction, storage, delivery, livery,
determination, abeyance, supplement, ademption, redemption, prize, booty, treasure-
trove, plunder, enrollment, enrollment, scutage, exhibit, footnote, escheat, recording,
collection, evidence, connivance, harm, emolument, recognizance, restitution,
recompense, probate, fault, alias, guardianship, disbursement, remission, possession,
repossession, reinstatement, lis, reinsurance, remuneration, profile, case, scan, caveat,
writ, estoppel, interrogation, trade, codex, cession, posit, concession, fraud, collation,
discovery, receivable, recaption, speculation, forbearance, bail, bailment, unit,
representation, description, employment, punishment, occupation, equity, car,
vehicle, redress, technology, conduit, recovery, volition, detriment, reparation,
clearance, draft, redraft, overdraft, damage, addition, reference, mystery, codicil,
transfer, wire, defect, resignation, rent, admission, retribution, FOP, social security,
deduction, inventory, preferment, identification, concurrence, transcript, script,
interview, Numident, surveillance, code, book-land, boc, devolution, extract, estreat,
amercement, excise, impost, enfranchisement, post, poll, deed, deed poll, patrimony,
residue, allonge, force, table, correspondence, surplus, overplus, duty, debt, award,
stamp, antinomy, contract, clause, agreement, agenda, book, position, plea, pleading,
option, put, call, inurement, proposition, asset, adventure, misadventure, C.U.S.I.P.,
notice, rescript, classification, lease, division, leasehold, lestage, surety, suretyship,
retainer, collateral, dollar, amount, qualification, decedent, indemnity, unity,
payment, guarantee, coverage, donation, patent, abuse, distraint, claim, deal,
commise, conveyance, custom, bill of lading, bill of exchange, lading, unlading,
bargain, fraction, simulation, annex, article, intelligence, incorporation, merger,
import, importation, export, droit, droit in admiralty, exportation, portion,
arbitrament, dowry, specie, ingress, egress, regress, passage, interest, intrusion, cause,



0265616⁴

Doc: 00221399
Book: 2725 Page:   48

effect, citation, attaint, obligation, debenture, diversion, true bill, consignment,
divestiture, aventure, depreciation, deprivation, tort, monition, franchise, land, real
estate, estate, chattel, casualty, credit, cash, annuity, income, yield, stipend,
impropriation, appropriation, presentment, collusion, affirmation, fruit, T.R.O.,
T.R.P., allowance, disallowance, rebate, intestacy, reprieve, consolidation, infamy,
roll, expense, licitation, solicitation, package, tariff, inducement, increment, offense,
exemplification, scholarship, funding, net, gross, revenue, fundraiser, exploit,
usufruct, misfortune, document, thing, shipment, promise, confederacy, injunction,
property, *cestui que vie* trust, *cestui que* trust, *cestui que vie*, *cestui que* use, pledge,
accident, F.O.I.A. request, registry, novation, plan, voyage, discussion, deposition,
care, recognition, conspiracy, drug, authorization, infraction, interpretation, motive,
summons, duplicate, impediment, justification, publication, submission,
indemnification, library catalog, alpha numerical identifier, parcel, damnification,
specification, admittance, treatment, negligence, due, availment, theft, compromise,
immunity, modification, addendum, mandamus, encumbrance, token, ware, good,
stowage, capacity, advance, reply, plot, attachment, assurance, enumeration, relief,
conversion, discharge, charge-off, filing, parole, probation, contact, garnishment,
amendment, assessment, non-disclosure agreement (N.D.A.), recognizance, oath,
accrual, levy, fine, permit, trespass, application, accommodation, response,
accusation, alteration, amnesty, procedure, confinement, investment, ratification,
presumption, divestment, sale, project, revision, covin, clearance, motion,
adjudication, answer, declaration, charter, operation, mortgage, design, tax, lien,
letter, letters, penalty, fee, fief, feod, feoh, feudum, feoffment, fiefdom, fidei-
commissum, parturition, suspension, sea-letter, muster-roll, charter party,
interference, caution, cautio, approval, approvement, improvement, tenure, feudal
tenure, avowry, socage, tenancy, assent, law, private law, schedule, forfeiture,
seizure, factor, fiction of law, abstract, chain of title, appendant, allegation,
detainment, detention, pardon, sentence, asseveration, ruling, testament,
embezzlement, warning, device, devise, attempt, coordination, transgression, ward,
infant, coverture, arrearage, location, accumulation, seck, writing, testamentary,
inheritance, seisin, accessory, hereditament, avail, aval, accretion, repertory,
appurtenance, energy, life, illustration, aggregate, compulsion, ordinance, statute,
regulation, rule, legislation, commodity, money, money of exchange, money of
account, account number, liability, pawn, pignus, spell, curse, magic, witchcraft, dry-
craft, liblac, conjuration, society, rate, R.E.M.I.C., departure, acceptance, pass, pass-
book, sea-letter, sea-brief, registration, subpoena, documentation, capers,
hypothecation, popular action, spelling, abolition, treaty, discount, comities, partition,
legacy, doctrine, tenement, bequest, conquest, pic, picture, photo, photograph, tape,
error, act, juristic act, confirmation, lapse, relapse, rescission, revocation, detainer,
interrogatory, easement, breach, weapon, arm, endowment, reward, settlement, stop,



Doc# 00221399
Book: 2725 Page:     49

email, fax, antichresis, body, check, cheque, license, vestige, imprisonment, incarceration, communication, negotiation, idem sonans, name, judgment, cargo, sequence, salvage, certification, juridification, manifest, journal, log, logbook, ledger, alert, fortune, muniment, stipulation, vessel, write off, shutoff, listing, map, plat map, blueprint, chart, graph, order, issue, flag, entry, charge, product, substance, video, sketch, audio, x-ray, disruption, nomination, draw, withdraw, drawback, action, dismissal, indenture, concord, accord, embargo, stoppage, proclamation, deprivation, comprehensive annual financial report (C.A.F.R.), panel, opinion, right, style, stile, form, print, purchase, republication, violation, interruption, last, exception, tail, defamation, surrender, release, protection, demand, deviation, acquisition, slander, recommendation, testimony, coalition, deficit, merchandise, statement, advice, dominion, pact, perk, convention, entail, freeze, royalty, currency, bullion, affidavit, receipt, nullity, necessity, indorsement, value, endorsement, crypto currency, seigniorage, exhortation, requisition, gift, compact, valuable, injections, tribute, assignment, bona, allocution, constitution, transportation, deputation, share, decree, covenant, title, paper, soul, spirit, mandate, proceeding, appraisal, prohibition, will, children, warranty, attachment, hold, copy, copyright, trademark, preemption, infringement, custody, skip, transaction, information, reservation, privilege, suit, default, acknowledgment, relocation, responsibility, administration, indictment, management, term and condition, for all persons, People, people, beneficiary, benefactors, heirs, executors, executrixes, men, women, infants, minors, animals, and sureties for the Estate and Trust(s) whether said be a related performance or burden for Claimant, hereinafter "List". Trustee(s) shall account for and disclose the true and complete facts, the full accounting, and the details for all res, balance, wealth, payment, remainder, rider, yield, severance, refund, sum, or reversion including but not limited to any and all subject, matter, issue, person, character, instrument, negotiable instrument, saving, salary, pay, wage, earnings, revenue, profit, sharing, return, bonus, invoice, derivative, gain, contribution, honorarium, commission, coupon, book, title, paper, deferment, consideration, trust, credit, note, bank note, freeze-out, promissory note, gift, stock, bond, backbond, dividend, bill, grant, transaction, certificate, benefit, transcript, capital, insurance, policy, account, covenant, security, social security, deposit, loan, pension, fund, cash flow, retirement plan be it positive, dispositive, appointive, electronic, nominative, or other owed to and owed from the Estate and Trust(s) for all stated in List for the Estate and the Trust(s) which shall include but not be limited to the following types, descriptions, classifications and variations, of all that is stated in List positive and negative, static and mobile, divisible and indivisible, official and unofficial, active and passive, net and gross, owed to and owed from, current and fixed, direct and indirect, real, public, private and personal, tangible and intangible, modal and pecuniary, clean and fouled, enumerated and un-enumerated, actual and constructive, liquid, future, hypothecary,



026 561644

Doc: 00221399
Book: 2725 Page:   50

absolute and doubtful, possessory and non-possessory, corporal and incorporeal,
residuary and complete, general and specific, assets and liabilities, past, present,
future, legal, equitable, mixed, vested, contingent, per and post assets and liabilities
wherever located and however held whether said be community property or property
held in Trust whether said trust be spendthrift, *cestui que vie*, *cestui que*, or pension
trusts regarding the Estate and Trust(s). Trustee(s) shall consolidate, merge, settle,
liquidate, sell, and convert everything of a financial nature stated in List into lawful
dollars as defined herein or into gold bullion. Furthermore, Trustees in Honor shall
contact Claimant for an appointment to deliver the same by bonded courier to the
address that Claimant provides and bring forth, deliver, and satisfy livery of seisin all
other physical, corporal, and incorporeal objects, things, titles, lands, issues, bodies,
rights, immunities, souls, effects, papers, children and the like as stated in List to
Claimant within one hundred and twenty (120) days of being served with Claim or
having notice of Claim. Attachments to Claim list the children to be returned (if there
are any). It is deemed, ordained, established, and forever held that the situs of all
stated in List, Claimant, and all of the Estate and Trust(s) stated herein shall now
forever be exempt as stated herein, nontaxable as stated herein, and shall not at any
point and/or manner, past, present, and/or future be construed otherwise.
Furthermore, the seignior, absolute owner, master, and ruler of all lands stated in List
shall be Claimant, all goods and chattels stated in List are the absolute property of
Claimant, and all Bound Trustee(s) of any degree shall correct their records, both
public and private, to reveal this change of situs, transfer, change of seigniory, change
of owner, change of dominion, accounting, exempt status, settlement, delivery, and
livery of seisin of all stated in List for and to Claimant and Claimant's House.

h) All Trustee(s) of any degree shall agree that no taxes are owed on all that is stated in
List forever.

i) If any Bound Trustee requires anything from Claimant in order other than what is
decreed, stated, and ordered herein to accomplish and faithfully execute any order or
Clause stated herein. It is the wish of Claimant that the Bound Trustee send a written
list of what they need or require from Claimant to accomplish all that is decreed,
stated, and ordered herein, and it is the wish of Claimant that the trustee(s) do so
within thirty (30) days from having knowledge of, being served with, or having been
given notice of Claim. If any counteroffer from any appointed trustee(s) or other third
party is included with said written list from any of the appointed trustee(s), it will be
seen and understood as an attempted fraud upon Claim and be seen as an attempted
administration upon the Estate, and if said condition is met by any Bound Trustee,
they agree to be bound to Binding Clause Three (Trustee in Default). Furthermore, if
Bound Trustee(s) fail to send this request to Claimant within ninety (90) days of
being served with Claim or having notice of Claim, then said trustees agree that no





Doc: 00221399
Book: 2725 Page:    51

other instructions or orders are needed from Claimant to perform, fulfill, or accomplish their obligations under Claim.

j)  Trustee(s) in Honor may be granted more time to perform the stated executive orders if they send a written, signed, and sealed request to Claimant for more time to perform said with an explanation as to why they need more time that is to the satisfaction of Claimant before the said term of ninety (90) days expire.

k)  Trustees in Honor, after a full accounting and livery of all stated in List for the Estate and Trust(s) has been completed as stated herein, shall collapse all Trust(s), and send to Claimant at the address above proof that said Trust(s) have been collapsed and are no more within ninety (90) days of being served with Claim. If Trustees in Honor fail to accomplish this obligation and executive order within ninety (90) days from being served with Claim, then Trustees in Honor agree to be Trustees in Dishonor and agree to all Clauses under Binding Clause Two herein.

### Mandatory Agreement of Bound Trustees to Affirmative Relief

l)  Claimant, the Estate, the Trust(s), Claimant's immediate family, and Claimant's Heirs-at-Law that are confined in any jail, prison, detention center, penal institution, correctional institution, mental institution, psyche ward, black site, or any other form of official or unofficial detention under the authority of any state, territory, possession, federal agency, department of the United States, state, or any appointed trustee listed herein or under any court bond shall be unconditionally discharged from any such detention or bond and set free immediately and without further delay.

m)  All pending legal actions and open cases and adjudicated cases against Claimant, Estate, Trust(s), and Claimant's Heirs-at-Law by the United States of America, states, territories, United States, possessions of the United States, or any appointed trustee(s) against Claimant and Claimant's Heirs-at-Law whether criminal, civil, administrative, sounding in tort, or otherwise are vacated and dismissed for cause without dishonor and with prejudice being void *ab initio* and are of no further force and effect as of the date of this Claim and retroactively applied to the day preceding the initial filing of any such suit or action.

n)  Any and all stated in List that was seized, forfeited, or taken by legal process or otherwise by the United States of America, state, territory, United States, possessions of the United States, state, or any appointed trustee(s) for any reason from Claimant or Claimant's Heirs-at-Law are to be immediately returned to Claimant. Any property that is not able to be returned in as close to its original form shall be redressed by compensation in an amount of dollars, "dollars" as defined in 9) q) above to Claimant that is equal to the highest reasonable value of said property.

o)  Claimant shall be issued a full process patent by the United States trustee with a proper meets and bounds land survey to the proper real correct meridian, and the title to the same shall be held in allodium by Claimant for any land or real property





Doc: 00221399
Book: 2725 Page: 52

purchased, ceded, or released via quitclaim stated in List or otherwise and all Trustee(s) who bind themselves to Claim to any degree and are able to fulfill said issuance shall do so without delay. Furthermore, all Bound Trustee(s) shall fully recognize and obey all declarations of allodial lands recorded by Claimant to the same and recognize Claimant as the absolute owner, ruler, master, seignior, and sovereign over and of said lands forever. Claimant has the right to pass said allodial land onto another by descent of heirs and/or by deed.

### Mandatory Prohibitory Relief for Claimant by Bound Trustees

Bound Trustees are herein bound by the following executive orders regarding the foregoing immediate relief for Claimant and others stated:

p) Claimant, Estate, Trust(s), and Claimant's Heirs-at-Law are extended absolute immunity from all criminal, civil, military, ecclesiastical, and chancery jurisdictions and from all administrative laws and public policy of the United States of America, state, territory, United States, possessions of the United States, or Bound Trustee(s) even after trustee discharge, and no court or tribunal of the United States, state, State, Territory, or Possession of the United States or Bound Trustee(s) shall have authority to exercise jurisdiction over the prosecution or litigation against Claimant, Estate, Trust(s), nor Claimant's Heirs-at-Law for offenses and violations of said laws or policies.

q) Bound Trustee(s) shall not prosecute a criminal or civil offense against Claimant, the Estate, or Trust(s) for any violations or offenses against the laws of the United States, territories, possessions of the United States, state, or any trustee(s) that were allegedly committed prior to or after the date of this Claim.

r) Unclaimed Moneys: The Secretary of the Treasury of the United States trustee shall transfer to Claimant from the Treasury trust fund receipt account, "Unclaimed Moneys of Individuals Whose Whereabouts are Unknown", that part of the balance of that account that is owed to Claimant for Claimant has now been found to be living and Claimant's whereabouts are now known.

s) All Bound Trustee(s) and third parties are prohibited from appropriating, using, trading, selling, holding, or otherwise acquiring for their own benefit without the signed and sealed consent of Claimant all stated in List regarding the Estate and Trust(s) forever.

### Terms of Binding Clause One

11) All Trustees in Honor shall perform the foregoing Executive orders within ninety (90) days of being served with or having notice of Claim. An additional term of sixty (60) days shall be granted by Claimant if any Trustee in Honor requests said time bank in writing, and the same is mailed to Claimant within sixty (60) days of being served with or





```
Doc: 00221399
Book: 2725 Page:    53
```

having notice of Claim as stated herein. Failure to meet these terms on the part of any Trustee in Honor shall place that said Trustee in Honor into the position of Trustee in Dishonor, and the Trustee in Dishonor shall, then, agree to be further bound to Claim under all that is stated under Binding Clause Two below. The terms of Binding Clause One include but are not limited to section 10) i) above.

### Binding Clause Two - Trustee in Dishonor

12) If any Trustee in Honor has met any condition above or takes any Binding Action that binds them to be a Trustee in Dishonor which are sections 6) r), 10) d), 10) e), 10) g), and section 11), herein "Binding Action Two", the said Trustee in Dishonor shall agree to be further bound to the following Binding Clauses:

a) Trustee(s) in Dishonor agrees to post a bond in the amount of three hundred million dollars to indemnify Claimant for any loss, mismanagement, or malfeasance of all stated in List regarding the Estate or Trust, send signed and sealed proof of the posting of said bond, including the requisite information needed to place a claim on said bond, and shall contact Claimant for an appointment to deliver the same by bonded courier to the address Claimant provides, by bonded courier, within thirty (30) days of performing Binding Action Two.

b) Trustee(s) in Dishonor agrees to indemnify Claimant for the same amount and kind as stated in the bond amount in 12) c) below unless Claimant has discharged the Bound Trustee.

c) Trustee(s) in Dishonor agrees that all real, personal, private, and estate property of any Trustee in Dishonor shall be subject to actions of debt, liens, mortgage of lands, and binding arbitration and/or court of record actions as stated herein as well as collection actions taken upon the same after one hundred twenty (120) days of non-performance beginning from the date of the service of Claim or upon the date of having notice of Claim up to but not exceeding the stated bond amount in 12) a) above unless the amount is raised by punitive damages having been agreed to by Bound Trustee(s) and awarded or given by a court of record or by a binding arbitration award according to the calculations stated in Claim.

d) Trustee(s) in Dishonor agrees to be billed by Claimant according to any lawfully recorded Fee Schedule regarding the Estate, Trust(s), Claimant, and/or any members of Claimant's House and to tender said debts accrued thereby to Claimant in the amounts stated therein within ninety (90) days of being presented with a true bill for same.

e) **Irrevocable Durable Special Power of Attorney Coupled with Interest:** Appointment: Upon any Binding Actions of any Trustee in Dishonor regarding their administration of the Estate or Trust(s) as stated in Claim, Claimant shall, to facilitate Bound Trustees(s) strict compliance with the Clauses of Claim, any award, judgment,





confirmation of judgment, proceeding, decree, paper, document, or offer of settlement regarding Claim and the enforcement thereof, all said Trustee(s) in Dishonor authorize Claimant to sign for them in a representative capacity an IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST on the said Trustee(s) behalf which shall authorize Claimant to sign on behalf of the said Trustee(s) in a representative capacity in all future matters, issues, disputes, cases, papers, orders, and documents regarding Claim, the Estate, and the Trust(s), and said Trustee(s) further agree that all signatures of Claimant on the said Trustee(s) behalf are valid, irrevocable, and enforceable to the same extent as if the said Trustee(s) signed and executed the said irrevocable durable special power of attorney coupled with interest or any other matter, proceeding, issue, dispute, case, paper, order, or document regarding Claim, the Estate, and the Trust(s). The authorizing language of the IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST which shall be signed by Claimant on the said Trustee(s) behalf and may be filed onto public record is shown below in its accurate form with names and offices and addresses left blank until such time as the said Trustee(s) agree by their Binding Actions of administration as stated herein to be bound to Claim. This IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST may be changed without the consent of any appointed trustee(s) or third party at any time and may be filed separate from Claim onto the public record and shall be served onto or mailed to the said Trustee(s): **SELF-EXECUTING IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST.** To facilitate the Bound Trustee(s) strict compliance with the terms of Claim, any arbitration award, confirmation of arbitration award, or final judgment of a court of record in favor of Claimant regarding any dispute involving Claim and any matter regarding the Estate and/or the Trust and the enforcement thereof, all Bound Trustee(s), by their Binding Actions as stated in Claim, give to Claimant or Claimant's Officers as stated herein the Irrevocable Durable Special Power of Attorney Coupled with Interest. Claimant and others stated thereby have the power to sign and execute for all Bound Trustee(s) and on behalf of any agents of Bound Trustee(s) anything regarding the enforcement of their obligations under Claim any arbitration award in favor of Claimant regarding any dispute involving Claim, any matter regarding the Estate and/or the Trust(s), and any Offer of Settlement and Stipulation Agreement from Claimant to Bound Trustee(s) regarding the Claim, the Estate, or the Trust(s). Bound Trustee(s) instruct and authorize Claimant or Claimant's officers as stated herein to execute the signature of Bound Trustee(s) and/or Bound Trustee(s) agent's signature(s) in a representative capacity on a Self-Executing Irrevocable Durable Power of Attorney document and all matters with respect to Claim, the Estate, and the Trust(s) and any proceedings related thereto.



```
Doc: 00221399
Book: 2725 Page:   55
```

1) THEREFORE, KNOW ALL MEN BY THESE PRESENTS, that: I, <u>any trustee in the preceding list of appointed trustees</u>, by virtue of my Office as <u>title of officer,</u> referred to herein as "Principal", my place of business being located at <u>name of county</u>, <u>name of state</u>, designate, appoint, and assign Claimant to serve as my Agent and Attorney in Fact, referred to herein as "Agent", to act in my name ex officio and for Claimant's benefit and to exercise the powers set forth below.

    a) <u>Effective Date:</u> This Power of Attorney is self-executing, irrevocable, durable, and effective upon signing of this document and remains in effect through the satisfaction of all obligations as stated in Claim for any arbitration award, final judgment, default judgment, or Offer of Settlement and Stipulation Agreement in a court of record in favor of Claimant regarding Claim, the Estate, and the Trust(s) including any and all necessary matters directly relating thereto.

    b) <u>Construction:</u> This instrument is to be construed and interpreted as an Irrevocable Durable Special Power of Attorney Coupled with Interest. The enumeration of specific items, acts, rights, or powers herein does limit the powers granted to my Agent.

    c) <u>Scope of Authority:</u> My Agent shall have the authority customarily granted in a Power of Attorney Coupled with Interest limited to the following purposes:

        (1) the settlement, prosecution, defense, and/or initiation of all claims and litigation strictly limited to the enforcement of obligations under Claim, any arbitration award in favor of Claimant regarding Claim, the Estate, and the Trust(s), and any Offer of Settlement and Stipulation Agreement regarding the same, and/or any ancillary matters directly related thereto and no other; and,

        (2) the signing and execution of any and all contracts, agreements, settlements, and stipulations directly relating to the enforcement of the obligations under Claim, any arbitration award in favor of Claimant regarding Claim, the Estate, and the Trust(s), and any Offer of Settlement and Stipulation Agreement regarding the same, and/or any ancillary matters directly related thereto and no other.

    d) <u>Revocation:</u> This Durable Special Power of Attorney Coupled with Interest is binding and irrevocable.

    e) <u>Confirmation of Agent's Acts:</u> I hereby ratify and confirm all that my Agent shall lawfully do or cause to be done by this Irrevocable Durable Special Power of Attorney Coupled with Interest and the rights and powers granted herein.

    f) <u>Indemnification of Acts of Agent while Carrying out Authority:</u> I hereby bind myself and my office to indemnify my Agent against any and all claims, demands, orders, losses, damages, actions, and causes of action including expenses, costs, and reasonable agent's fees which my Agent at any time may sustain or incur in





Doc: 00221399
Book: 2725 Page:    56

connection with their carrying out the orders and authority granted them in this binding and irrevocable Durable Special Power of Attorney Coupled with Interest.

**g)** <u>**Headings:**</u> The headings used throughout this instrument have been inserted for administrative convenience only and do not constitute matters to be construed in interpreting this Irrevocable Durable Special Power of Attorney Coupled with Interest.

**h)** <u>**Signature of Agent for identification purposes:**</u> There will, then, be an example of the signature of Agent for identification purposes upon the document.

**i)** <u>**Witness quorum and/or notary signature:**</u> The SELF-EXECUTING IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST will, then, be signed by a witness quorum and/or signed and sealed by a notary public and be signed and sealed by Claimant.
[This now concludes the list of terms, conditions, and sections of the SELF-EXECUTING IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST.] **(End of Example POA)**

**Binding Clause Three - Trustee in Default**

**13)** If any appointed trustee(s) takes any of the following actions in this section, 13) a-g), or has met any condition above that binds them to be a Trustee in Default, herein "Binding Action Three", they shall be bound and fully agree to be a Trustee in Default and fully agree to be bound to all the additional following Clauses under section 14):

**a)** Takes any retaliatory actions against Claimant, the Estate, or the Trust(s) in any area of Meta, Soma, Veta, or any other.

**b)** Destroys, secretes, removes, or alters any records or documents regarding Claimant, the Estate, or the Trust(s) before said records have been given to Claimant as stated herein or that alteration is in excess of the executive orders stated herein.

**c)** Administers or attempts to control anything listed in List regarding the Estate, the Trust(s), or Claimant against the wish and will of Claimant or that exceeds the executive orders stated herein whilst brandishing a deadly weapon at any time. Trustees are allowed to deliver all stated in List under protection to Claimant.

**d)** Fails to perform all stated under Binding Clause One and Binding Clause Two within one hundred and twenty (120) days of being served with or having notice of Claim.

**e)** Exceeds the Executive Orders listed in Binding Clause One or Binding Clause Two.

**f)** Files any action, droit, complaint, libel, lien, bond, charge, order, document, record or injunction against Claimant, the Estate, and/or the Trust(s) any time after having been served with Claim or having notice of Claim that contradicts anything stated herein.

**g)** Performs any act of contamination, degradation, waist, trespass, harm, or other negative action that causes any harm to Claimant, members of Claimant's House, and all stated in List in regard to the Estate and Trust(s).



Doc: 00221399
Book: 2725 Page:   57

14) If any appointed trustee has met any condition that binds them to be a Trustee in Default, then they agree to be further bound to the additional following Binding Clauses a) - i) below:

    **a)**  Trustee(s) in Default agree to instantly post a bond as stated in and in compliance with section 12) a) of Claim.

    **b)**  Trustee(s) in Default agree to tender payment of any true bill or invoice presented from Claimant regarding any recorded Fee Schedule on the public record that applies to Claimant, the Estate, the Trust(s), or members of Claimant's House to which Bound Trustee(s) have agreed to be bound to by their actions listed in said Fee Schedule within ninety (90) days of being presented with said true bill or invoice.

    **c)**  Trustee(s) in Default agree to forfeit the bond stated in section 12) a) to Claimant.

    **d)**  Trustee(s) in Default agree to indemnify Claimant for the same amount and kind as stated in the bond amount in 12) a).

    **e)**  Trustee(s) in Default agree to the revocation of all vested powers stated herein from Claimant.

    **f)**  Trustee(s) in Default agree that Claimant can and shall place liens on all property and mortgage all lands belonging to any Trustee in Default to pay for said bond in section 12) a) before or after any arbitration award or court of record judgment is awarded or given.

    **g)**  Trustee(s) in Default agree to give up the 10% compensation to Trustees in Honor for proper performance of their obligations under section 6) p) forever.

    **h)**  Trustee(s) in Default agree to binding arbitration and/or suits at law in a court of record being filed against all Trustees in Default as stated herein.

    **i)**  Trustee(s) in Default agree to apply and to extend all immunities, stipulations of facts, law, maxims, definitions, and all other Clauses spoken of in Claim to Claimant, all members of Claimant's House, and any other man or woman that Claimant decrees shall have the same as set forth herein in all sections of Claim.

15) **Arbitrators and courts calculation for punitive damages:** If any of the appointed trustees has performed any of the following actions in section 13) above, then they fully agree to be bound to pay Claimant three times the bond amount stated in section 12) a) above for punitive damages. The stated court of record or arbitrator shall use this calculation to determine punitive damages for any award in favor of Claimant if any trustee is found to have taken any of these actions against Claimant, the Estate, or the Trust(s):

    **a)**  any action that is stated in 13) a), what is stated in 13) b), what is stated in 13) c), what is stated in 13) e), what is stated in 13) f), and what is stated in 13) g).

**Binding Clause Four - Trustee in Default of Judgment or Arbitration Award**



Doc: 00221399
Book: 2725 Page:   58

16) If any appointed trustee(s) takes any of the following actions in this section or has met
any condition above that binds them to be a Trustee in Default of Judgment or arbitration
award, herein "Binding Action Four", then they shall be bound and fully agree to be a
Trustee in Default of judgment or arbitration award and fully agree to be bound to and to
be in accordance with all of the additional following Clauses under this section:

   a) If any Trustee in Default fails to uphold, obey, and perform as required under any
   binding arbitration award or judgment stemming from Claim or any dispute
   thereunder, then they agree to be bound to sections 16) c), 16) d), and 16) e).

   b) If any Trustee in Default willfully administers anything stated in List regarding
   Claimant, the Estate, the Trust(s), or anyone who has been granted immunity from the
   appointed trustees after any binding arbitration award or judgment has been awarded
   or given stemming from Claim, then they agree to be bound to section 16) c), 16) d),
   and 16) e).

   c) Trustees in Default of judgment or arbitration award agree to pay Claimant three
   times the punitive damage amount stated above and that this damage amount shall be
   enforced by the same ways and means as Claim as stated herein.

   d) Trustees in Default of judgment or arbitration award agree that Claimant may
   convene a twenty-five-member grand jury of the peerage to investigate any Trustees
   in Default of judgment or arbitration award and agree that said grand jury can be held
   in secret and convened by Claimant for this or any other purpose that Claimant sees
   fit to convene the same. Furthermore, if Trustees in Default of judgment or arbitration
   award perform any action under section 16) a) or 16) b), then they agree that they can
   be and should be indicted for common law theft, human trafficking, and/or probate
   fraud by said grand jury and agree that the crime of common law theft is punishable
   by death.

   e) Trustees in Default of judgment or arbitration award agree to forfeit to Claimant their
   estate and all states, lands, assets, property, stocks, titles, bonds, buildings, charters,
   fees, bulls, awards, constitutions, and trusts to Claimant and that Claimant may
   enforce this forfeiture by a court of record, binding arbitration, or grand jury
   indictment as stated herein.

## WARNING:

**If any attempt to administer Claimant the Estate and/or Trust(s) in excess of what is
decreed herein by any appointed trustee(s) listed herein and is accompanied by force or
whilst brandishing a deadly weapon, then it will be seen as a direct act of war against a
sovereign state and will be repelled in kind without further notice or warning.**

## Conclusion



Doc# 00221399
Book# 2725 Page# 59

Claimant has been made aware of fiduciary malfeasance, fraud, mismanagement, unlawful arrest, false imprisonment, common law theft, deprivation of rights under color of law, violation of public law, human trafficking, commerce fraud, interstate commerce, corruption, moral depravity, attempted destruction of Claimant's rights of blood and kinship, unlawful enrichment, and all other manner and means of unlawful behavior and conduct regarding Claimant, the Estate, and Trust(s) by known and unknown men, women, actors, persons, attorneys, and entities regarding everything stated in List as it pertains to the Estate and Trust(s). Therefore, that whenever any form of government or relation becomes criminal and destructive to this extent, it is the right of claimant as one of the People of Claimant's respective state to alter or to abolish it. Claimant finds it necessary for Claimant's life to solemnly declare, decree, and publish everything stated herein upon the public and private record to a candid universe so that these protections, appointments, claims, orders, instructions, and agreements be decreed, ordained, established, created, recorded, and served to the trustees named herein in a manner that will secure the inalienable rights of Claimant and Claimant's Heirs-at-law and will recover and protect all that is stated in List regarding the Estate and Trust(s) and that all shall be done to secure the same rights for whatever shall be Claimant's private and real property in the future. Furthermore, Claimant declares, proclaims, ordains, decrees, and defines that it is absolutely necessary for the salvation of Claimant to be subject only to natural law and the dictates of Claimant's own conscience because Claimant is what Claimant said Claimant is herein. Furthermore, Claimant does not consent to be bound by any revealed or unrevealed contracts, trusts, bonds, documents, codes, rules, regulations, canons, bulls, acts, statutes, ordinances, laws, bylaws, pledges, oaths, service contracts, *fideicommissums*, or presumptions that would deny, contradict, overturn, alter, change, diminish, deplete, disparage, dissuade, or supersede anything contained herein by Executive Order and Claimant's own volition, free will, act, and deed wheretofore abolishes, discharges, wholly revokes, renounces, rescinds, disavows, rejects, cancels, annuls, and terminates the same *nunc pro tunc et usque ad finem temporis.*

### Witness Quorum and Acknowledgment

We, living soul(s) manifest, now bear witness with our own eyes and attest through our own hand(s), the perfect free will writing of Claimant signed this **10th** of **March 2022.** We, the undersigned people of our respective states, having personal knowledge of the Claimant's identity, knowing that Claimant has come to/of full age and that Claimant is one of the people of Massachusetts, found to be living, and with being familiar with Claimant, are hereby witnesses to the execution of Claim. Witnesses hereby verify, acknowledge, validate, and certify the free will act and deed, the authenticity of the signatures herein and the identities of the people so signed and that Claimant executed the same in the capacity herein stated for the purposes herein contained and do hereby covenant and agree, under the pains and penalties of perjury, above the laws of the United States of America and under the common law that this Claim is of Claimant's own free will act and deed and hereby assure all who these presents may reach that this Claim is executed without concealment, vexation, or intent to defraud the Estate or Trust(s) stated herein.

Lawful Claim of Title, Execution of Will, Declaration of Status -------- Page **41** of **42**



Doc: 00221399
Book: 2725 Page: 60

Signed and sealed this **10th** day of **March 2022** by the sovereign authority of Claimant and the undersigned witnesses.

*Fay –Ann: Brannon*
Fay-Ann: Brannon (Mar 10, 2022 17:43 EST)

**Signature of Witness**

*Laverne-Rochelle:Nelson-Roberts*
Laverne-Rochelle:Nelson-Roberts (Mar 10, 2022 17:45 EST)

**Signature of Witness**

Fay-Ann: Brannon

**Printed Name**

Laverne-Rochelle:Nelson-Roberts

**Printed Name**

### ACCEPTANCE

Duly authenticated, verified, acknowledged, ordained, established, decreed, and executed under Seal on this <u>10th</u> day of <u>March</u> 2022 by the hand and under the Seal of Claimant by Claimant's sovereign authority as one of the People of Massachusetts, Claimant verifies and gives oath above the laws of the United States of America and under the common law and the natural law that the foregoing is true, correct, and not misleading.

House of Thompson
c/o non-post location
233 Halsey Road
Woonsocket, RI [02895]



*Deric–Marcell:Thompson*
Deric-Marcell:Thompson (Mar 10, 2022 17:41 EST)

Executor Deric-Marcell: Thompson
Heir – Estate Dignitary -- Paterfamilias
One of the People of Massachusetts
Movant of the Court – Claimant

Lawful Claim of Title, Execution of Will, Declaration of Status -------- Page **42** of **42** 



Doc#: 00221399
Book: 2725 Page: 61

# OHIO SELF-PROVING AFFIDAVIT

State of Ohio }
County of FRANKLIN                }

I, Deric-Marcell:Thompson____, the Testator whose name is signed to the attached or foregoing instrument, having been duly qualified according to law, do hereby acknowledge that I signed and executed the instrument as my Last Will; and that I signed it willingly and as my free and voluntary act for the purposes therein expressed.

*Deric–Marcell:Thompson*

**Testator's Signature** Deric-Marcell:Thompson (Mar 10, 2022 17:41 EST)

We (or I), Fay-Ann: Brannon____ and ____Laverne-Rochelle:Nelson-Roberts____, the witness(es) whose name(s) are (is) signed to the attached or foregoing instrument, being duly qualified according to law, do depose and say that we were (I was) present and saw the testator sign and execute the instrument as his Last Will; that the testator signed willingly and executed it as his free and voluntary act for the purposes therein expressed; that each subscribing witness in the hearing and sight of the testator signed the will as a witness; and that to the best of our (my) knowledge the testator was at that time 18 or more years of age, of sound mind and under no constraint or undue influence.

*Fay–Ann: Brannon*

**Witness's Signature** Fay-Ann: Brannon (Mar 10, 2022 17:43 EST)

Print Name Fay-Ann: Brannon____

*Laverne-Rochelle:Nelson-Roberts*

**Witness's Signature** Laverne-Rochelle:Nelson-Roberts (Mar 10, 2022 17:45 EST)

Print Name Laverne-Rochelle:Nelson-Roberts____

## NOTARY ACKNOWLEDGMENT

Sworn to or affirmed and subscribed to before me by Deric-Marcell:Thompson____, the Testator and subscribed and sworn to before me by Fay-Ann: Brannon____, and ____Laverne-Rochelle:Nelson-Roberts____, witness(es) this 10 day of March____, 20 22____.

**Notary Signature** Amy Seitz (Mar 10, 2022 17:46 EST)

Print Name Amy Seitz____

(Seal)

DT



# CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK     HOLD TO LIGHT TO VIEW**

## The Commonwealth of Massachusetts R 756986
### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS





07012019

*Commonwealth of Massachusetts*
*Registry of Vital Records and Statistics*

RECORD OF BIRTH

REGISTERED NUMBER:   **3146**
STATE FILE NUMBER:   **2056766**

CHILD

| | | |
|---|---|---|
| NAME: | DERIC   MARCELL   THOMPSON | |
| SEX: | MALE | PLURALITY:   SINGLE |
| DATE OF BIRTH: | MARCH 20, 1977 | TIME:   07:02 PM |
| PLACE OF BIRTH: | BOSTON, MASSACHUSETTS | |

PARENT

NAME:   DONNA MARIA THOMPSON
SURNAME AT BIRTH OR ADOPTION:   THOMPSON
BIRTHPLACE:   BOSTON, MASSACHUSETTS
AGE OR DATE OF BIRTH:   17

PARENT

NAME:   —
SURNAME AT BIRTH OR ADOPTION:   —
BIRTHPLACE:   —
AGE OR DATE OF BIRTH:   —

AT-BIRTH RESIDENCE:   ROXBURY, MASSACHUSETTS

DATE OF RECORD:   APRIL 27, 1977

DATE ISSUED:   JULY 24, 2020





**Karin A. Barrett**
**Registrar of Vital Records and Statistics**

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.
IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

ILLEGAL TO ALTER OR REPRODUCE — VOID IF ALTERED OR ERASED



Doc: 00221399
Book: 2725 Page:     63

Doc: 00221399
Book: 2725 Page:   63

| American Ab Origine | ) |
| | ) |
| Rhode Island state Republic | ) ss. |
| | ) |
| Providence County | ) |

*Pursuant to:*
The Great law of Peace, American Declaration on the Rights
of Indigenous People, Section 1 Article1, Article and in
accordance with applicable law that ensures the protection of the
Indigenous peoples.

*Be it enacted by the Senate and House of Representatives of the*
United States of America in Congress assembled that any declaration
Instruction, order or decision of any offenses of this government
which denies, restricts impairs or questions the right of expatriation is
hereby declared inconsistent with the fundamental principles of this
government. United Statutes at Large. Vol. 15 Ch. 249. Pg. 223 of the
Fortieth Congress.

## RECORDING REQUEST BY:
**Deric-Marcell: Thompson Beneficiary Heir**
WHEN RECORDED MAIL TO:

Name: **Deric-Marcell: Thompson Beneficiary Heir**
Mailing Location:  In Care of: PO BOX 2022
City:          WOONSOCKET

State: a **Deric-Marcell: Thompson Beneficiary Heir**   Non-Domestic Non-Federal Zone
          American Empire
          [Via: u.s.A Postal Zone **02895**]

Regarding:

# NATIONALITY DECLARATION

## For Deric-Marcell: Thompson Beneficiary Heir

Page 1 of 3



Doc: 00221399
Book: 2725 Page: 64

# NATIONALITY DECLARATION

## For Deric-Marcell: Thompson

### International Law Nationality Declaration in Affidavit
### form For an American Ab Origine Nationality

I, Deric-Marcell:Thompson Beneficiary Heir the age of maturity to make this Declaration in affidavit form and the facts herein.

I, Deric-Marcell:Thompson Beneficiary Heir mentally competent to make this Official Declaration in affidavit form with Facts for the Record.

I, Deric-Marcell:Thompson Beneficiary Heir have personal knowledge pertaining to the facts in this Declaration in affidavit form.

This testimony in the form of an affidavit is made under penalty of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law.

I, Deric-Marcell:Thompson Beneficiary Heir declare under penalty of perjury that the foregoing is true and correct without the United States. [Made In accordance with Universal Declaration of Human Rights, UN res. 61/295 - Declaration of Human Rights, UN res. 60/147 Human Rights Law, Hague Convention, & Title 28 United States Code Annotated Section 1746]

Appellation:  Deric-Marcell:Thompson Beneficiary

Heir

Title:   Autonomous Ministerial Ambassador,
An Aboriginal American from the Yamassee clan[tribe]

In accordance with The Universal Declaration of Human Rights Article 15 to which the United States and all its departments are Subject,

1) Everyone has the right to a Nationality.

2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

- In accordance with The Declaration of Indigenous Rights enacted by the Organization of American States which the United States and all its departments are subject to, All Articles Incorporated
- In accordance with the United Nations Declaration of the Rights of Indigenous Peoples UN 61/195, All Articles Incorporated
- In accordance with the UN 60/147 Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law
- In accordance with the Great law of Peace as amended
- In accordance with United States Code Title 18 Section 112 Protections of Internationally Protected Persons
- In accordance with United States Code Title 18 Section 241 Conspiracy Against Rights & 242 Deprivation of Rights Under Color of Authority.

I, Deric-Marcell: Thompson Beneficiary Heir, having the lawful and legal status as a National of an Aboriginal Autochthonous American and the status of Autochthonous American am an American National by contract and Treaty. I have a permanent allegiance to my ancestors by way of the Great law of Peace as amended.

My Lineage and Nationality is Autochthonous American Aboriginal from the Yamassee clan[tribe]. I recognize and respect The Great law of Peace as amended. I recognize the laws governing the united states of America republic. I recognize all International Laws that apply to Autochthonous/Indigenous Peoples autonomy. I recognize the Constitution for the united states of America republic as the Supreme Law of the United States and its subjects along with all of the Treaties, which are also considered by some as the Supreme law of the land. I will honor all of the laws that pertain to my Autochthonous Nationality and status. By recognizing the laws of the United States of America I am not relinquishing any of my Autochthonous rights or liberties according to Treaty agreements.

I, Deric-Marcell:Thompson Beneficiary Heir, am not a corporate citizen, fictitious entity, artificial person, 14th amendment citizen of the United States subject to the public debt obligation, or surety that is civilly dead. I am a Certified Ministerial Ambassador of my Autochthonous Government, Faith, and Spiritual Practices. I have no tax liability from any corporate agencies due to my status. I herein Reserve All of my inherent Natural Rights, Autochthonous Ab Origin Rights as an Autochthonous American, my Divine Rights, any and all Liberties, and all international rights and liberties that apply.

Page 2 of 3



All Liberties Retained, By: *Deric-Marcell: Thompson, Beneficiary*
Deric-Marcell: Thompson, Beneficiary (Apr 6, 2022 19:58 EDT)
(Authentication Seal/Signature).

STATE OF OHIO
COUNTY OF FRANKLIN

### Acknowledgment

Affirmed and signed/sealed before me ___Amy Seitz___
this

___6___ day of ___APRIL___ in the Year 20 ___22___

BY          Deric-Marcell: Thompson, Beneficiary

Amy Seitz (Apr 6, 2022 20:01 EDT)



Doc: 00221399
Book: 2725 Page: 66



## Affidavit
## Notice of Liability Regarding Trespass
## Fee Schedule and Remedy

Acknowledgment
In the Nature of Supplemental Rules
for Administrative and Maritime Claims Rules C (6)
for Personal Protection From
Federal/State/County/City/Municipal/Corporation Employees/Agents/Individuals

Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent.
Notice to Individual, Natural Living Soul is Notice to All Human Beings.
Notice to All Human Beings is Notice to Individual, Natural Living Soul.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."
--- In re McCowan (1917), 177 C. 93, 170

Public Law § 97-280 acknowledges the Holy Bible as the Word of God.

**Silence is Acquiescence, Agreement, and Dishonour**
**This is a Self-Executing Contract.**



**Daniel Chapter 4 verse 17 (K.J.V.)**
"17 This matter is by the decree of the watchers and the demand by the word of
the Holy ones: to the intent that the living may know that the most High
ruleth in the kingdom of men and giveth it to whomsoever He will and setteth
up over it the basest of men."

I, Deric-Marcell of the family Thompson, as a natural person / a People on
the state known as _Rhode Island and Providence Plantations_, am hereby, as a
gesture of peace, giving proper notice to the COMMONWEALTH OF MASSACHUSETTS
corporation and to the UNITED STATES corporation and to all municipal,
county, and city corporations, and all other STATE CORPORATIONS, agents,
employees, and all other individuals of the following:

As a peaceful, natural Man desiring to avoid conflict and to live lawfully
with all of my freedoms, I am providing you with this Affidavit of Notice of
Liability regarding Trespass **Fee Schedule and Remedy for personal protection
from Federal / State / County / City / Municipal / Corporation employees** as a
courtesy to you and as a remedy should you decide to trespass upon me or
other members of my Family. Failure to know or disobey any of your thousands
of corporate regulations, statutes, or codes does not constitute a crime
absent a victim or damaged property or fraud - no corpus delecti.

> "In every prosecution for crime it is necessary to establish the
> 'corpus delecti', i.e., the body or elements of the crime." _People
> v. Lopez_. "The corpus delecti consists of two elements, namely, 1)
> the injury of loss or harm; and 2) a criminal agency causing them to
> exist." _People v. Frey_

Please note that this self-defense **Notice of Fee Schedule and Remedy for
personal protection from Federal/State/County/City/Municipal/Corporation
employees** is just per _Trezevant v. City of Tampa_, 741 F.2d 336 (11th Cir.
1984) Motorist was illegally held for 23 minutes on a traffic charge and was
awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute
or $1,800,000.00 per day. When an individual is detained without a signed
lawful 4th amendment warrant and without having committed a crime (Traffic
infractions are NOT crimes.), the detention is a false arrest and unlawful
imprisonment.

**_WHEREAS this is a formal and lawful Notice of Fee Schedule and Remedy that is
established for Deric-Marcell: Thompson, Spouse and his immediate family_**

Affidavit & Fee Schedule                                    P a g e  1 | 15

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.



Doc: 00221399
Book: 2725 Page:   67

_members to include the  lawful and unlawful matters relating to the Office of
the Executor._

**Written permission is required for the express use of my LEGAL NAME,
and I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this fee schedule are
determined under special circumstances and submitted via certified mail with
return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and
   trespass in my private matters and/or commercial affairs, the
   following administrative fees apply: $100,000.00** (one hundred
   thousand) **per offense** in silver dollar coin convertible at the legal and lawful
   ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per
   person per violation.

2. **For every offense committed against entities,** DERIC MARCELL
   THOMPSON©, THOMPSON, DERIC MARCELL©, DERIC M THOMPSON©, DERIC
   THOMPSON©, and any and all derivations thereof on any document which
   is in any way associated with me, the living soul, Deric-Marcell:
   Thompson©

3. , shall, by such document acting as _prima facie_ evidence of violation,
   **become liable for penalties of $300,000.00** (three hundred
   thousand) payable in silver dollar coin convertible at the legal and lawful ratio
   prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per
   violation.

4. **For every offense or action taken against me: $1,000,000.00**
   (one million) in silver dollar coin convertible at the legal and lawful ratio
   prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per
   violation of the RICO Act of 1970 for fraudulently and unlawfully
   under color of law misguiding natural persons to believe they are
   the entities (corporate fictions) to gain access to their TRUST
   ACCOUNTS.

5. **For each page of documents an agent, clerk or clerk of the
   courts refuses to file: $10,000.00** (ten thousand) per page in
   silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 :
   1 of Federal reserve notes to silver dollars per person per violation pursuant to
   **Federal Rules of Civil Procedures 5(d)(4))** –
   Acceptance by the clerk.
   [A clerk must not refuse to file a paper solely because it is not in
   the form prescribed by these rules or by a local rule or practice
   and **18 USC § 2071: '(a)** Whoever willfully and unlawfully conceals,
   removes, mutilates. Obliterates, or destroys, or attempts to do so,
   or, with intent to do so takes and carries away any record,
   proceedings, map, book, paper, document, or other thing, filed or
   deposited with any clerk or officer of any court of the United
   States, or in any public office, or with any judicial or public
   officer of the United States, shall be fined under this title or
   imprisoned not more than three (3) years, or both; **(b)** Whoever,
   having the custody of any such record, proceedings, map, book,
   document, paper, or other thing, willfully and unlawfully conceals,
   removes, mutilates, obliterates, falsifies, or destroys the same,
   shall be fined under this titles or imprisoned not more than three
   (3) years or both; and shall forfeit his/her office and be
   disqualified from holding any office under the United States. As
   used in this subsection, the term "office" does not include the
   office held by any person as a retired officer of the Armed Forces
   of the United States. **It is settled law that delivery of a pleading
   to a proper official is sufficient to constitute filing thereof.**
   _United States v. Lombardo_, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897
   (1916); _Milton v. United States_, 105 F.2d 253, 255 (5th Cir. 1939).
   In _Greeson v. Sherman_, 265 F. Supp. 340 (D.C.Va. 1967), it was held
   that a pleading delivered to a deputy clerk at his home at night was
   thereby filed. [_Freeman v. Giacomo Costa Fu Adrea_, 282 F. Supp. 525
   (E.D.Pa. 1968)]

6. **For each unsolicited / solicited phone call: $7,000** (seven
   thousand) in silver dollar coin convertible at the legal and lawful ratio

Affidavit of Fee Schedule                                        Page 2 | 15

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.



prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

7. **For each unsolicited / solicited letter of harassment : $7,000.00** (seven thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

8. **For each correspondence that I write to RESPONDENTS and/or AGENTS / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law : $2,000.00** (two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

9. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $5,000.00** (five thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

10. **For each correspondence I write to the Office of Fair Trading: $2,000.00** (two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

11. **For each correspondence I write to court services and agents: $2,000.00** (two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

12. **For each correspondence I have to write to Trading Standards: $2,000.00** (two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

13. **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $2,000.00** (two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

14. **For each court special appearance / general appearance : $30,000.00** (thirty thousand) Federal Reserve notes per person per violation.

15. **For each phone call I make to relevant bodies / agents: $2,000.00** (two thousand) plus $500 per hour or part thereof / **$5.00 per minute** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

16. **For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of $5,000.00** (five thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within **(7)** days after receipt of this notice payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

17. **For each individual failure to perform a directive given by the Sovereign Beneficiary: $10,000.00** (ten thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

18. **For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any so-called government official or agent: $30,000.00** (thirty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation.

19. **For every Unlawful Arrest, Illegal Arrest, or Restraint or Distraint, or Trespassing/Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: $1,000,000.00** (one million) plus additional damages pursuant to *Trezevant v. City of Tampa*, 741 F.2d 336 (11th Cir. 1984) … and 2 acres of government, state, county, or city land, per occurrence, per officer,

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc: 00221399
Book: 2725 Page: 69

or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per violation.

20. **For every Excessive Bail, Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: **$1,000,000.00** (one million) and 1 acre of government, state, county, or city land per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

21. **For every Assault (with or without Weapon): $1,000,000.00** (one million) and 1 acre of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

22. **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $3,000.00** (three thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

23. **For all Unlawful Detention or Incarceration: $200,000.00** (two hundred thousand) per day and 1 acre of government, state, county, or city land in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

24. **For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $200,000.00** (two hundred thousand) per day and 2 acres of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

25. **For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $5,000.00** (five thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

26. **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: $100,000.00** (one hundred thousand) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars as per **Trafficante v. Florida** per occurrence per officer and/or agent involved and 1 acre of government, state, county, or city land.

27. **For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: $200,000.00** (two hundred thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

28. **For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or city land and $300,000.00** (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars and **$500.00** (five hundred) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18% annual interest and my declared value of property.

29. **For every destruction, deprivation, concealment, defacing, alteration, or theft of property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, quality, and quantity as the lost items.  The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency(s), representative(s), and/or person(s) thereof that caused such action.  In addition to the aforementioned cost, **there will be a $6,000.00** (six thousand) fee per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars until property is restored in full, beginning on the first day after the incident as provided by this contract.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc: 00221399
Book: 2725 Page:   70

30. **For every Denial and/or Abuse of Due Process: $200,000.00** (two hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per person per officer or agent involved.

31. **For every Obstruction of Justice: $100,000.00** (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence per officer and/or agent involved.

32. **For every Reckless Endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: $300,000.00** (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence per officer and/or agent involved.

33. **For every Counterfeit Statute Staple Security Instrument: $20,000.00** (twenty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per officer and/or agent involved.

34. **For every Trespass on Cestui Que Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000.00** (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per trespass per officer and/or agent involved.

35. **For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury or commercial liability: $5,000.00** (five thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per communication not in compliance.

36. **For every Trustee, agent, or individual Foreclosure, Repossession, Court Matters against Cestui Que Trust: $200,000.00** (two hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars and 2 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

37. **For every Trustee or agent taking any Cestui Que Trust property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking : $1,000,000.00** (one million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

38. **For Harassment after Notice: $100,000.00** (one hundred thousand) per occurrence per officer and/or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence and 1 acre of government, state, county, or city land.

39. **For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $50,000.00** (fifty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

40. **For False Statements from Trustees, agents, or individuals: $20,000.00** (twenty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per false statement per officer and/or agent involved.

41. **For each Impairment of Contract by Trustees, agents, or individuals: $30,000.00** (thirty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars user fee per impairment.

42. **For each Violation of any unalienable rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of Trustees, agents, or individuals :**

    a. one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



b. one Troy ounce of .999 pure gold (or its equivalent in Federal
Reserve Notes) per detention initiated by any law enforcement
officer, judge, magistrate, corporate agent, and/or citizen;

c. my body's weight in .999 pure gold (or its equivalent in Federal
Reserve Notes) for the taking of my life. This lawful paper is to be
honored by the People of the fifty states and the People of the
United States of America for the protection of the People on the
land known as any of the fifty states which make up the union known
as the Unites States of America. This lawful paper must be honored
in any court with any of the fifty states which make up the union
known as the Unites States of America.

d. One Troy ounce of .999 pure gold (or its equivalent in Federal
Reserve Notes) per hour for any of my time consumed in detention,
imprisonment, or attempts by any law enforcement officer, judge,
magistrate, corporate agent, and/or citizen to establish their
statutory jurisdiction upon Me or my family without expressed,
written consent.

43. **For any harm done to our family pets without cause and/or
justification: $100,000.00** (one hundred thousand) in silver dollar
coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal
Reserve notes to silver dollars per violation per person and 1 acre of government per
officer and/or agent involved.

44. **For each request or demand under lack of full disclosure without
the autograph of the Beneficiary on any lawful contract:
$15,000.00 (fifteen thousand)** in silver dollar coin convertible at the legal
and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars
per person per violation.

45. **For each taking of fingerprints by force, coercion, or duress:
$4,000.00 (four thousand)** in silver dollar coin convertible at the legal and
lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

46. **For each field test demanded during unlawful detainment /
traffic stop: $20,000.00 (twenty thousand)** in silver dollar coin
convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve
notes to silver dollars.

47. **For each D.N.A. test demanded or taken by force, duress, or
coercion during unlawful detainment: $200,000.00 (two hundred
thousand)** in silver dollar coin convertible at the legal and lawful ratio prescribed
by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

48. **For any fraudulent foreclosures, liens, contracts, auctions
placed against my property: $500,000.00 (five hundred thousand)**
in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24
: 1 of Federal Reserve notes to silver dollars per person per violation and 2 acres of
government, state, county, or city land per occurrence per officer and/or agent involved.

49. **For all ex-parte hearings or meetings without my knowledge or
consent and without given proper notice of 14 days in advance:
$30,000.00 (thirty thousand)** in silver dollar coin convertible at the legal
and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars.

50. **For failure to fully disclose any contract under acts of fraud:
$50,000.00 (fifty thousand)** in silver dollar coin convertible at the legal
and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars
per violation.

51.  **For every theft of property of conveyance / automobile by
impounding, towing, or forced removal from any private or public
property without written consent from me:**
$7,000.00 (seven thousand) per day in silver dollar coin convertible at
the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to
silver dollars per violation.

**Matthew Chapter 5 verses 25-26**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.



Doc: 00221399
Book: 2725 Page: 73

7.
"Cum adsunt testimonia rerum quid opus est verbis?"
When the proofs of facts are present, what need is there for words?

8.
"Debet qui juri subjacere ubi delinquit."
Every one ought to be subject to the law of the place where he offends.

9.
"Ejus est non nolle qui potest velle."
He who may consent tacitly may consent expressly.

10.
"Ex facto jus oritur actio exteriora indicant interiora secreta."
Law arises out of fact; that is, its application must be to facts.
8 Co. R. 146.

11.
"Actio exteriora indicant interiora secreta."
External actions show internal secrets.
8 Co. R. 146.

12.
"Actor qui contra regulam quid adduxit non est audiendus."
He ought not to be heard who advances a proposition
contrary to the rules of law.

13.
"Actore non probante reus absolvitur."
When the plaintiff does not prove his case, the defendant is absolved.

14.
"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.

15.
"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.
Co. Litt. 191

> The Common Law is the highest jurisdiction of man-made law and
>   jurisprudence for the men and women sojourning on the landmass
>   commonly referred to as the United States of America with the
>   exception of the landmass commonly called Rhode Island and
>   Providence Plantations which has Civil Law.
> The Law Merchant is tied to the Common Law and is the highest
>   jurisdiction of man-made law for the men and women sojourning
>   on the landmass commonly referred to as the United States of
>   America concerning commerce and associated contracts, bills,
>   commercial instruments, jurisprudence, et al.
> The Uniform Commercial Code is a code accepted or partially
>   accepted by agreement of the various States regarding
>   commercial contracts, commercial instruments, transactions, et
>   al.
> The United States Constitution is the supreme contract for the
>   men and women sojourning on the landmass commonly referred to
>   as the United States of America.
> The Common Law reflects the Laws as recorded in the group of
>   books commonly referred to as the Holy Bible and is verified
>   by Sir William Blackstone in his published *Commentaries* which
>   were instrumental to the founding Fathers in the framing and
>   establishing of American jurisprudence.
> The past and present so-called Monarchs of Great Britain must
>   swear a corporeal oath and thereby contract to uphold and
>   defend the laws as recorded in the letter patent, the 1611
>   King James Bible, as well as the Common Law.
> There are references to a higher jurisdiction in the
>   Declaration of Independence including but not limited to the
>   Laws of Nature and of Nature's God endowed by their Creator
>   with certain unalienable Rights appealing to the Supreme Judge

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.



Doc: 00221399
Book: 2725 Page: 74

of the world for the rectitude of our intentions with a firm
reliance on the protection of Divine Providence.

➢ The Oaths of Office are clear regarding the adherence to the
Constitution when taking an oath of office and entering on the
Execution of his Office. Article II, Section I, last clause:
The President "promises to 'preserve, protect and defend the
Constitution'". Article VI, Clause III: "The Senators and
Representatives before mentioned and the members of the
several state legislatures, and all executive and judicial
officers, shall be bound by oath or affirmation, to support
this Constitution; but no religious test shall ever be
required as a qualification to any office or public trust
under the United States."

➢ For any Respondent who has sworn an oath of office to support
and/or defend the United States of America Constitution,
**I hereby accept that oath of office.**

## Numbers Chapter 30 verses 1-2

"1 And Moses spake unto the heads of the tribes concerning the children of
Israel, saying, This is the thing which the Lord hath commanded. 2 If a
mans vow a vow unto the Lord or swear an oath to bind his soul with a
bond; he shall not breake his word, he shall do according to all that
proceedeth out of his mouth."

## Leviticus Chapter 5 verses 3-5

"3 or if he touch the uncleanness of man, whatsoever uncleanness it be
that a man shall be defiled withal, and it be hid from him; when he
knoweth of it, the he shall be guilty. 4 Or if a soul swear, pronouncing
with his lips to do evil, or to do good, whatsoever it be that a man shall
pronounce with an oath, and it be hid from him; when he knoweth of it,
then he shall be guilty in one of these. 5 And it shall be, when he shall
be guilty in one of these things that he shall confess that he hath sinned
in that thing:"

When Congress makes a law which is outside the scope of its enumerated
powers, it is no "law" at all but is **void**, and American **men and women
have no obligation to comply.** Alexander Hamilton says this repeatedly
in the Federalist Papers. Here are a few examples:

"…If the federal government should overpass the just bounds of
its authority and make a tyrannical use of its powers, **the people**,
whose creature it is, **must appeal to the standard they have formed,
and take such measures to redress the injury done to the
Constitution as the exigency may suggest and prudence justify**…"
Federalist No. 33, 5th Paragraph

"…acts of… (the federal government) which are NOT PURSUANT to its
constitutional powers… will (not) become the supreme law of the land.
**These will be merely acts of usurpation, and will deserve to be
treated as such**…"
Federalist No. 33, 6th paragraph

"…every act of a delegated authority, contrary to the tenor of
the commission under which it is exercised, is void. **No legislative
act … contrary to the Constitution can be valid.** To deny this,
would be to affirm … that men acting by virtue of powers may do not
only what their powers do not authorize, but what they forbid."
Federalist No. 78, 10th paragraph

**(emphasis added above)**

When it is proven, by tacit agreement or otherwise, that Trespassing upon the
People's unalienable rights to life, liberty, and the pursuit of happiness
from outside the Republic of the united States of America and/or proven
tacitly or otherwise that a tyrannical takeover of the de jure Republic by
agents with an agenda to steal their birthright and to destroy their country
– the United States of America – assault the men, women, and children of the
Republic and their real and other property -- wild and domestic livestock,
pollinating insects which affect agriculture / food supply, right to privacy,
well-being, liberty, or right to equitable contracts; and/or proven tacitly
or otherwise that any Trespassing or the various legal actions used to
implement it evince to a collateral or direct attack upon the United States

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.



of America Constitution, **there may be grounds for a Grand Jury indictment for treason,** to wit:

**united States of America Constitution 1788 - Article III, Section III:**
"Treason shall consist only in levying War against them, **or in adhering to their Enemies,** giving them Aid and Comfort. No Person shall be convicted of Treason unless on the **Testimony of Two Witnesses** to the same overt Act or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted."

### Deuteronomy Chapter 17 verse 6
"6 At the mouth of **two witnesses,** or three **witnesses,** shall he that is worthy of death be put to death: but at the mouth of one witness he shall not be put to death."

### Deuteronomy Chapter 19 verse 15
"15 One witness shall not rise up against a man for nay iniquity, or for any sin, in any sin that he sinneth: at the mouth of **two witnesses,** or at the mouth of three witnesses, shall the matter be established."

### Matthew Chapter 18 verse 16
"16 But if he will not hear thee, then take with thee one or two more, that in the mouth of **two** or three **witnesses** every word may be established."

### 2 Corinthians Chapter 13 verse 1
"1 This is the third *time* I am coming to you. In the mouth of **two** or three **witnesses** shall every word be established."

### Hebrews Chapter 10 verse 28
"28 He that despised Moses Law died without mercy under **two** or three **witnesses.**"
[emphasis added on each item above]

**united States of America Constitution, Amendment IV:**
"The **right** of the people to be secure in their **persons, houses, papers,** and **effects, against unreasonable searches and seizures, shall not be violated,** and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." [emphasis added]

### Title 18 U.S. Code § 2382- Misprision of Treason
"Whoever, owing allegiance to the United States and **having knowledge of the commission of any treason** against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, **is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven (7) years, or both.**" [emphasis added]

**WHEREAS** a person with full knowledge of a potential harm, whether caused directly by the person or not, and that person is endowed the ability and/or duty to act upon the said knowledge in a way to avoid or otherwise mitigate the potential harm and fails to do said actions is liable for the inevitable harm caused and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a **fundamental principal of law** that nobody is above the law including but not limited to all government actors. The government immunity clause **only** applies to government actors when they are performing their actions of their office defined by their office **in good faith** and that the **UNITED STATES SUPREME COURT** has made a ruling regarding public officials

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc: 00221399
Book: 2725 Page: 76

being held liable for actions done or failure to perform required actions in the case of **MILLBROOK v. UNITED STATES**, 477 Fed. Appx. 4, among others.

This International Commercial Claim / Lien within the Admiralty Private Agreement and Disclosures, Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the honorable terms of this Notice of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and additional yet to be named respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

**It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Contract, violations of domestic and international human rights, the U.C.C., and the Common Law.**

**Joining the Contract**
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a respondent seeking the privilege of joining this Contract is hereby established at **$100,000** (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per each attempt / event of impairment.

**As with any administrative process**, you may rebut the statements and claims in this Contract by executing a verified response, point-by-point with evidence that is certified to be true and in affidavit form, correct and

complete, to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. Respondent and the Claimant(s) / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Notice of Fee Schedule and Remedy ("Contract") will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

*"Qui tacet consentire videtur."*

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading…" *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation…"
*Fisher Controls International, Inc. v. Gibbons*, 991 S.W. 2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation.."
*Blanton v. Sherman Compress Co.*, 256 S.W. 2d 884 (1953)

Silence activates estoppel pursuant to *Carmine v. Bowen*, 64 A. 932.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc: 00221399
Book: 2725 Page:   77

**U.C.C. § 2-201 -- Formal Requirements; Statutes of Frauds**

    (1)    Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

    (2)    Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (1) against such party unless written notice of objection to its contents is given within ten (10) days after it is received.

**This Notice of Liability Regarding Trespass, Fee Schedule, and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant / Libellant has exhausted his/her administrative remedy and has stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. **This Contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.**

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This fee schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents by the Sovereign Beneficiary or by the receipt of any further unsolicited letters or communications including emails, calls, etc. from Respondents / agents / third parties, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful activities. In the case of your failure to pay any fees within thirty days of presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution and all other lawful and commercial remedies.

# Notice to Agent is Notice to Principal.
# Notice to Principal is Notice to Agent.

**This Contract is legally and lawfully binding and is non-negotiable. This Contract is activated and subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representatives thereof.**

The Respondents are entitled to a Notice of Default. In consideration, Respondent agrees to accept a Notice of Default as a Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Notice of Fee Schedule and Remedy. Since Judgment is issued when a party waives the right to respond, **all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Notice. The Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Notice.**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc# 00221399
Book# 2725 Page: 78

**All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this fee schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master Deric-Marcell: Thompson©, A.K.A. DERIC MARCELL THOMPSON©, and any and all derivatives thereof.**

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you continue to harass or to intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

1. This is an Affidavit Notice of Liability Regarding a Trespass Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, individuals, and agents. I, Deric-Marcell: Thompson©, holder of the office of the People in the state known as Rhode Island and Providence Plantations or in any other state, am hereby, as a gesture of peace, giving proper notice to the COMMONWEALTH OF MASSACHUSETTS or to any state / corporation, to the UNITED STATES CORPORATION, and to all municipal, county, and city corporations and other STATE Corporations of the following:

As a peaceful natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, agents, and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud (A.K.A. corpus delecti).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "*corpus delecti*" (i.e., the body or elements of the crime).

> "The corpus delecti consists of two elements- namely, (1) the injury or loss of life; and (2) a criminal agency causing them to exist." (*People v. Frey*, 165 Cal. 140, 146 [131 P. 127]. *People v. Lopez*, etc.)

Please note that this self-defense Notice of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporation Employees is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. The above is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The Unites States Supreme Court has stated the following in **U.S. v. Cruikshank** (92 U.S. 542 at 551):
"…between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possess, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a 'person' is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc: 00221399
Book: 2725 Page:    79

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

## Neither I nor anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.

**Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.**

**Let it be clear that I am not a person / citizen / employee / subject of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.**

### Guarantee and Waiver of Benefits
Guarantees for this Notice of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the united States of America Constitution, the Bill of Rights, Constitutional Oaths of Office, the Common Law, Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Notice of Fee Schedule and Remedy are for jurisdictional purposes, and no adherence to or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

## Notice to Agent is Notice to Principal.
## Notice to Principal is Notice to Agent.

**It is written, "If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, Thus saith the Lord of hosts, Ye shall certainly drink." - Jeremiah 25:28**

**"Thy kingdom come, Thy will be done in earth, as it is in Heaven."**
**-Matthew 6:10**

### LAW OF NATURE

The Law of Nature is that which God, the Sovereign of the world, has prescribed to man not by any formal promulgation but by the internal dictate of reason alone. It is discovered by a just consideration of the agreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the Constitution for the united States of America, we find the 11th article, Amendment 9: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the People." Affected parties and people wishing to dispute the claims and truths made herein or to make their own claims upon Me must respond within **twenty-one (21) days** after service of this Notice of the action and request a Common Law court to empanel a Common Law Jury of twenty-five (25) indigenous free men to hear their case against Me. All responses must

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc: 00221399
Book: 2725 Page: 80

be signed and witnessed no later than **twenty-one (21) days** from the date of original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this Lawful Notice made herein will always result in an automatic default judgment and permanent, irrevocable estoppel by acquiescence, barring the bringing of charges under any statute / regulation / act / code or legal action against Me, my family, or another People. Failure to honor this lawful Notice will make each of the People acting as federal / state / county / city / municipal / corporation employees liable for the sum of $50,000 in silver coin or its equivalent in Federal Reserve Notes plus my fee schedule, and such sum will be required to be paid to Deric-Marcell: Thompson© upon your receipt of the Invoice and by its assigned due date. I, the undersigned affiant and attorney in fact for DERIC MARCELL THOMPSON©, authorize this affidavit using my autograph as his own on this instrument.

It is against the law for a Judge to summarily remove, to dismiss, to dissolve, or to diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

**Trespass Upon Private Contract**
Any collateral attack on this Contract is in bad faith and is a criminal trespass payable as prescribed in the above-stated Notice of Fee Schedule.

**All payments are to be made in Lawful Money
pursuant to Title 12 USC § 411.**

Further affiant sayeth not!

**All Rights Reserved, None Waived**

**Without Prejudice**

Respectfully submitted.

I, Deric-Marcell: Thompson©, herein affirm and declare under my unlimited commercial liability that I am competent and of Lawful age to state the matters set forth herein, that they are true, correct, complete, not intended to be misleading, that they are admissible as evidence, and in accordance with my best first-hand knowledge, understanding, and belief.

Dated this 6th day of April in the Year 2022.

*Deric-Marcell: Thompson, Beneficiary*
Deric-Marcell Thompson, Beneficiary (April 6, 2022 19:59 EDT)

Honorable Deric-Marcell: Thompson©
**Affiant**, Executor, Sole shareholder,
Director, Attorney in Fact,
Sole Beneficiary,
Authorized Representative, *sui juris*

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



Doc= 00221399
Book= 2725 Page=    81

## JURAT CERTIFICATE

State of ___OHIO___

County of ___FRANKLIN___

Sworn to or affirmed and subscribed before me by ___Deric-Marcell: Thompson, Beneficiary___

(name of person making oath/affirmation) on this date of __06-Apr-2022__   (date).

(Notary Seal)

Amy Seitz (Apr 6, 2022 20:01 EDT)

Signature of Notary Public – State of Ohio

My commission expires: __9-11-2023__

(date)

