# EXHIBIT 1



*Conditional Acceptance of Offer 1/30*

## C. A. of Motor Vehicle Purchase Contract for RANGE ROVER SPORT Stock# B219270

From:  Deric-Marcell : Thompson <DmtDmt77@protonmail.com>

To:  apolanco@herbchambers.com <apolanco@herbchambers.com>

CC:  Justin Eam <jlrbostonbdc@herbchambers.com>

Date:  Sunday, January 30th, 2022 at 12:08 PM

Hi Adriano and Justin, first of all, thank you for making this a seamless process!!!! I just wanted to advise you that a signed contract and payment for $148,498.00 for the 2022 Range Rover Sport, V8 Supercharged HSE Dynamic, 4WD, Sport Utility, Color: Red, Interior: Ebony, Stock# B219270 Vin# SALWR2SE6NA219270, Final Price listed $147,497.00. Will go out tomorrow via **_Certified Mail# 7019 0700 0001 1733 0625_**. The mailing will be made attention to Adriano at HERB CHAMBERS JAGUAR RANGE ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON, MASSACHUSETTS 02134. Please, place set of keys, all vehicle documentation and receipt showing paid in full in the glove compartment of the unlocked vehicle. We will schedule a pickup for the vehicle within 24 hours after receipt of payment. We are in agreement. Thanks so much in advance Deric!

Without Recourse/Without Prejudice UCC 1-308
Deric-Marcell: Thompson, Beneficiary

CONFIDENTIALITY NOTICE: e-mail messages of any type are covered by the Electronic Communications Privacy Act, Electronic Communications Privacy Act, 18 USC Sections 2510-2521, and is confidential and may include legally protected information. If you are not the intended recipient or you have received this e-mail message by mistake, printing, copying, storing or disseminating in any way is prohibited and doing so can subject you to civil and or criminal action. Please notify the sender you have received this e-mail by mistake and delete all information contained in this email. This email is strictly a private communication between the sender and its intended recipients.

Sent with ProtonMail Secure Email.



Good morning Deric,

Thank you for allowing us to earn your business, I've attached the wire instructions to this encrypted e
Once the wire hits we can arrange transport.

Please let us know if you need anything else moving forward.
Hope you're excited about the car, incredible choice!!!

-Adriano

From: Deric-Marcell : Thompson <DmtDmt77@protonmail.com>
Sent: Sunday, January 30, 2022 12:08 PM
To: Adriano Polanco <APolanco@herbchambers.com>
Cc: jlrbostonbdc (do not disable) <j2@herbchambers.com>
Subject: C. A. of Motor Vehicle Purchase Contract for RANGE ROVER SPORT Stock# B219270

Hi Adriano and Justin, first of all, thank you for making this a seamless process!!!! I just wanted to advise y
contract and payment for $148,498.00 for the 2022 Range Rover Sport, V8 Supercharged HSE Dynamic, 4\
Utility, Color: Red, Interior: Ebony, Stock# B219270 Vin# SALWR2SE6NA219270, Final Price listed $147
out tomorrow via **_Certified Mail# 7019 0700 0001 1733 0625_**. The mailing will be made attention to Adrian
CHAMBERS JAGUAR RANGE ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON,
MASSACHUSETTS 02134. Please, place set of keys, all vehicle documentation and receipt showing paid i
glove compartment of the unlocked vehicle. We will schedule a pickup for the vehicle within 24 hours after
payment. We are in agreement. Thanks so much in advance Deric!

Without Recourse/Without Prejudice UCC 1-308
Deric-Marcell: Thompson, Beneficiary

CONFIDENTIALITY NOTICE: e-mail messages of any type are covered by the Electronic Communicatior
Electronic Communications Privacy Act, 18 USC Sections 2510-2521, and is confidential and may include
information. If you are not the intended recipient or you have received this e-mail message by mistake, print
storing or disseminating in any way is prohibited and doing so can subject you to civil and or criminal actior
the sender you have received this e-mail by mistake and delete all information contained in this email. This
private communication between the sender and its intended recipients.

Sent with ProtonMail Secure Email.





adriano polanco<APolanco@herbchambers.com>

## [ENCRYPT] C. A. of Motor Vehicle Purchase Contract for RANGE ROVER SPORT Stock# B219270

**From:** adriano polanco <APolanco@herbchambers.com>       Jan 30, 2022, 12:21:07 PM
To: Deric-Marcell: Thompson <DmtDmt77@protonmail.com>
Cc: <acrede@herbchambers.com>, Sean King <SKing@herbchambers.com>



# C. A. of Motor Vehicle Purchase Contract for RANGE ROVER SPORT Stock# B219270

From: Deric-Marcell : Thompson <DmtDmt77@protonmail.com>

To: apolanco@herbchambers.com <apolanco@herbchambers.com>

CC: acrede@herbchambers.com <acrede@herbchambers.com>
SKing@herbchambers.com <SKing@herbchambers.com>

Date: Sunday, January 30th, 2022 at 12:48 PM

Hi Adriano, I will be arranging the scheduled pick up for the 2022 Range Rover Sport, V8 Supercharged HSE Dynamic, 4WD, Sport Utility, Color: Red, Interior: Ebony, Stock# B219270 Vin# SALWR2SE6NA219270. Its free of charge to me, I prefer that method. Thanks so much again! have an amazing day!



# MOTOR VEHICLE PURCHASE CONTRACT

**Herb Chambers Jaguar Land Rover Boston**
1188 Commonwealth Avenue
Boston, MA 02134
(617) 684-3400
https://www.herbchambers.com/

FOR CONSUMER USE ONLY

0226501644

| DATE | ORDER No. | STOCK NO. | SALESPERSON | DMS EMPLOYEE # |
|---|---|---|---|---|
| 01/29/2022 | | B219270 | Justin Eam | 154023 |

| PURCHASER'S NAME(S) | EMAIL | STREET ADDRESS |
|---|---|---|
| Deric-Marcell Thompson | dmtdmt77@pm.me | 233 Halsey rd |

| CITY/STATE/ZIP | CELL PHONE | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|
| WOONSOCKET RI 02895 | (617) 869-2101 | (617) 869-2101 | (617) 869-2101 |

| ENTER MY ORDER FOR | 1 (QUANTITY) | NEW ☑ USED ☐ | FORMER USE (if applicable) | DEMONSTRATOR ☐ FORMER LEASED CAR ☐ | POLICE CAR ☐ FORMER DAILY RENTAL ☐ | REBUILT INSURANCE TOTAL ☐ TAXI CAB ☐ |

| Year | Make | Model | Body Style/Type | Model No. | Transmission Standard ☐ Automatic ☑ | (Speed) | Cyl. 8 | Pass | Doors |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | Land Rover | Range Rover Sport | 4WD Sport Utility | | | | | | |

| Vehicle Identification No. | Color 1st | RED | Interior 1st | EBONY | Top | Odometer mi. ☐ km. ☐ 10 | Approx. Delivery Date |
|---|---|---|---|---|---|---|---|
| SALWR2SE6NA219270 | 2nd | | 2nd | | | | |
| | 3rd | | 3rd | | | | |

**TRADE-IN**

| Year | Make | | |
|---|---|---|---|
| Model | | Type | Color |
| V.I.N. | | | |
| Odometer | | (mi ☐ km ☐) | |
| Transmission | Standard (Speed) | | Auto ☐ |
| No of Cyl. | Pass. | | Doors |
| Salvage Title | Yes ☐ | No ☐ | |

**PREVIOUS OWNER**
City/State/Zip

**LIENHOLDER**
Address
City/State/Zip
Acct. No. | Check No.
Balance Due

**Additional Information - Vehicle Purchased**
LIENHOLDER
Address
City/State/Zip
INSURANCE CO.
Agent/Branch
Address/City

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

**REGISTRATION FEE/TITLE FEE SALES TAX**

| | |
|---|---|
| Application for Title ☐ | |
| Application for Reg ☐ | New ☐ Transfer ☐ |
| Registration No. | |
| Registration Fee | |
| Title Fee | |
| Mass. Sales Tax | $9,423.40 |

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| | | |
|---|---|---|
| Employer ID No. | | |
| Email Address dmtdmt77@pm.me | | |
| Price of Unit | | $130,330.00 |
| Additional Equipment/Items | | |
| | | |
| Ventreshield/coating/Tire&whe | | $7,285.00 |
| Dealer Installed Accessories | | |

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of _____ may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [         ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER.

Purchaser's Initials [         ]

**This contract is not binding upon either dealer or purchaser until the following conditions are met:**
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

**PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.**

| | | |
|---|---|---|
| 1. Total Price | | $137,615.00 |
| 2. Discount | | |
| 3. Trade-In Allowance | | |
| 4. Rebate | | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4) | | $137,615.00 |
| 6. Documentary Preparation | | $459.00 |
| 7. Title Preparation | | |
| 8. *Mass Sales Tax ( 7.000 % of line 5, 6 & 7) | | $9,423.40 |
| 9. Other | | |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8, & 9) | | $147,497.40 |
| 11. Balance Due on Trade-In | | |
| 12. Subtotal (Total of lines 10 & 11) | | $147,497.40 |
| 13. Deposit | | |
| 14. Amount to be Financed | $147,497.40 | |
| 15. Cash Due on Delivery | | |
| 16. TOTAL PAYMENT (line 16 must equal line 12) (Total of lines 13, 14, & 15) | | $147,497.40 |

Purchaser Signature

Approved - Authorized Dealer Representative

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding has been made or entered into.

12562: EntId: 6721227 / EvtId: 39587

Generated by DealerSocket®

1/29/2022 9:52:57 AM

## ADDITIONAL PROVISIONS

(a) I agree to accept delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and to pay the cash due on delivery simultaneously with its delivery.



066 561644

  



**Name:** Deric-Marcell Thompson  
**Address:** 233 Halsey rd, WOONSOCKET, RI 02895  
**Phone:** (617) 869-2101  
**Email:** dmtdmt77@pm.me  
**Sales Manager:** Adriano Polanco  
**Sales Person:** Justin Eam  
**DMS Number:**

New 2022 Land Rover Range Rover Sport V8 Supercharged HSE Dynamic

**Stock:** B219270  
**VIN:** SALWR2SE6NA219270  
**Odometer:** 9  
**Color:** RED / EBONY  
**Engine:** 8 Cylinder Engine  
**Transmission:** 8 Speed Automatic  
**MPG:** 17 city / 22 hwy

### Cash
**$ 147,497.40**

\* Retail and Lease payments are an estimate subject to credit approval and any existing lender programs and/or offers. Rates and programs are subject to change without notice. Payments and figures presented herein are only valid for 24 hours from time of presentation. Tax, title and registration fees and/or rules may vary per state. For Leases: 1st payment, security deposit, bank acquisition, license, title, and documentation fees, plus any applicable taxes are due at signing.

## CASH DETAILS

| | |
|---|---:|
| **NET SELLING PRICE** | $ 130,330.00 |
| Venture Shield | $ 2,995.00 |
| Tire and Wheel Protection | $ 2,995.00 |
| Simonize | $ 1,295.00 |
| **TOTAL VALUE ADDS** | $ 7,285.00 |
| **ADJUSTED SALES PRICE** | $ 137,615.00 |
| Documentation Fee | $ 459.00 |
| **TOTAL FEES** | $ 459.00 |
| **TOTAL TAXES** | $ 9,423.40 |
| **SALES SUB TOTAL** | $ 147,497.40 |
| **FINAL PRICE** | $ 147,497.40 |

✗ Customer Signature

✗ Sales Signature

Prepared by Adriano Polanco   Generated by DealerSocket   01/29/2022 11:59:20

