Case 1:22-cv-10501-WGY Document 1-3 Number of pages 8

# EXHIBIT 3





D





2 People ›

Tuesday 4:14 PM

Dawanna

sit Value: $147,4

en Thousand Four Hundred

s 1 unit of any and all Value, inclusive
be deposited unit for unit in the denom
e duly verified sum certain of ONE BILL
ica, GOLD and SILVER Over THREE (
00,000.00) just in duly verified EQUITY
sum certain of ONE BILLION (1,000,0
d SILVER, for each of those people da
TILLION, FIVE HUNDRED QUADRILLIG
f America, GOLD and SILVER, in dul
petuity UCC Record No. 20218342307
ithout prejudice. Upon deposit this inst
ial institution as a standard transaction
3 USC § 8, 3 USC §603, and backed by
strument shall be returned to the issuer
ined by the financial institution for thei

ciary



**Herb Chambers says man wanted expensive Range Rover for free and when he didn't get it, tried fake lie...**
universalhub.com

Did y'all see this

Hey, there! Log in / Register



Neighborhoods | Crime | Covid-19 | The T | Development | Fire | Boston Englis | Boston Answers

  

*Home » Boston » Allston*

## Herb Chambers says man wanted expensive Range Rover for free and when he didn't get it, tried fake liens and threats

By adamg on *Tue, 04/12/2022 - 2:56pm*

### Deposit Value: $147,498.00

**One Hundred Forty-Seven Thousand Four Hundred Ninety-Eight US Dollars**

This Certificate of Deposit, Value is 1 unit of any and all Value, inclusive of any and all mutually identified and accepted representations, shall be deposited unit for unit in the denomination indicated on the face of this document, fully underwritten by the duly verified sum certain of ONE BILLION (1,000,00',,000.00) in lawful money of the united States of America, GOLD and SILVER Over THREE QUINTILLION, FIVE HUNDRED QUADRILLION (3,500,000,000,000,000,000.00) just in duly verified EQUITY DEBT against the DEBTORS. There is an additional duly verified sum certain of ONE BILLION (1,000,000,000.00) in lawful money of the united States of America, GOLD and SILVER, for each of those people damaged by the actions and systems of the DEBTORS. Over THREE QUINTILLION, FIVE HUNDRED QUADRILLION (3,500,000,000,000,000,000.00) lawful money of the united States of America, GOLD and SILVER, in duly verified DEBT OF DAMAGES against the DEBTORS. I, under perpetuity UCC Record No. 202183423070, all restated and incorporated in full by reference as if set forth in full, without prejudice. Upon deposit this instrument shall be discounted by ten percent for the benefit of the financial institution as a standard transaction fee within scope of 112 statute at large Ch.48 (HJR 192- 06/1933), 18 USC § 8, 3 USC §603, and backed by full faith and credit of the united States of America. The cancelled instrument shall be returned to the issuer no later than 30 days after the deposit date. Copies may be maintained by the financial institution for their records.

Deric-Marcell: Thompson©, Beneficiary

c/o 233 Halsey Road

Woonsocket, Rhode Island

*Alleged certificate of deposit backed by more than $3 quintillion.*



Herb Chambers Jaguar Land Rover in Allston has sued a Rhode Island man it claims tried to wrangle a 2022 Range Rover Sport for free by filing bogus liens with the state that are now not only wasting its time but casting a cloud on its financing work.

In a lawsuit filed in US District Court in Boston, the dealership alleges that Derric Marcell Thompson of Woonsocket initially agreed online with a dealership salesman to purchase the vehicle for $147,497.40 in January.

But after Thompson failed to transfer the money to a dealership account, he began demanding the car anyway, filing a variety of demands and requests that included e-mailing a copy of an alleged certificate of deposit backed by "THREE QUINTILLION, FIVE HUNDRED QUADRILLION" dollars in debts against Chambers, which he signed and thumbprinted. The alleged certificate is part of a long letter, to which he affixed to each page a 2-cent 1945 stamp showing FDR and his winter retreat in Warm Springs. Thompson allegedly claimed that Chambers's mere acceptance of his initial query meant the company had agreed to "a Common Law-contract between us under the Postal rule" to give him the SUV.

The complaint continues that:

> The ... Letter concludes with the threat of creating a "Claim of Lien" against each of Chambers' sales associates addressed in the letter heading and Chambers "and file a financing statement against you each, supporting my lien as I deem necessary." The letter states that Chambers had "no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings."

The letter included a rambling discourse on the Uniform Commercial Code.

On Feb. 2, Herb Chambers says, Thompson filed UCC-1 form with the Massachusetts Secretary of State's office, claiming ownership of 27 cars in the dealership inventory, worth roughly $2.7 million. He told the dealership it would be worth its while to just give him the Land Rover he wanted in exchange for releasing the "debt," the complaint continues.

The dealership filed its own UCC form with Massachusetts, stating that Thompson's UCC form was bogus. When it sent a letter to Thompson demanding he tell Massachusetts he had no such lien, he responded he'd filed a 1099 form with the IRS stating he was signing over $1.4 million to Herb Chambers - money that, were it actually paid, the dealership would have to pay taxes on. He also threatened to take the dealership to US Tax Court.



Thompson then demanded Herb Chambers pay him $1 million in actual money for copyright and trademark violations - he claimed he had copyrighted and trademarked his name, that the going rate was $500,000 per use and Chambers had used his name twice in its letter demanding he knock all the nonsense off.

He later upped his demand to $1.5 million after Chambers' lawyers wrote him to give him one last chance to fix what he'd done or they'd see him in court.

In its lawsuit, the dealership is asking a judge to declare that all of his claims are bogus and to order Thompson to reimburse it for all of the legal trouble it's had to go through to get him to leave it alone.

> *Defendant's antics amount to a form of paper terrorism that imperils Chambers' inventory financing which is provided by a legitimate lender with valid and enforceable liens. Chambers' financing arrangement requires that Chambers not use or allow its inventory to secure any other financing instruments. Defendant's false UCC-1 filing creates the appearance of a breach of that obligation and clouds Chambers' title to its inventory.*

A judge set a May 5 hearing on the dealership's request for a preliminary injunction to make Thompson stop what he's doing while the case is proceeding.

**Neighborhoods:**  Allston

**Topics:**  Business

**Free tagging:**  Lawsuits

| Attachment | Size |
| --- | --- |
| Complete complaint | 719.88 KB |
| Thompson's UCC filing | 12.35 KB |
| Chambers's rebuttal | 127.25 KB |

FACEBOOK        TWITTER        EMAIL        PRINT

Ad:                                                                                              Reply



0 2 6 5 6 1 6 4 9

## FW: Activity in Case 1:22-cv-10501-WGY Herb Chambers 1188, Inc. v. Deric Marcell Thompson Notice of Hearing on Motion

From: Ed Cooley <ECooley@gncm.net>

To       DmtDmt77@protonmail.com

Date: Wednesday, April 13th, 2022 at 12:53 PM

See below for May 5, 2022 Court hearing information.

Edward C. Cooley
Giarrusso, Norton, Cooley
 & McGlone, P.C.
308 Victory Road
Quincy, MA 02171
Tel: (617) 770-2900
Fax: (617) 773-6934



Giarrusso
Norton &
Cooley
McGlone, PC
TRIAL ATTORNEYS

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Tuesday, April 12, 2022 12:39 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:22-cv-10501-WGY Herb Chambers 1188, Inc. v. Deric Marcell Thompson Notice of Hearing on Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing



The following transaction was entered on 4/12/2022 at 12:39 PM EDT and filed on 4/12/2022
**Case Name:**       Herb Chambers 1188, Inc. v. Deric Marcell Thompson
**Case Number:**     1:22-cv-10501-WGY
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**ELECTRONIC NOTICE Setting Hearing on Motion [2] MOTION for Preliminary Injunction :
Motion Hearing (non-evidentiary) set for 5/5/2022 at 2:30 PM in Courtroom 18 before Judge
William G. Young. *Plaintiff's counsel shall notify defense counsel of this hearing.* (Gaudet,
Jennifer)**


**1:22-cv-10501-WGY Notice has been electronically mailed to:**

Edward C. Cooley    ecooley@gncm.net

Abigail C. Hogan    hogan@burnsandfarrey.com

**1:22-cv-10501-WGY Notice will not be electronically mailed to:**


**6.97 KB**   1 embedded image

image001.jpg 6.97 KB



036 56/6 4/4

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

HERB CHAMBERS 1188, INC.

*Plaintiff*

a. ✓

v.

Civil Action No.:
1:22–CV–10501–WGY

DERIC MARCELL THOMPSON

*Defendant*

*Violated Rule 4(a)(1)(D)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Deric Marcell Thompson   B ✓
233 Halsey Road
Woonsocket, RI  02895

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward C. Cooley   C. ✓
Giarrusso Norton Cooley & McGlone, P.C.
308 Victory Road
Quincy, MA  02171

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.   E ✓

D no

had to find court date from Newspaper

ROBERT M. FARRELL

*CLERK OF COURT*

F ✓

/s/ — Douglas Warnock

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2022–04–06 09:53:29, Clerk USDC DMA

G ✓

A True Copy Attest
James Sylvester
#1103 Date 4/8/22

