Case 1:22-cv-10501-WGY Document 1-4 Number of pages 19

# EXHIBIT 4



*Conditional Acceptance upon Proof of Claim for Incident*
*DMT-02152022-POCI*

February 15, 2022

From:

Deric-Marcell: Thompson©, beneficiary, Trustor, and Secured-party to the Social Security Cestui que Trust THOMPSON DERIC MARCELL© **Principal**

Without prejudice

c/o 233 Halsey Road.

Woonsocket, Rhode Island

Near [02895]

To:

**The Trustees and their principals and/or agents**:

**RESPONDENTS**

C. Fancelli d/b/a Trustee[1] of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© and d/b/a C. FANCELLI, Detective of the Trust business entity titled
BOSTON POLICE DEPARTMENT, AREA D-14 DETECTIVES
301 WASHINGTON STREET
BRIGHTON, MASSACHUSETTS 02135

Certified Mail Receipt# 7020 0640 0000 6338 7303

Mark Harrington d/b/a Trustee of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© and d/b/a MARK HARRINGTON, Captain of the Trust business entity titled
BOSTON POLICE DEPARTMENT, AREA D-14
301 WASHINGTON STREET
BRIGHTON, MASSACHUSETTS 02135

Certified mail, return receipt requested # 7020 0640 0000 6338 7297

**With designation of Witness To:**

Maura T. Healy d/b/a Trustee of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© d/b/a MAURA HEALY, Attorney General at the Trust business entity titled
COMMONWEALTH OF MASSACHUSETTS
1 ASHBURTON PLACE, FLOOR 20
BOSTON, MASSACHUSETTS 02108
Certified mail, return receipt requested # 7019 2280 0001 0226 4251

Michelle Wu d/b/a Trustee of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© d/b/a MICHELLE WU, MAYOR the Trust business entity titled
CITY OF BOSTON
ONE CITY HALL SQUARE, SUITE 500
BOSTON, MASSACHUSETTS 02201
Certified mail, return receipt requested # 7019 2280 0001 0226 4268

---



### *Conditional Acceptance upon Proof of Claim for Incident*
### DMT-02152022-POCI

A Public official is a fiduciary toward the public, including in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud," *U.S. v Holzer* 816 F. 2d 304, 307 (1987). Public officials are also "trustee[s] and servant[s] of the people," *Georgia Department v. Sistrunk* 291 S.E. 2d 524, 526 (1982). "'Public office' is a public trust or agency for the benefit of the people to be administered under legislative control in the interest of the people." *State ex rel Nagle v. Sullivan* 40 P. 2d 995, 997, Supreme Court of Montana (1935).

I serve this "***Conditional Acceptance upon Proof of Claim for Incident***" upon **The Trustees, their principals and/or agents**.

**Be It Known**: The "***Conditional Acceptance upon Proof of Claim for Incident***" to Your email presentment establishes a Common Law-contract between us under the Postal Rule, which states:

"The **Postal Rule** (also known as the **mailbox rule** or "deposited acceptance rule") is a term of ***common law-contracts*** which determines the timing of ***acceptance*** of an ***offer*** when ***mail*** is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a properly prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offeree. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require actual receipt before being legally bound."

Dear **Trustees, their principals and/or agents,**

I am in receipt of and conditionally accept for (honor) Your mail presentment dated 2/10/2022, for Incident # 222008430 which was filed on 2/5/2022. I also conditionally accept your Oath of Office and bind you to it. I remind you of your fiduciary duty, and I extend to you my sovereign immunity. Based on the date of your presentment (2/10/2022), the Incident file date (2/5/2022) and Area D-14 location. This is an issue of HERB CHAMBERS LAND ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON and its Principals and Agents.

This was a matter to be handled administratively. There seems to be a misunderstanding of the chain of events. I'm more than happy to clarify those chain of events. Before doing so, I want to be sure that all parties that receive this ***Conditional Acceptance upon Proof of Claim for Incident*** understand the **POSTAL RULE, CONTRACT LAW, and UNIFORM COMMERCIAL CODE.** There was offer and acceptance. Agents of Herb Chambers presented a Contract Offer, Signed by an Authorized Representative which was emailed to me.

I Conditionally Accepted the Offer, and in Agreeance, with an Acknowledgement of the Agreement from the Agents of the Dealership (see email chain). I then advised the agents via email about the contents of the Package along with an attached *NOTARIZED CERTIFIED COPY* of the details. *Certified Mail # 7019 0700 0001 1733 0625* with Original Wet-Ink Signed Contract, Endorsed Tender of Payment, and Conditional Acceptance was sent to the Dealership Attn: Sales Manager. Please ask for the ***ENTIRE*** text and email chain from the Herb Chambers and its agents. When things took a turn, I did



*Conditional Acceptance upon Proof of Claim for Incident*
*DMT-02152022-POCI*

exactly as stated within the conditions of the Security Agreement. If there was truly an issue with what was sent to the dealership, why not send back the package with the Original Wet-Ink signed contract? They accepted and kept the contract with my tender of payment. I do not know what details you received or from whom. Let's hope it's not hearsay, because I have firsthand information that proves my stance. I have listed current Laws, Statutes and Codes. To back my position in the matter. As a Public Official its your Oath to uphold the Law and seek out those who break the Law.

As I want to resolve this matter as soon as possible, I am initiating this private, administrative remedy to determine such matters, and I agree to make amends predicated upon your "proofs of claim" under penalty of perjury. The necessary "Proofs of Claim" are set out below, to wit:

1. **PROOF OF CLAIM** that Respondent as an "artificial entity/creature", created under the laws of the State of MASSACHUSETTS and doing business in the City of BOSTON, by and through its officers, board of directors, employees and agents are **NOT** bound to support Article I, § X, of the U.S. Constitution.

2. **PROOF OF CLAIM** that the use of a (Federal Reserve Note) "Note," or instruments certifying conveyance of Federal Reserve Notes, *is not only* a promise to pay. See *Fidelity Savings v. Grimes*, 131 P2d 894.

3. **PROOF OF CLAIM** that Legal Tender (federal reserve) Notes, or instruments certifying conveyance of Federal Reserve Notes, *ARE* good and lawful money of the United States. See *Rains v. State*, 226 S.W. 189.

4. **PROOF OF CLAIM** that (federal reserve) *Notes, or instruments certifying conveyance of Federal Reserve Notes, do operate as payment in the absence of an agreement that they shall constitute payment. See Blackshear Mfg. Co. v Harrell, 12 S.E. 2d 766.*

5. **PROOF OF CLAIM** that the *Negotiable Instrument Law was NOT designed to cover commercial paper which IS the currency. La. Stat. Ann.-R.S., 71 et. Seq. LSA-C.C., Art. 2139* (refer to the **Affidavit of Walker Todd**)

6. **PROOF OF CLAIM** that the U.S. bankruptcy *DID NOT* impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause" of June 5th, 1933, as it may operate in the CITY of BOSTON.

7. **PROOF OF CLAIM** that the CITY of BOSTON did *NOT* adopt, in some capacity, the ***Uniform Commercial Code*** and that all transactions included but not limited to courts are governed under the *UCC and/or Negotiable Instrument Law* as designed to cover commercial paper **IS** currency *La. Stat. Ann.-R.S.*, 71 et. Seq. LSA-C.C., Art. 2139.

8. **PROOF OF CLAIM** that under the *Negotiable Instrument Law*, "commercial paper" not limited to Bills of Exchange are *NOT* "money" (currency) in respect to the National Emergency and the Uniform Commercial Code and are not to be accepted to discharge debt.

9. **PROOF OF CLAIM** that a commercial instrument or Bill of Exchange tendered was not refused and returned within 3 days pursuant to *Nygaard v. Continental Resources, Inc.* (598 N.W. 2d851 (1991), 39 U.C.C. 2d 851) "The court held that, under 2-511 (2), tender of payment is sufficient when it is made by means current in the ordinary course of business, unless the seller demands payment in legal tender.(Silver and Gold) Here, Nygaard spoke to Continental several times after receipt of the sight draft and never requested payment in legal tender. Payment to extend lease was due January 4[th], 1988, and the rejection of the sight draft did not occur until January 8[th], 1988. Nygaard rejection was, thus untimely and the tender of sight draft was sufficient to extend the lease." (emphasis added)

**Page 3 of 8**



### Conditional Acceptance upon Proof of Claim for Incident
### DMT-02152022-POCI

10. **PROOF OF CLAIM** that the undersigned, as the authorized representative of the Debtor, does **_NOT_** have the standing or capacity to accept for value the offer/contract/presentment and discharge the same via Bill of Exchange or other appropriate commercial payment for discharge via the remedy provided by Congress, HJR 192 of June 5th, 1933. (48 Stat. 112)

11. **PROOF OF CLAIM** that If a **_presentment_** is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is **_NOT_** deemed to have made tender of payment on the due date to the person entitled to enforce the instrument. **(Chapter 3 USC 603 tender of payment)**

12. **PROOF OF CLAIM** that if the creditor to whom a payment has been made refuses the tender of payment, the debtor shall **_NOT_** be released from responsibility, by the consignation of the thing or sum. **(Chapter 4 Article 1256 Extinguishment of Obligation)**

13. **PROOF OF CLAIM** that The **Postal Rule** (also known as the **mailbox rule** or "deposited acceptance rule") is **NOT** a term is of **_common law-contracts_** which determines the timing of **_acceptance_** of an **_offer_** when **_mail_** is contemplated as the medium of acceptance.

14. **PROOF OF CLAIM** the Certificate of Deposit issued to Herb Chambers as Payment in the amount of $147,498.00 is **NOT** covered Under **18 USC 8**. The term "**_obligation or other security of the United States_**" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, **_Certificates of Deposit_**, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any **_Act of Congress_**, and **_Cancelled United States Stamps._**

15. **PROOF OF CLAIM** that the filing of the UCC financing statements and tax documents with the IRS was **NOT** listed as part of the conditions of the Conditional Acceptance of Motor Vehicle Purchase Contract if Trustees, Principals and/or Agents were not able to satisfy conditions of the Security Agreement. (See Enclosed)

16. **PROOF OF CLAIM** that within the Conditional Acceptance of Motor Vehicle Purchase Contract/Security Agreement that it **_DOES NOT_** state "**_That you have no right of action or recourse in any action at law, action in equity, or Admiralty or any other law herein written or implied against me or my filings._**"

17. **PROOF OF CLAIM** that within the Conditional Acceptance of Motor Vehicle Purchase Contract/Security Agreement that it **_DOES NOT_** state **_"Additionally, you agree that you grant Power of Authority/Attorney to me, Deric-Marcell: Thompson©."_**

18. **PROOF OF CLAIM** that The City of Boston and Boston Police Department are **_NOT_** listed as Corporations on Dun & Bradstreet

19. **PROOF OF CLAIM** that you are currently bonded and insured for liabilities. Also and provide a copy of Bond information, your Sworn Oath, and proof that Michelle Wu is NOT the current Mayor of Boston. The letterhead presentment lists another individual. (See Enclosed)

20. **PROOF OF CLAIM** of your Registration Statement pursuant to Foreign Agents Registration Act of 1938 as amended.



*Conditional Acceptance upon Proof of Claim for Incident*
*DMT-02152022-POCI*

*"… Every taxpayer is a cestui que trust having sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as a relator in the proceedings to set sovereign authority in motion by action…" In re Bolen 135 N.W. Rep. 164 (1912) supreme Court of Wisconsin.*

*That today in America everyone, all governments included, are statutory law merchants dealing in negotiable paper (instruments) under the UCC for the limited liability for the discharge of debts, wherein a debt remains (fraud) and nothing else! The so-called "judges" are operating only a commercial tribunal to administer their "corporate" regulations concerning all financial transactions…both voluntary and those compelled.*

*That these valid "UCC Contracts" are Commercial Paper and using a bill of exchange or documentary draft are enforceable for the consideration due, by having the fiduciary make presentment to the debtor, for the debtor's acceptance or dishonor.*

**\*\*\*\*\*SILENCE IS ACQUIESCENCE\*\*\*\***

General acquiescence or non-response by Respondents to provide above "Proofs of Claim" will constitute agreement and formal acceptance. Respondent will have, by your non-response, to state a claim upon which relief can be granted. Otherwise, it shall operate as general acquiescence relative to this presentment. Respondent will have admitted there is no valid Claim of Action as stated in the *Conditional Acceptance upon Proof of Claim for Incident /Security Agreement* sent by Certified Mail#. I serve this Conditional Acceptance for Proof of Claim to Maura Healy in her freewoman capacity d/b/a as witness. I also serve Michelle Wu in her freewoman capacity as witness.

You will formally have accepted each and every fact herein as they operate in favor of the undersigned due to you silence, and estoppel is in effect.

Therein, presumption will be taken in regard to your refusal, failure, default, and dishonor, admission, and confession of injury and damage and failure to state a claim by you, Respondent. This "Conditional Acceptance" becomes the security agreement under commercial law, or alternative, you agree and stipulate that the undersigned can only discharge.

Due to the time-sensitive nature of this private matter, under necessity, you are to respond with a total of twenty (20) "Proof of Claim" items within ten (10) days, return service by Certified Priority Return Mail to undersigned's address above.



*Conditional Acceptance upon Proof of Claim for Incident*
*DMT-02152022-POCI*

Should you fail or refuse by non-response to provide "proof of claim" within the period specified in this private matter, general acquiescence and acceptance will be taken on your part as formally exercised (performed) pursuant to your silence. With your incident being dismissed and the filing of a Police Report on my behalf against Herb Chambers and its Agents. For dishonoring our contract and to possess and deliver vehicle or one of similar value.

**If, on the other hand**, you, the Trustees and your principals and/or Agents of BOSTON POLICE DEPARTMENT AREA D-14, cannot satisfy these conditions in the time allotted, amongst other facts addressed in this Conditional Acceptance of Your presentment that you, the Trustees and your principals, willfully, knowingly were seeking to injure me, deprive me of my rights and property both against me and the Social Security Cestui que Trust THOMPSON DERIC MARCELL©, you hereby contract to the following:

1. For any injuries to me, the beneficiary, the Trustees and their principles and/or Agents are indebted to me for two hundred and fifty thousand and no cents (250,000.00) Dollars each in the money of account of the United States of America, Constitution for the United States of America, Article I, Section 10, and if the money of account is not available I would "receive without prejudice" payment in lieu of the money of account of "Federal Reserve-Notes," a "Bank-Draft," or the like. Furthermore, witnessed through this Conditional Acceptance if you willfully and knowingly injure me I have authority to create a Claim of Lien against you each and file a financing statement against you each supporting my lien as I deem necessary to protect me, my property and my rights if needed at any time. Additionally, in order to facilitate my rights under this *Conditional Acceptance and Security-Agreement* you agree that I have your Power of Authority/Attorney to file anything to bring about the "payment" of this debt and protect me, my property, and my rights and that you have no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings. Additionally, you agree that you grant your Power of Authority/Attorney to me, Deric-Marcell: Thompson© so that I am able to collect the damages through a lien[2], UCC-1, UCC-3, Treasury-Forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if such injury to me persists on a yearly basis. It is understood that even though an IRS Form 1040 is for a Tax Class 2 and the 1099-A and 1099-OID are a Tax Class 5, I do not know any other way of filing this debt for collection other than to use these forms, so I use them "without prejudice."

2. Included with this *Conditional Acceptance* is a Copyright notice. This explains the cost of using my copyright protected property and placing it on documents without my consent. Each infringement for use of my property is five hundred thousand ($500,000.00) Dollars. Your presentment shows my property on twice via the letter and envelope. This comes to a total of one million ($1,000,000.00) Dollars. Please remit payment in the money of account of the United States of America, Constitution for the United States of America, Article I, Section 10, and if the money of account is not available I would "receive without prejudice" payment in lieu of the money of account of "Federal Reserve-Notes," a "Bank-Draft," or the like.

---

[2] "The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times." United States Supreme Court, 1969, Sniadach v. Family Finance Corp., 395 U.S. 337, 349.



## Avouchment

**I, Deric-Marcell: Thompson© do hereby avow** that based upon my firsthand knowledge and information relayed to me from research, this "Conditional Acceptance," is true, accurate and correct to the best of my knowledge, information and belief and conveys the conditions set forth as intended by me.

*Deric–Marcell:Thompson, Beneficiary*
Deric-Marcell:Thompson, Beneficiary (Feb 16, 2022 09:20 EST)

Deric-Marcell: Thompson, Beneficiary



*__Conditional Acceptance upon Proof of Claim for Incident__*
*DMT-02152022-POCI*



## JURAT CERTIFICATE

State of OHIO

County of FRANKLIN

Sworn to or affirmed and subscribed before me by _Deric-Marcell:Thompson, Beneficiary_

(name of person making oath/affirmation) on this date of 16-Feb-2022 (date).

(Notary Se



Amy Seitz (Feb 16, 2022 09:22 EST)

Signature of Notary Public – State of Ohio

My commission expires: 9-11-2023

(date)



**Boston Police**
DEPARTMENT
1 SCHROEDER PLAZA | BOSTON, MA 02120

**Boston Police Department**
**Boston PD**

## I# 222008430 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Feb 5, 2022 11:09 | D14 / K421 | Feb 5, 2022 09:45 |

REPORTING OFFICER

STEVEN MCGOVERN #010426

REPORT TAKEN LOCATION

1188 COMMONWEALTH AVE, BRIGHTON, MA 02134

## NARRATIVE

About 9:45am on February 5th 2022, Officer McGovern while assigned to the K424D car responded to the Herb Chamber Jaguar-Land Rover Dealership for a report of an attempted larceny by fraud of a motor vehicle.

On arrival officer spoke to Sean King the manager of the dealership. He states that on Saturday (1/29) one of his sales associate, Adriano Polanco, was dealing with a customer, Deric-Marcel Thompson, over the phone with a purchase of a vehicle. An agreement was made on Sunday (1/30) for a Range Rover (vin# SALWR2SEN6NA219270) the paperwork was started but the purchase was not completed.

Then on Tuesday (2/1) a tow truck showed up to pick up the vehicle with completed paperwork for the purchase of the vehicle. It was determined that all the paper work was altered and that the vehicle was never purchased and the vehicle was never released. The suspect believed to be Deric-Marcel Thompson, then filed, what Sean King says, were falsified documents with several agencies over the vehicle including the Massachusetts Attorney Generals office and the BBB etc. This subsequently put a lean on the vehicle and all other vehicles in the lot. He says that he has received an e-mail as early as today (2/5) for also wanting his money back for the tow truck that was sent for the vehicle.

Also responding to the scene was the K805 Det. Fancelli.

### REPORTING PARTY -1

REPORTING PARTY -1 (PERSON)                             DOB / ESTIMATED AGE RANGE

R-1 King, Sean                                          30 - 40 years old

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not of Hispanic Origin | (617) 684-3400 (primary, Work Phone) |

REPORTING PARTY SIGNATURE

## OFFENSE-1

OFFENSE CODE

FRAUD - FALSE PRETENSE / SCHEME

| OCCURRED FROM DATE/TIME | OCCURRED TO DATE/TIME | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Jan 29, 2022 09:00 | Feb 5, 2022 00:00 | ☐ COMPLETED ☒ ATTEMPTED | ☐ YES ☒ NO |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| STEVEN MCGOVERN #010426   Feb 5, 2022 11:46 (e-signature) | JOHN MACLAUGHLAN #103765   Feb 5, 2022 11:52 (e-signature) |
| PRINT NAME | PRINT NAME |
| STEVEN MCGOVERN #010426 | JOHN MACLAUGHLAN #103765 |

Boston Police Department
Boston PD
Mark43 RMS Form v2.0 generated by C. FANCELLI #120909 on Feb 10, 2022 13:49.

Pg 1 of 2



I# 222008430 - Offense/Incident Report (Boston Police Department: Boston PD)   Pg 2 of 2

---

SUSPECTED COMPUTER/ HANDHELD DEVICE USE             INCLUDES CARGO THEFT

☒ YES ☐ NO                          ☐ YES ☒ NO

*OFFENSE LOCATION*
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION

## 1188 COMMONWEALTH AVE

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| BRIGHTON | MA | 02134 | US |

LOCATION CATEGORY                    DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5

Auto Dealership New/Used             D14 / K421

*VICTIMS-1*
VICTIMS-1 NAME

### V-1 Herb Chamber Company

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Business | Automotive |

MAILING ADDRESS

### 1188 COMMONWEALTH AVE, BRIGHTON, MA 02134

PHONE NUMBER

(617) 684-3400 (Work Phone)

*SUSPECTS-1*
SUSPECTS-1 NAME (LAST, FIRST MIDDLE)                 DOB / ESTIMATED AGE RANGE

### S-1 Thompson, Deric-Marcel                      1977-03-20

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not of Hispanic Origin |

*INVOLVED OTHER-1*
INVOLVED OTHER-1 (PERSON)                            DOB / ESTIMATED AGE RANGE

O-1 Polanco, Adriano                                25 - 35 years old

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black / Hispanic Origin | (617) 684-3400 (primary, Work Phone) |

---

REPORTING OFFICER SIGNATURE / DATE

STEVEN MCGOVERN #010426   Feb 5, 2022 11:46 (e-signature)

PRINT NAME

STEVEN MCGOVERN #010426

SUPERVISOR SIGNATURE / DATE

JOHN MACLAUGHLAN #103765   Feb 5, 2022 11:52 (e-signature)

PRINT NAME

JOHN MACLAUGHLAN #103765



# BostonPolice
### D E P A R T M E N T

*1 Schroeder Plaza, Boston, MA 02120-2014*

Boston Police Department
Area D-14 Detectives
301 Washington Street
Brighton, MA 02135

Date: _2/10/22_
Incident # _222008430_

To: _Deric Mural Thompson_

    I have been assigned an investigation concerning a police report filed with the Boston Police Department on _2/5/22_. Please contact me at your earliest convenience so I may discuss this matter with you.

    You may contact me during the hours of 8:00am and 4:00pm at 617-343-4256.

Thank you,

Detective C. Fancelli
District 14 Detectives

Mayor Martin J. Walsh



6561644

IMG_3714.jpg                    1 of 2



39%



0265 / 644

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Det. C. Farcelli
BPD-Area D-14 Detectives
301 Washington St
Brighton, MA 02135

9590 9402 6471 0346 0060 12

2. Article Number (Transfer from service label)

7020 0640 0000 6338 7303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature                        ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery     ☐ Registered Mail™
☒ Certified Mail®                         ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery      ☒ Signature Confirmation™
☒ Collect on Delivery                     ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   00)

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



# USPS Tracking®

FAQs >

**Track Another Package  +**

**Tracking Number:** 70200640000063387303

Remove ✕

Your item was delivered to an individual at the address at 11:36 am on February 18, 2022 in BRIGHTON, MA 02135.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

February 18, 2022 at 11:36 am
BRIGHTON, MA 02135

**Get Updates** ⌄

---

**Text & Email Updates**                                                                   ⌄

---

**Tracking History**                                                                           ⌄

---

**USPS Tracking Plus®**                                                                  ⌄

---

**Product Information**                                                                       ⌄

---

**See Less  ⌃**







**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capt. Mark Harrigan
B.P.D. Area D-14
301 Washington Street
Brighton, Ma 02135

9590 9402 6471 0346 0060 29

2. Article Number (Transfer from service label)

7020 0640 0000 6338 7297

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☒ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Mail~~
☐ ~~Mail~~ Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000063387297

Remove ✕

Your item was delivered to an individual at the address at 11:36 am on February 18, 2022 in BRIGHTON, MA 02135.

**USPS Tracking Plus® Available ⌄**

## ⊘ Delivered, Left with Individual

February 18, 2022 at 11:36 am
BRIGHTON, MA 02135

**Get Updates ⌄**

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

---

**See Less ⌃**