Case 1:22-cv-10501-WGY Document 1-6 Number of pages 15

# EXHIBIT 6

.



## Print email ✕

# Herb Chambers 1168, Inc.

From: Ed Cooley <ECooley@gncm.net>

To      DmtDmt77@protonmail.com

Date: Friday, February 11th, 2022 at 3:00 PM

Mr. Thompson: This firm represents Herb Chambers 1168, Inc. in connection with your wholly unfounded claims and bizarre legal assertions.  We have sent you a Demand to File a Termination Statement demanding that you terminate the UCC-1 you wrongfully filed against Chambers (Copy Attached). You have 20 days to comply with that demand after which time we will pursue our judicial remedies.  The vehicle will not be shipped to you because there is no valid contract and you have paid nothing to Herb Chambers 1168, Inc.  We are not going to continue to indulge your rantings so you should not expect replies to absurd emails such as that below.  Additionally, we will seek all damages related to your ongoing conduct in connection with the false tax documents you have generated and sent to the IRS.


Edward C. Cooley
Giarrusso, Norton, Cooley
 & McGlone, P.C.
308 Victory Road
Quincy, MA 02171
Tel: (617) 770-2900
Fax: (617) 773-6934



Cancel

Print



## Re: Response Letter

From:  Deric-Marcell : Thompson <DmtDmt77@protonmail.com>

To     Ed Cooley<ECooley@gncm.net>

Date:  Tuesday, February 22nd, 2022 at 10:28 AM

Top of the day sir! Just note, that there is opportunity to handle this administratively. Per your attachment you are choosing not to do so. I do not argue with opinions. I agree with and accept facts. The dishonor is by refusal to answer a proof of claim under the oath sworn. By calling the proof of claim "Unconditional and requires Unconditional Response." Are your oaths to the BAR and the Constitutions "Unconditional"? Are your sworn statements to uphold the laws set forth in the Constitutions "Unconditional"? You don't have to answer me but the voice in your mind already did. All that is asked for was proof of claim completed point by point. There would be no issue terminating the UCC statement. Which it clearly states. I totally understand you want to get paid handsomely by your client. The fact that a British Accredited Registry (BAR) attorney steadfastly ignores the law and case sites that were presented is quite troubling. But then again, who do you serve? Is it the Crown (British) or the United States Constitution? Don't answer that! But when you ask the right questions...there is never a straight answer.  I always wonder why that is? Could easily have remedy for proof of claim. As previously stated, I do not argue with opinions. I agree with and accept facts. I have no argument, just facts, the Uniform Commercial Code, & the Constitutions of the United States and Massachusetts which as an officer of the court, you swore an oath to. Good luck on jurisdiction and answering the Judge about wasting taxpayer money. When it could've been handled privately and administratively. The condescending tone of your most recent presentment due to your status and title say a lot. I do not appear to do anything. It is the Trial Attorney who refuses to answer proof of claim under oath. Please take a second look, because it clearly states, "I have no problem amending the UCC upon proof of claim." I'm not a ward of the state Sir, that's your client. You still have time to answer the proof of claim. I won't take this as full dishonor until the ten-day window period is up.  Last thing, your tab is getting quite heavy using my copyright protected property on envelopes and letterheads without my expressed consent. I suggest you use Dear Sir. But hey what do I know. Keep using it.

Without Prejudice. All Rights Reserved.
I refuse any contracts/offers/presentments via email
Sent from ProtonMail for iOS

On Mon, Feb 21, 2022 at 8:28 PM, Ed Cooley <ECooley@gncm.net> wrote:

> See attached.
>
>
> Edward C. Cooley
> Giarrusso, Norton, Cooley
>  & McGlone, P.C.
> 308 Victory Road
> Quincy, MA 02171
> Tel: (617) 770-2900
> Fax: (617) 773-6934



# Giarrusso Norton Cooley & McGlone, PC

TRIAL ATTORNEYS / **MARINA BAY**   308 VICTORY ROAD   QUINCY, MA 02171 / WWW.GNCM.NET

EDWARD C. COOLEY

*tel:* (617) 770.2900
*fax:* (617) 773.6934
ecooley@gncm.net

February 21, 2022

**By Email and First-Class Mail**

Deric Marcell Thompson
233 Halsey Road
Woonsocket, RI 02895

> RE:   Demand for Filing Termination Statement of Wrongfully Filed Financing
> Statement: MA SOC Filing Number 202285220810

Mr. Thompson:

I am receipt of your rambling and discursive letter dated February 11, 2022.  Your letter purports to be a "conditional acceptance upon proof of claim" of the February 9, 2022, Demand for Filing Termination Statement of Wrongfully filed Financing Statement, MA SOC Filing Number 202285220810 (the "Demand"). The positions you have asserted in your letter are without any basis in fact or law, including the notion that my client is required to respond to your inane "proof of claim" inquiries. The Demand is unconditional and requires an unconditional response. The only acceptable response is an acknowledgement that you will, without condition or qualification, terminate the financing statement. Based on your letter it appears that you refuse to do so. We will, therefore, seek relief in a court of competent jurisdiction on the expiration of 20 days from the date of your acknowledged receipt of the Demand.

As for the purported claims asserted in your letter, they are so utterly baseless as to warrant no greater response than this single sentence denying them in their entirety.

Be advised that should you continue to file false claims and pursue this pattern of harassment you do so at your peril as my client intends to pursue every available avenue of redress against you.

Very truly yours,

Edward C. Cooley

ECC



## _Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement_

February 11, 2022

From:

Deric-Marcell: Thompson©, beneficiary, Trustor, and Secured-party to the Social Security Cestui que Trust THOMPSON DERIC MARCELL© **Principal**

Without prejudice

c/o 233 Halsey Road.

Woonsocket, Rhode Island

Near [02895]

To:

**The Trustees and their principals and/or agents:**

**RESPONDENTS**

Edward C. Cooley d/b/a Trustee[1] of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© and d/b/a EDWARD COOLY, Attorney at law of the Trust business entity titled GIARRUSSO, NORTON, COOLY & MCGLONE, PC.
308 VICTORY ROAD
QUINCY, MASSACHUSETTS 02171

Certified Mail Receipt# 7019 2280 0001 0226 4176

James L. Xaros d/b/a Trustee of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© and d/b/a JAMES XAROS, Vice President of the Trust business entity titled HERB CHAMBERS 1188, INC.
1188 COMMONWEALTH AVENUE
BOSTON, MASSACHUSETTS 02134

Certified mail, return receipt requested # 7019 2280 0001 0226 3742

**With designation of Witness To:**

Maura T. Healy d/b/a Trustee of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© d/b/a MAURA HEALY, Attorney General at the Trust business entity titled COMMONWEALTH OF MASSACHUSETTS
1 ASHBURTON PLACE, FLOOR 20
BOSTON, MASSACHUSETTS 02108
Certified mail, return receipt requested # 7019 2280 0001 0226 4169

William Francis Gavin d/b/a Trustee of the Social Security Cestui que Trust THOMPSON DERIC MARCELL© d/b/a WILLIAM GAVIN, Secretary at the Trust business entity titled COMMONWEALTH OF MASSACHUSETTS
McCORMACK BUILDING, 1 ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108
Certified mail, return receipt requested # 7019 2280 0001 0226 4190

---

DMT-02112022-POC



*__Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement__*

[1] "A Public official is a fiduciary toward the public, including in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud," *U.S. v Holzer* 816 F. 2d 304, 307 (1987). Public officials are also "trustee[s] and servant[s] of the people," *Georgia Department v. Sistrunk* 291 S.E. 2d 524, 526 (1982). "'Public office' is a public trust or agency for the benefit of the people to be administered under legislative control in the interest of the people." *State ex rel Nagle v. Sullivan* 40 P. 2d 995, 997, Supreme Court of Montana (1935).

I serve this "*__Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement__*" upon **The Trustees, their principals and/or agents**.

**Be It Known**: The "*__Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement__*" to Your email presentment establishes a Common Law-contract between us under the Postal Rule, which states:

"The **Postal Rule** (also known as the **mailbox rule** or "deposited acceptance rule") is a term of *__common law-contracts__* which determines the timing of *__acceptance__* of an *__offer__* when *__mail__* is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a properly prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offeree. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require actual receipt before being legally bound."

Dear **Trustees, their principals and/or agents,**

I am in receipt of and conditionally accept for (honor) Your email presentment dated 2/11/2022. I also conditionally accept your Oath of Office and bind you to it. I remind you of your fiduciary duty, and I extend to you my sovereign immunity. You are stating that my claims are "wholly unfounded" and that legal assertions are "bizarre." As there is a Demand for to File a Termination Statement to terminate a wrongfully filed UCC-1 dated 2/9/2022. How is it "wholly unfounded" and "bizarre," when the claims are clearly stated as part of the Conditional Acceptance of Motor Vehicle Contract-Security agreement? If you were truly privy to the matter at hand (firsthand, not hearsay and assumption). A motor vehicle purchase contract was offered to me via text (photo), then an email with it attached Signed By Authorized Agent Adriano Polanco on 1/29/2022. He was not forced against his will to do so. I conditionally accepted the offer and there was agreement on 1/30/2022. Emails confirm this, refer to Justin Eam, Adriano Polanco, and Sean King for the ENTIRE email and text chain. For the full and concise timeline of events. On 1/31/2022 via Certified Mail # 7019 0700 0001 1733 0625 the contract with the wet-ink autograph with a Certificate of Deposit that you state is "fraudulent" but under the Uniform Commercial Code 18 USC 8 states is acceptable, was sent to HERB CHAMBERS LAND ROVER BOSTON, 1188 COMMONWEALTH AVENUE, BOSTON. So the dealership has legal payment for the vehicle. When things took a turn, I did exactly as stated within the conditions of the Security Agreement. With all that being said, I am working within the 20-day window allotted of the presentment.

DMT-02112022-POC



# _Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement_

As I want to resolve this matter as soon as possible, I am initiating this private, administrative remedy to determine such matters, and I agree to make amendment of UCC Financing Statements predicated upon your "proofs of claim" under penalty of perjury. The necessary "Proofs of Claim" are set out below, to wit:

1. **PROOF OF CLAIM** that Respondent as an "artificial entity/creature", created under the laws of the State of MASSACHUSETTS and doing business in the State of MASSACHUSETTS, by and through its officers, board of directors, employees and agents are not bound to support Article I, § X, of the U.S. Constitution that, as a "state-created entity", reads "NO State shall… make any Thing but gold and silver Coin as Legal Tender in Payment of Debts", and that any such thing as gold and silver coin exists as legal tender in payment of debts

2. **PROOF OF CLAIM** that Respondent inquired or knew that the undersigned had, or has access to, "lawful money of account" to "pay" the debt at law without becoming a tort feasor.

3. **PROOF OF CLAIM** that the undersigned had/has access to "money" that constitutes "**LAWFUL** (_sufficient_) **CONSIDERATION.**"

4. **PROOF OF CLAIM** that the use of a (Federal Reserve Note) "Note," or instruments certifying conveyance of Federal Reserve Notes, _is not only_ a promise to pay. See _Fidelity Savings v. Grimes_, 131 P2d 894.

5. **PROOF OF CLAIM** that Legal Tender (federal reserve) Notes, or instruments certifying conveyance of Federal Reserve Notes, _are_ good and lawful money of the United States. See _Rains v. State_, 226 S.W. 189.

6. **PROOF OF CLAIM** that (federal reserve) Notes, or instruments certifying conveyance of Federal Reserve Notes, _do_ operate as payment in the absence of an agreement that they shall constitute payment. See _Blackshear Mfg. Co. v Harrell_, 12 S.E. 2d 766.

7. **PROOF OF CLAIM** that the Negotiable Instrument Law was not designed to cover commercial paper which IS the currency. _La. Stat. Ann.-R.S._, 71 et. Seq. LSA-C.C., Art. 2139 (refer to the **Affidavit of Walker Todd**)

8. **PROOF OF CLAIM** that the U.S. bankruptcy _did not_ impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause" of June 5th, 1933, as it may operate in the COMMONWEALTH of MASSCHUSETTS.

9. **PROOF OF CLAIM** that the COMMONWEALTH of MASSCHUSETTS did _**NOT**_ adopt, in some capacity, the Uniform Commercial Code and that all transactions included but not limited to courts are governed under the UCC and/or Negotiable Instrument Law as designed to cover commercial paper IS currency _La. Stat. Ann.-R.S._, 71 et. Seq. LSA-C.C., Art. 2139.

10. **PROOF OF CLAIM** that under the Negotiable Instrument Law, "commercial paper" not limited to Bills of Exchange are _**NOT**_ "money" (currency) in respect to the National Emergency and the Uniform Commercial Code and are not to be equated to discharge debt.

11. **PROOF OF CLAIM** that Respondent, by and through its employees, knew or did not know that this transaction was beyond the scope of its Charter and that the Respondent did not intend to bind the undersigned to an unconscionable contract.

12. **PROOF OF CLAIM** that Respondent, by and through its employees and agents, did not commit fraud on the contract in respect to the account/contract referenced above in any capacity.

13. **PROOF OF CLAIM** that commercial instrument or Bill of Exchange tendered was not refused and returned within 3 days pursuant to _Nygaard v. Continental Resources, Inc._ (598 N.W. 2d851 (1991), 39 U.C.C. 2d 851) "The court held that, under 2-511 (2), tender of payment is sufficient when it is made by means current in the ordinary course of business, unless the seller demands



## *Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*

payment in legal tender. Here, Nygaard spoke to Continental several times after receipt of the sight draft and never requested payment in legal tender. Payment to extend lease was due January 4th, 1988, and the rejection of the sight draft did not occur until January 8th, 1988. Nygaard rejection was, thus untimely and the tender of sight draft was sufficient to extend the lease." (emphasis added)

14. **PROOF OF CLAIM** that the undersigned, as the authorized representative of the Debtor, does not have the standing or capacity to accept for value the offer/contract/presentment and discharge the same via Bill of Exchange or other appropriate commercial payment for discharge via the remedy provided by Congress, HJR 192 of June 5th, 1933.

15. **PROOF OF CLAIM** that If a *__presentment__* is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is ***NOT*** deemed to have made tender of payment on the due date to the person entitled to enforce the instrument. **(Chapter 3 USC 603 tender of payment)**

16. **PROOF OF CLAIM** that if the creditor to whom a payment has been made refuses the tender of payment, the debtor shall ***NOT*** be released from responsibility, by the consignation of the thing or sum. **(Chapter 4 Article 1256 Extinguishment of Obligation)**

17. **PROOF OF CLAIM** that The **Postal Rule** (also known as the **mailbox rule** or "deposited acceptance rule") is **NOT** a term is of *__common law__*-**contracts** which determines the timing of *__acceptance__* of an *__offer__* when *__mail__* is contemplated as the medium of acceptance.

18. **PROOF OF CLAIM** the Certificate of Deposit issued to Herb Chambers as Payment in the amount of $147,498.00 is **NOT** covered Under **18 USC 8**, The term "*__obligation or other security of the United States__*" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, *__Certificates of Deposit__*, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any *__Act of Congress__*, and *__Cancelled United States Stamps.__*

19. **PROOF OF CLAIM** that the filing of the UCC financing statements and tax documents with the IRS was **NOT** listed as part of the conditions of the Conditional Acceptance of Motor Vehicle Purchase Contract if Trustees, Principals and/or Agents were not able to satisfy conditions of the Security Agreement.

20. *PROOF OF CLAIM* that within the Conditional Acceptance of Motor Vehicle Purchase Contract/Security Agreement that it ***DOES NOT*** state "*__That you have no right of action or recourse in any action at law, action in equity, or Admiralty or any other law herein written or implied against me or my filings.__*"

21. *PROOF OF CLAIM* that within the Conditional Acceptance of Motor Vehicle Purchase Contract/Security Agreement that it ***DOES NOT*** state *__"Additionally, you agree that you grant Power of Authority/Attorney to me, Deric-Marcell: Thompson©.__*"

22. **PROOF OF CLAIM** a BAR (British Accredited Registry) Attorney can represent the crown (ruling government) as an official officer the same time he is allegedly representing a client. Also, that a BAR Attorney is NOT an officer of that court whose sole purpose and occupation is to transfer what you have to the creator and authority of that court.

23. **PROOF OF CLAIM** to see your Registration Statement pursuant to Foreign Agents Registration Act of 1938 as amended.



**_Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement_**

_"... Every taxpayer is a cestui que trust having sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as a relator in the proceedings to set sovereign authority in motion by action..." In re Bolen 135 N.W. Rep. 164 (1912) supreme Court of Wisconsin._

_That today in America everyone, all governments included, are statutory law merchants dealing in negotiable paper (instruments) under the UCC for the limited liability for the discharge of debts, wherein a debt remains (fraud) and nothing else! The so-called "judges" are operating only a commercial tribunal to administer their "corporate" regulations concerning all financial transactions...both voluntary and those compelled._

_That these valid "UCC Contracts" are Commercial Paper and using a bill of exchange or documentary draft are enforceable for the consideration due, by having the fiduciary make presentment to the debtor, for the debtor's acceptance or dishonor._

General acquiescence or non-response by Respondents to provide above "Proofs of Claim" will constitute agreement and formal acceptance. Respondent will have, by your non-response, to state a claim upon which relief can be granted. Otherwise, it shall operate as general acquiescence relative to this presentment. Respondent will have admitted there is no valid Claim of Action as stated in the Conditional Acceptance of Motor Vehicle Contract/Security Agreement sent by Certified Mail# 7019 0700 0001 1733 0625. I serve this Conditional Acceptance for Proof of Claim to Maura Healy in her freewoman capacity d/b/a as witness.

You will formally have accepted each and every fact herein as they operate in favor of the undersigned due to you silence, and estoppel is in effect.

Therein, presumption will be taken in regard to your refusal, failure, default, and dishonor, admission, and confession of injury and damage and failure to state a claim by you, Respondent. This "Conditional Acceptance" becomes the security agreement under commercial law, or alternative, you agree and stipulate that the undersigned can only discharge. The Respondent will accept "instrument" as tendered to discharge the cost of the vehicle

Due to the time-sensitive nature of this private matter, under necessity, you are to respond with a total of twenty-three (23) "Proof of Claim" items within ten (10) days, return service by Certified Priority Return Mail to undersigned's address above.

Should you fail or refuse by non-response to provide "proof of claim" within the period specified in this private matter, general acquiescence and acceptance will be taken on your part as formally exercised (performed) pursuant to your silence. With your bizarre and frivolous demands being dismissed and delivery of the vehicle or one of similar value. Once that has taken place. I will then, and only then terminate the UCC financing statements.

### *Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement*

**If, on the other hand,** you, the Trustees and your principals and/or Agents, cannot satisfy these conditions in the time allotted, and since your documentation witnesses, amongst other facts addressed in this Conditional Acceptance of Your Offer that you, the Trustees and your principals, willfully, knowingly and maliciously were seeking to commit fraud against me and deprive me of my rights and property both against me and the Social Security Cestui que Trust THOMPSON DERIC MARCELL©, you hereby contract to the following:

1. For any injuries to me, the beneficiary, the Trustees and their principles and/or Agents are indebted to me for Four million and no cents (4,000,000.00) Dollars each in the money of account of the United States of America, Constitution for the United States of America, Article I, Section 10, and if the money of account is not available I would "receive without prejudice" payment in lieu of the money of account of "Federal Reserve-Notes," a "Bank-Draft," or the like.  Furthermore, witnessed through this Conditional Acceptance if you willfully and knowingly injure me I have authority to create a Claim of Lien against you each and file a financing statement against you each supporting my lien as I deem necessary to protect me, my property and my rights if needed at any time. Additionally, in order to facilitate my rights under this Conditional Acceptance and Security-Agreement you agree that I have your Power of Authority/Attorney to file anything to bring about the "payment" of this debt and protect me, my property and my rights and that you have no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings. Additionally, you agree that you grant your Power of Authority/Attorney to me, Deric-Marcell: Thompson© so that I am able to collect the damages through a lien[2], UCC-1, UCC-3, Treasury-Forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if such injury to me persists on a yearly basis. It is understood that even though an IRS Form 1040 is for a Tax Class 2 and the 1099-A and 1099-OID are a Tax Class 5, I do not know any other way of filing this debt for collection other than to use these forms, so I use them "without prejudice."

2. Included with this conditional is a Copyright notice. This explains the cost of using my copyright protected property and placing it on documents with out my consent. Each infringement for use of my property is five hundred thousand ($500,000.00) Dollars. Your Demand to Terminate UCC Financing Statements shows my property on two pages. This comes to a total of one million ($1,000,000.00) Dollars. Please remit payment in the money of account of the United States of America, Constitution for the United States of America, Article I, Section 10, and if the money of account is not available I would "receive without prejudice" payment in lieu of the money of account of "Federal Reserve-Notes," a "Bank-Draft," or the like.

---

[2] "The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times." United States Supreme Court, 1969, Sniadach v. Family Finance Corp., 395 U.S. 337, 349.

**_Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement_**

## Avouchment

**I, Deric-Marcell: Thompson© do hereby avow** that based upon my firsthand knowledge and information relayed to me from research, this "Conditional Acceptance," is true, accurate and correct to the best of my knowledge, information and belief and conveys the conditions set forth as intended by me.

*Deric–Marcell: Thompson, Beneficiary*

Deric-Marcell: Thompson, Beneficiary (Feb 12, 2022 11:08 EST)

Deric-Marcell: Thompson, Beneficiary

Conditional Acceptance upon Proof of Claim for Jurisdiction of LCU Tipping in Sureness

## Attestation:

I, the re-Thereditt Thompson do hereby Avow that based upon my Beithard, accept, and information re; use to me these research, the "Conditional Acceptance" is true, accurate, and correct to the best of my knowledge, information and belief and conveys the conditions set forth as intended by me.

Jerrie-Darrell Thompson, Beneficiary

Date: Jerrie D. Thompson, Beneficiary

EXH-02112022-CC

## **JURAT CERTIFICATE**

State of __OHIO__

County of __FRANKLIN__

Sworn to or affirmed and subscribed before me by __Deric-Marcell: Thompson, Beneficiary__

(name of person making oath/affirmation) on this date of __12-Feb-2022__ (date).

(Notary Seal)



Amy Seitz (Feb 12, 2022 11:10 EST)

Signature of Notary Public – State of Ohio

My commission expires: __9-11-2023__

(date)



**7019 2280 0001 0226 4176**

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt *(hardcopy)* | $ |
| ☐ Return Receipt *(electronic)* | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.56 |
| $ | |
| Total Postage and Fees | $8.36 |
| $ | |

Sent To   _Ed. C. Cooley_

Street and Apt. No., or PO Box No.   _308 Victory Road_

City, State, ZIP+4®   _Quincy, Md 02171_

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

DOCKET RI 02896
10

FEB 12 2022
02/12/2022

OFFICIAL USE

Postmark
Here

---

DERIC THOMPSON, Estate,
Executor Office.
Nation Rhode Island.
General-Post Office.
Halsey Road -231.
Woonsocket.
United States Minor Outlying Islands.
Near, [02895-9998]

---

*Ed. C. Cooley, Trial Attorney
% Giarrusso, Norton Cooley & McGlone PC
308 Victory Road
Quincy, MA 02171*

---

**7019 2280 0001 0226 4176**

**CERTIFIED MAIL®**



1000

0217I

U.S. POSTAGE PAID
WOONSOCKET, RI
02895
FEB 12, 22
AMOUNT
**$8.36**
R2308K130479I-10





# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70192280000102264176

Remove ✕

Your item has been delivered to an agent for final delivery in QUINCY, MA 02171 on February 14, 2022 at 12:19 pm.

**USPS Tracking Plus® Available** ∨

## ✅ Delivered to Agent for Final Delivery

February 14, 2022 at 12:19 pm
QUINCY, MA 02171

Feedback

**Get Updates** ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

**See Less** ∧



Giarrusso
Norton &
Cooley
McGlone, PC

Marina Bay
308 Victory Road
Quincy, MA 02171

BOSTON MA 020
10 FEB 2022 PM 6 L

US POSTAGE PITNEY BOWES

ZIP 02171
02 7H
0001354481    FEB 09 2022

$ 000.53⁰

Deric Marcell Thompson
233 Halsey Road
Woonsocket, RI 02895

02895-383933

---

CERTIFIED MAIL™

Giarrusso
Norton &
Cooley
McGlone, PC

Marina Bay
308 Victory Road
Quincy, MA 02171

7011 0470 0003 6748 6578

BOSTON MA 020
10 FEB 2022 PM 7 L

US POSTAGE PITNEY BOWES

ZIP 02171
02 7H
0001354481    FEB 09 2022

$ 007.33⁰

Deric Marcell Thompson
233 Halsey Road
Woonsocket, RI 02895



MAIL
1ST NOTICE
2ND NOTICE
RETURN

R.T.S.

02895-383933

