## CERTIFICATE OF SERVICE

I hereby certify that I have this day April 19, 2022 served by USPS Certified Mail Receipt# 7019 0700 0001 1733 0496 a copies of the following to be filed in relation to Case 1:22-cv-10501-WGY:

Document 1.   DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION w/ Exhibits 1-6
Document 2.   ANSWER TO COMPLAINT AND COUNTERCLAIM
Document 3.   LAWFUL CLAIM OF TITLE, LIVING WILL, DECLARATION OF STATUS, APPOINTMENT OF TRUSTEES, AND STANDING ORDERS FOR THE SAME
Document 4.   MANDATORY JUDICIAL NOTICE
Document 5.   WRIT DEMANDING TO BE HEARD AND TO SPEAK ON ALL RELEVANT MATTERS
Document 6.   ACCEPTANCE FOR VALUE AND RETURN FOR VALUE OF PLAINTIFF'S PRESENTMENT

To:

John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Clerks Office. 2nd Floor Suite 2300
Attn: Douglas Warnock, Deputy Clerk
Boston, Massachusetts 02210

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

## CERTIFICATE OF SERVICE

I hereby certify that I have this day April 19, 2022 served by USPS Certified Mail Receipt# 7020 0640 0000 6340 5816 a copies of the following regarding Case Case 1:22-cv-10501-WGY:

Document 1.  DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION w/ Exhibits 1-6
Document 2.  ANSWER TO COMPLAINT AND COUNTERCLAIM
Document 3.  LAWFUL CLAIM OF TITLE, LIVING WILL, DECLARATION OF STATUS, APPOINTMENT OF TRUSTEES, AND STANDING ORDERS FOR THE SAME
Document 4.  MANDATORY JUDICIAL NOTICE
Document 5.  WRIT DEMANDING TO BE HEARD AND TO SPEAK ON ALL RELEVANT MATTERS
Document 6.  ACCEPTANCE FOR VALUE AND RETURN FOR VALUE OF PLAINTIFF'S PRESENTMENT

To:
Edward C. Cooley
Attorney at law
GIARRUSSO, NORTON, COOLY & MCGLONE, PC.
308 VICTORY ROAD
QUINCY, MASSACHUSETTS 02171

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]