Case 1:22-cv-10501-WGY Document 7 Number of Pages 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a <br> HERB CHAMBERS JAGUAR <br> LAND ROVER BOSTON, <br><br> Plaintiff, <br><br> v. <br><br> DERIC MARCELL THOMPSON, <br><br> Alleged Defendant. | Civil Action No. 1:22-CV-10501-WGY |

## DEMAND FOR WRIT OF MANDAMUS

COMES NOW Deric-Marcell: Thompson, *Pro Se*, Attorney in Fact for the above-mentioned Estate Trust, hereinafter "Alleged Defendant", to this Honorable Court with the following lawful Demand for a Writ of Mandamus in the above-mentioned action on or before Appearance May 5, 2022 or as soon thereafter as Alleged Defendant may be heard.

Respectfully Submitted without prejudice,
DERIC MARCELL THOMPSON©
*ens legis*
April 22, 2022 By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

## STATEMENT OF THE FACTS AND MERITS

1. The Clerk, Matthew Paine, having received Alleged Defendant's package containing Documents 1-6 on or about April 20, 2022. Has failed to record into the record **Document 5. WRIT DEMANDING TO BE HEARD AND TO SPEAK ON ALL RELEVANT MATTERS** into the matter after being respectfully mailed the above-titled document along with the rest of the Documents Numbers 1-4 and 6. Which show recorded into the matter per presentment from the Clerks Office received by Alleged Defendant on April 22, 2022 (see attached exhibit A).

2.      The attached Exhibit A also contains evidence of the proofs of service to the Clerk's office and verified as delivered via Certified Mail Receipt # 7019-0700-0001-1733-0496 by the United States Postal Service at 11:34 am on April 20, 2022.

3.      Said Clerk, having neglected or refused to enter the documents into the matter, now therefore the Alleged Defendant demands that the writ of mandamus issue forth to mandate the ministerial duty of the Clerk to enter the documents immediately which are also included in exhibit A.

## MEMORANDUM OF LAW

1.      Federal Rules of Civil Procedure, Rule 5 (d) states the following:

*"(4) Acceptance by the Clerk. The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice."* (italicized for emphasis)

2.      Title 18 United States Code, Section 2071 states the following:

*"(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both."*

*"(b) Whoever having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States."* (italicized for emphasis)

3.      Title 42 United States Code, Section 1985 states the following:

*"(2) OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR -*

*If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;"* (italicized for emphasis)

4.      "A judgment is void if the court that rendered it lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process." –Klugh v. United States, 610 F. Supp. 892, 901

5.	"Accordingly, it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof." –Freeman v. Giacomo Costa Fu Andrea, 282 F. Supp. 525, United States v. Lombardo, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); Milton v. United States, 105 F.2d 253, 255 (5th Cir., 1939); Greeson v. Sherman, 265 F. Supp. 340 (D.C.Va.,1967)

## CONCLUSION

Because the Clerk has made a discretionary and legal determination by refusing to file the above-titled documents into the above-mentioned pending matter and supported by the attached Exhibit A containing evidence of a proof of service to the Clerk, there is an obstruction of justice for which the laws of the United States provide for punishment including incarceration and fines upon the submission of a complaint by the Defendant to the Attorney General of the Commonwealth of Massachusetts. The above-referenced laws show that the Clerk cannot refuse to file a document for form as the duties of the Clerk are ministerial (not judicial). THEREFORE, the Defendant hereby demands that the Writ of Mandamus issue forth to mandate the Clerk to enter the documents immediately or risk prosecution under the laws of the United States

## VERIFICATION

In Witness whereof, knowing the law of bearing false witness before God and men, I solemnly affirm that I have read the foregoing and know the contents thereof to be true to the best of my knowledge except as to the matters which are therein stated on my information or belief, and as to those matters, I believe them to be true. These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law, and are submitted for proper purposes and not to cause harassment and unnecessary delay or costs.

Respectfully submitted without prejudice, U.C.C. § 1-308
DERIC MARCELL THOMPSON©
*ens legis*
By /s/-*Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

I, *Deric-Marcell: Thompson*, certify that I have served the Plaintiff a true and correct copy of this legal document on this April 22, 2022, and that I also filed a copy of this legal document with the Court Clerk on the above-specified date via USPS Certified Mail.

Submitted on this 22nd day of April, 2022

By: *Deric-Marcell: Thompson*
*sui juris*
*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day April 23, 2022 served by USPS Certified Mail Receipt# 7020-0640-0000-6340-5786 a copy of the following to be filed in relation to Case 1:22-cv-10501-WGY:

Document 7.    DEMAND FOR WRIT OF MANDAMUS along w Exhibit A (Supporting Documents)

To:

John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Clerks Office. 2nd Floor Suite 2300
Attn: Douglas Warnock, Deputy Clerk
Boston, Massachusetts 02210

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

## CERTIFICATE OF SERVICE

I hereby certify that I have this day April 23, 2022 served by USPS Certified Mail Receipt# 7019-0700-0001-1733-2650 a copy of the following to be filed in relation to Case 1:22-cv-10501-WGY:

Document 7.    DEMAND FOR WRIT OF MANDAMUS along w Exhibit A (Supporting Documents)

To:

Edward C. Cooley
Attorney at law
GIARRUSSO, NORTON, COOLY & MCGLONE, PC.
308 VICTORY ROAD
QUINCY, MASSACHUSETTS 02171

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]