DERIC MARCELL THOMPSON -ESTATE
233 HALSEY ROAD C/O DERIC: THOMPSON: PEO
WOONSOCKET, RI 02895
US

ZEW0426A  AUTO  MIXED AADC 604
7000000007 00.0001.0007 7/1



THE COMMONWEALTH OF MASSACHUSETTS
JOHN J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY-SUITE 2300 CLERKS OFF.
BOSTON MA 02210-3004

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0877 **2021** Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| DERIC MARCELL THOMPSON -ESTATE<br>233 HALSEY ROAD C/O DERIC: THOMPSON: PEO<br>WOONSOCKET, RI 02895<br>US<br>Phone: 617-869-2101 | | **Copy B<br>For Borrower** |

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding |
|---|---|---|---|
| 02-6561644 | 04-2963742 | 04/05/2022 | $ 3,000,000.00 |

| BORROWER'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code | 3 | 4 Fair market value of property |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS<br>JOHN J. MOAKLEY U.S. COURTHOUSE<br>1 COURTHOUSE WAY-SUITE 2300 CLERKS OFF.<br>BOSTON, MA 02210<br>US | | $ 3,000,000.00 |

5 If checked, the borrower was personally liable for repayment of the debt ▶ ☑

6 Description of property
Value of Security owed to me.

Account number (see instructions)
1:22-CV-10501-WGY

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**   (keep for your records)   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

### Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.