*02656 1644*

Case No. 1: 22-CV-10501-WGY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a ) <br> HERB CHAMBERS JAGUAR ) <br> LAND ROVER BOSTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERIC MARCELL THOMPSON, ) <br> ) <br> Alleged Defendant. ) <br> ) | Civil Action No. 1:22-CV-10501-WGY |

# MOTION TO DISMISS
# based on pleadings with Monetary damages and Injunctive relief

Now comes the Alleged Defendant DERIC MARCELL THOMPSON. Pursuant to the Conditional Acceptance exhibits offered by Plaintiff and Plaintiff's Attorney Edward Cooley and accepted By thee Honorable Judge Young, Mr Cooley is a Trustee to the Cestui Que Trust Thompson Deric Marcell along with Herb Chambers 1188, INC., thus a motion to dismiss based on pleadings with Monetary damages and Injunctive relief with Prejudice is warranted.

Unrebutted or uncontested affidavit Prima Facie Evidence-facts deemed admitted. Conditional Acceptances to EDWARD C. COOLEY and any and all Agents of HERB CHAMBERS 1188, INC., failed to be rebutted via affidavit under penalty of perjury. Lastly, the request for Counter Defendant's Counsel's Registration Statement for the Foreign Agents Registration Act of 1938 as amended has gone without response. I request Registration Statements from EDWARD C. COOLEY, and ABIGAIL C. HOGAN. Silence is Acquiescence.

"… Every taxpayer is a cestui que trust having sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as a relator in the proceedings to set sovereign authority in motion by action…" In re Bolen 135 N.W. Rep. 164 (1912) supreme Court of Wisconsin.

*026 56 1644*

Case No. 1: 22-CV-10501-WGY

WHEREFORE, Alleged Defendant wholly prays that the Honorable Court DISMISS the Plaintiff's Complaint WITH PREJUDICE and enter judgment in favor of Defendant and against Plaintiff for Monetary and Injunctive relief with Prejudice in connection with responding to vexatious legal harassment as follows:

**Per Fee Schedule:**

1. For each court special appearance / general appearance: $30,000.00 (thirty thousand) Federal Reserve notes per person per violation. Counter Claimant will have appeared three times. ($90,000.00 total)

2. For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $100,000.00 (one hundred thousand) per offense in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation. ($100,000.00 total)

3. For each correspondence that I write to RESPONDENTS and/or AGENTS / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law: $2,000.00 (two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation. ($4,000.00 total for 2 Conditional Acceptances)

4. For each individual failure to provide per individual requested items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of $5,000.00 (five thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery after receipt of notice payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per violation. Requested Registration Statements for Foreign Agents Act of 1938 as amended. Per Conditional Acceptance ($10,000.00 total)

5. For False Statements from Trustees, agents, or individuals: $20,000.00 (twenty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per false statement per officer and/or agent involved. ($20,000.00 total)



026 561644

Case No. 1: 22-CV-10501-WGY

6. For every offense committed against entities, DERIC MARCELL
THOMPSON©, THOMPSON, DERIC MARCELL©, DERIC M THOMPSON©,
DERIC THOMPSON©, and any and all derivations thereof on any document
which is in any way associated with me, the living soul, Deric-Marcell: Thompson©
shall, by such document acting as *prima facie* evidence of violation, become liable
for penalties of $300,000.00 (three hundred thousand). ($300,000.00 total)

7. For each page of documents an agent, clerk or clerk of the courts refuses to file:
$10,000.00 (ten thousand) per page in silver dollar coin convertible at the legal and
lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per
person per violation pursuant to Federal Rules of Civil Procedures 5(d)(4)) –(Writ
To Be Heard on All Relevant Matters 4 pages equals $40,000.00 (forty thousand) total).

8. Per Conditional Acceptance upon Proof of Claim for Amendment of UCC
Financing Statement (non response) Silence is Acquiescence. For any injuries to me,
the beneficiary, the Trustees and their principles and/or Agents are indebted to me for
Four million and no cents (4,000,000.00 total)

9. Plaintiff shall disclose current Liability Insurance Policy information for HERB
CHAMBERS 1188, Inc., which further proves that Plaintiff mitigates financial
damages.

10. For all Unlawful Detention:$200,000.00 per day.  For this convoluted sham has
caused injury to my family due to emotional distress, loss of consortium and weakened
immune system which caused me to suffer from COVID symptoms and unwarranted
hospital stay for 8 days adding further insult to injury. ($1,600,000.00 total) (Five
Children and Wife)

11. For each correspondence I write to court services and agents: $2,000.00 (two
thousand) ($14,000.00 total for all Motions/Counterclaims)

12. Delivery of fifteen (15), 2022 Range Rover Vehicles of Choice including keys,
manufacturers titles, free unlimited full maintenance of vehicles (including any and all
parts), and free delivery of vehicles to address provided.

13. For every Coercion or Attempted Coercion of the Real Natural Person to hold the
liability of the Corporate Citizen against the Natural Person and Secured Party's Will:
$200,000.00 total

15. For every Trespass on Cestui Que Trust matter(s) and trust property including any
trust property impaired as a result of any action taken without consent: $100,000.00 total

16. For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary
Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing
and acting without Authority / Jurisdiction by Trustees / Agents:  $50,000.00 (fifty
thousand)

AMERIPEX86
USA 22

O26 S6164Y

Case No. 1: 22-CV-10501-WGY

17. For every Trustee, agent, or individual Foreclosure, Repossession, Court Matters against Cestui Que Trust: $200,000.00 total

18. For such other and further relief as the Honorable Court seems just in the premises per standing orders within 72 hours of motion being granted.

.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON
*ens legis*
By /s/ <u>Deric-Marcell: Thompson</u>
*sui juris*
c/o 233 Halsey Road
<u>dmtdmt77@pm.me</u>
Woonsocket, Rhode Island [02895]
(617)869-2101



O26 S6/6 44

## CERTIFICATE OF SERVICE

I hereby certify that I have this day June 1, 2022 I have sent by Certified Mail 7020 0640 0000 6338 7402 copies of the following to be filed in relation to Case 1:22-cv-10501-WGY:

**1. MOTION FOR DISMISSAL OF COUNTER DEFENDANTS UNLAWFUL COUNTERCLAIM AND TO STRIKE COUNTER DEFENDANTS SHAM ANSWER TO COUNTER CLAIMANT'S COUNTERCLAIMS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (7 pages)**

**2. MOTION TO DISMISS**
**based on pleadings with Monetary damages and Injunctive relief (4 pages)**

To:
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300 Clerks Office
Boston, MA 02210

Copies of Motions  sent to Edward C. Cooley via email.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

FILED
IN CLERKS OFFICE
2022 JUN -3  AM 11: 57
U.S. DISTRICT COURT