Case No. 1: 22-CV-10501-WGY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HERB CHAMBERS 1188, Inc., d/b/a )
HERB CHAMBERS JAGUAR )
LAND ROVER BOSTON, )
          Plaintiff, )
           ) Civil Action No. 1:22-CV-10501-WGY
v. )
 )
DERIC MARCELL THOMPSON, )
 )
          Alleged Defendant. )

## MOTION FOR DISMISSAL OF COUNTER DEFENDANTS UNLAWFUL COUNTERCLAIM AND TO STRIKE COUNTER DEFENDANTS SHAM ANSWER TO COUNTER CLAIMANT'S COUNTERCLAIMS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

    Now comes the Counter Claimant DERIC MARCELL THOMPSON with requests appearing in this section and the following subsections constitute a First Amendment Petition for Redress of Grievances protected by the Constitution, and they are made by Counter Claimant who, under the First Amendment Petition Clause, need not subject himself to the legislative jurisdiction of this forum in order to procure peaceable relief or thereby restore the public tranquility. Therefore, this Petition serves the same purpose without conferring jurisdiction upon this court over the Counter Claimant, and is made only by Special Appearance rather than General Appearance.

    HERB CHAMBERS 1188, INC by and through EDWARD C. COOLEY, and ABIGAIL C. HOGAN have perpetrated fraud upon this Honorable Court by filing a false complaint in the name of a FICTITIOUS PLAINTIFF-not a real adversary, HERB CHAMBERS 1188, Inc doing business as HERB CHAMBERS JAGUAR RANGE ROVER BOSTON.

> ***FICTITIOUS PLAINTIFF.*** *A person appearing in the writ or record as the plaintiff in a suit, but who in reality does not exist, or who is ignorant of the suit and of the use of his name in it. It is a contempt of court to sue in the name of a fictitious party.*
> **Black's Law Dictionary 4th edition**

USA
22
AMERIPEX86

Case No. 1: 22-CV-10501-WGY

HERB CHAMBERS 1188, Inc, by and through EDWARD C. COOLEY, and ABIGAIL C. HOGAN, continue to request the Honorable Court to legislate their non obligation to the contract which is contrary to the constitution pursuant to **Artl. S10.C1.5 Contract Clause.** *Impairing the right to contract by regulating the remedy for its enforcement (Blacks law 6th Ed.).* The obligation of a contract here spoken of is a legal, not a mere moral obligation; it is the law which binds the party to perform his undertaking. The obligation does not inhere or subsist in the contract itself, proprio vigore, but in the law applicable to the contract. What does the Contract Clause do? The Contract Clause prohibits state governments from specifically legislating to interfere with (or usurp) private contract rights.

HERB CHAMBERS 1188, Inc, by and through EDWARD C. COOLEY, and ABIGAIL C. HOGAN, have perpetrated a fraud upon this Honorable Court by purporting to have standing to pursue malicious litigation for and on behalf of HERB CHAMBERS 1188, INC. Neither HERB CHAMBERS 1188, INC nor EDWARD C. COOLEY, and ABIGAIL C. HOGAN were witnesses to the supposed "fraud" and therefore cannot and do not have standing to bring this action against Counter Claimant.

EDWARD C. COOLEY, and ABIGAIL C. HOGAN have potentially perjured themselves by purporting to have personal knowledge of the alleged facts set forth in their complaint. Pursuant to Federal Rule of Evidence 602, a witness must have personal knowledge of a matter. Counter Claimant DERIC MARCELL THOMPSON has no contract with, nor has Counter Claimant DERIC MARCELL THOMPSON ever met or communicated, with EDWARD C. COOLEY, and ABIGAIL C. HOGAN prior to this matter. Neither EDWARD C. COOLEY, ABIGAIL C. HOGAN nor FICTITIOUS PLAINTIFF HERB CHAMBERS 1188, INC possess personal knowledge of any alleged fraud committed by Counter Claimant DERIC MARCELL THOMPSON, and EDWARD C. COOLEY and ABIGAIL C. HOGAN'S verification of facts of any alleged fraud constitutes hearsay, fraud, and Perjury pursuant to *Title 18 U.S. Code § 1621 – Perjury Generally and Title 18 U.S. Code § 1623- False Declarations before Grand Jury or Court.*

    1. Because Counter Defendant's answer to Counter Claimant's Counterclaim has no sworn signature- attorneys pleadings can not substantiate a claim upon which relief can be sought. *(FRCivP. 12 (b)(6)).* Nor does Counter Defendant's answer mention 1-5 and states that evidentary documents speak for themselves. Can an unsworn, unverifiable, document purporting to be a valid response that is bare of a signature by the Counter Defendant be granted its wishes?

    2. Unrebutted or uncontested affidavit Prima Facie Evidence-facts deemed admitted. Conditional Acceptances to EDWARD C. COOLEY and any and all Agents of HERB CHAMBERS 1188, INC., and the Boston Police Department failed to be rebutted via affidavit under penalty of perjury (See Exhibits 4 and 6). Then the intentional omission of the first page of Conditional Acceptance listing himself (see Plaintiff ex 13). Stating "The demand is unconditional and requires unconditional response." This while the Counter Claimant tried to handle this matter privately and administratively without wasting tax payer dollars prior to any filing with the Honorable Court. Counter Defendant's Counsel stated Counter Claimant "forced" its litigation action. Lastly, with the request for Counter Defendant's Counsel's Registration

Case No. 1: 22-CV-10501-WGY

Statement for the Foreign Agents Registration Act of 1938 as amended has gone without response. I request Registration Statements from EDWARD C. COOLEY, and ABIGAIL C. HOGAN. **Silence is Acquiescence.**

> *Unrebutted Affidavit stands as truth in commerce. (See Bates vs. State, 620 So.2d 745 (Ala. Crim. App.1992), "and that Chase has failed to rebut her affidavit with its own affidavit (citation format in...perjury and must be responded to by a counter-affidavit within 30 days or it will stand as undisputed fact as a matter of law." Id. At 11.)*

> "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

3. Per May 5th hearing, the Honorable Court advised that EDWARD C. COOLEY could not file anything else into the case and already had plenty of time to do so. EDWARD C. COOLEY filed a motion for sanctions within hours of the hearing. With there being chance of Alleged Defendant not being able to respond, while also seeking a dismissal. To which the Honorable Court denied a request for preliminary injunction. Unbeknownst to the Honorable Court. The Alleged Defendant was held by United States Marshals upon entering the Courthouse. The Marshals whom stated that they were advised that Alleged Defendant was going to show up, and to question his identity upon arrival. Had Alleged Defendant been a moment late to the hearing. It would in turn have caused a default judgment for the Plaintiff. The Honorable Court was ready to move forward with trial and judgment the following week. Plaintiff's Counsel requested May 26th for trial, then disobeys the Honorable Court with a frivolous filing on May 11th 2022. To which is the reason for this very response. The Plaintiff's Counsel's entire case filing has been unprofessional, unethically defamatory and dismissive of the Alleged Defendant.

4. Whereas the laws of Massachusetts may be insufficient to protect the rights of Counter Claimant DERIC MARCELL THOMPSON, Counter Claimant DERIC MARCELL THOMPSON notices this Honorable Court of the pertinent laws **25 U.S Code § 194 – Trial of Right of Property; Burden of Proof** and of Oklahoma under authority of the **Equal Protection Clause of The Fourteenth Amendment of The United States Constitution and the Full Faith and Credit Clause-Article IV, Section 1 of the United States Constitution:**

> *Oklahoma Statute Title 21 § 453, "Preparing false evidence".* "Any person guilty of falsely preparing any book, paper, record, instrument in writing, or other matter or thing, with intent to produce it, or allow it to be produced as genuine upon any trial, proceeding or inquiry whatever, authorized by law, **SHALL BE GUILTY OF A FELONY.**



5. Counter Claimant wholly prays for this Honorable Court's swift response to DISMISS the COUNTER DEFENDANT'S ANSWER TO COUNTER CLAIMANT'S COUNTERCLAIMS WITH PREJUDICE comes to the conclusion that the Plaintiff by and through its Counsel is willfully and purposefully involved with:

- **18 U.S. Code § 1342 – Fictitious name or address;** shall be fined under this title or imprisoned not more than five years, or both. HERB CHAMBERS 1188, INC by and through EDWARD C. COOLEY, and ABIGAIL C. HOGAN have perpetrated fraud upon this court by filing a false complaint in the name of a FICTITIOUS PLAINTIFF-not a real adversary, HERB CHAMBERS 1188, Inc doing business as HERB CHAMBERS JAGUAR RANGE ROVER BOSTON.

- **18 U.S. Code § 2071 – Concealment, removal, or mutilation generally;** shall be fined under this title or imprisoned not more than three years, or both. With the intentional omission of the first page of Conditional Acceptance listing himself (see Plaintiff ex 13). To make it seem as if it was only addressing the FICTITIOUS PLAINTIFF.

- **18 U.S. Code § 876 – Mailing threatening communications;** shall be fined under this title or imprisoned not more than twenty years, or both. By sending a Demand Letter to Terminate the U.C.C. Financing Statement with threat of litigation. As Plaintiff's Counsel stated was sent via first class mail on February 9th and also via electronic mail February 11th.

- **22 U.S.C. § 611 Title 28 C.F.R. Part 5– Foreign Agents Registration Act;** Can be either a felony carrying up to five years in prison or misdemeanor carrying up to six months, depending on which particular provision of **FARA** is violated. Counter Claimant requested per Conditional Acceptance, EDWARD C. COOLEY, and ABIGAIL C. HOGAN's Registration Statements for the Foreign Agents Registration Act of 1938 as amended.

WHEREFORE, Counter Claimant wholly prays that the Honorable Court DISMISS the COUNTER DEFENDANT'S ANSWER TO COUNTER CLAIMANT'S COUNTERCLAIMS WITH PREJUDICE and enter judgment in favor of Defendant and against Plaintiff for Monetary and Equitable relief in connection with responding to vexatious legal harassment as follows:

**Per Fee Schedule:**

1. For each court special appearance / general appearance: $30,000.00 (thirty thousand) Federal Reserve notes per person per violation. Counter Claimant will have appeared three times. ($90,000.00 total)

2. For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply:

Case No. 1: 22-CV-10501-WGY

$100,000.00 (one hundred thousand) per offense in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation. ($100,000.00 total)

3. For each correspondence that I write to RESPONDENTS and/or AGENTS / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law: $2,000.00 (two thousand) in silver dollar coin Reserve notes to silver dollars per person per violation. ($4,000.00 total for 2 Conditional Acceptances)

4. For each individual failure to provide per individual requested items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of $5,000.00 (five thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery after receipt of notice payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per violation. Requested Registration Statements for Foreign Agents Act of 1938 as amended. Per Conditional Acceptance ($10,000.00 total)

5. For False Statements from Trustees, agents, or individuals: $20,000.00 (twenty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per false statement per officer and/or agent involved. ($20,000.00 total)

6. For every offense committed against entities, DERIC MARCELL THOMPSON©, THOMPSON, DERIC MARCELL©, DERIC M THOMPSON©, DERIC THOMPSON©, and any and all derivations thereof on any document which is in any way associated with me, the living soul, Deric-Marcell: Thompson© shall, by such document acting as *prima facie* evidence of violation, become liable for penalties of $300,000.00 (three hundred thousand). ($300,000.00 total)

7. For each page of documents an agent, clerk or clerk of the courts refuses to file: $10,000.00 (ten thousand) per page in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per person per violation pursuant to Federal Rules of Civil Procedures 5(d)(4)) –(Writ To Be Heard on All Relevant Matters 4 pages equals $40,000.00 (forty thousand) total).

8. Per Conditional Acceptance upon Proof of Claim for Amendment of UCC Financing Statement (non response) Silence is Acquiescence. For any injuries to me, the beneficiary, the Trustees and their principles and/or Agents are indebted to me for Four million and no cents (4,000,000.00 total)

O26 S6/644

Case No. 1: 22-CV-10501-WGY

9. Plaintiff shall disclose current Liability Insurance Policy information for HERB CHAMBERS 1188, Inc., which further proves that Plaintiff mitigates financial damages.

10. For all Unlawful Detention:$200,000.00 per day. For this convoluted sham has caused injury to my family due to emotional distress, loss of consortium and weakened immune system which caused me to suffer from COVID symptoms and unwarranted hospital stay for 8 days adding further insult to injury. ($1,600,000.00 total) (Five Children and Wife)

11. For each correspondence I write to court services and agents: $2,000.00 (two thousand) ($14,000.00 total for all Motions/Counterclaims)

12. Delivery of fifteen (15), 2022 Range Rover Vehicles of Choice including keys, manufacturers titles, free unlimited full maintenance of vehicles (including any and all parts), and free delivery of vehicles to address provided.

13. For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: $200,000.00 total

15. For every Trespass on Cestui Que Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000.00 total

16. For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $50,000.00 total

17. For every Trustee, agent, or individual Foreclosure, Repossession, Court Matters against Cestui Que Trust: $200,000.00 total

18. For such other and further relief as the Honorable Court seems just in the premises per standing orders within 72 hours of motion being granted.

Respectfully Submitted without prejudice,

AMERIPEX86
USA 22

Case No. 1: 22-CV-10501-WGY

<div style="text-align: right;">

DERIC MARCELL THOMPSON
*ens legis*
By /s/ *Deric-Marcell: Thompson*
*sui juris*
c/o 233 Halsey Road
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]
(617)869-2101

</div>