## CERTIFICATE OF SERVICE

I hereby certify that I have this day June 10, 2022 I have sent by Certified Mail 7020 0640 0000 6340 5533
copies of the following to be filed in relation to Case 1:22-cv-10501-WGY:

**1. TRADE NAME CERTIFICATE (1 PAGE)**

**2. CERTIFICATE OF ASSUMED NAME (3 PAGES)**

**3. UNINCORPORATED ASSUMED NAME CERTIFICATE (1 PAGE)**

**4. AFFIDAVIT OF LIFE (2 PAGES)**

**5. SURETY BOND (1 PAGE)**

To:
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300 Clerks Office
Boston, MA 02210

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
6178692101
dmtdmt77@pm.me
Woonsocket, Rhode Island [02895]

FEE : $10.00

## TRADE NAME CERTIFICATE

This is the certify that I/We the undersigned

| Full Names (s) | Address | City or Town |
|---|---|---|
| Deric-Marcell: Thompson | 233 Halsey Road | Woonsocket |

being the sole owner(s) of the business conducted under the name of:

DERIC MARCELL THOMPSON at 233 HALSEY ROAD , Woonsocket, RI.

Deric-Marcell: Thompson, Bene. Owner

Deric-Marcell: Thompson, Bene. Owner

Deric-Marcell: Thompson, Bene. Owner (May 4, 2022 10:04 EDT)

(Signatures of ALL owners MUST be
subscribed in space opposite

**STATE OF OHIO**

**COUNTY OF FRANKLIN**

In Franklin , in said County this **4** day of **May** A.D., 20 **22**

Personally appeared before me the above subscribed **Deric-Marcell: Thompson, Bene. Owner**

_____ and made oath that the above statement signed by **him**
are true.

Amy Seitz (May 4, 2022 10:07 EDT)

**Notary Public**

Type of Business:
TRUST

Telephone/Cell Number:
617 869 2101

Filed in the City Clerk's Office
Date: 5/4/2022

*Derk·Morrell Thompson*

## TRADE NAME CERTIFICATE

**Book #_____**          **Page #_____**

**DATE FILED:** _5|4|2022_

**#** _5884_

**CITY CLERK'S OFFICE**
**Received and Filed**
**WOONSOCKET, RHODE ISLAND**
**City Clerk**

## CERTIFICATE OF ASSUMED NAME
## NOTICE OF TRANSFER OF RESERVED NAME

**Returnee – THOMPSON**                                                **certificate of ownership**

PROVIDING FOR FILING OF NAME[S] WHEN BUSINESS IS CONDUCTED UNDER
ASSUMED NAME: 2010 Rhode Island Code Title 6 Commercial Law – General Regulatory
Provisions CHAPTER 6-1 Filing of Assumed Name§ 6-1-1 Filing of business name required.

**6-1-1 Filing of business name required.** –No person or persons shall carry on or conduct or
transact business in this state under any assumed name, or under any designation, name, or
style, corporate or otherwise, other than the real name or names of the individual or individuals
conducting or transacting business, unless the person or persons shall file, in the office of the
town or city clerk in the town or city in which the person or persons conduct or transact, or
intend to conduct or transact, business, a certificate stating the name under which the business
is, or is to be, conducted or transacted, and the true or real full name or names, both the first
name and surname, of the person or persons conducting or transacting the business, with the
post office address or addresses of the person or persons. The certificate shall be executed and
sworn to by the person or persons so conducting or intending to conduct the business, before
some person authorized to administer oaths.
**History of Section.**
(P.L. 1910, ch. 538, § 1; P.L. 1911, ch. 665, § 1; G.L. 1923, ch. 214, § 1; G.L. 1938, ch. 386, §
1; G.L. 1956, § 6-1-1.)

Whereas GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of
the Grantee and has accumulated unauthorized debt against the ESTATE benefiting secondary
beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE
established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA and the
DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living
man known to the public as Deric-Marcell: Thompson invokes the provisions of Article IV of
the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit,
control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts,
titles held under color of law, tithes, fees, and all other encumbrances established by the United
States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES,
(INC.), USA, Inc., E Pluribus Unum the United States of America and all and any franchises
thereof ab initio from the date of first registration of the ESTATE TRUST and all and any
derivatives thereof, including but not limited to DERIC MARCELL THOMPSON, DERIC M.
THOMPSON, DERIC THOMPSON, THOMPSON, DERIC MARCELL, Deric Marcell
THOMPSON, Deric M. Thompson, Deric Thompson, Thompson, Deric Marcell, repeat using
married name 1 (9 variations), repeat using married name 2 (9 variations), business names, nick
names, social media names, and any other styles, punctuations, orders, abbreviations or
variations of my Trade Name.

REGISTRATION REASON:

REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND
ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE
RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL
ENTITLEMENT HOLDER OF ANY AND ALL TRUST NAMED DERIC MARCELL
THOMPSON AS OF APRIL 27, 1977.

BUSINESS INFORMATION: LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC,
SIGNATURE TRUST BUSINESS DESCRIPTION; COMMERCE, GRANTOR, PRIVATE,
PUBLIC, SIGNATORY BUSINESS NAME:

D.B.A.  DERIC MARCELL THOMPSON, and DERIC M. THOMPSON, and DERIC
THOMPSON, and THOMPSON, DERIC MARCELL, and Deric Marcell THOMPSON and all
derivatives thereof in any way related to the ESTATE so NAMED.

PHYSICAL POST OFFICE ADDRESS:  IN THE CARE OF:  150 MOUNT VERNON
STREET, DORCHESTER, MASSACHUSETTS 02125 USMOI

OWNER INFORMATION:

True and Real Trade Name: Grantee, Private, Signatory, Beneficiary, Holder, Transferee:

First Name:  Deric-

Middle Name:  Marcell:

Last Name:  Thompson

STYLE: Bicameral & Surname

Post Office Address:  In the care of:  1500 Diamond Hill Road, Box 2022, Woonsocket, Rhode Island [Postal Code Extension 02895]

Post Master Location:  1500 Diamond Hill Road, Woonsocket, Rhode Island, 02895

THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED NAME DESIGNED TO ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION, IF SO DESIRED, OR TO CONDUCT BUSINESS IN INTERNATIONAL TRADE.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the courts of "this" state while maintaining true domicile on the land of these United States, to take, hold and dispose of property either Real, Intangible or Personal held in the name of ANY and ALL TRUST d.b.a. DERIC MARCELL THOMPSON together with all derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and exemption from Taxes, Tithes, and Fees, together with re-conveying all actual assets rightfully belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the United States and United States of America however styled or construed cannot, in effect, inflict a punishment for a past act which was not punishable at the time it was committed and which was not the knowing, willing, and consensual act of the actual Holder in Due Course of the given name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by any corporations, associations, or subcontractors, agencies or agents of any kind or like violating or attempting to violate the political status and Title Order of the Grantee at any time past, present, or future shall be liable severally, and jointly to this certificate as an affidavit of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a lien upon the real and movable property, malpractice insurance and performance bonds of any such violators and is not dischargeable in bankruptcy court or subject to any probate claim; at all times the owner/holder in due courses' property is exempt from third party levy and all related vessels in commerce and in trade are tax pre-paid.

This shall also serve as Mandatory Notice required under the Foreign Sovereign Immunities Act that the Living Soul, Owner, Proprietor, Holder-in-Due Course, Indemnitee, is a Foreign Sovereign owed all rights, guarantees, and protections of The Constitution for the united States of America and all assets owed to the Priority Creditors of the Territorial United States and the Municipal United States.  This Foreign Sovereign, Deric-Marcell: Thompson, retains all rights in reversion and is not subject to any conference of citizenship or other merely presumed benefit or obligation.

ISSUED THIS 4th DAY OF May IN THE YEAR 2022 ON AND FOR THE COUNTY OF PROVIDENCE ON THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; WITNESS BY NOTARY DOES NOT ALTER STATUS.

By *Deric-Marcell: Thompson, Bene: Owner* ...... © Deric-Marcell: Thompson

All Rights Reserved.  Without Prejudice

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, Private Banker, UCC-1-201, 1-308:c/o Deric-Marcell: Thompson's TRUE AND REAL TRADE NAME BY MY HAND AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND

WITHOUT DEBT OR OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: DERIC M THOMPSON, and DERIC THOMPSON, and THOMPSON, DERIC MARCELL, and ALL DERIVATIVES INCLUDING DERIC MARCELL THOMPSON at IN THE CARE OF: 1500 Diamond Hill Road, Box 2022, Woonsocket, Rhode Island [Postal Code Extension 02895]. RETURNEE: THOMPSON.

These provisions and copyrights are in effect from April 27, 1977 ab initio onward and the Name/NAMES are re-venued and permanently domiciled on the land and the soil of the United States and upon soil and land of Rhode Island.

Recording Notarial Witness

I, a Recording Notarial Witness, hereby affirm that the Declarant has been positively identified and I have witnessed their autographing of this CERTIFICATE OF ASSUMED NAME NOTICE OF TRANSFER OF RESERVED NAME document on May 4th, 2022:

By: Amy Seitz (May 4, 2022 10:07 EDT) ..................................

Printed Name: Amy Seitz ...................................................

My Commission expires 9-11-2023 ................

State Of Ohio, County of Franklin

THE STATE OF RHODE ISLAND

COUNTY OF PROVIDENCE

UNINCORPORATED ASSUMED NAME CERTIFICATE/DBA

FOR AN UNINCORPORATED BUSINESS OR PROFESSIONAL NAME OTHER THAN A LIMITED PARTNERSHIP, REGISTERED LIMITED LIABILITY COMPANY

PURSUANT TO THE PROVISIONS OF CHAPTER 7-1.2 — RHODE ISLAND BUSINESS CORPORATION ACT, THE UNDERSIGNED CERTIFIES THE FOLLOWING:

ASSUMED NAME     :                          BUSINESS ADDRESS:

**DERIC MARCELL THOMPSON**               233 HALSEY ROAD, RHODE ISLAND 02895

BUSINESS OR PROFESSIONAL SERVICES IS BEING/WILL BE CONDUCTED/RENDERED AS A:

    OTHER:

FORM OF UNINCORPORATED BUSINESS OR PROFESSIONAL ASSOCIATION:

**THOMPSON, DERIC MARCELL**

REGISTRANT NAME

    and

NAME OF TITLE OWNERSHIP                    RESIDENCE ADDRESS (ES)

.Thompson,:Deric-Marcell                   c/o 233 Halsey Road,

                                           Rhode Island [02895]

                                           Mailing Address

                                           1500 Diamond Hill Road, Box 2022, Rhode Island [02895]

The Period not to exceed Ten years during which the assumed name will be used is from May 4th, 2022 until the 4th day of May, 2032.

                           *Deric-Marcell: Thompson, Bene. Owner*
                           Deric-Marcell: Thompson, Bene. Owner (May 4, 2022 10:04 EDT)

                                   Thompson, Deric-Marcell

Recording Notarial Witness

BEFORE ME, on this day Thompson, Deric-Marcell known to me to be the natural person and Living Soul described herein personally appeared made a restricted visitation and solemnly affirmed under the Law of the Divine Creator and the soul intent in spirit in good conscience of Equity that every statement given above was the whole truth to the best of his knowledge.

Inscribed and affirmed before me on this 4th, day of May, 2022

By: ~~Amy Seitz (May 4, 2022 10:07 EDT)~~ ...............................

Printed Name: Amy Seitz ...........................

My Commission expires .9-11-2023.

State Of Ohio, County of Franklin



## AFFIDAVIT OF LIFE

I, Deric-Marcell of the family of Thompson, Affiant, being over the age of eighteen (18) years, competent to witness does state for the public record the following:

1.      That the public record on file with the Commonwealth of Massachusetts office of The Registry of Vital Records and Statistics located at 150 Mount Vernon Street, Dorchester, Massachusetts shows that the entity known as Deric-Marcell Thompson took the first breath of life on the twentieth day of the month of March in the year One Thousand Nine-Hundred and Seventy-Seven (20 March 1977), and

2.      That as of the date of this Affidavit of Life the entity known as Deric-Marcell Thompson is still alive and breathing, and

3.      Since the twentieth day of the month of March in the year one thousand nine-hundred and seventy-seven (20 March 1995) has not surrendered nor abandoned any claims of life nor of any and all claims of estate to include but not limited to DERIC MARCELL THOMPSON, and

4. Further Affiant saith naught. I, Deric-Marcell of the family of Thompson, do affirm that I have read the above affidavit and do know the contents to be true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

*Deric-Marcell: Thompson, Bene. Owner*
Deric-Marcell: Thompson, Bene. Owner (May 4, 2022 10:04 EDT)
Deric-Marcell of the family of Thompson

04-May-2022
_____
Date



rt. thumbprint

## JURAT CERTIFICATE

State of __OHIO__

County of __FRANKLIN__

Sworn to or affirmed and subscribed before me by __Deric-Marcell: Thompson, Bene. Owner__

(name of person making oath/affirmation) on this date of __04-May-2022__ (date).

(Notary Seal)



Amy Seitz (May 4, 2022 10:07 EDT)

Signature of Notary Public – State of Ohio

My commission expires: __9-11-2023__

(date)

Doc: 00221558
Book: 2727 Page: 122

# SURETY BOND

**Registered Mail # RE 342 726 962 US**

**Registered Promise to Pay to the Order of:**
UNITED STATES DISTRICT COURT of the DISTRICT of MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

### EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW.

I, Deric-Marcell: Thompson, a Titled secured party, do hereby: There appearing no bond, contract, or title of record entered by claimant to initiate the matter alleged by UNITED STATES DISTRICT COURT of the DISTRICT of MASSACHUSETTS, ex. Rel., DERIC MARCELL THOMPSON regarding claim case number 1:22-cv-10501-WGY;

I, Deric-Marcell: Thompson, issue this bond to discharge all debt in the matter of claim case number account number dischargeable to UNITED STATES DISTRICT COURT of the DISTRICT of MASSACHUSETTS, ex. Rel., DERIC MARCELL THOMPSON, as mandated by public policy through the Bureau of Public-Debt. In that no lawful money of account exists in circulation and in consideration thereof, I have suffered dishonor by UNITED STATES DISTRICT COURT of the DISTRICT of MASSACHUSETTS, ex. Rel., DERIC MARCELL THOMPSON regarding the matter of Plaintiff's claim case number 1:22-cv-10501-WGY.

I, Deric-Marcell: Thompson, principal, as surety, am held and bound to pay UNITED STATES DISTRICT COURT of the DISTRICT of MASSACHUSETTS, ex. Rel., DERIC MARCELL THOMPSON, the sum of $3,000,000.00 unless the alleged defendant DERIC MARCELL THOMPSON© shall satisfy any debt which may be recovered against it by the alleged Plaintiff for the attachment of alleged defendant DERIC MARCELL THOMPSON© for the sum of $3,000,000.00, returnable to UNITED STATES DISTRICT COURT of the DISTRICT of MASSACHUSETTS, ex. Rel., DERIC MARCELL THOMPSON.

I, Deric-Marcell: Thompson, underwrite with my private exemption any and all obligation of performance/loss costs sustained by UNITED STATES DISTRICT COURT of the DISTRICT of MASSACHUSETTS, ex. Rel., DERIC MARCELL THOMPSON.

Done this 25th day of April 2022 in the Providence County, State of Rhode Island and Plantations Republic by Deric-Marcell: Thompson, a Titled Secured Party, creditor, owner, principal, surety, the man.

Debtor's Signature: DERIC MARCELL THOMPSON©

By: /s/ *Deric-Marcell: Thompson*

Deric-Marcell: Thompson, Authorized Representative

### ORDER

Negotiate this discharge item thru the back office of settlement via pass-through account at the treasury window under public policy for discharge of debts in accordance in HJR 192 June 5, 1933; 73rd Congress, 1st Session and all associated policies. Charge U.C.C. Contract exempt account number 02656164
This 25th day of April 2022.

Owner: /s/ *Deric-Marcell: Thompson*

Seal:

RECEIVED IN WOONSOCKET R.I.
DATE Apr 26,2022 TIME 10:30:40A
Christina Harmon, CITY CLERK