UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a<br>HERB CHAMBERS JAGUAR<br>LAND ROVER BOSTON,<br><br>    Plaintiff,<br><br>v.<br><br>DERIC MARCELL THOMPSON,<br><br>    Defendant. | Civil Action No. 1:22-cv-10501-WGY |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
<u>MOTION TO DISMISS BASED ON PLEADINGS</u>**

The defendant has filed an untimely motion to dismiss the plaintiff's complaint on the ground that the plaintiff did not, prior to this action being filed, respond substantively or under oath to defendant's "Conditional Acceptance."

First, Fed. R. Civ. P. 12 (b) requires that a motion to dismiss of the nature submitted here must be filed "before pleading." Here, defendant served his motion after filing an answer and counterclaim and after the first day of trial. Accordingly, the motion is untimely and under the rules and must be denied.

Second, there is no legal basis or support for defendant's argument and, not surprisingly, defendant has cited to no legal authority in support of his motion.

1

## CONCLUSION

For the foregoing reasons defendant's motion must be denied.

                Respectfully submitted,
                HERB CHAMBERS 1188, INC.
                By its attorneys,

                */s/ Edward C. Cooley*
                Edward C. Cooley BBO# 550117
                Abigail C. Hogan BBO# 707299
                GIARRUSSO, NORTON, COOLEY
                & MCGLONE, P.C.
                308 Victory Road
                Quincy, MA 02171
                (617)770-2900

## CERTIFICATE OF SERVICE

    I, Edward C. Cooley, hereby certify that a true copy of the foregoing document was served this day upon the defendant by email and first-class mail.

DATED: 6/14/22

                */s/ Edward C. Cooley*
                Edward C. Cooley