UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a HERB CHAMBERS JAGUAR LAND ROVER BOSTON,  Plaintiff, v. DERIC MARCELL THOMPSON,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-cv-10501-WGY |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS "COUNTER DEFENDANTS" COUNTERCLAIM**

The defendant, in his usual fashion, has filed a motion that is heavily burdened with disclaimers, irrelevant citations, and obscure references. Setting aside the unintelligible title of the motion, it appears that defendant is seeking to dismiss or strike the plaintiff's answer to his counterclaim on the ground that plaintiff's counsel was prohibited from filing an answer because they have no personal knowledge of the facts, did not sign the answer under oath, and filed the answer after the court allegedly advised plaintiff's counsel at the May 5, 2022 hearing that they "could not file anything else into the case." The first two propositions do not establish grounds under the rules of civil procedure or otherwise for dismissing or striking the answer and the third basis is factually inaccurate. The motion must, therefore, be denied.

First, Fed. R. Civ. P. 11 (a) specifically requires that every pleading must be signed by an attorney of record. There is no requirement that the pleading be signed under oath or that the attorney signing a pleading have personal knowledge of the factual contentions set forth in the pleading.

1

Second, the answer filed in this matter comports in all respects with the mandates of Fed. R. Civ. P. 8 (b) and the defendant's motion makes no specific claim to the contrary.

Third, at the May 5, 2022 hearing, the court (Young, J.) informed plaintiff's counsel that no answer was required and that the court would deem all factual averments denied. Plaintiff's counsel explained that plaintiff may file a response in any event to which the court acquiesced. The court did not state that plaintiff's counsel "could not file anything else into the case" as defendant alleges.

## CONCLUSION

For all the following reasons, the defendant's motion to dismiss "counter defendants" counterclaim, must be denied.

Respectfully submitted,
HERB CHAMBERS 1188, INC.
By its attorneys,

　/s/ Edward C. Cooley
Edward C. Cooley BBO# 550117
Abigail C. Hogan BBO# 707299
GIARRUSSO, NORTON, COOLEY
& MCGLONE, P.C.
308 Victory Road
Quincy, MA 02171
(617)770-2900

## CERTIFICATE OF SERVICE

I, Edward C. Cooley, hereby certify that a true copy of the foregoing document was served this day upon the defendant by email and first-class mail.

DATED: 6/14/22

　/s/ Edward C. Cooley
Edward C. Cooley