UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a<br>HERB CHAMBERS JAGUAR<br>LAND ROVER BOSTON,<br><br>    Plaintiff,<br><br>v.<br><br>DERIC MARCELL THOMPSON,<br><br>    Defendant. | Civil Action No. 1:22-cv-10501-WGY |

**AFFIDAVIT OF EDWARD C. COOLEY
IN SUPPORT OF PETITION FOR ATTORNEYS' FEES**

I, Edward C. Cooley, do hereby depose and say as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts since December 1987 and I am a principal in the law firm of Giarrusso, Norton, Cooley & McGlone, 308 Victory Road, Quincy, Massachusetts, 02171. I make this affidavit of my own personal knowledge.

2. On June 30, 2022, this Court (Young, J.), at the close of trial in this action, allowed plaintiff's Rule 11 Motion for Sanctions that had been served upon the defendant on May 5, 2022 and filed with Court on June 30, 2022 in accordance with the safe harbor provisions of Fed. R. Civ. P. 11. This affidavit is submitted in support of Plaintiff's Petition for Attorney's Fees in Accordance with June 30, 2022 Order Allowing Rule 11 Sanctions Against Defendant.

3. In my 35 years as an attorney, I have focused my practice primarily on business litigation and environmental litigation, and have litigated and/or tried dozens of such matters involving issues such as trade secrets, copyright, covenants not to compete, breaches of contract,

securities fraud, franchise agreement disputes, distributorship agreement disputes, and arising under environmental laws such as CERCLA and the Resource Conservation and Recovery Act, and a host of other business and environmental related disputes.

4. Based on peer ratings of my abilities and ethics I have been, since 1995, an AV Preeminent Peer Rated Attorney in Martindale Hubbel. This rating is given to attorneys who are ranked at the highest level of professional excellence for their legal expertise, communication skills, and ethical standards by their peers.

5. The ratings of my peers have also resulted in my designation as a SuperLawyer in every year since 2006 and inclusion in America's Best Lawyers since 2019.

6. I was retained in February 2022, to represent Herb Chambers 1188, Inc. ("Chambers") in connection with its effort to enjoin and restrain defendant from continuing what amounted to a campaign of paper terrorism by fraudulent UCC filings, IRS filings, and Copyright notices.

7. In this case I charged my time at a discounted rate of $340.00 per hour of my time in recognition of the volume of work I perform for various Herb Chambers entities. My usual hourly rate is $400.00 to $450.00 per hour.

8. In this case I charged Chambers the rate of $210.00 per hour for the time of my litigation associate, Abigail Hogan. This is also a discounted rate from her usual rate of $250.00 per hour.

9. Ms. Hogan's practice is focused on state and federal environmental litigation and commercial litigation. Ms. Hogan is a 2020 cum laude graduate of Vermont Law School where she served as a Symposium Editor on the Vermont Journal of Environmental Law. During law school, she interned with Conservation Law Foundation, spearheading the creation of the Rhode

Island chapter of the Legal Food Hub. Prior to law school, Ms. Hogan graduated from Villanova University in 2017 with a degree in political science and a minor in Spanish.

10. Attached hereto as Exhibit 1, is a true and accurate copy of a chart of legal fee awards (without supporting exhibits) submitted to this Court in the matter of <u>Carpaneda v. Domino's Pizza, Inc.</u>, 89 F.Supp.3d 219 (2015) and on which the Court (Young, J.) relied in determining that $425 per hour and $275 per hour were appropriate rates for attorneys with 22 and 5 years of experience respectively. Here, seven years later, the chart is of even more force when considering that I have 35 years of experience, yet I am seeking a considerably lower rate. Ms. Hogan's rate is also in line with the associate attorney in <u>Carpaneda</u> who had 3 years more experience but whose rate was also $40.00 an hour higher than Ms. Hogan's.

11. Attached hereto as Exhibit 2 are true and accurate copies of the actual billings submitted to Chambers that reflect time charges based on contemporaneously kept time records. All of these invoices have been paid. Some entries have been slightly redacted to preserve the attorney-client privilege.

12. Chambers requests recovery of all fees related to responding to defendant's false filing at the Secretary of State's Office, drafting and filing a UCC-5 Information Statement, drafting and serving a demand for termination statement, filing the Complaint and request for injunction and accompanying memorandum, drafting the Rule 11 Motion for Sanctions, drafting Proposed Findings and Rulings, opposing defendant's motions to dismiss, and preparing for and attending trial.

13. The total time I spent in this action (not including preparation and filing of the present petition and affidavit) was 82.65 hours and Abigail Hogan's total time spent was 63.60 hours. The legal fees Chambers seeks to recover total **$41,457.00** and the costs Chambers seeks

to recover are **$511.25** for filing fees, service fees, and transcript costs as set forth on the attached invoices.

Signed under the pains and penalties of perjury this 28th day of July 2022.

<i>/s/ Edward C. Cooley</i><br>
Edward C. Cooley

### CERTIFICATE OF SERVICE

I, Edward C. Cooley, hereby certify that a true copy of the foregoing document was served this day upon the defendant by email and first-class mail.

DATED: 7/28/22

<i>/s/ Edward C. Cooley</i><br>
Edward C. Cooley