

FILED
IN CLERKS OFFICE

:Deric-Marcell: Thompson: Executor
c/o 233 Halsey Road
[02895] Woonsocket
RHODE ISLAND

2022 AUG -3 PM 12: 10

*By : Copy-right / Copy-claim :*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HERB CHAMBERS 1188, INC.        )
Plaintiff,                      )          REF Case# 1:22-cv-10501-WGY
vs.                             )
                                )          **BOND**
**DERIC MARCELL THOMPSON**      )          U.S.P.S. Registered # RE 342 726 962 US
Alledged Defendant              )
                                )
                                )
                                )

**Surety Bond**

**Tendered to the clerk of court as holder in due course for fiduciary duty and liability.**

There has been no formal judgement placed into the court filings for over 30 days. Case has not been formally closed. Also, there appearing no bond of record by the Plantiffs Counsel on the matter regarding Case # 1:22-cv-10501-WGY and any other known associated account(s) relating to DERIC MARCELL THOMPSON.

I, :Deric-Marcell: Thompson: conditionally accepted the filed charges, and undertake settlement for full Accord and Satisfaction per UCC 3-311, as follows:

In consideration of the fact that no lawful money of account exists in circulation, and Article 1 Section 10 of the U.S. constitution specifying the only lawful money available for settlement of debt, and in consideration of the fact that I have suffered dishonor regarding the matter of Case # 1:22-cv-10501-WGY and associated account(s). **I hereby underwrite this SURETY BOND and contract with my private exemption #026561644** as filed into court Case# 1:22-cv-10501-WGY filed on June 13th as Document 24 page 10 of 10, U.S.P.S. Registered # RE 342 726 962 US for the sum of \$3,000,000.00, for settlement regarding any and all stipulated costs listed by HERB CHAMBERS 1188, INC., and its AGENTS, PRICIPALS, All Trustees, and for any and all filed regarding said matter. This instrument is subject to enforcement per § 3-311:

## UCC 3-311 - ACCORD AND SATISFACTION BY USE OF INSTRUMENT.

(a) If a person against whom a claim is asserted proves that (i) that person in good faith tendered an instrument to the claimant as **full satisfaction of the claim**

*Registered Mail# RE 887 476 716 US*

And...UCC 3-311 2(d) **A claim is discharged** if the person against whom the claim is asserted proves that within a reasonable time before collection of the instrument was initiated, the claimant, or an agent of the claimant having direct responsibility with respect to the disputed obligation, knew that the instrument was tendered in full satisfaction of the claim.

Enforcement remedies are available per:

> **§ 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY.**
> (a) In this section:
> (1) "Fiduciary" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.
> (2) "Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.
> (b) If (i) an instrument is taken from a fiduciary for payment or collection or for value, (ii) the taker *has knowledge of the fiduciary status of the fiduciary*, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty, the following rules apply:
> (1) **Notice of breach of fiduciary duty** by the fiduciary is notice of the claim of the represented person.... (other clauses also apply)

I have further paid the freight of this vessel/document via stamp entitling me and this document to right of passage as postmaster per Universal Postal Union requirements.

Unless the court or Plaintiff's Counsel can swear under oath with full commercial liability as trustee and fiduciary, what other tender under U.S. constitution, can be required provide ACCORD AND SATISFACTION BY USE OF INSTRUMENT TENDERED, this matter is settled, and all claims satisfied upon tender. If anyone claims a Superior Claim to mine in the matter, let them bring forth their bond and bring any and all claim forms, sworn to under penalty of perjury, as a damaged party with firsthand knowledge.

I now issue **Mandatory Judicial Notice** to this court to dismiss, settle, and set off with full satisfaction and accord, any claims in full, with prejudice due as no claim remains against my trust/estate in this action. The the court may now dismiss on their own accord as their initial charging instrument is now settled, satisfied and closed with full satisfaction and accord without disagreement to do so, unless they have remaining claims to make against DERIC MARCELL THOMPSON.

If further necessary, I require the Plaintiff's Counsel to certify my right of subrogation using their own bond if necessary, which were underwritten using my name or derivatives thereof. This subrogation is for the purpose of settling all accounts related to this matter using existing collateral. I stand in honor having brought forth my superior bond and claims, thus inferior bonds or lack thereof should cause the release of all unverified remaining claims against defendant upon receipt.

As executor of the named estate vessel: DERIC MARCELL THOMPSON, and as postmaster of this document vessel, instruct the appointed fiduciary trustee to be either the Clerk of the Court, and/or Judge William G. Young, as necessary who is tasked to discharge the account/case # 1:22-cv-10501-WGY and discharge and dismiss the defendant with prejudice.

*Registered Mail# RE 887 476 716 US*

## TIMELY NOTICE AND DEFAULT

Let this Bond and Contract stand for as full Accord and Satisfaction for securing subsequent, related, or superseding case accounts using this same Bond. If no superior claims are made or superior bonds are presented, or outright refusal per the Uniform Commercial Code, **You will have 10 calendar days** from the date of receipt of this communication to respond, under oath with full commercial liability as trustee and fiduciary, what other tender under U.S. constitution, can be required, and provide facts and conclusions of law supporting your position. After those 10 days, this presentment, contract stands as agreed and binding by default, thus all related matters are considered settled, discharged, and dismissed. Enforcement right may be enforced in accordance with § 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY regarding a registered security of the US Postal service. Additionally, this contract subjects all parties to Binding per the Arbitration Federal Arbitration Act if necessary, prior to proceeding on the original related matter under case #1:22-cv-10501-WGY, and thus this contract acts as an estoppel in that matter until such time binding arbitration determination is confirmed.

Void where prohibited by law.

Done at Providence County, Rhode Island State, this 1st day of August of 2022.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
[02895] Woonsocket
RHODE ISLAND
dmtdmt77@pm.me

*Registered Mail# RE 887 476 716 US*

*(The following body text appears mirror-reversed on the page; best reading rendered below.)*

## TIMELY NOTICE AND DEFAULT

For this Bond and Contract stand for as full Account and Satisfaction for securing subsequent related or superseding case accounts using this same Bond. If no superior claims are made or superior bonds are presented, or on fault refusal per the Uniform Commercial Code, You will have 10 calendar days from the date of receipt of this communication to respond, under oath with full commercial liability, as trustee and fiduciary, what other tender under U.S. constitution, can be required, and provide facts and conclusions of law supporting your position. After those 10 days, this presentment, contract stands as agreed and binding by default, thus all related matters are considered settled, discharged, and dismissed. Enforcement right may be enforced in accordance with § 3-501. NOTICE OR BREACH OF FIDUCIARY DUTY regarding a registered security of the US Postal service. Additionally, this contract subjects all parties to Binding per the Arbitration Federal Arbitration Act if necessary, prior to proceeding on the original related matter under case #1:22-cv-10501-WGY, and thus this contract acts as an estoppel in that matter until such time binding arbitration determination is confirmed.

Void where prohibited by law.

Done at Providence County, Rhode Island State, this 1st day of August of 2022.

Respectfully Submitted without prejudice,

DEIDE MARCELL THOMPSON©
his sign
By: ___Deide Marcell Thompson___
his sign
Pro Se
c/o 245 Hillcy Road
[02890] Warwick,
RHODE ISLAND
amanti Zipcode

Registered Mail# RE 547 478 576 US

34 ¿ Copy-right/Copy-Claim ¿

## CERTIFICATE OF SERVICE

I hereby certify that I have this day August 1, 2022 I have sent by Registered Mail *RE 887 476 716 US* a copy of the following to be filed in relation to Case 1:22-cv-10501-WGY:

Notice of Surety Bond Tendered to the clerk

To:
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300 Clerks Office
Boston, MA 02210

Copy of Notice sent to Edward C. Cooley via email.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By */s/-Deric-Marcell: Thompson*
*sui juris*
*Pro Se*
c/o 233 Halsey Road
[02895] Woonsocket
RHODE ISLAND
dmtdmt77@pm.me

FILED
IN CLERKS OFFICE

2022 AUG -3  PM 12: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.