UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HERB CHAMBERS 1188, Inc., )
HERB CHAMBERS JAGUAR )
LAND ROVER BOSTON, )
 )
   Plaintiff, )
 )                Civil Action No. 1:22-CV-10501-WGY
v. )
 )
DERIC MARCELL THOMPSON, )
 )
   Alleged Defendant. )

## MOTION TO SHOW AUTHORITY

Petitioner/ Respondent Deric-Marcell: Thompson (herein, "Petitioner") moves this Honorable Court to enter an Order to have Attorneys Edward C. Cooley, Massachusetts BBO# 550117 and Abigail Hogan, Massachusetts BBO# 707299 to provide their lawful and legal authority to act against the above named Respondent or, upon failure to do so, strike their pleadings and bar them from further filings in this case, and states in support:

1. The above named persons entered notices of appearance into this case as Attorneys for Plaintiff.

2. Petitioner has reason to believe that Attorneys represent Plaintiff without authority.

3. Petitioner has reason to believe that HERB CHAMBERS 1188, Inc., (herein, "[Corporation]") bylaws grant no authority to hire attorneys to litigate.

4. Petitioner has reason to believe that Corporation has no statutory authority to hire Attorneys to litigate in this case

Wherefore, Petitioner moves this Honorable Court to enter an Order to have Attorneys provide the lawful, legal, properly given authority to act on behalf of Corporation, or, upon failure to do so, strike their pleadings and bar them from further filings in this case.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1)]

Respectfully Submitted,

_Deric-Marcell: Thompson_, Petitioner
Without Prejudice, U.C.C. 1-308
On the 21 day of October, 2022 A.D.

1of 3 Motion to Show Authority Certified Mail #7021-0350-0000-3275-4098

## CERTIFICATE OF SERVICE

I hereby certify that I have this day October 21, 2022 I have sent by Certified Mail *7021 0350 0000 3275 4098* a copy of the following to be filed in relation to Case 1:22-cv-10501-WGY:

### Motion to Show Authority

To:
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300 Clerks Office
Boston, MA 02210

Copy of Notice sent to Edward C. Cooley via email.

Respectfully Submitted without prejudice,

DERIC MARCELL THOMPSON©
*ens legis*
By /s/-Deric-Marcell: Thompson
*sui juris*
*Pro Se*
c/o 233 Halsey Road
[02895] Woonsocket
RHODE ISLAND
dmtdmt77@pm.me