## Memorandum in Support of
## Motion to Show Authority

Pursuant to:

Luke 11:46 [King James Version, 1769] – And he said, Woe unto you also, ye lawyers! for ye lade men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers.

Luke 11:52 – Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered.

Petitioner now makes it known to all interested parties:

This motion comes before the court due to knowledge that a corporation may not direct litigation and hire an attorney unless sanctioned by its governing authority—i.e., a majority of the board of directors or managers. A company as a fictional creation can only act through its representatives.

Attorneys have no "Power of Attorney", meaning a writing that uses the term "power of attorney" and grants authority to an agent to act in the place of the principal.

Article VI, Section 2 of the United States Constitution declares, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding."

Attorneys confess to holding the title of Esquire via Massachusetts BBO# 550117 and Massachusetts BBO# 707299.

Art. I, Sec. 9, Cl. 8 forbids, "No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State."

Art. I, Sec. 10, Cl. 1 forbids, "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; […] or grant any Title of Nobility."

Esquire is a title of nobility from a foreign State.

The Judiciary Act of 1789 created the attorney-general and district attorney offices for a meet person on behalf of the United States, but not the Massachusets Board of Bar Overseers card carrying attorney(s), Esquire.

The Judiciary Act created the authority for a meet person learned in the law to defend only in the event of death of the plaintiff, petitioner, or defendant.

There is no legislative authority or congressional consent for the creation of the BAR member attorney to defend in court.

The Supreme Court has no legislative authority to license or certify professions.

The Supreme Court certificate given to BAR attorneys is not a license.

**Interrogatories:**

1. What act of legislation granted the title or created the public office of Esquire?

2. If no such legislation exists, by what lawful authority does one act?

3. What legislation granted the Supreme Court licencing/certification power?

4. Who Has Authority to Hire the Corporate BAR Attorney?

**Request for admissions:**

1. No act of legislation has created the authority for an Esquire to operate business in any State.

2. There is no congressional consent for the creation of the BAR member attorney.

3. The Supreme Court has no legislative, executive nor judicial authority to license or certify professions.

4. The Supreme Court certificate given to BAR attorneys is not a license.

5. One has no "Power of attorney", meaning a writing that uses the term "power of attorney" and grants authority to an agent to act in the place of the principal.

Wherefore, Petitioner moves this Honorable Court to enter an Order to have Attorneys Edward C. Cooley, Massachusetts BBO# 550117 and Abigail Hogan, Massachusetts BBO# 707299 provide the lawful, legal, properly given authority to act against Respondent, or, upon failure to do so, strike their pleadings and bar them from further filings in this case.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1).]

Respectfully submitted,

Deric-Marcell: Thompson, Petitioner
Without Prejudice, U.C.C. 1-308
On the 21 day of October, 2022 A.D.