UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HERB CHAMBERS 1188, Inc., d/b/a HERB CHAMBERS JAGUAR LAND ROVER BOSTON,<br><br>  Plaintiff,<br><br>v.<br><br>DERIC MARCELL THOMPSON,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-cv-10501-WGY |

## **JUDGMENT**

Judgment in this action shall be entered immediately against Defendant and in favor of the Plaintiff on Count I (Declaratory Judgment 28 USC §2201 – No Valid Contract or Power of Attorney), Count II (Declaratory Judgment 28 USC §2201 – Invalid UCC Filings), Count III (Declaratory Judgment 28 USC §2201 – Invalid Copyright), Count IV (Declaratory Judgment 28 USC §2201 – Invalid Trademark), Count V (Declaratory Judgment 28 USC §2201 – No Debt Owed and Invalid Form 1099), Count VI (Injunctive Relief), and Count VII (Damages under UCC Section 9-625(e)) of the Complaint in the principal amount of $43,044.25, which represents $1,000 total penalty for the two false UCC filings, the UCC-1 filing number 202285220810 and UCC-3 amending the UCC-1, each carrying a $500.00 penalty pursuant to UCC Section 9-625(e), attorneys' fees in the amount of $41,457.00 and costs in the amount of $587.25 pursuant to 17 U.S.C. §505.

It is further declared and ruled that as to Count I, no binding contract ever existed as between the plaintiff and defendant, and defendant never had a valid security interest in any of

plaintiff's property or that of its employees or agents and plaintiff has no valid power of attorney to act on behalf of plaintiff; as to Count II, the UCC-1 filing number 202285220810 and UCC-3 amending the UCC-1 are declared null and void as of the time they were filed; as to Count III and IV, the defendant has no valid copyright or trademark in his name and therefore no claim for damages against plaintiff, its employees or its counsel for the use of defendant's name; and as to Count V, the Form 1099-C is invalid and of no force and effect as it contains statements that are contrary to the findings of this Court and deals with the discharge of a debt that never existed.

Defendant's Counterclaim shall be dismissed in its entirety with prejudice.

IT IS SO ORDERED.
Dated: March 31, 2023

 /s/ William G. Young  
Honorable William G. Young

United States District Judge